UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 00-6309 CR-SEITZ

IN RE:

**MAGISTRATE JUDGE GARBER**

FEDERAL GRAND JURY 99-01(FTL)

_____/

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested.  In support thereof, the following is shown:

1.  Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants, as well as to locate and seize assets subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties



in the investigation), Bond Recommendation Sheets, Motion to Seal,
and the Sealing Order be sealed until such time as the first
defendant has been arrested.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY


By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court ID #: A5500017
    500 E. Broward Boulevard, Suite 700
    Fort Lauderdale, Florida  33394
    Telephone: (954) 356-7392
    Facsimile: (954) 356-7230