UNITED STATES OF AMERICA, :  UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

v.                         :

David A. Morgenstern          CASE NO. 6303-Seitz

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

RECEIVED & FILED IN OPEN COURT
ON 10-30-00 AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

COMES NOW Bruce L Udolf and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Bruce L Udolf

Counsel's Signature _____

Address 450 E Las Olas Blvd Suite 800
Ft Lauderdale, FL   Zip Code: 33301

Telephone (954) 523-0400

#105
H