COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: David Morgenstern (J)#　　　　　CASE NO: 00-6309-CR-Seltz

AUSA: Diana Fernandez/Brian McCormick　ATTNY: Bruce Udolf (temp)
　　　　　　　　　　present   present

AGENT: _____　　　　VIOL: _____

PROCEEDING: Initial Appearance　　　　BOND REC: _____

BOND HEARING HELD (yes)/no　　COUNSEL APPOINTED: _____

___ BOND SET @ $100,000 SSB w/nebbia (which has been satisfied)

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. — not involved in investments or commercial financial transactions.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 9pm → 6am
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

- Advised of charge
- sworn

NEXT COURT APPEARANCE:　DATE:　　TIME:　　JUDGE:
INQUIRY RE COUNSEL:　　11-6-00　10:00AM　Duty Miami Ma
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:　11-6-00　10:00am　Duty Miami M
STATUS CONFERENCE:

DATE: 10-30-00　　TIME: 11:00am　　TAPE # 00-087　PG # 2302—3000

#10 H