UNITED STATES DISTRICT COURT
Southern District of Florida

OCT 30

U.S. Marshal # **10453-074**

UNITED STATES OF AMERICA )
         Plaintiff ) Case Number: CR **00-6309-CR-SEITZ**
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
**DAVID ALAN MORGENSTERN**
       Defendant

*************************************************

TO: Clerk's Office   MIAMI   **FT. LAUDERDALE**   W. PALM BEACH
U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A". **SELF**

(1) Date and Time of Arrest: **10-30-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **RICO MONEY LAUNDRY**

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: **10-28-48**

(6) Type of Charging Document: (check one)
[X] Indictment [ ] Complaint To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: **SD/FL**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **10-30-00**   (9) Arresting Officer: _____

(10) Agency: **USMS**   (11) Phone: _____

(12) Comments:

#113
HA