UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
vs.
DAVID MORGENSTERN

**ORDER ON HEARING TO REPORT RE COUNSEL**

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

___✓___ The defendant requested further time to retain counsel and shall appear before the Court on _11-13-00_ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. + arraignment

**DONE AND ORDERED** at Miami, Florida this 6th day of November, 2000.

TAPE NO. 00C- 77-2800

c: AUSA Anita Gay
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

#203
HN