UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz

UNITED STATES OF AMERICA,

vs.

David morgenstern


FILED by _mp_ D.C.
MAG. SEC.
NOV 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

Upon request of the parties, and good cause being shown, the arraignment is hereby reset to 11/27/00 at 10:00 Am before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this 13th day of November, 2000.

TAPE NO: 00H-43-1

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal