UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

vs.

DAVID MORGENSTERN

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on 11/27/00 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this \_\_\_13TH\_\_\_ day of NOVEMBER_____, 2000.

TAPE NO.2000H-43-1

AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'