518074

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DAVID MORGENSTERN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID MORGENSTERN _____
                                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Money laundering conspiracy, money laundering

in violation of Title _18_ United States Code, Section(s) 1962(d), 1956(h), 1956, 1957

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

Bail fixed at $ Pre-trial detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/2000 | James A. Tassone, USM | Ed Purchase, SDUSM |
| DATE OF ARREST |  |  |
| 10/30/2000 |  |  |