UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA, :

          Plaintiff, :

vs. :

DAVID MORGENSTERN, :

          Defendant. :



## MOTION FOR PERMISSION TO TRAVEL

**DAVID MORGENSTERN** respectfully moves this Court for permission to travel to the District of South Carolina and states as follows:

1. The undersigned is a defendant in Case No. 8:00cr697 pending in the United States District Court for the District of South Carolina, and he has been informed that there is an arraignment scheduled in that case for Tuesday, December 12, 2000 at 10:00 a.m. before Magistrate Judge George C. Kosko, in Greenville, S.C..[1]

2. The undersigned therefore respectfully requests permission to travel to Greenville, S.C. on the afternoon of Monday, December 11, 2000, and return from Greenville on Tuesday, December 12, 2000, in order to appear in court.

3. The undersigned will leave at 1:05pm on December 11, 2000 on Delta Airlines Flight # 608 to Atlanta, connecting to Delta Airlines flight # 961, and arriving in Greenville at

---

[1] A copy of the arraignment notice is attached as **Exhibit A**.

4:14pm. He will stay overnight at the Embassy Suites, 670 Verdae Blvd., Greenville, SC 29607, telephone 864-676-9090.[2] Following his court appearance, he will leave Greenville at 1:15pm on Delta Airlines Flight # 4366 to Atlanta, connecting to Delta Airlines flight # 1798, arriving in Fort Lauderdale at 7:18pm.

4.   The undersigned has strictly abided by the conditions of his release, and files this Motion for Permission to Travel only to respond to an official court notice.

Respectfully submitted,

DAVID MORGENSTERN
Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by fax and U.S. Mail this 8th day of June, 2000 to **Brian McCormick, Esq. and Diana Fernandez, Esq.**, Assistant United States Attorneys, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394-3002.

DAVID MORGENSTERN

---

[2] The hotel confirmation number is 85563890.

2

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

NOV 2 8 2000
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

PLEASE TAKE NOTICE that the following cases have been scheduled for *ARRAIGNMENT* before Honorable George C. Kosko, U. S. Magistrate Judge, at the Haynsworth Federal Building, 300 E. Washington Street, *Greenville*, SC on TUESDAY, DECEMBER 12, 2000, at 10:00 A. M.

*ATTORNEYS MUST BE PRESENT UNLESS EXCUSED BY THE COURT.*

---

| | | |
|---|---|---|
| 8:00-698 | William Jeffrey Browning<br>Custody<br>OUT FOR MEDICAL EXAM | Regan Pendleton, AUSA<br>Ben Stepp, AFPD |
| 6:00-491-1 | Pedro Arce Carmona<br>Custody<br>ARRAIGNMENT ON SUPERSEDING INDICTMENT | Ike Johnson, AUSA<br>Hank Ehlies |
| 6:00-491-2 | Andres Roberto Rodriguez<br>Custody<br>ARRAIGNMENT ON SUPERSEDING INDICTMENT | Andrew Johnston |
| 6:00-491-3 | Alfredo Torres<br>Custody<br>ARRAIGNMENT ON SUPERSEDING INDICTMENT | William Richardson |



EXHIBIT "A"

| | | |
|---|---|---|
| 6:00-143 | Willie Charles Jenkins<br>Custody | Ike Johnson, AUSA<br>Bill Clarke |

ARRAIGNMENT ON SUPERSEDING INDICTMENT

| | | |
|---|---|---|
| 8:00-954 | Thomas Keith Knight<br>Custody/Writ | Jeanie Howard, AUSA |
| 6:00-694 | Curtis L. Jones<br>403 Caledon Court<br>Greenville, SC 29615 | Troy Tessier, AUSA<br>Richard Warder |
| 7:00-695 | Michael Dwayne Pope<br>Custody | Troy Tessier, AUSA<br>Leesa Washington, AFPD |
| 8:00-697-1 | Gabriel Macenroe<br>Commercial Capital<br>PO Box CH 9001<br>St. Gallen Switzerland | David Stephens, AUSA<br>Mike McKinnon |
| 8:00-697-2 | David Morgenstern<br>800 E. Las Olas Blvd.<br>#800<br>Ft. Lauderdale, FL 33301 | |
| 8:00-697-3 | Joseph Silvestri | |

ARRESTED IN ANOTHER DISTRICT- NOT HERE YET

| | | |
|---|---|---|
| 7:00-955 | Steven Philip Lawson<br>Custody/Writ | Jeannie Howard, AUSA |