UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,            :

       Plaintiff,            :

vs.            :

DAVID MORGENSTERN,            :

       Defendant.            :

_____

## ORDER GRANTING
## MOTION FOR PERMISSION TO TRAVEL

The Defendant, **DAVID MORGENSTERN**, has moved for permission to travel to Greenville, S.C. to appear in the United States District Court for the District of South Carolina, at an arraignment on Tuesday, December 12, 2000 at 10:00 a.m. before Magistrate Judge George C. Kosko. The Court being fully advised in the premises, and no objection from the Government, it is

**ORDERED AND ADJUDGED** that the Motion for Permission to Travel is **GRANTED**.

**DONE AND ORDERED** this 11th day of December, 2000, in Dade County, Southern District of Florida.

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

Copies Furnished To:
David Morgenstern, Pro Se
Brian McCormick, Esq, AUSA
Diana L.W. Fernandez, Esq., AUSA
United States Pretrial Services