UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-cr-Seitz

UNITED STATES OF AMERICA, :

v. :   ORDER ON HEARING TO
          REPORT RE COUNSEL
David Morgenstern :
_____

FILED BY
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIA
2000 DEC -1 PM 4:14
D.C.

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices
a permanent appearance before that date.

✓ The defendant requested further time to retain
counsel and shall appear before the Court on
December 15, 2000 at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date. Also, Arraignment is Reset for 12-15-00.

DONE AND ORDERED at Miami, Florida this ___11th___ day
of ___December 2000___.

TAPE NO. 006 95-38

c:

_____
UNITED STATES MAGISTRATE JUDGE

WILLIAM C. TURNOFF

#262
HL