FILED BY _____

2000 DEC 15 PM 4:03

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz

UNITED STATES OF AMERICA, :

v.                                      :     ORDER ON HEARING TO
                                              REPORT RE COUNSEL
David Morgenstern :
_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
        appeared in open court and is noted as permanent
        counsel of record.

✓ _____ The defendant requested Court appointed counsel, was
        found eligible, and counsel will be appointed by
        separate order

_____ The defendant requested Court appointed counsel but
        was found ineligible, and shall appear before the
        Court on _____
        at 10:00 a.m. to report regarding his/her further
        efforts to retain counsel, unless counsel notices
        a permanent appearance before that date.

_____ The defendant requested further time to retain
        counsel and shall appear before the Court on
        _____at 10:00 a.m. to report
        regarding his/her further efforts to retain counsel,
        unless counsel notices a permanent appearance before
        that date. Arraignment is Reset to
        December 20, 2000 at 10am.

DONE AND ORDERED at Miami, Florida this ___15th___ day of ___December, 2000___, 19___.

TAPE NO. COG100-2421

c:

_____
UNITED STATES MAGISTRATE JUDGE

WILLIAM C. TURNOFF

#273