UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

vs.

DAVID MORGENSTERN
       Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: _On Bond_
Language: _English_

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

Tel. No: _____

Defense Counsel:  Name: _Ana Thones - CJA_
Address: _330 Biscayne Blvd, Suite 625_
_Miami, FL 33132_
Tel. No: _(305) 374-4919_

Bond Set/Continued:   $100,000 CSB/NEBBIA

DATED this _20th_ day of _DECEMBER_, 2000.

CLARENCE MADDOX, CLERK,

BY _STEPHANIE LEE_
   Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D-_126-1500_
DIGITAL START NO. _____

SCANNED

#286