IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED by _____ D.C.
JAN 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

The above-entitled matter, having come on before this Court upon the <u>Defendant's Emergency Unopposed Motion for Permission to Travel</u> and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant's Emergency Unopposed Motion for Leave to travel is hereby _Granted_.

DONE AND ORDERED at Miami, Florida this 5th day of January, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Brian McCormack, AUSA
Ana Jhones, Counsel to Defendant
Gavin Churchill, Pretrial Services

Page 1