IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### DEFENDANT DAVID MORGENSTERN'S UNOPPOSED EMERGENCY MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully would request that this Honorable Court grant his request for permission to travel to South Carolina. As grounds therefore would state as follows:

1. That the Defendant has been released on a $ 100,000.00 corporate surety bond on this matter. That as part of the standard conditions of bond, his travel is limited to the Southern District of Florida.

2. That Mr. Morgenstern needs to travel to Greenville, South Carolina in order to meet with his attorney's. Mr. Morgenstern has been charged in the District of South Carolina, Anderson Division, with conspiracy to commit fraud, in violation of Title 18

U.S.C. § 371. This meeting has been previously scheduled and its sole purpose relates to the legal proceedings pending against him in Anderson, South Carolina.

3. That the Defendant is requesting permission to travel to Greenville, South Carolina on Monday, January 8, 2001 on Delta Flight 269, departing at 9:05 AM and returning the very next day, January 9, 2001 on Delta Flight 1735. That the Defendant shall be staying at the Embassy Suites, located at 670 Verdae Boulevard, Greenville, South Carolina, telephone (864) 676-9090.

4. That this motion is being filed on an emergency basis because the Defendant was under the impression that another attorney had filed this request for him. Undersigned counsel has been appointed to represent Mr. Morgenstern, pursuant to the Criminal Justice Act. However, Mr. Morgenstern, is hoping to hire another attorney, with whom he has had regular contact, and he mistakenly believed that this other attorney had filed this motion on his behalf. Mr. Morgenstern is now aware that until such time as undersigned counsel is discharged, all motions need to be filed through undersigned counsel. He sincerely apologizes to this Court for this omission.

5. That undersigned counsel has contacted Brian McCormick, the Assistant United States Attorney on this matter, as well as Gavin B. Churchill, the United States Pre-Trial Services Officer that is charged with the pre-trial supervision of this Defendant, and both have indicated that they do not opposed Mr. Morgenstern's request for leave to travel to

Greenville, South Carolina.

WHEREFORE, the Defendant, David Morgenstern, most respectfully moves this Honorable Court to enter an Order granting this emergency request for leave to travel.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX and US MAIL on this _____ day of January, 2001, to J. Brian McCormick, Assistant US Attorney 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33306-1704 and to Gavin B. Churchill, United States Probation Officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
            (954) 537-5565 Broward
Fax       : (305) 374-3414 Dade Fax
            (954) 568-1870 Broward Fax

BY: _____
    Florida Bar #771170

3