IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

**NIGHT BOX FILED**

JAN 0 9 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Ana M. Jhones, after having been appointed pursuant to the Criminal Justice Act, on December 19th, 2000, who hereby formally enters her appearance as Counsel to the Defendant, David Morgenstern, in the above-entitled proceedings.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade

Page 1

Fax       (954) 537-5565 Broward
: (305) 374-3414 Dade Fax
(954) 568-1870 Broward Fax

BY: _____
Florida Bar #771170

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _____ day of January, 2001, to the following counsel of record:

J. Brian McCormick
Assistant US Attorney
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL. 33306-1704
Phone: 954-356-7255
Fax: 954-356-7336

David Rothman, Esq.
Counsel for **John Mamone**
Thornton & Rothman
200 S. Biscayne Blvd., Suite 2690
Miami, FL. 33131-2310
Phone: 305-358-9000
Fax: 305-374-5747

John Howes, Esq.
Counsel for **Fred Morgenstern**
633 S.E. Third Ave., Suite 4F
Ft. Lauderdale, FL. 33302
Phone: 954-763-6003
Fax: 954-462-2255

Emmanuel Perez, Esq.
Counsel for **Joseph Silvestri**
2121 Ponce de Leon Blvd. Suite 290
Coral Gables, FL> 33134-5222
Phone: 305-442-7442
Fax: 305-441-9218

Donald R. Spadaro, Esq.
Counsel for **Julius Bruce Chiusano**
1000 S. Federal Hwy., Suite 103
Ft. Lauderdale, FL. 33316
Phone: 954-763-5504
Fax: 954-522-6888

Brian L. Tannebaum, Esq.

Counsel for **Michael Buccinna**
200 South Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL.  33131
Phone: 305-356-9000
Fax: 305-374-5747

Lothar Genge, Esq.
Counsel for **Jeffrey Bass**
1020 Russell Drive
Highland Beach, FL.  33487
Phone: 561-276-7038
Fax:

John F. Cotrone, Esq.
Counsel for **Frederick Scarola**
509 SE 9th St., Suite 1
Ft. Lauderdale, FL.  33316
Phone: 954-779-7773
Fax: 954-779-7758

Charles Wender, Esq.
Counsel for **Giuseppe Bellitto**
190 W. Palmetto Park Rd.
Boca Raton, FL.  33432
Phone: 561-368-7004
Fax: 561-368-5798

James Benjamin, Esq.
Counsel for **Mark Carattini**
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL.  33394
Phone: 954-779-1700
Fax: 954-858-0603

Peter Raben, Esq.
Counsel for **Paul DiFilippi**
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL.  33133
Phone: 305-285-1401
Fax: 305-858-0603

Neil M. Nameroff, Esq.
Counsel for **Anson Klinger**
100 SE 2nd Ave., Suite 3350

Miami, FL.  33131
Phone: 305-536-8700
Fax: 305-536-8704

Brian H. Bieber, Esq.
Counsel for **Joseph Spitaleri**
2600 Douglas Rd., Penthouse 1
Coral Gables, FL.  33134
Phone: 305-445-5320
Fax: 305-446-1766

Jon May, Esq.
Counsel for **Charles Clay**
200 E. Broward Blvd.., Suite. 1210
Ft. Lauderdale, FL.  33301
Phone: 954-761-7201
Fax: 954-767-8343

Steve Kreisberg, Esq.
Counsel for **Peggy Preston**
3250 Mary St. #400
Coconut Grove, FL.  33133
Phone: 305-442-4333
Fax: 305-442-0464

Philip R. Horowitz, Esq.
Counsel for **Mark Weiss**
12651 S. Dixie Hwy., Suite. 328
Miami, FL.  33156
Phone: 305-232-1949
Fax: 305-232-1963

David G. Vinikoor, Esq.
Counsel for **Jacolyn Baruch**
420 SE 12th St.
Ft. Lauderdale, FL.  33316
Phone: 954-522-2500
Fax: 954-522-7278

Jeffrey M. Harris, Esq.
Counsel for **David Bell**
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL.  33301
Phone: 954-522-7000
Fax: 954-522-7003

Richard Hamar, Esq.
Maria Hamar, Esq.
Counsel for **Charles Clay**
2437 Briarcrest Rd.
Beverly Hills, CA.  90210
Phone: (310) 550-0460
Fax: