IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### DEFENDANT DAVID MORGENSTERN'S UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully would move this Honorable Court for an Order granting his Unopposed Request for Modification of the Condition of his Release. In support of this motion the Defendant would state as follows:

1. That the Defendant, David Morgenstern was released on a $100,000.00 corporate surety bond by the Honorable Magistrate Judge Barry Seltzer on October 30th. That Mr. Morgenstern successfully satisfied the Nebbia condition and posted said bond on the same day.

2. That the Honorable Magistrate Judge Barry Seltzer imposed, inter alia, the following conditions of bond:

    a) Random urine testing
    b) travel is limited to the Southern District of Florida
    c) a curfew from 9:00 PM to 6:00 AM

3. That the Defendant is the subject of an indictment from the District of South Carolina, Anderson Division. In Case No.: 8:00-697. That as a result of this Indictment Mr. Morgenstern is required to travel to South Carolina very often in order to meet with his counsel, prepare for trial and otherwise make the required court appearances.

4. That in addition, Mr. Morgenstern is the only defendant who received a curfew of 9:00 PM to 6:00 AM.

5. That undersigned counsel has spoken to both Assistant United States Attorney's handling this case, i.e., Brian McCormack and Diane Fernandez; both of whom have indicated that they do not oppose a modification of bond that would a) allow the Defendant to travel to South Carolina for the purpose of meeting with his attorney's and or appearing in court, relevant to his pending matter in Anderson and b) that they, additionally, do not oppose the modification of the curfew hours from the present 9:00 PM to 6:00 AM restriction to 12:00 AM to 6:00 AM hours.

6. That additionally, undersigned counsel has spoken to Gavin B. Churchill, the United States Pre-Trial Services Officer that is charged with the pre-trial supervision of this Defendant who, likewise, has indicated that he does not oppose the modifications sought herein.

WHEREFORE, the Defendant, David Morgenstern, most respectfully moves this Honorable Court to enter an Order granting this request for modification of conditions of release and his conditions be modified to reflect travel restricted to the Southern District of Florida and to South Carolina for the purpose of trial preparation and/or court appearances relevant to the pending matter in that jurisdiction and b) that his curfew hours be modified to reflect 12:00 AM to 6:00 AM.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX and US MAIL on this _____ day of January, 2001, to J. Brian McCormick, Assistant US Attorney 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33306-1704 and to Gavin B. Churchill, United States Probation Officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
           (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
           (954) 568-1870 Broward Fax

BY: _____
    Florida Bar #771170

3