UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID MORGENSTERN,
_____/



## ORDER MODIFYING CONDITIONS OF RELEASE

This matter came before the Court on Defendant Morgenstern's Unopposed Motion for Modification of Conditions of Release. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is GRANTED. The terms of release shall be modified as follows:

> (a) travel is restricted to the Southern District of Florida and South Carolina solely for the purpose of trial preparation and/or court appearances relevant to the pending matter in South Carolina; and
>
> (b) curfew hours shall be modified to 12:00 AM to 6:00 AM..

It is further

ORDERED that all other conditions of release shall remain in effect.

DONE AND ORDERED in Miami, Florida this /st day of February, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
J. Brian McCormick, AUSA
Ana M. Jhones, Esq.
Gavin Churchill, USPTS

