UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-_Seitz / Garber (s)_

UNITED STATES OF AMERICA,

vs.

_David Morgenstern_

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Upon request of the parties, and good cause being shown, the _arraignment_ is hereby reset to _2/12/01_ at _10:00 AM_ before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this _6th_ day of _February_, 200_1_.

TAPE NO: N/A

_[signature]_
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

_Diane Fernandez_
c: AUSA
   Defense Counsel - Ana Jhones Esq.
   Pretrial Services
   U.S. Marshal