

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ (s)

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

DAVID MORGENSTERN
        Defendant.
_____/

Jail No :_____

Language:_____

    The above-named Defendant appeared before **Magistrate Judge TED E. BANDSTRA**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:   BOND
                      Tel. No:_____

Defense Counsel:  Name    : ANA JHONES
                Address: 330 BISCAYNE BLVD STE 625
                       MIAMI, FL 33132
                Tel. No: 305 374 4919

Bond Set/Continued:    $ 100,000 CSB/NEBBIA

Dated this   12th   day of FEBRUARY, 2000.

                      CLARENCE MADDOX, CLERK

            BY_____PATTY W. FITZPATRICK_____
                  Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 01B- 6-35/0
DIGITAL START NO.

