IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.

_____/

NIGHT BOX
FILED

CLARENCE MADDOX
CLERK USDC / SDFL / MIA

## DEFENDANT DAVID MORGENSTERN'S REQUEST FOR AUTHORIZATION TO PURCHASE DISCOVERY

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully would request that this Honorable Court for issuance of an Order granting his request that he be allowed to purchase part of the discovery on this matter. As grounds therefore would state as follows:

1. That the Government has submitted approximately 21,429 pages of discovery which is contained in 10 boxes to International Legal Imprints.

2. That undersigned counsel is court appointed to represent Mr. David Morgenstern. That while counsel has attempted to go to International Legal Imprints, during their office hours, to review these materials, doing so has been very difficult. Counsel discussed this



matter with the Client who has indicated a willingness to purchase this discovery by charging the purchase to his father, H. A. Morgenstren on his father's American Express credit card.

3. That as the court is aware Mr. Morgenstern has a freeze order from two separate jurisdictions. As such, in an abundance of caution, undersigned counsel is seeking permission from this court to have the court authorize Mr. Morgenstern's purchase of this discovery which amounts to $ 2,571.48.

4. That there is still a great deal more discovery, in the form of audio materials. However, counsel shall obtain copies from Mr. Rothman's office who represents the lead defendant, Mr. Mamone.

5. That undersigned counsel has left a message with Brian McCormick, the Assistant United States Attorney on this matter, in order to obtain his position regarding this request. However, has not received a response as of the time that this request was filed. As soon as the Government advices undersigned counsel of his position we will notify the Court.

WHEREFORE, the Defendant, David Morgenstern, most respectfully moves this Honorable Court to enter an Order granting this request for permission to purchase the discovery being held at International Legal Imprints.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX and US MAIL on this _____ day of March, 2001, to J. Brian McCormick, Assistant US Attorney