IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.

_____/

## DAVID MORGENSTERN'S NOTICE OF COMPLIANCE

COMES NOW, the Defendant, David Morgenstern, by and through his undersigned counsel who hereby files this Notice of Compliance. The Notice shall state as follows:

1. That on March 30th, 2001, a motion was filed by Defendant David Morgenstern requesting permission to purchase part of the discovery in this matter that was being held at International Legal Imprints. This purchase was to be made by H. A. Morgenstern's, Mr. Morgenstern's father.

2. That on an Order was granted by this Honorable Court allowing for the purchase of the discovery from International Legal Imprints. That per the Court's order, it was requested that counsel to Mr. Morgenstern verify that the discovery was purchase by H. A. Morgenstern.

3. That attached for the Court's review is a letter from International Legal Imprints verifying the purchaser's name as well as the confirmation code. That additionally, Defendant Morgenstern provided undersigned counsel was a letter stating the credit card number (See Exhibit "A" attached hereto).

4. That in addition to the letter provided by Claudia, with International Legal Imprints,

undersigned counsel spoke with Claudia, telephonically and she again verified that aforementioned information.

5. That in addition to providing the Court with this notice, undersigned counsel shall further confirm that she spoke with Brian McCormick, the Assistant United States Attorney on this case and he had indicated that he did not oppose the motion requesting permission to purchase the discovery as long as the purchaser was the father, and not the Defendant himself.

WHEREFORE, the Defendant, David Morgenstern hereby respectfully submits this notice of compliance as well as his 10(g) certification relative to the motion.

Respectfully submitted,

ANA M. JHONES

Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
           (954) 537-5565 Broward
FAX : (305) 374-3414 Dade Fax
      (954) 568-1870 Broward Fax

BY:_____
   Florida Bar #771170

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by US MAIL on this _____ day of April, 2001, to J. Brian McCormick, Assistant US Attorney 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33306-1704 and to David Morgenstern, 7534 Estrella Circle, Boca Raton, FL 33433.

ANA M . JHONES

2

          Attorney at Law
          Bayside Plaza, Suite 625
          330 Biscayne Boulevard
          Miami, FL 33132
          Telephone: (305) 374-4919 Dade
                    (954) 537-5565 Broward
FAX :     (305) 374-3414 Dade Fax
            (954) 568-1870 Broward Fax

BY: _____
      Florida Bar #771170



## INTERNATIONAL LEGAL IMPRINTS

April 9, 2001

ANA JHONES, ESQ.
330 N. BISCAYNE BLVD.
SUITE 625
MIAMI, FL 33132

DEAR MS. JHONES

I AM WRITING THIS LETTER TO CONFIRM RECEIPT OF PAYMENT FOR INVOICE NUMBER 16693 DATED 4/4/01 FOR CASE# 00-6273-CR-SEITZ.

PAYMENT WAS MADE BY AMERICAN EXPRESS CREDIT CARD IN THE NAME OF H.A. MORGENSTEN. APPROVAL CODE 109992 BATCH # 13 04/09/01 11:29 A.M.

IF YOU HAVE ANY QUESTION PLEASE CONTACT ME AT 305-358-3730.

SINCERELY,

*Claudia Vergara*

CLAUDIA VERGARA
ACCTOUNT MANAGER
INTERNATIONAL LEGAL IMPRINTS

Exhibit "A"