UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA, )
                              )          CASE NUMBER
            PLAINTIFF,        )          00-6309-CR-SEITZ
                              )
      VS.                     )
                              )
DAVID MORGENSTERN,            )          THIS VOLUME:
                              )          PAGE 1 - 15
            DEFENDANT.        )
_____)

(TRANSCRIPT BY TAPE)

        TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE

HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON OCTOBER 30, 2000, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    BRIAN MCCORMICK A.U.S.A., AND
                       DIANA FERNANDEZ A.U.S.A.

FOR THE DEFENDANT:     BRUCE L. UDOLF, ESQ.


                  CARL SCHANZLEH
               OFFICIAL COURT REPORTER
                  U. S. COURTHOUSE
             299 E. BROWARD BLVD., 202B
             FORT LAUDERDALE, FLORIDA 33301
                   954 769-5488