IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant,

_____/

## ORDER

The above-entitled matter, having come on before this Court upon Defendant David Morgenstern's Request for Authorization to Purchase Discovery and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Request for Authorization to Purchase Discover is hereby _granted_.

DONE AND ORDERED at Miami, Florida this _17th_ day of _April_, 2001.

_____
Honorable Patricia Ann Seitz
United States District Court Judge
Southern District of Florida

pc: Brian McCormick, AUSA
    Ana M. Jhones, Atty. at Law
    David Morgenstern, Client

