Case 0:00-cr-06309-PAS     Document 418     Entered on FLSD Docket 05/08/2001     Page 3 of 1

**CJA 24**
**(REV. 7/95)**

## AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. *FLS1207192*

| 1. JURISDICTION | 1 ☐ MAG. JUDGE | 2 ☒ DISTRICT | 2. MAG. JUDGE DOCKET NO. | PAID BY *MKO — 5/23/01* |
| | 3 ☐ APPEALS | 4 ☐ OTHER | | ACCTG. CLASS. NOS. |

| 3. DISTRICT DOCKETING NO. 04 | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) |
| 00-6309-CR-Seitz | | SD FLA |

**6. IN THE CASE OF**      United States   VS.   Raffa, et al.

DATE PAID *5/4/01*

**7. PERSON REPRESENTED**
David Morgenstern

**8. LOCATION/ORGANIZATION CODE**

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
Investigation/trial preparation

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Bond Hearing held 10/30/00 before Mag. Barry Seltzer *(MINS ATTCHD)*
*TAPE 00-87 BSS@2302*

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

► SIGNATURE OF ATTORNEY     ► 03/27/01
Ana M. Jhones          DATE
PRINTED NAME OF ATTORNEY     305-374-4919
                    PHONE NUMBER
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER
*4/3/01*
DATE

FILED by ___ D.C.
CT. REP.

**MAY 07 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| 13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS |
| A. Apportion          % of transcript with | 14. A. |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D. |

### CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other

**16. FULL NAME OF PAYEE**
Carl Schanzle

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE**
███████

**18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)**
U. S. Courthouse
299 E. Broward Blvd., 202B
Ft. Lauderdale, Fl. 33301

**19. TELEPHONE NO.**
AREA CODE ( 954 ) NUMBER   769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 14 | 14 | $ 3.00 | $ | $ | $ 42.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | *Filed 4/16/01 DE#403* | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

► CLAIMANT'S CERTIFICATION     ► 4-16-01
                    DATE

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT     *4/19/01*
                            DATE

**23. TOTAL CLAIMED**
$ 42.00

**24. APPROVED FOR PAYMENT**
SIGNATURE OF PRESIDING JUDICIAL OFFICER     *4-26-01*
                            DATE

**25. AMT. APPROVED**
$ 42.00