UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMONE, et al.,

_____/



## ORDER

This matter came before the Court on May 22, 2001 for Status Conference upon Defendants'

*ore tenus* Motion to Extend Pretrial Motions Deadline. The Court having heard representations of

counsel and being otherwise fully advised, it is

ORDERED that all pretrial motions must be filed by **August 31, 2001**. Responses to all

motions shall be filed by **October 1, 2001**.

DONE AND ORDERED in Miami, Florida this _22nd_ day of May, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
See attached Service List

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Don Spadaro, Esq.
1000 South Federal Highway
Suite 103
Fort Lauderdale, FL 33316
*Counsel for Julius Chiusano*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

John F. Cotrone, Esq.
509 S.E. 9th Street
Suite 1
Fort Lauderdale, FL 33316
*Counsel for Frederick Scarola*

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33483
*Counsel for Guiseppe Bellitto*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394

*Counsel for Mark Carattini*

Peter Raben, Esq.
200 South Biscayne Blvd.
Suite 5100
Miami, FL 33131
*Counsel for Paul DeFilippi*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Brian Bieber, Esq.
2600 South Douglas Road
PH 1
Coral Gables, FL 33134
*Counsel for Joseph Spitaleri*

Richard Hamar, Esq
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Charles White, Esq. (CJA)
2250 S.W. 3rd Avenue
Suite 150
Miami, FL 33129
*Counsel for Peggy Preston*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
*Counsel for Jacolyn Baruch*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
*Counsel for David Bell*