IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN, et. al.

    Defendant.
_____/

### ORDER

The above-entitled matter, having come on before this Court upon the Defendant's Motion seeking to eliminate the condition that forbids contact with any co-defendant in this case, that said condition be modified to allow co-defendants, Fred and David Morgenstern to visit with each other outside the presence of their counsel, and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant David Morgenstern's Motion for Modification of A Condition of Release, is hereby __GRANTED. David Morgenstern shall be permitted to have contact with Fred Morgenstern outsi[de] the presence of counsel but is not to discuss the pending cas[e]__

DONE AND ORDERED at Miami, Florida this 30th day of May, 2001.

Rec'd in MIA Dkt 6-1-01

_____
HONORABLE BARRY SELTZER
UNITED STATES MAGISTRATE JUDGE

Brian McCormack, AUSA
Ana Jhones, Counsel to Defendant
Gavin Churchill, Pretrial Services Officer
John Howes, Counsel to Fred Morgenstern

Page 1

443