IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

DAVID MORGENSTERN,

　　　　Defendant.
_____/

### DEFENDANT DAVID MORGENSTERN'S 3rd
### MOTION FOR MODIFICATION OF A CONDITION OF BOND

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully files this Supplement to his 3rd Request for Modification of A Condition of his Release. In support of this motion the Defendant would state as follows:

1. That the Defendant, David Morgenstern was released on a $100,000.00 corporate surety bond by the Honorable Magistrate Judge Barry Seltzer on October 30th. That Mr. Morgenstern successfully satisfied the Nebbia condition and posted said bond on the same day.



2. That a standard condition of said bond is that the Defendant's travel is limited to the Southern District of Florida. In January of this year, Mr. David Morgenstern filed with this Honorable Court an unopposed request to extend his travel to the State of South

Carolina so he may meet with his attorney's and attend all the necessary hearings relative to the cases that are pending in that jurisdiction in Greenville, South Carolina.

3. That currently, through this motion, Mr. David Morgenstern seeks to have his traveling privileges extended to include the Middle District of Florida. The purpose for this request is that his son, Camden T. Morgenstern has been accepted at the University of Central Florida. Mr. Morgenstern would like to be able to travel to make the necessary living arrangements with his son in Orlando. Additionally, he would like to be able to visit his son, along with his family, as often as necessary, especially, during all of the initial activities associated with the freshman year.

4. That undersigned counsel has spoken to Brian McCormick, the Assistant United States Attorney in this case who has indicated that he does object to this condition being lifted. Undersigned counsel has also spoken to Gavin B. Churchill, the United States Pre-Trial Services Officer that is charged with the pre-trial supervision of this Defendant, who has indicated that he does not object to this request. He had indicated that he would require that Mr. Morgenstern furnish him with an itinerary one day prior to departure, for each and every trip to that Middle District of Florida.

WHEREFORE, the Defendant, David Morgenstern, most respectfully moves this Honorable Court to issue an Order granting this 3rd *Motion for Modification of A Condition of Bond* and that Mr. Morgenstern's condition of bond which restricts his travel to the

Southern District of Florida and South Carolina, be further extended, to include that he be able to travel to the Middle District of Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by US MAIL on this _____ day of June, 2001, to J. Brian McCormick, Assistant US Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33306-1704, Gavin B. Churchill, United States Probation Officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

                        Respectfully submitted,

                        ANA M. JHONES  
                        Attorney at Law  
                        Bayside Plaza, Suite 625  
                        330 Biscayne Boulevard  
                        Miami, FL 33132  
                        Telephone: (305) 374-4919 Dade  
                                       (954) 537-5565 Broward  
                        Fax       : (305) 374-3414 Dade Fax  
                                       (954) 568-1870 Broward Fax

BY: _____  
     Florida Bar #771170