FILED BY _____ D C

2001 JUN 19 PM 3:00

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA - FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### ORDER

The above-entitled matter, having come on before this Court upon the <u>Defendant's 3rd Motion for Modification of A Conditions of Release</u> and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion for Modification of Conditions of Release is hereby:

GRANTED. Travel is enlarged to include the Middle District of Florida.

DONE AND ORDERED at ~~Miami~~ Ft. Lauderdale, Florida this 19th day of June, 2001.

_____
UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE

Brian McCormack, AUSA
Ana Jhones, Counsel to Defendant
Gavin Churchill, Pretrial Services