IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6309-CR-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN, et.al.

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY AND ABSENCE FROM JURISDICTION

COMES NOW Ana M. Jhones, as counsel to the Defendant, who hereby files this notice of unavailability:

1. That undersigned counsel per court order dated March 26th, 2001, is specially set to commence a trial on July 24th, 2001, before the Honorable Judge Patricia A. Seitz in case No. 00-435-CR-Seitz, in the matter of <u>USA v. Rony Genois, et.al</u>. That this matter is estimated to go for three weeks.

2. That in addition, to the extent that the trial on the aforementioned matter shall have concluded, counsel has set aside the week of August 6th, 2001 for her vacation.

3. That from September 12th thru September 15th, 2001, undersigned counsel shall be out of the jurisdiction attending a CJA seminar in San Francisco, California

sponsored by the Administrative Office of the United States Courts. Counsel has been accepted into this program and has made and prepaid all travel arrangements.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919
Fax        : (305) 374-3414

BY: _____
    FOR: Ana M. Jhones
    Florida Bar #771170

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _____ day of June, 2001, to the following counsel of record:

J. Brian McCormick
Assistant US Attorney
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL. 33306-1704
Phone: 954-356-7255
Fax: 954-356-7336

David Rothman, Esq.
Counsel for **John Mamone**
Thornton & Rothman
200 S. Biscayne Blvd., Suite 2690
Miami, FL. 33131-2310
Phone: 305-358-9000
Fax: 305-374-5747

John Howes, Esq.
Counsel for **Fred Morgenstern**
633 S.E. Third Ave., Suite 4F
Ft. Lauderdale, FL. 33302
Phone: 954-763-6003
Fax: 954-462-2255

Emmanuel Perez, Esq.
Counsel for **Joseph Silvestri**
2121 Ponce de Leon Blvd. Suite 290
Coral Gables, FL. 33134-5222
Phone: 305-442-7442
Fax: 305-441-9218

Donald R. Spadaro, Esq.
Counsel for **Julius Bruce Chiusano**
1000 S. Federal Hwy., Suite 103
Ft. Lauderdale, FL. 33316
Phone: 954-763-5504
Fax: 954-522-6888

Brian L. Tannebaum, Esq.
Counsel for **Michael Buccinna**

200 South Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL. 33131
Phone: 305-356-9000
Fax: 305-374-5747

Michael Tarre, Esq.
2 S. Biscayne Blvd., #3250
Miami, FL 33131
Counsel for **Jeffrey Bass**
Phone: 305-442-8255
Fax: 305-372-1589

John F. Cotrone, Esq.
Counsel for **Frederick Scarola**
509 SE 9th St., Suite 1
Ft. Lauderdale, FL. 33316
Phone: 954-779-7773
Fax: 954-779-7758

Charles Wender, Esq.
Counsel for **Giuseppe Bellitto**
190 W. Palmetto Park Rd.
Boca Raton, FL. 33432
Phone: 561-368-7004
Fax: 561-368-5798

James Benjamin, Esq.
Counsel for **Mark Carattini**
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL. 33394
Phone: 954-779-1700
Fax: 954-858-0603

Peter Raben, Esq.
Counsel for **Paul DiFilippi**
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL. 33133
Phone: 305-285-1401
Fax: 305-858-0603

Neil M. Nameroff, Esq.
Counsel for **Anson Klinger**
100 SE 2nd Ave., Suite 3350
Miami, FL. 33131

Phone: 305-536-8700
Fax: 305-536-8704

Brian H. Bieber, Esq.
Counsel for **Joseph Spitaleri**
2600 Douglas Rd., Penthouse 1
Coral Gables, FL.   33134
Phone: 305-445-5320
Fax: 305-446-1766

Jon May, Esq.
Counsel for **Charles Clay**
200 E. Broward Blvd.., Suite. 1210
Ft. Lauderdale, FL.   33301
Phone: 954-761-7201
Fax: 954-767-8343

Charles G. White, Esq.
Counsel for **Peggy Preston**
2900 Bridgeport Avenue, Suite 401
Coconut Grove, FL   33133-3606
Phone: 305-856-1211
Fax: 305-446-5856

Philip R. Horowitz, Esq.
Counsel for **Mark Weiss**
12651 S. Dixie Hwy., Suite. 328
Miami, FL.   33156
Phone: 305-232-1949
Fax: 305-232-1963

David G. Vinikoor, Esq.
Counsel for **Jacolyn Baruch**
420 SE 12th St.
Ft. Lauderdale, FL.   33316
Phone: 954-522-2500
Fax: 954-522-7278

Jeffrey M. Harris, Esq.
Counsel for **David Bell**
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL.   33301
Phone: 954-522-7000
Fax: 954-522-7003

Richard Hamar, Esq.
Maria Hamar, Esq.
Counsel for **Charles Clay**
2437 Briarcrest Rd.
Beverly Hills, CA.   90210
Phone: (310) 550-0460
Fax: