UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(S)(S)/GARBER

UNITED STATES OF AMERICA,

vs.

DAVID MORGENSTERN
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : <u>ON BOND</u>

Language: <u>English</u>

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:_____

                         Tel. No:_____

Defense Counsel:  Name  :<u>ANA JHONES</u>

                  Address:<u>330 BISCAYNE BLVD., STE. 625</u>

                         <u>MIAMI, FL 33132</u>

                  Tel. No:<u>305-374-4919</u>

Bond Set/Continued:    $100,000 CSB W/NEBBIA

Dated this 19TH day of SEPTEMBER, 2001.

                CLARENCE MADDOX, CLERK

                BY  <u>KAREN SUSSMANN</u>
                     Deputy Clerk

c: U.S. Attorney  FRAZIOR      TAPE NO.  01C 66
   Defense Counsel             DIGITAL START NO. 3460
   Pretrial Services
   Clerk for Judge