IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.

_____/

### MOTION TO ADOPT DEFENDANT MAMONE'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully files this Motion to Adopt Co-Defendant John Mamone's Motion for Extension of Time to File Pre-Trial Motions. In support of this motion the Defendant would state as follows:

1. That pre-trial motions on this case are due to be filed September 14th.

2. That undersigned counsel has been in Court every day, excluding Wednesday, September 12th. Additionally, counsel had been preparing for trial in the case of United States v. William Elienest, Case No.: 01-6152-CR-DIMITROULEAS which resulted in a change of plea this morning, September 17, 2001.

3. That additionally, at an earlier time, Magistrate Garber had requested that to the extent possible, any motions that were common to all counsel be filed in an omnibus fashion, as such, a further enlargement of time for Mr. David Morgenstern would serve to achieve this end.

4. That undersigned counsel has spoken to Brian McCormick, the United States Attorney in this case who has indicated that he does not oppose this motion and that he would not oppose to have the due dates for Mr. David Morgenstern's pre-trial motions to fall due on the same day as that of Mr. Mamone, i.e., October 22nd, 2001.

WHEREFORE, the Defendant, most respectfully moves this Honorable Court to allow the Defendant, David Morgenstern, to adopt and join the co-Defendant Mamone's Motion for Extension of Time to File Pre-Trial Motions and that an Order be entered granting his request for an extension of time to file the motions.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by US MAIL on this _____ day of September, 2001, to the attached counsel of record.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
            (954) 537-5565 Broward

```
Fax      : (305) 374-3414 Dade Fax
           (954) 568-1870 Broward Fax

BY:      _____
         Florida Bar #771170
```

## CERTIFICATE OF SERVICE

J. Brian McCormick
**Assistant US Attorney**
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL.  33306-1704
Phone: 954-356-7255
Fax:954-356-7336

David Rothman, Esq.
Counsel for **John Mamone**
Thornton & Rothman
200 S. Biscayne Blvd., Suite 2690
Miami, FL.  33131-2310
Phone: 305-358-9000
Fax: 305-374-5747

John Howes, Esq.
Counsel for **Fred Morgenstern**
633 S.E. Third Ave., Suite 4F
Ft. Lauderdale, FL.  33302
Phone: 954-763-6003
Fax: 954-462-2255

Emmanuel Perez, Esq.
Counsel for **Joseph Silvestri**
2121 Ponce de Leon Blvd. Suite 290
Coral Gables, FL.  33134-5222
Phone: 305-442-7442
Fax: 305-441-9218

3

Donald R. Spadaro, Esq.
Counsel for **Julius Bruce Chiusano**
1000 S. Federal Hwy., Suite 103
Ft. Lauderdale, FL. 33316
Phone: 954-763-5504
Fax: 954-522-6888

Brian L. Tannebaum, Esq.
Counsel for **Michael Buccinna**
200 South Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL. 33131
Phone: 305-356-9000
Fax: 305-374-5747

Michael Tarre, Esq.
2 S. Biscayne Blvd., #3250
Miami, FL 33131
Counsel for **Jeffrey Bass**
Phone: 305-442-8255
Fax: 305-372-1589

John F. Cotrone, Esq.
Counsel for **Frederick Scarola**
509 SE 9th St., Suite 1
Ft. Lauderdale, FL. 33316
Phone: 954-779-7773
Fax: 954-779-7758

Charles Wender, Esq.
Counsel for **Giuseppe Bellitto**
190 W. Palmetto Park Rd.
Boca Raton, FL. 33432
Phone: 561-368-7004
Fax: 561-368-5798

James Benjamin, Esq.
Counsel for **Mark Carattini**
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL. 33394
Phone: 954-779-1700

Fax: 954-858-0603

Peter Raben, Esq.
Counsel for **Paul DiFilippi**
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL.   33133
Phone: 305-285-1401
Fax: 305-858-0603

Neil M. Nameroff, Esq.
Counsel for **Anson Klinger**
100 SE 2nd Ave., Suite 3350
Miami, FL.   33131
Phone: 305-536-8700
Fax: 305-536-8704

Brian H. Bieber, Esq.
Counsel for **Joseph Spitaleri**
2600 Douglas Rd., Penthouse 1
Coral Gables, FL.   33134
Phone: 305-445-5320
Fax: 305-446-1766

Jon May, Esq.
Counsel for **Charles Clay**
200 E. Broward Blvd.., Suite. 1210
Ft. Lauderdale, FL.   33301
Phone: 954-761-7201
Fax: 954-767-8343

Richard Hamar, Esq.
Maria Hamar, Esq.
Counsel for **Charles Clay**
2437 Briarcrest Rd.
Beverly Hills, CA.   90210
Phone: (310) 550-0460

Charles G. White, Esq.
Counsel for **Peggy Preston**
2900 Bridgeport Avenue, Suite 401
Coconut Grove, FL   33133-3606
Phone: 305-856-1211
Fax: 305-446-5856

Philip R. Horowitz, Esq.
Counsel for **Mark Weiss**
9130 South Dadeland Blvd.

Suite #1910 - Two Datran Center
Miami, FL. 33156
Phone: 305-232-1949
Fax: 305-232-1963

David G. Vinikoor, Esq.
Counsel for **Jacolyn Baruch**
420 SE 12th St.
Ft. Lauderdale, FL. 33316
Phone: 954-522-2500
Fax: 954-522-7278

Jeffrey M. Harris, Esq.
Counsel for **David Bell**
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL. 33301
Phone: 954-522-7000
Fax: 954-522-7003