UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-6309-CR-PAS |
| v. | MIAMI, FLORIDA<br>September 21, 2001<br>VOLUME I<br>PAGES 1 TO 39 |

JOHN MAMONE
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL
OCT 0 2 2001
CLARENCE MADDOX
CLER. U.S. DIS. CT
S.D. OF FLA

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
    BRIAN MC CORMICK, ESQ.
    DIANA FERNANDEZ, ESQ.
    Assistant United States Attorneys
    99 N.E. 4th Street
    Miami, FL  33132

REPORTED BY:
    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

J. MAMONE           JAMES BENJAMIN, ESQ.

F. MORGENSTERN      JOHN HOWES, ESQ.

D. MORGENSTERN      ANA JHONES, ESQ.

J. SILVESTRI        EMMANUEL PEREZ, ESQ.


J.B. CHIUSANO       DON SPADERO, ESQ.

M. BUCCINNA         JAMES BENJAMIN, ESQ.

J. BASS             MICHAEL TARRE, ESQ.

F. SCAROLA          DAVID TARLOW, ESQ.

G. BELLITTO         CHARLES WENDER, ESQ.

M. CARATTINI        JAMES BENJAMIN, ESQ.


P. DI FILIPPI       PETER RABEN, ESQ.


A. KLINGER          NEIL NAMEROFF, ESQ.
                    JOHN HOWES, ESQ.

J. SPITALERI        BRIAN BEIBER, ESQ.

C. CLAY             JON MAY, ESQ.

P. PRESTON          ANA JHONES, ESQ.

M. WEISS            ANA JHONES, ESQ.

J. BARUCH           MICHAEL TARRE, ESQ.

D. BELL             JAMES BENJAMIN, ESQ..

O'SULLIVAN          KEN SWARTZ, ESQ.

J. RUSSO            STEVE POTOLSKY, ESQ.
```