IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant,
_____/



### DEFENDANT DAVID MORGENSTERN'S ITEMIZATION OF COPYING EXPENSES INCURRED TO DATE

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who hereby files this *ITEMIZATION OF COPYING EXPENSES INCURRED TO DATE*. The itemization is as follows:

*(A) COPYING EXPENSES INCURRED UNDER THE CRIMINAL JUSTICE ACT*

| Date of invoice | Description of Order | Date Paid by AOC[1] |
|---|---|---|
| 4/18/01 | Discovery/Search warrants Applications for Title III's | 5/15/01 |
| 5/22/01 | Copies of CD roms of All Title III conversations | 8/2/01 |

The documentation evidencing the invoice and payment by the Administrative Office

---

[1] Administrative Office of the US Courts



of the United States Court is attached here to and herein marked as **Exhibit 1** (4/18/01 order) and **Exhibit 2** (5/22/01 order).

The total amount of copying costs, paid to date, under the Criminal Justice Act is $ 460.08.

(B) *COPYING EXPENSES INCURRED TO DATE and PAID PRIVATELY*

On or about April 9, 2001 $ 1,514.96 worth of documentary discovery was purchased by H.A. Morgenstern, David Morgenstern's brother.

On March 30, 2001 a motion was filed with the Court seeking authorization to purchase $ 1,514.96 worth of documentary discovery that was being held by International Legal Imprints. Attached hereto and herein marked as **Exhibit 3** is a copy of said motion. A couple of days after the filing of the motion, undersigned counsel received a call from chambers stating that the motion was granted. On April 17, 2001 a formal Order was entered by this Court. Attached hereto and herein marked as **Exhibit 4** is a copy of said order.

On April 10, 2001 pursuant to the requirements set forth by the Court, H.A. Morgenstern, Mr. Morgenstern's father provided counsel with the credit card number as presented to Claudia, from International Legal Imprints evidencing the purchaser of the discovery. While counsel has a copy of the Memorandum provided to International Legal Imprints by H.A. Morgenstern, said memo is not being attached hereto, per H.A.

Morgenstern's request, due to the fact that his credit card number is depicted therein.

WHEREFORE, Ana M. Jhones, as counsel to DAVID MORGENSTERN, hereby files this itemization of copying costs incurred to date as requested by the Court per Court order dated October 2, 2001.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via FAX to the following counsel of record on this _4th_ day of October, 2001:

J. Brian McCormick
**Assistant US Attorney**
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL. 33306-1704
Phone: 954-356-7255
Fax: 954-356-7336

David Rothman, Esq.
Counsel to **John Mamone**
Thornton & Rothman
200 S. Biscayne Blvd., Suite 2690
Miami, FL. 33131-2310
Phone: 305-358-9000
Fax: 305-374-5747

John Howes, Esq.
Counsel to **Fred Morgenstern**
633 S.E. Third Ave., Suite 4F
Ft. Lauderdale, FL. 33302
Phone: 954-763-6003
Fax: 954-462-2255

Emmanuel Perez, Esq.
Counsel to **Joseph Silvestri**
2121 Ponce de Leon Blvd. Suite 290

Coral Gables, FL. 33134-5222
Phone: 305-442-7442
Fax:    305-441-9218

Brian L. Tannebaum, Esq.
Counsel to **Michael Buccianna**
200 South Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL. 33131
Phone: 305-356-9000
Fax:    305-374-5747

John F. Cotrone, Esq.
Counsel for **Frederick Scarola**
509 SE 9th St., Suite 1
Ft. Lauderdale, FL. 33316
Phone: 954-779-7773
Fax:    954-779-7758

James Benjamin, Esq.
Counsel to **Mark Carattini**
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL. 33394
Phone: 954-779-1700
Fax:    954-858-0603

Neil M. Nameroff, Esq.
Counsel for **Anson Klinger**
100 SE 2nd Ave., Suite 3350
Miami, FL. 33131
Phone: 305-536-8700
Fax:    305-536-8704

Brian H. Bieber, Esq.
Counsel for **Joseph Spitaleri**
2600 Douglas Rd., Penthouse 1
Coral Gables, FL. 33134
Phone: 305-445-5320
Fax:    305-446-1766

Jon May, Esq.

4

Counsel for **Charles Clay**
200 E. Broward Blvd.., Suite. 1210
Ft. Lauderdale, FL.  33301
Phone: 954-761-7201
Fax:    954-767-8343

Richard Hamar, Esq.
Maria Hamar, Esq.
Counsel for **Charles Clay**
2437 Briarcrest Rd.
Beverly Hills, CA.  90210
Phone: (310) 550-0460

Charles G. White, Esq.
Counsel for **Peggy Preston**
2900 Bridgeport Avenue, Suite 401
Coconut Grove, FL  33133-3606
Phone: 305-856-1211
Fax:    305-446-5856

Philip R. Horowitz, Esq.
Counsel for **Mark Weiss**
9130 South Dadeland Blvd.
Suite #1910 - Two Datran Center
Miami, FL.  33156
Phone: 305-232-1949
Fax:    305-232-1963

David G. Vinikoor, Esq.
Counsel for **Jacolyn Baruch**
420 SE 12th St.
Ft. Lauderdale, FL.  33316
Phone: 954-522-2500
Fax:    954-522-7278

Jeffrey M. Harris, Esq.
Counsel to **David Bell**
One East Broward Blvd., Suite 925
Ft. Lauderdale, FL.  33301
Phone: 954-522-7000
Fax:    954-522-7008

5

Jayne Weintraub
Counsel to **Joseph Russo**
100 SE 2nd Street Suite 3550
Miami FL 33131-2150
Phone: 305-374-1818
Fax:    305-358-5917

