NIGHT BOX
FILED

OCT 0 5 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN, et.al.

    Defendant,
_____/

## NOTICE OF COUNSEL'S ABSENCE FROM JURISDICTION

Undersigned counsel respectfully advises this Court that she will be out of the jurisdiction on vacation between October 30, 2001 and November 4, 2001. It is respectfully requested that this Court schedule no trials or hearings requiring counsel's appearance during this period.

    Respectfully submitted,

    ANA M. JHONES
    Attorney at Law
    Bayside Plaza, Suite 625
    330 Biscayne Boulevard
    Miami, FL 33132
    Telephone: (305) 374-4919 Dade
    Fax     : (305) 374-3414 Dade Fax



BY: _____
Florida Bar #771170

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via FAX to the following counsel of record on this _____ day of October, 2001:

J. Brian McCormick
**Assistant US Attorney**
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL. 33306-1704
Phone: 954-356-7255
Fax: 954-356-7336

David Rothman, Esq.
Counsel to **John Mamone**
Thornton & Rothman
200 S. Biscayne Blvd., Suite 2690
Miami, FL. 33131-2310
Phone: 305-358-9000
Fax: 305-374-5747

John Howes, Esq. (CJA)
Counsel to **Fred Morgenstern**
633 S.E. Third Ave., Suite 4F
Ft. Lauderdale, FL. 33302
Phone: 954-763-6003
Fax: 954-462-2255

Emmanuel Perez, Esq. (CJA)
Counsel to **Joseph Silvestri**
2121 Ponce de Leon Blvd. Suite 290
Coral Gables, FL. 33134-5222
Phone: 305-442-7442
Fax: 305-441-9218

Brian L. Tannebaum, Esq.
Counsel to **Michael Buccianna**
200 South Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL. 33131
Phone: 305-356-9000
Fax: 305-374-5747

David Tarlow, Esq.
Counsel for **Frederick Scarola**
801 Brickell Avenue, Suite 1901
Miami, FL 33131
Phone: 305-374-7700
Fax: 305-374-4890

James Benjamin, Esq.
Counsel to **Mark Carattini**
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL. 33394
Phone: 954-779-1700
Fax: 954-858-0603

Jon May, Esq.
Counsel for **Charles Clay**
200 E. Broward Blvd.., Suite. 1210
Ft. Lauderdale, FL. 33301
Phone: 954-761-7201
Fax: 954-767-8343

Philip R. Horowitz, Esq. (CJA)
Counsel for **Mark Weiss**
9130 South Dadeland Blvd.
Suite #1910 - Two Datran Center
Miami, FL. 33156
Phone: 305-232-1949
Fax: 305-232-1963

Jayne Weintraub
Counsel to **Joseph Russo**
100 SE 2nd Street Suite 3550
Miami FL 33131-2150
Phone:305-374-1818
Fax:305-358-5917

Howard Srebnick
Counsel to **Doreen Russo**
201 South Biscayne Blvd., Suite 1300
Miami FL 33131
Phone: 305-371-6421
Fax:   305-358-2006

Neil M. Nameroff, Esq.
Counsel for **Anson Klinger**
100 SE 2nd Ave., Suite 3350
Miami, FL. 33131
Phone: 305-536-8700
Fax: 305-536-8704

Richard Hamar, Esq.
Maria Hamar, Esq.
Counsel for **Charles Clay**
2437 Briarcrest Road
Beverly Hills, CA. 90210
Phone: (310) 550-0460

Jeffrey M. Harris, Esq
Counsel to **David Bell**
One East Broward Blvd., Suite 925
Ft. Lauderdale, FL. 33301
Phone: 954-522-7000
Fax: 954-522-7008

Kenneth M. Swartz
Counsel to **John O'Sullivan**
100 Biscayne Blvd., Suite 2100
Miami, FL   33132-2307
Phone:305-578-9090
Fax: 305-371-4380

By: _____
ANA M. JHONES