PS 8(8/88)

# United States District Court
## for
## SOUTHERN FLORIDA

FILED by _____ D.C.
OCT 0 9 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

U. S. A. vs. MORGENSTERN, DAVID            Docket No. 00-6309-CR-SEITZ

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant DAVID MORGENSTERN who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in the court at FT. LAUDERDALE, on the 30TH day of OCTOBER, 2000 under the following conditions:

1. Report as directed by Pretrial Services;
2. Surrender travel documents to Pretrial Services (completed on 10/30/00);
3. Drug testing and treatment as directed;
4. Maintain employment;
5. No employment involving in investigative or commercial financial transactions;
6. No contact with victims or witnesses;
7. No weapons and/or firearms;
8. Curfew from 9:00 p.m. until 6:00 a.m.;
9. Travel restricted to the Southern District of Florida;
10. Maintain residence;
11. No illegal drugs; and
12. No excessive use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On or about August 20, 2001 the defendant conducted a commercial transaction to wit: the sell of a 1988 Mercedes-Benz 600 SL on Ebay INC. On said date, the defendant, using an Ebay ID of "dmorg7@aol.com" posted for sale a 1998 Mercedes-Benz VIN # WDBFA76F0WF158757, Ebay item # 594551377. On August 27, 2001 the above vehicle was sold to Waseem Rahman using the "personal offer" portion of the auction.

Furthermore, per the Bill of Sale (on the above vehicle) the defendant was conducting said financial transactions under the corporation name of "Bayswater Commercial, Inc." A Corporation check under the name of "Bayswater Commercial, Inc" with the State of Florida, Division of Corporations revealed the corporations officers are Victoria L. Morgenstern and Timothy Davidson. The corporations address is the same as the defendants (7534 Estrella Circle in Boca Raton, Florida)

**PRAYING THAT THE COURT WILL ORDER A RULE TO SHOW CAUSE HEARING.**

ORDER OF COURT

Considered and ordered this 9th day of October, 2001 and ordered filed and made a part of the records in the above case.

_____
Honorable Patricia A. Seitz
U. S. District Court Judge

Respectfully,

_____
Gavin B. Churchill
U.S. Pretrial Services Officer

Place   MIAMI, FLORIDA

Date    10/04/2001

cc: Brian McCormick, AUSA
    Ana Jhones, Esq.
    Gavin Churchill, US Pretrial Services
    The Honorable Barry S. Seltzer