UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID MORGENSTERN,
_____/



### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Barry S. Seltzer to hold a Rule to Show Cause Hearing on U.S. Pretrial Service's Petition for Action on Conditions of Pretrial Release.

This matter is set for trial on February 11, 2002.

DONE AND ORDERED this 10th day of October, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Brian McCormick, AUSA
Ana Jhones, Esq., 330 Biscayne Blvd., #625, Miami, FL 33132
Gavin Churchill, USPSO

