# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: DAVID MORGENSTERN (B)    CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick *present* + Dumatemurle    ATTY: Ana Jhones *present*

AGENT: PTS: Gavin Chruchill    VIOL: Bond Violation

PROCEEDING: Show Cause Hearing    RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: ___

BOND SET @: ___    To be cosigned by: ___

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

FILED by ___ D.C. INTAKE OCT 24 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. - FT. LAUD.

OCT 26 2001 Rec'd in MIA DKT

X - advised of charges
X - requests cont. of hearing until Monday - but
X - must be on house arrest 24 hr until Monday. (no bracelet)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: ___

PTD/BOND HEARING: ___

PRELIM/ARRAIGN. OR REMOVAL: ___

STATUS CONFERENCE: show cause hearing 10-29-01 11:00am BSS

DATE: 10-24-01    TIME: 9:00am    TAPE # 01-079    Begin: 1407    End: 1483