# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: __DAVID MORGENSTERN (B)__    CASE NO: __00-6309-CR-Seitz__

AUSA: __Brian McCormick__    ATTY: __Ana Jhones__

AGENT: __PTS: Gavin Churchill__    VIOL: _____

PROCEEDING: __Cont. of Bond Violation Hearing__    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

FILED by _____ D.C.
INTAKE
OCT 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*M/ withdraw has been filed by Ms. Jhones cannot go forward w/ hearing*

*re-set for Thurs may be re-set to Fri if all parties agree.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: *Cont* | | | | |
| PTD/BOND HEARING: | 11-1 | 11 | BSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: __10-29-01__ TIME: __11:00am__ TAPE # 01- __081__    Begin: __2052__    End: __2695__

13