## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: DAVID MORGENSTERN (B)                CASE NO: 00-6309-CR-Sietz

AUSA: Brian McCormick                       ATTY: Ana Jhones

AGENT: _____                       VIOL: _____

PROCEEDING: Bond Hearing Cont.              RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no                COUNSEL APPOINTED: _____

BOND SET @: _____                  To be cosigned by: _____

FILED INTAKE — D.C.
NOV 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*John Continue not fired yet —*

*hearing to be set after Judge rules on mot to withdraw*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 11-7-01 | 11:00am | BSS | 727 |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 11-1-01   TIME: 11:00am   TAPE # 01-684   Begin: 628   End: ___