## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DAVID MORGENSTERN (B) | CASE NO: | 00-6309-CR-Seitz |
| AUSA: | Brian McCormick ~~Deane Fernandez~~ present | ATTY: | Scott Sakin (may be a few minutes late - before us) present |
| AGENT: | PTS: Gavin Churchill | VIOL: | |
| PROCEEDING: | Bond revocation Hearing | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by INTAKE D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☑ Halfway House  Dismas House 24 hrs a day

∆ - admits selling cars but doesn't feel its a violation of bond

Ct finds that ∆ violates conditions of bond.

Exh. 1 - Re car sale
Exh. 2 - Ebay activity

Ordered that ∆ to live at Dismas 24 hrs a day - only allowed to leave for Court or pre-arranged meeting with atty (PTS must have knowledge). They must have verification.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | will be | | | |
| PTD/BOND HEARING: | allowed to leave | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | for Medical | | | |
| STATUS CONFERENCE: | treatment / shoulder surgery | | | |

DATE: 11-28-01  TIME: 11:00am  TAPE # 01- 090  Begin: 2306  End: 3580

recalled
01-091
200-662