UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**NIGHT BOX
FILED**

DEC 18 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE Nº  00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID MORGENSTERN,

Defendant.

_____/

## DEFENDANT MORGENSTERN'S MOTION FOR PERMISSION FOR CHRISTMAS HOLIDAY VISIT AND/OR TO ATTEND SUNDAY CHURCH

The Defendant, **DAVID MORGENSTERN**, by and through undersigned counsel,

hereby moves this Honorable Court for permission to visit with his family on Christmas Day

and/or to attend Church every Sunday, and as grounds therefore states as follows:

1.     The Defendant is presently confined to a half-way house located in Dania,

Florida.  Defendant is only permitted to leave the half-way house to meet with counsel.

Otherwise Defendant remains at the half-way house.

2.     The Defendant seeks to spend Christmas Day with his family at home at 7534

Estrella Circle, Boca Raton, Florida, and is requesting permission to depart the half-way

house on December 25, 2001 at 9:00 a.m. and return at 6:00 p.m.

3.     The Defendant is also requesting permission to attend Church every Sunday

at Calvary Chapel which is located at 2401 West Cypress Creek Road, Fort Lauderdale,

Florida.  The service the Defendant wants to attend is held every Sunday at 12:30 p.m., and

usually last close to two (2) hours.  Therefore, the Defendant needs to be allowed to leave the half-way house at 11:30 a.m. and return at about 3:30 p.m.  See attached letter.

4.    Undersigned counsel conferred with Assistant United States Attorneys Diana Fernandez and Brian McCormick regarding their position to the foregoing, and they have indicated that they are opposed to the Defendant going home on Christmas Day or attending Church on Sundays.

5.    Undersigned counsel also conferred with U.S. Pretrial Service Officer Gavin Churchill regarding this request, and he has indicated that he takes no position.

**WHEREFORE**, the Defendant respectfully prays that this Honorable Court will grant the relief sought herein.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Assistant United States Attorneys Diana Fernandez and Brian McCormick, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, and U.S. Pretrial Service Officer Gavin Churchill, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, Florida 33301, on this 18th day of December, 2001.

Respectfully submitted,

**SCOTT W. SAKIN, P.A.**
CJA Counsel for Defendant
1411 N.W. North River Drive
Miami, Florida 33125
Tel: (305) 545-0007

By:_____
        SCOTT W. SAKIN
        Florida Bar № 349089



*"To God Be The Glory, GREAT Things He Has Done"*

Attn: Scott W. Sakin
1411 NW North River Drive
Miami, FL. 33125

Mr. Sakin:

    This letter is in regards to your client David A. Morgenstern and his request to attend services at Calvary Chapel Ft. Lauderdale. Our service times throughout the week are as follows: Sundays-8:00 am, 10:15, and 12:30; Wednesdays-6:30 pm and 8:30; and Saturdays- 6:00 pm. If you have any Questions please feel free to contact me. Thanks.

Pastor John Chinelly

PS. Services usually last between 1 hour and 45 minutes to 2 hours.

2401 West Cypress Creek Road ● Fort Lauderdale ● Florida ● 33309
(954) 977-WORD (9673) ● FAX:(954) 977-9774
www.calvaryftl.org