UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID MORGENSTERN,
_____/

FILED by ___ D.C.
JAN 3 2002
CLARENCE MADDOX
CLER.; U.S. DIST. CT,
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR
## HOLIDAY VISIT AND ATTEND CHURCH

This matter came before the Court on Defendant David Morgenstern's Motion for Permission for Christmas Holiday Visit and/or to Attend Sunday Church. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida this 3rd day of January, 2002, *nunc pro tunc to December 20, 2001*.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Scott Sakin, Esq., 1411 N.W. North River Dr., Miami, FL 33125
Gavin Churchill, U.S. Pretrial Services (Fort Lauderdale)

