UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE № 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    *Plaintiff,*

VS.

DAVID MORGENSTERN,

    *Defendant.*
_____/



## DEFENDANT DAVID MORGENSTERN'S
## UNOPPOSED MOTION TO PERMIT DEFENDANT TO RESIDE AT HOME

    Defendant, **DAVID MORGENSTERN**, by and through undersigned counsel, hereby moves this Honorable Court to permit the Defendant to reside at home in Boca Raton, and in support thereof states the following:

    1.    On January 25, 2002 Defendant Morgenstern was operated on at the West Boca Medical Center for emergency surgery due to a left shoulder infection.

    2.    On February 1, 2002 Defendant is being discharged from the hospital following emergency surgery for the infected left shoulder. During surgery a central venous line was placed in the Defendant's chest which requires every 24 hours that a nurse come to the home to administer antibiotics through a catheter.

    3.    The Defendant is currently residing at the Dismas Halfway House. After consulting with authorities at Dismas Halfway House, the prosecutor Brian McCormick, and Gavin Churchill of Pretrial Services, it was determined by all that it would be in the best

interest of the Defendant's medical condition to permit the Defendant to convalesce and receive the antibiotic treatment while the Defendant resides at home.[1]

4.   Attached hereto is correspondence from Dr. Robert Baylis, the treating surgeon in this case.

5.   It is further agreed that Defendant is not permitted to leave his home without the consent of Gavin Churchill from Pretrial Services.

**WHEREFORE**, the Defendant respectfully prays that this Honorable Court will permit the Defendant to reside at home which is 7534 Estrella Circle, Boca Raton, Florida.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Assistant United States Attorneys Diana Fernandez and Brian McCormick, via fax (954) 356-7230, and Pretrial Service Officer Gavin Churchill, via fax (954) 769-5669, on this 1st day of February, 2002.

Respectfully submitted,

**SCOTT W. SAKIN, P.A.**
CJA Counsel for Defendant
1411 N.W. North River Drive
Miami, Florida 33125
Tel: (305) 545-0007

By: _____
SCOTT W. SAKIN
Florida Bar Nº 349089

---

[1] The prosecutor, Brian McCormick has agreed to this at this time. Mr. McCormick reserves the right to address the Defendant's status at the Status Conference which is set for Wednesday, February 6, 2002.

**Orthopaedic Associates USA**
1.800.USA.KNEE

*Excellence in Orthopaedics and Sports Medicine*

**ORTHOPAEDIC SURGERY SPORTS MEDICINE**

Harold S. Reitman, M.D., F.A.C.S.
Fellow American Academy of Orthopaedic Surgeons
Diplomate American Board of Orthopaedic Surgery

Richard S. Kleiman, M.D., F.A.C.S.
Fellow American Academy of Orthopaedic Surgeons
Diplomate American Board of Orthopaedic Surgery

Robert W. Baylis, M.D.
Diplomate American Board of Orthopaedic Surgery
Fellowship Trained Sports Medicine and Shoulder Surgery

**JOINT REPLACEMENT**

Gary J. Kelman, M.D., F.A.C.S.
Fellow American Academy of Orthopaedic Surgeons
Diplomate American Board of Orthopaedic Surgery
Fellowship Trained Total Joint Reconstruction Surgeon

**SPINE SURGERY**

Christopher A. Brown, M.D
Orthopaedic Surgeon
Fellowship Trained Spine Surgeon

**FOOT AND ANKLE SURGERY**

Arthur Segall, Jr., D.P.M., F.A.C.F.A.S
Fellow American College of Foot & Ankle Surgeons
Diplomate American Board of Podiatric Surgery
Fellowship Trained Foot and Ankle Specialist

Tara S. Pietrobono, D.P.M.
Member of American College of Foot and Ankle Surgeons

**PHYSICIAN ASSISTANTS**

Gary Arnold, PA-C
Ruth Wermont, PA-C
Tamara Sullivan, PA-C

**PINE ISLAND MEDICAL CENTER**
350 N. Pine Island Road Level 1
Plantation, FL 33324
954.476.8800
Fax: 954.476.1362

**MEMORIAL HOSPITAL WEST MEDICAL OFFICE BUILDING**
601 N. Flamingo Road # 311
Pembroke Pines, FL 33028
954.450.8970
Fax: 954.450.9569

**MEDICAL OFFICES OF MIAMI LAKES**
6447 Miami Lakes Drive # 273
Miami Lakes, FL 33014
305.828.8260
Fax: 305.828.0244

**WEST BOCA MEDICAL CENTER OFFICE BUILDING**
9980 Central Park Blvd. #310
Boca Raton, FL 33428
561.883.3370
Fax: 561.883.0450

**GREEN WOOD CENTER**
1722A S. Congress Ave.
Palm Springs, FL 33461
561.868.5088
Fax: 561.868.5060

Toll-Free, All Offices: 1.800.USA.KNEE
http://www.orthousa.com

Feb 1, 2002

To whom it may concern —

David Morgenstern is being discharged from the hospital today following emergency surgery for an infected left shoulder. His condition is complicated by a GI bleed.

He is unable to travel and it would be better for his condition to be at home rather than a halfway house. He has a healing wound that could possibly get infected again and he receives daily IV antibiotics. A central venous line has been placed in his chest and every 24 hours a home nurse will come and administer antibiotics through this catheter. This catheter must also be kept clean from infection. His antibiotics must continue to complete 6 weeks. In addition Mr. Morgenstern is on heavy narcotics for pain which will alter his mental status. In this condition he would have difficulty in trial. He may not travel until his daily antibiotics are complete. For any questions call me at 954 476-8800

Sincerely,
[signature] M.D.