UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-6309-CR-PAS |
| v. | MIAMI, FLORIDA<br>February 6, 2002<br>VOLUME I<br>PAGES 1 TO 13 |
| FRED MORGENSTERN<br>DAVID MORGENSTERN<br>JOSEPH SILVESTRI<br>FREDERICK SCAROLA<br>CHARLES CLAY<br>MARK WEISS<br>JOSEPH RUSSO<br>DOREEN RUSSO | |

FILED by _____ D.C.
APPEAL

FEB - 8 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

    BRIAN MC CORMICK, ESQ.
    DIANA FERNANDEZ, ESQ.
    JAMES PAVLOCK, ESQ.
    Assistant United States Attorneys
    99 N.E. 4th Street
    Miami, FL  33132

REPORTED BY:    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

F. MORGENSTERN      WILLIAM NORRIS, ESQ.

D. MORGENSTERN      SCOTT SAKIN, ESQ.

J. SILVESTRI        EMMANUEL PEREZ, ESQ.

C. CLAY             JON MAY, ESQ.

M. WEISS            PHILLIP HOROWITZ, ESQ.

F. SCAROLA          DAVID TARLOW, ESQ.

J. RUSSO            JAYNE WEINTRAUB, ESQ.

D. RUSSO            HOWARD SREBNICK, ESQ.
```

DAVID S. EHRLICH - OFFICIAL COURT REPORTER