UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRED MORGENSTERN,
DAVID MORGENSTERN
JOSEPH SILVESTRI
FREDERICK SCAROLA,
CHARLES CLAY, and
MARK WEISS,
_____/

FILED by ___ D.C.
MAR 0 5 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER TRANSFERRING DEFENDANTS TO THE HONORABLE WILLIAM P. DIMITROULEAS FOR TRIAL

THIS CAUSE came before the Court on the February 14, 2002, Order advising the parties that any Defendant who had not entered a plea by March 1, 2002, would be transferred to Judge Dimitrouleas for trial, due to the undersigned beginning a three to four month trial in another criminal matter, and the willingness of Judge Dimitrouleas to accept transfer of these defendants, it is

ORDERED that the above Defendants, Fred Morgenstern, David Morgenstern Joseph Silvestri, Frederick Scarola, Charles Clay and Mark Weiss, be transferred to Judge Dimitrouleas for trial beginning May 6, 2002, or at a date and time designated by Judge Dimitrouleas.

DONE AND ORDERED this 4 day of March, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable William P. Dimitrouleas
See Attached Service List



SERVICE LIST
00-6309-CR-SEITZ
USA v. Morgenstern, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

William Norris, Esq.
7685 S.W. 104th Street
Suite 104
Miami, FL 33156
*Counsel for Fred Morgenstern*

Scott Sakin, Esq., (CJA)
1411 N.W. North River Drive
Miami, FL 33125
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*