UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6309-CR-DIMITROULEAS

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
MARK WEISS

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**May 2, 2002 AT 9:00 A.M.**
(Previously set for May 3, 2002 at 9:00)

TYPE OF HEARING:   CALENDAR CALL/STATUS CONFERENCE

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 12, 2002



cc:     Brian McCormick, AUSA
        Diana Fernandez, AUSA
        William M. Norris, Esq.
        Scott Sakin, Esq.
        Emmanuel Perez, Esq.
        Philip Horowitz, Esq.