**COURT MINUTES**

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: DAVID MORGENSTERN (B)          CASE NO: 00-6309-CR-Dimitrouleas

AUSA: Brian McCormick _present_     ATTY: Scott Sakin _present_

AGENT: PTS: Gavin Churchill          VIOL:

PROCEEDING: Status re bond           RECOMMENDED BOND:

BOND HEARING HELD - yes / no  conditions     COUNSEL APPOINTED:

BOND SET @: _____           To be cosigned by: _____ 2002

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*Judge Seitz had previously modified D's bond in open court.*

*Oral Mot. to allow D to speak to brother re case — granted only in presence of counsel*

*D - to remain under doctor's care at home. (Ct wants medical update in 30 days by ... movie by trial)*

NEXT COURT APPEARANCE: _____  DATE: _____  TIME: _____  JUDGE: movie  PLACE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE *re bond*  5-23-02  11:00am  BSS  (if trial isn't ... be cancelled)

DATE: 4-23-02  TIME: 11:00am  FTL/LSS TAPE # 02-02- 024  Begin: 509  End: 775

