UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    00-6309-CR-Dimitrouleas

V

DAVID MORGENSTERN



NOTICE OF FILING EXHIBIT

Attached is an un-numbered exhibit referred to in a hearing before Magistrate Judge Barry S. Seltzer on April 23, 2002. The hearing concerned the conditions of bond imposed on the above referenced defendant.

_____
Debbie Donovan
CRD for Magistrate Judge Seltzer



# North Broward Community Health Center Inc.
3773 North Federal Highway
Pompano Beach, Florida 33064
(954) 941-8866 • (954) 941-9950

The Honorable Barry S. Seltzer
US Magistrate Judge
299 E. Broward Blvd. Room 109
Ft. Lauderdale, FL 33301

April 23, 2002

Re: Patient David Morgenstern

Dear Sir:

I would like to address this Honorable Court regarding the current medical condition of my Patient, David Morgenstern. I attach this letter to my previous letters to show consistency.

Mr. Morgenstern is undergoing post-operative care and infectious disease therapy as the result of an unsuccessful surgical repair of a separated left shoulder. He was re-admitted to North Broward Medical Center on April 4 through April 11, 2002, for a septicemia (sepsis) episode, his third since January 25, 2002. Outpatient intravenous (IV) antibiotic therapy for up to 7 hours per day was also required after his discharge through to April 17, 2002.

Mr. Morgenstern is in the middle of his treatment regimen. He requires precise, time-consuming therapy, including testing his own ability to withstand infection during periods when he is not on any medication. He became ill during his first such "test" period beginning March 27, 2002, and he relapsed eight days later, on April 3, 2002.

I understand that this Honorable Court is the consideration of returning Mr. Morgenstern to Dismas House, a communal living facility. He is not medically cleared for such a move from his present convalescence at his home.

As before, I offer his medical records for examination.
Please contact me, as you may require.

Sincerely,

John D. Sortino, MD

**Sent in care of:**
Mr. Scott W. Sakin, Attorney at Law
1411 NW North River Drive
Miami, Florida 33125

BY FAX: 305.233.8781 and Hand Delivered