UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS

   Plaintiff,

vs.

DAVID MORGENSTERN,

   Defendant.
_____/



FILED by _____ D.C.

APR 24 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER SETTING HEARING ON MOTION FOR CONTINUANCE

THIS CAUSE having come before the Court on Defendant's pro se April 23, 2002 Motion For Continuance [DE-956], the Court sets a hearing on April 30, 2002 at 9:30 A.M.

David Morgenstern must be present at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of April, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

Brian McCormick, AUSA
Diane Fernandez, AUSA



William Norris, Esquire
7685 S.W. 104th Street, #220
Miami, Florida 33156

Emmanuel Perez, Esquire
2121 Ponce de Leon Boulevard, #920
Coral Gables, FL 33144

David Morgenstern
7534 Estrella Circle
Boca Raton, Florida 33433

Philip Horowitz
12651 S. Dixie Highway, #328
Miami, Florida 33156