*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

FILED by _____ D.C.
APR 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

            Case No. 00-6309-Cr-SEITZ

    Plaintiff,

vs.                MIAMI, *FLORIDA*
                NOVEMBER 28, 2001

DAVID MORGENSTERN,

    Defendant.

---

TRANSCRIPT OF BOND REVOCATION HEARING
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        *UNITED STATES ATTORNEY'S OFFICE*
        BY:  BRIAN McCORMICK, A.U.S.A.
        BY:  DIANA FERNANDEZ, A.U.S.A.
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, Florida 33301

FOR THE DEFENDANT:

        SCOTT WILLIAM SAKIN, ESQ.
        1411 N.W. North River Drive
        Miami, Florida

REPORTED BY:      JERALD M. MEYERS, RPR-CM
                   Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**