UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE Nº 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    *Plaintiff,*

VS.

DAVID MORGENSTERN,

    *Defendant.*



## DEFENDANT DAVID MORGENSTERN'S EMERGENCY MOTION FOR DISCOVERY

Defendant, **DAVID MORGENSTERN,** *pro se,* hereby moves this Honorable Court, pursuant to Rule 16 of the Federal Rules of Criminal Procedure for an order requiring the United States, through Assistant U.S. Attorney's Diane Fernandez and Brian McCormick, Esq. to copy, release and thus make immediately available to the Defendant, the following evidence in the possession or control of the United States:

1. The approximate eleven boxes of materials of importance to the Defense, separated by the Defendant from a "room full" of evidence brought down from the U.S. District Court in Greenville, South Carolina, which is being kept in the "Igloo" room at the Ft. Lauderdale, Florida Courthouse. As the Defendant's CJA Counsel apparently never returned to examine these documents, or made any request for copies to be released to the Defense from the government, the Defendant is filing this Motion in order to receive these vital documents now.

1



2. These "carved out" documents are extremely important to the Defense. They need to be reviewed by the Defendant and CJA Counsel. The Defendant believes these documents show conclusively that he is not mentioned in the South Carolina investment fraud. They contain omissions concluding that David Morgenstern had no knowledge, involvement or participation with the South Carolina investment fraud.

3. The Defendant wrote a letter and faxed it on April 25, 2002, attached hereto as Exhibit "A," to the Assistant U.S. Attorney's Ms. Diane Fernandez and Mr. Brian McCormick, requesting this discovery. The request remains unanswered. Accordingly, the Defendant prays that this court will compel them to cause this discovery to be copied, at the expense of the United States, immediately, and thus be made available to the Defendant, as the Defendant is court-acknowledged indigent and cannot pay for the timely and court-mandated organizing of such copying for himself.

4. Further, in accordance with Exhibit "B" from the "Index" of the "First Production of Discovery," provided to CJA Counsel on January 31, 2002, the Defendant instructed CJA Counsel to acquire other essential discovery, as notated by Mr. Scott W. Sakin, Esq. in the right hand margin of the index in his own handwriting, indicated by the word "NEED." It is the Defendant's belief and understanding that CJA Counsel has never requested copies of this essential discovery. For further clarity, the list of this discovery as shown in Exhibit "B" attached hereto is recanted in Table 1 on the following page.

**TABLE 1 – Clarification Of Discovery Requested To Be Released To The Defense In Accordance With This Motion.**

"John Mamone, et al.
Discovery Items Submitted"

| Box No. | Bate Stamp | Description of Evidence | Detailed Description of Evidence | Witness/Remarks |
|---|---|---|---|---|
| 13 | 130001 through 130202 | FBI, Police Reports, Seizure Documents. | FBI & Police Reports of Interviews w/ Defendants; Documents seized from Defendants. | FBI/Local |
| 25 | 250001 through 250012 | Merrill Lynch Records of J.M. & Sons Enterprises & Check Cashing Unlimited | | Merrill Lynch |
| 25 | 250013 through 250124 | BankAtlantic Records of Premier Tickets. | | Bank Atlantic |
| 25 | 250125 through 250246 | Corporate tax returns, Bank records and Merrill Lynch Records of J.M. & Sons Enterprises, | | Custodian of Records, J.M. & Sons. |
| 25 | 250247 through 250249 | Copies of Various IMC Checks. | | Irving Weiss |
| 25 | 250250 through 250259 | First Union Bank Records of Doreen Russo reflecting Deposits of $100,000 and $30,000. | | First Union |
| 25 | 250260 through 250268 | Twenty-One Chemical Trust Checks Provided to Akel's Market. | | Al Polito |
| 25 | 250269 through 250363 | Cashiers Checks purchased by Irving Weiss. | | Republic Security Bank |
| 25 | 250364 through 250722 | Evidence Secured During Clay Arrest | | |
| 26 | 261 through 262742 | Financial Records obtained from South Carolina | | |
| 28 | 2801581 through 2801718 | Florida Department of Banking files for I.H. Weiss, Inc., Check Cashing Unlimited, and Gold Coast Check Cashing | | Florida Department of Banking & Finance |
| 28 | 2800001 through 2800583 | Transcripts of Consensually Monitored Conversations from S.C. (South Carolina) | Transcripts of Consensually Monitored Conversations with Fred Morgenstern, David Morgenstern & Joe Silvestri from S.C. (South Carolina) | |

Note: even though AIB-0001 through AIB 1374 are marked "NEED" they have in fact been received by the Defense, they have not been examined or reviewed by CJA Counsel to this date.

