UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

CASE NO. 00-6309-CR-DIMITROULEAS

FILED by _____ D.C.
APR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING ON MOTION FOR DISCOVERY

THIS CAUSE having come before the Court on Defendant's well written[1] pro se[2] April 25[3], 2002 Emergency Motion For Discovery, the Court sets a hearing on <u>April 30, 2002 at 9:30 A.M.</u>

David Morgenstern must be present at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of April, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] An attorney must refuse to provide ghost writing assistance unless the purported pro se client specifically commits himself to disclosing attorney's assistance to the court upon filing. Duran v. Carris, 238 F. 3d 1268, 1273 (10th Cir. 2001).

[2] A district court has no obligation to entertain pro se motions filed by a represented party. Abdullah v. U.S., 240 F. 3d 683, 686 (8th Cir. 2001).

[3] Defendant erroneously certified April 26th as the filing date.



Copies furnished to:

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, Florida 33125

Brian McCormick, AUSA

Diane Fernandez, AUSA