UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6309-CR-DIMITROULEAS

DAVID MORGENSTERN

TYPE OF CASE:                 CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.               COURTROOM 203E
FT. LAUDERDALE, FL 33301           DATE & TIME:
                                   **May 2, 2002 AT 9:00 A.M.**
                                   (Previously set for April 30, 2002 at 9:30)

TYPE OF
HEARING:  Defendant's Motion for Continuance and Emergency Motion for Discovery

                              CLARENCE MADDOX,
                              CLERK OF COURT

                              _____
DATE: April 29, 2002          BY DEPUTY CLERK

cc:   Brian McCormick, AUSA
      Diana Fernandez, AUSA
      Scott Sakin, Esq.

