UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED by ___ D.C.
MAY 0 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING GOVERNMENT'S MOTION TO STRIKE

THIS CAUSE having come before the Court on the Government's April 29, 2002 Motion To Strike [DE-965], said motion is denied as to these motions only.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2002.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

Copies furnished to:

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

Brian McCormick, AUSA

Diane Fernandez, AUSA

David Morgenstern
7534 Estrella Circle
Boca Raton, FL 33433

