# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by ___ D.C.
MAY 02 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD  DATE: May 2, 2002

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Fred Morgenstern, David Morgenstern, Brian McCormick & Joseph Silvestri, Mark Weiss

U.S. ATTORNEY: Diana Fernandez      DEFT. COUNSEL: _____

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Richard Sharpstein enters his appearance for Joseph Silvestri. Court allows Emmanuel Perez to withdraw. Court continues the case to 5/17 for Calendar Call. Briefs are due 5/10/02 to be submitted to Court on the issue of whether or not the Court should recuse itself.

CASE CONTINUED TO: 5/17/02   TIME: 9:00   FOR: Cal Call
MISC: 5/20/02 2 week trial period