UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

CASE NO. 00-6309-CR-DIMITROULEAS



## ORDER

THIS CAUSE having come before the Court on Defendant's pro se April 5, 2002 Emergency Motion for Discovery [DE-961], and the Court having heard argument on May 2, 2002, that the Government will give the Defendant access to the discovery materials, the motion is Denied as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, Florida 33125

Brian McCormick, AUSA
Diane Fernandez, AUSA

