UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAY 02 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
        Plaintiff,

CASE NO. 00-6309-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
MARK WEISS
        Defendant.
_____/

This matter having come before the Court on May 2, 2002 on Defendants' Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing May 20, 2002 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **Friday, May 17, 2002, at 9:00** A.M. o'clock. Counsel are to submit briefs to the Court by May 10, 2002. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___2___ day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida



cc: Brian Mccormick, AUSA
Diana Fernandez, AUSA
William Norris, Esq.
Scott Sakin, Esq.
Richard Sharpstein, Esq.
Philip Horowitz, Esq.