# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAY 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD    DATE: May 17, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA VS. Fred Morgenstern, David Morgenstern, Joseph Silvestri, Mark Weiss

U.S. ATTORNEY: Brian McCormick, Diana Fernandez    DEFT. COUNSEL: Bill Norris, Scott Sakin, Richard Sharpstein, Phil Horowitz

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft Mark Weiss to enter guilty plea this morning. Atty Scott Sakin currently in trial in State Court. Deft Joseph Silvestri ready for trial. Gov't ready for trial.

Court set Status Conference for Tuesday to determine when it will set this case for trial.

CASE CONTINUED TO: 5/21/02    TIME: 9:00    FOR: Status Conference

MISC: _____

