# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-(WPD)   DATE: May 21, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA VS. David Morgenstern

U.S. ATTORNEY: ~~Doug~~ Tony Hernandez / Brian McCormick / James Medlock   DEFT. COUNSEL: Scott Sakin

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter Guilty plea to Count 14 of Second Superseding Indictment & Count 1 of new Information. Gov't agrees to dismiss all remaining counts at time of sentencing.

* Bond conditions added: Random drug testing, report to Pretrial Services 1x per week, home detention eliminated, curfew 11pm to 6am, sentencing may be transferred to South Carolina (taking to prepare body)

* Deft waives arraignment on new case

CASE CONTINUED TO: 8/1/02   TIME: 10:00   FOR: Sentencing

MISC: Written plea agreement filed.
New Information filed (to be given a new number by Clerk of Court)