FILED by ___ D.C.

**MAY 23 2002**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                     CASE Nº 00-6309-CR-DIMITROULEAS

*Plaintiff,*

vs.

DAVID MORGENSTERN,                            **ORDER MODIFYING
                                              CONDITIONS OF BOND**

*Defendant.*

_____/

THIS CAUSE having come before the Court on the 21st day of May, 2002, upon the

Defendant's Motion to Modify Conditions of Release, and the Government having agreed

to the modification, it is hereby **ORDERED AND ADJUDGED** that the Defendant **DAVID**

**MORGENSTERN'S** conditions of bond are modified as follows:

    1.    Defendant shall have a curfew to remain home from 11:00 p.m. through 6:00

a.m.

    2.    Defendant shall submit to random urinalysis.

    3.    Defendant shall report once a week in person to Gavin Churchill of Pretrial

Services.

    4.    Defendant is no longer on house arrest.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 23 day of May,

2002.

WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

cc:    Scott W. Sakin, Attorney for Defendant
       Brian McCormick, Attorney for the Government
       Gavin Churchill, Pretrial Services