1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )   CASE NO. 00-6309-CR-WPD
                             )
             Plaintiff,      )
                             )
         -v-                 )
                             )
FRED MORGENSTERN,            )
DAVID MORGENSTERN,           )
                             )   Fort Lauderdale, Florida
             Defendants.     )   May 21, 2002
_____)   2:26 p.m.

                  TRANSCRIPTS OF PLEAS OF GUILTY

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                        U.S. DISTRICT JUDGE

APPEARANCES:

                         J. BRIAN MCCORMICK, ESQ.
                         DIANA L.W. FERNANDEZ, ESQ.
                         Assistant United States Attorneys
                                    -and-
                         JAMES R. PAVLOCK, ESQ.
                         Senior Trial Attorney
                         Appearing on behalf of the Plaintiff

                         WILLIAM NORRIS, ESQ.
                         Appearing on behalf of Defendant
                         Fred Morgenstern

                         SCOTT SAKIN, ESQ.
                         Appearing on behalf of Defendant
                         David Morgenstern

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

VOLUME:
Pages 1 - 78

# NOT

# SCANNED

PLEASE REFER TO COURT FILE