UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED by ____ D.C.

JUL 02 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Pre-Trial Services June 28, 2002 Petition For Rule To Show Cause, said request is Denied, without prejudice to submit police reports.[1]

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Gavin Churchill, U.S. Pre-Trial Services Officer

Diana Fernandez, AUSA

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, Florida 33125

---

[1] If the sentencing in this case is to be done in the District of South Carolina, that transfer order should be completed prior to the sentencing date. Counsel should not expect this court to continue sentencing to accomplish a transfer.

