In the United States District Court
for the SOUTHERN District of FLORIDA

United States of America

v.   } Criminal No. 00-6309-Cr-WPD(s)(s)

DAVID MORGENSTERN

Consent to Transfer of Case

for Sentence

(*Under Rule 20*)

I, DAVID MORGENSTERN, defendant, have been informed that a Sentencing date is pending against me in the above designated cause. I have plead guilty to the offense charged, and wish to be sentenced in the District of SOUTH CAROLINA in which I am appearing voluntarily and waive my right to be sentenced in this matter in the captioned district.

Dated: _19 JUNE 02_ at _FL_ /3:35 pm

_____
(Defendant) DAVID MORGENSTERN

_____
(Witness) Robert M. Willoughby, Special Agent - FBI

_____
(*Counsel for Defendant*)

Approved

_____  _____
AUSA                              AUSA
United States Attorney for the    United States Attorney for the

SOUTHERN                          _Greenville_   District of

FLORIDA                           SOUTH CAROLINA

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7-12-02

FORM USA-153
SEP 82

# RULE 20- TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| DAVID C. STEPHENS | Greenville, SOUTH CAROLINA | 6-27-2002 |
| NAME OF SUBJECT | STATUTE VIOLATED | FILE DATE (Initials and Number) |
| DAVID MORGENSTERN | 18 USC 1952 & 1956(h) | |

## PART A - DISTRICT OF ARREST

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waive of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the court in this district in accordance with Rule 20.
Docket No. _____

☒ Other (Specify): Enclosed is an executed Consent to Transfer of Case under Rule 20. The defendant has agreed to the transfer of the case for the purpose of sentencing. The PreSentence Report is being prepared in the Southern District of Florida and will be forwarded to you upon receipt.

☐ The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA             DATE OF SENTENCE             SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|
| | |

## PART B - DISTRICT OF OFFENSE

☐ I am agreeable to Rule 20 disposition. for sentencing.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
on         at         o'clock.
(kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies fo indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| J. BRIAN McCORMICK, CHIEF ORGANIZED CRIME SECTION | SOUTHERN DISTRICT OF FLORIDA | 6/28/02 |

See United States Attorneys Manual 9 - 14,000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

(Previous Editions are Obsolete.)                Form OBD-101  SEP 1978

This form was electronically produced by Elite Federal Forms, Inc.