# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
JAN 31 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD    DATE: January 31, 2003

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley    INTERPRETER: _____

UNITED STATES OF AMERICA VS. Ted Morgenstern & David Morgenstern

U.S. ATTORNEY: Brian McCormick    DEFT. COUNSEL: William Norris, Scott Sakin, James Tadlock

REASON FOR HEARING: Status Conference

RESULT OF HEARING: Dfts request new appointed CJA counsel is deferred until Tuesday to allow David Morgenstern time to finish his memoranda. Court also resets Ted Morgenstern for that same time.

CASE CONTINUED TO: 2/4/03    TIME: 9:00    FOR: Status Conference

MISC: _____