Michael Tarre, Esq.
Counsel to **Jeffrey Bass**
Two S. Biscayne Boulevard, Suite 3250
Miami FL 33132
Phone: 305- 442-8255
Fax:    305-445-8668

Kenneth Swartz
Counsel to **John O'Sullivan**
100 North Biscayne Boulevard Suite 2100
Miami FL 33132-2307
Phone:  305-579-9090
Fax:    305-371-4380



150 S.E. 2ND Ave.
SUITE 800
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013



# Invoice

| DATE | INVOICE # |
|---|---|
| 4/18/01 | 16819 |

**BILL TO**
6904- ANA JHONES
330 N. BISCAYNE BLVD.
SUITE 625
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| THORNTON | NET 30 | ANA JHONES |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 750 | IMPRESSIONS | 0.10 | 75.80 |
| 12 | BINDING | 2.00 | 24.00 |
| 1 | REDWELD | 1.00 | 1.00 |

Paid 5/21/01
Check #5697248492

$100.00

**TOTAL**



Exhibit "1"



WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD.
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE.

5697-72486622

5697-5697-7248662

ADMINISTRATIVE OFFICE
OF THE U.S. COURTS
WASHINGTON, D.C.

R

CHECK DATE: 15-MAY-01
CHECK AMOUNT:      $100.80
Case #: DFLS000CR006309004
Client Name: Morgenstern, David
Vendor Code (TIN): 650643387
Vendor Name: International Legal Imprints
CJA #: FLS0678255
Tax Levy: N
Invoice#:
Invoice # 16819

6904. Ana Jhones

# Invoice

**INTERNATIONAL LEGAL IMPRINTS**

150 S.E. 2ND Ave.
SUITE 800
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

| DATE | INVOICE # |
|---|---|
| 5/22/01 | 17156 |

**BILL TO:**
6904- ANA JHONES
330 N. BISCAYNE BLVD.
SUITE 625
MIAMI, FL 33132

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
| 00-6300-CR- | NET 30 | ANA JHONES |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 8 | DUPLICATING CD-ROM DISK | 45.00 | 360.00 |

CJA-00-6300-CR-SEITZ

$360.00

**WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD.**
**NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER 120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH**

**TOTAL**

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE.

EXHIBIT "2"

5697-7250551 8

5697-5697-7250551

ADMINISTRATIVE OFFICE
OF THE U.S. COURTS
WASHINGTON, D.C.

CHECK DATE: 02-AUG-01
CHECK AMOUNT:         $360.00
Case #: DFLS000CR006309004
Client Name: Morgenstern, David
Vendor Code (TIN): 650643387
Vendor Name: International Legal Imprints
CJA #: FLS0678255-02
Tax Levy: N
Invoice#:
Invoice 17156

6904 Ana Jheno

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### DEFENDANT DAVID MORGENSTERN'S REQUEST FOR AUTHORIZATION TO PURCHASE DISCOVERY

COMES NOW the Defendant, David Morgenstern, by and through undersigned counsel, who most respectfully would request that this Honorable Court for issuance of an Order granting his request that he be allowed to purchase part of the discovery on this matter. As grounds therefore would state as follows:

1. That the Government has submitted approximately 21,429 pages of discovery which is contained in 10 boxes to International Legal Imprints.

2. That undersigned counsel is court appointed to represent Mr. David Morgenstern. That while counsel has attempted to go to International Legal Imprints, during their office hours, to review these materials, doing so has been very difficult. Counsel discussed this



EXHIBIT "3"

matter with the Client who has indicated a willingness to purchase this discovery by charging the purchase to his father, H. A. Morgenstren on his father's American Express credit card.

3. That as the court is aware Mr. Morgenstern has a freeze order from two separate jurisdictions. As such, in an abundance of caution, undersigned counsel is seeking permission from this court to have the court authorize Mr. Morgenstern's purchase of this discovery which amounts to $ 2,571.48.

4. That there is still a great deal more discovery, in the form of audio materials. However, counsel shall obtain copies from Mr. Rothman's office who represents the lead defendant, Mr. Mamone.

5. That undersigned counsel has left a message with Brian McCormick, the Assistant United States Attorney on this matter, in order to obtain his position regarding this request. However, has not received a response as of the time that this request was filed. As soon as the Government advices undersigned counsel of his position we will notify the Court.

WHEREFORE, the Defendant, David Morgenstern, most respectfully moves this Honorable Court to enter an Order granting this request for permission to purchase the discovery being held at International Legal Imprints.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX and US MAIL on this _____ day of March, 2001, to J. Brian McCormick, Assistant US Attorney

2

500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL ' 33306-1704 and to David Morgenstern, 7534 Estrella Circle, Boca Raton, FL 33433.

         Respectfully submitted,

         ANA M. JHONES
         Attorney at Law
         Bayside Plaza, Suite 625
         330 Biscayne Boulevard
         Miami, FL 33132
         Telephone: (305) 374-4919 Dade
             (954) 537-5565 Broward
         Fax  : (305) 374-3414 Dade Fax
             (954) 568-1870 Broward Fax

BY: _____
   Florida Bar #771170

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant,
_____/

### ORDER

THE above-entitled matter, having come on before this Court upon Morgenstern's Request for Authorization to Purchase Discovery and the Court being

it is

    ORDERED AND ADJUDGED that the Request for Authorization to Pur hereby _granted_____

    DONE AND ORDERED at Miami, Florida this _17th_ day of _Op_ 2001.

_____
Honorable Patricia Seitz
United States District Court
Southern District of Florida

pc: Brian McCormick, AUSA
    Ana M. Jhones, Atty. at Law
    David Morgenstern, Client



EXHIBIT "4"