3

5.  The Defendant asks that this court compel the Assistant U.S. Attorney's to cause the discovery as enumerated in Table 1 above also to be immediately copied, at the expense of the United States, and thus be made available to the Defendant. The Defendant is court-acknowledged indigent and cannot pay for the timely and court-mandated, organizing of such copying for himself.

6.  This motion is made in good faith and not for purpose of delay.

**WHEREFORE,** the Defendant respectfully prays that this Honorable Court will grant the relief sought herein.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Assistant United States Attorneys Diana Fernandez and Brian McCormick, via fax and U.S. Mail, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, Scott W. Sakin, Esquire, Attorney for David Morgenstern, 1411 N.W. North River Drive, Miami, Florida 33125, William Norris, Esquire, Attorney for Fred Morgenstern, 7685 Southwest 104th Street, Suite 104, Miami, Florida 33156, and Emanuel Perez, Esquire, Attorney for Joseph Silvestri, 2121 Ponce de Leon Boulevard, Suite 920, Coral Gables, Florida 33144, and Philip Horowitz, Esquire, Attorney for Mark Weiss, 12651 South Dixie Highway, Suite 328, Miami, Florida 33156, on this 26th day of April, 2002.

    Respectfully submitted,

    David A. Morgenstern, *pro se*
    7534 Estrella Circle
    Boca Raton, FL 33433

    By: _____
    David A. Morgenstern

**Exhibit "A" – Defendant's Letter to
Assistant US Attorneys Requesting Discovery**

# David A. Morgenstern

7534 Estrella Circle •Boca Raton, FL •33433
Tel/Fax: 561.883.1164

Assistant US Attorneys
Diane Fernandez and Brian McCormick
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, Florida 33394

April 26, 2002

BY FAX ONLY: 954.356.7336
Tel: 954.356.7255

Re:   Request for Compliance under Rule 16 - Federal Rules of Criminal Procedure
      Case No: 00-6309-CR-DIMITROULEAS
      David A. Morgenstern, Defendant, *pro se*

Dear Ms. Fernandez and Mr. McCormick:

There are approximately 11 boxes of evidence that were tagged and separated out by me, of the multitude of boxes that came from South Carolina. I had requested Mr. Sakin to examine, inspect and copy them, but I understand he never mentioned this requirement for the defense to you or your good offices.

As a Defendant, I require copies of those separated documents. If necessary, I will come down today at your request in order to make clear what copies I immediately need.

I can be reached at 561.883.1164, regarding this request through to 1PM today. After that, I am required to meet with another attorney on a matter entirely unrelated to case.

I ask that I hear from you before I have to leave at 1PM. If I do not, I will file a emergency motion before the court for an order, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requiring the United States to provide these documents to me, at its expense, due to my court-acknowledged indigence.

Please forgive the form of this letter, as I am not an attorney, and there may be unintended imperfections. Nevertheless, I feel compelled to act today, as I have not heard from Mr Sakin, my CJA Counsel, following the filing of my *pro se* Motion for Continuance. I thus write you with my best understanding of the need to protect my own Constitutional Rights in this matter.

I remain,
Sincerely,

David A. Morgenstern, *pro se*

cc:  Scott W. Sakin, Esq. (by FAX ONLY) – 305.325.0331 (Tel: 305.545.0007)
     The Honorable Judge Dimitrouleas (BY FAX ONLY) – 954.769.5656 (Tel: 954.769.5650)

HP OfficeJet G Series G85                        **Fax-History Report** for
Personal Printer/Fax/Copier/Scanner
                                                 561.883.3959
                                                 Apr 25 2002 8:00am

### Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Apr 25 | 7:59am ~~(8:39am)~~ *EDT* | Sent | 19543567336 | 0:30 | 1 | OK |

Result:
 OK - black and white fax
 Okay color - color fax

**Exhibit "B" – Index" of the "First Production of Discovery,"
Provided to CJA Counsel by Assistant U.S. Attorney
on January 31, 2002**

---

*Note: Those pages of this Index not bearing the word "NEED"
As inscribed by CJA Counsel are not included in this Exhibit.*

**JOHN MAMONE, ET AL.**
**DISCOVERY ITEMS SUBMITTED**

| Box No. | BATE STAMP No. | DESCRIPTION OF EVIDENCE | DETAILED DESCRIPTION OF EVIDENCE | WITNESS/REMARKS |
|---|---|---|---|---|
| 7 | 702042 through 702088 | Miscellaneous Bank Records | (10) Bank Records, Safe Deposit Records, etc. for Steve & Carmella Raffa | Bank of America |
| 8 | 800001 through 803398 | Miscellaneous Check Cashing Records | Bank Records, Deposit Slips, Deposited Checks, Daily Summaries, Etc. for Check Cashing Unlimited II | Irving Weiss |
| 9 | 901359 through 901737 | Miscellaneous Bank Records | (1) Bank Records for The Americas Resource Corp. | Citibank |
| 9 | 901738 through 902352 | Miscellaneous Bank Records | (2) Bank Records for The Americas Resource Corp., Escrow Account for Chemical Trust | Citibank |
| 9 | 902806 through 903012 | Miscellaneous Bank Records | (3) Bank Records for Prestige Accounting | Pointe Bank |
| 9 | 900001 through 900525 | Miscellaneous Bank Records | (4) Bank Records for Gold Coast Check Cashing | Terrabank |
| 9 | 902356 through 902805 | Miscellaneous Brokerage Records | (5) Brokerage Records for Check Cashing Unlimited, JM & Sons Enterprise, Inc., Gateway Transportation, etc. | Merrill Lynch |
| 9 | 900626 through 901358, and 903013 through 903583 | Miscellaneous Bank Records | (6,7) Miscellaneous Bank Records Obtained From SEC | Admiralty Bank |
| 9 | 903564 through 903750 | Injunctions, Court Orders | (8) SEC Injunctions & Court Orders | Public Records |
| 10 | 100001 through 1001487 | Business records, bank records | Daily reports/ledgers and bank records for Sanjo, Inc., Cash 96, and Oakland Check Cashing | Custodian of Records, Sanjo, Cash 96 & Oakland Check Cashing |
|  | no bate stamp | Video Tapes | Video tapes from pole camera at Cash 96 | FBI |
|  | no bate stamp | Photographs, Audio Tape | Surveillance photographs of Raffa, Mamone, Bellito, Fred Morgenstern, etc.; Audio tape with Louis Malone | FBI |
| 13 | 13001 through 13202 | FBI, Police Reports, Seized Documents | FBI & Police Reports of Interviews with defendants; Documents seized from defendants | FBI/Local |

**JOHN MAMONE, ET AL.**
**DISCOVERY ITEMS SUBMITTED**

| Box No. | BATE STAMP No. | DESCRIPTION OF EVIDENCE | DETAILED DESCRIPTION OF EVIDENCE | WITNESS/REMARKS |
|---|---|---|---|---|
| 22 | 22 | | Court Order dated 2/2000 and related affidavit, application, tapes, and transcripts relating to cellular telephones of John Mamone and Fred Morgenstern. | FBI |
| 23 | 23 | Affidavit and Search Warrant | Affidavit and Search Warrant for residences of MASSARO & GAZIE & for Check Cashing Unlimited II | |
| 24 | 24001 through 24021 | IGT, IMC Checks Deposited by I. H. Weiss, Inc. | IGT, IMC Checks Deposited by I. H. Weiss, Inc. | Pointe Bank, Republic Security |
| 25 | 903751 THROUGH 903867 | MERRILL LYNCH RECORDS OF J. M. & SONS ENTERPRISES & CHECK CASHING UNLIMITED | | Merrill Lynch |
| 25 | 250001 THROUGH 250012 | MERRILL LYNCH RECORDS OF J M & SONS ENTERPRISES | | Merrill Lynch |
| 25 | 250013 THROUGH 250124 | BANK ATLANTIC RECORDS OF PREMIER TICKETS | | BANK ATLANTIC |
| 25 | 250125 THROUGH 250246 | CORPORATE TAX RETURNS, BANK RECORDS, AND MERRILL LYNCH RECORDS OF J. M. & SONS ENTERPRISES | | CUSTODIAN OF RECORDS, J. M. & SONS |
| 25 | 250247 THROUGH 250249 | COPIES OF VARIOUS IMC CHECKS | | IRVING WEISS |
| 25 | 250250 THROUGH 250259 | FIRST UNION BANK RECORDS OF DOREEN RUSSO REFLECTING DEPOSITS OF $100,000 & $30,000 | | FIRST UNION |
| 25 | 250260 THROUGH 250268 | TWENTY ONE CHEMICAL TRUST CHECKS PROVIDED TO AKEL'S MARKET | | AL POLITO |
| 25 | 250269 THROUGH 250363 | CASHIERS CHECKS PURCHASED BY IRVING WEISS | | Republic Security Bank |
| 25 | 250364 THROUGH 250722 | EVIDENCE SECURED DURING CLAY ARREST | | |
| 26 | 261 THROUGH 262742 | FINANCIAL RECORDS OBTAINED FROM SOUTH CAROLINA | | |

**JOHN MAMONE, ET AL.**
**DISCOVERY ITEMS SUBMITTED**

| Box No. | BATE STAMP No. | DESCRIPTION OF EVIDENCE | DETAILED DESCRIPTION OF EVIDENCE | WITNESS/REMARKS |
|---|---|---|---|---|
| 28 | 2801581 through 2801718 | Florida Dept. of Banking and Finance files for I. H. Weiss, Inc., Check Cashing Unlimited, and Gold Coast Check Cashing | | Florida Dept. of Banking & Finance |
| 28 | 2801977 through 2802055 | Records of Gateway Transportation obtained from Len Briskman, Asset Forfeiture Officer including certified copy of tax return | | Custodian of Records, Gateway Transportation |
| 28 | 2802056 through 2802124 | Records of Royal Bank of Scotland for Gateway Management | | Royal Bank of Scotland |
| 28 | 2802125 through 2802297 | Records of Investec (Benjamin & Jerold Brokerage) for Triumph Capital and Doreen Russo | | Investec |
| 28 | 2801921 through 2801976 | Man Financial Brokerage Records of JOSEPH & DOREEN RUSSO | | Man Financial |
| 28 | 2802298 through 2802371 | Purchase Documents for Units 1501 & 1702, Grove Ocean Condominiums | | Custodian of Records, Grove Ocean Condominiums (Darlene Surano) |
| 28 | 2802372 through 2802441 | Purchase Documents for Units 1101 & 1102, Grove Ocean Condominiums | | Custodian of Records, Grove Ocean Condominiums (Darlene Surano) |
| 28 | 2802442 through 2802838 | Bank Account Information Pertaining to Various Klinger Accounts | Account Information for Anson Klinger, Miami Land Holdings, LLC; Grove Atlas, LLC; Ocean Grove Entertainment, LLC; Grove Business Management, LLC; Grove Interval Properties, LLC; & Ocean Grove Estate, LLC | Commercial Bank of Florida |
| 28 | 2802839 through 2803610 | Bank Atlantic Records of Various Mamone Accounts | Home Equity Loan file for JOHN & GRACE MAMONE;Savings Account for GRACE MAMONE, Custodian for JOHN MAMONE; Mortgage File for GRACE MAMONE Condominium;Checking Account for CARGO TRANSPORTATION SERVICES; Checking Account Information for GRACE MAMONE; & GRACE MAMONE, DAVID MAMONE, JOHN MAMONE | Bank Atlantic |

**JOHN MAMONE, ET AL.**
**DISCOVERY ITEMS SUBMITTED**

| Box No. | BATE STAMP No. | DESCRIPTION OF EVIDENCE | DETAILED DESCRIPTION OF EVIDENCE | WITNESS/REMARKS |
|---|---|---|---|---|
| 28 | 2800001 through 2800503 | Transcripts of Consensually Monitored Conversations from S. C. | Transcripts of Consensually Monitored Conversations with FRED MORGENSTERN, DAVID MORGENSTERN, & JOE SYLVESTRI from S. C. | |
| | AIB-0001 THROUGH AIB1374 | RECORDS OBTAINED FROM AIBC, NASSAU, BAHAMAS. | | AMERICAS INTERNATIONAL BANK CORP. |