UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.

DAVID MORGENSTERN,
          Defendant.
_____/

NIGHT BOX FILED

FEB - 3 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

GOVERNMENT'S MOTION TO REINSTATE
CONDITIONS OF BOND PENDING SENTENCE

    The United States of America, through it undersigned attorneys, respectfully moves the Court to Reinstate Conditions of Bond Pending Sentence, and in support thereof states as follows:

    1. On October 30, 2000, the defendant had his initial appearance on the indictment before Magistrate-Judge Barry S. Seltzer and was released on a $100,000 corporate surety bond with travel restrictions, drug and alcohol restrictions and a curfew between 9:00 pm and 6:00 am. Additionally, the defendant was required to maintain employment but was restricted from any employment or involvement in any investments or commercial financial transactions as part of that employment, among other conditions.



2. On October 24, and November 1, 2001, Magistrate-Judge Seltzer conducted a hearing on Pretrial Services' request for a Show Cause Hearing concerning violations of the conditions of bond. The petition alleged that defendant was conducting commercial/financial transactions in violation of a condition of bond. The court continued the hearing to enable the defendant's attorney, Ana Jhones, to file a motion to withdraw. As an interim measure the court placed the defendant on 24 hour house arrest.

3. On November 6, 2001, attorney Scott Sakin was appointed to represent the defendant.

4. On November 28, 2001, Magistrate-Judge Seltzer conducted a hearing on the government's Motion to Revoke Bond based upon the fact the defendant had participated in financial transactions in violation of a condition of bond, as well as upon a statement by the government that the defendant had also violated his house arrest conditions because he was absent from the residence on several occasions when a process server attempted to serve him.

5. At the hearing the government presented evidence that the defendant was running a company on E-Bay that was involved in the sale of high-end items. At the conclusion, the Court found that the defendant had violated that condition of the bond. The Court reserved ruling on the violation of house arrest. As a result, the

defendant was directed to reside at Dismas House twenty-four hours per day.

6. On February 1, 2002, the government agreed to temporarily suspend the condition of bond that the defendant reside at Dismas House because of a medical condition of the defendant.

7. On May 21, 2002, the defendant entered a guilty plea to Count 14 of the second superseding indictment and a separate information. At that time the Court entered an Order modifying the conditions of bond for the defendant.  The Court ordered that the defendant be placed on a curfew from 11:00 pm to 6:00 am; that he submit to random urinalysis; and, that the defendant report to the Pretrial Service Officer once a week.

8. On June 20, 2002, the defendant was arrested by Palm Beach County Sheriff's Office on a domestic violence matter involving his son and wife.  The defendant was placed on bond and, to date, has not been adjudicated in the matter.

9. On June 28, 2002, the Pretrial Services Office filed a petition for rule to show cause relating to aforementioned June 20, 2002 domestic violence arrest of the defendant.

10. On July 2, 2002, the Court denied the petition filed by Pretrial Services "without prejudice to submit the police report." Attached are copies of the police report concerning this incident.

11. On July 26, 2002, the court file was transferred to the District of South Carolina for sentencing pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

12. During the period that the case was in the District of South Carolina, the special conditions of bond imposed by this Court were deleted.

13. On January 21, 2003, United States District Judge G. Ross Anderson, District of South Carolina, entered an Order transferring the cases of <u>United States v. David and Fred Morgenstern</u> back to the Southern District of Florida for sentencing.

14. The government respectfully requests that the Court modify the conditions of bond by placing the defendant on twenty-four hour house arrest with electronic monitoring until sentencing in this matter. Further, the government requests, based upon previous violations, that the Court re-institute the original

condition that the defendant refrain from engaging in any commercial or financial transactions pending sentencing in this matter.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: *[signature]*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 3rd day of February, 2003 to:

Scott William Sakin, Esquire
1411 NW North River Drive
Miami, FL 33125

*Diana W. Fernandez*
DIANA L.W. FERNANDEZ
Assistant United States Attorney

JUN 27 '02 01:11PM     P.5

207160                                          P-1547

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

1. Arrest  3. Request for Warrant
2. NTA    4. Request for Capias     ☒ Juvenile

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0 6 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 06-02-108198 |

Charge Type: ☒ 3. Misdemeanor

Location of Arrest: 7534 ESTRELLA CIR. Boca Raton FL 33428
Location of Offense: 7534 ESTRELLA CIR. Boca Raton FL 33428

Date of Arrest: 06 20 02   Time of Arrest: 1135

Name (Last, First, Middle): Morgenstern, David Allan

Race: W  Sex: M  DOB: 10 23 45  Height: 5-11  Weight: 190  Eye Color: BRO  Hair Color: Bld  Complexion: Fair  Build: Med

Scars/Marks: Scar on Left Shoulder
Marital Status: Married   Religion: Catholic

Local Address: 7534 Estrella Circle, Boca Raton, FL 33433  (561) 883-1164
Permanent Address: 7534 Estrella Cir, Boca Raton, FL 33433  (561) 883-1164
Address Source: FL DL

Business Address: Same as Home     Occupation: N/A

DL Number, State: M625 1614 8388   SSN: 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   INS: N/A   Place of Birth: OH   Citizenship: U.S.A.

**No Bond** / **VICTIM NOTIFICATION REQUIRED**

Charge Description: SIMPLE BATTERY - DOMESTIC   Statute: 784.03   Offense#: 02-081998
Charge Description: Battery Simple Domestic   Statute: 784.03   Offense#: 02-081998

Location: To Be Set

In Custody                    6/20/02

Arresting Officer: D/S P. Matthews 7032
Transporting Officer: Wright 3492

Page 1 of 1

P.6

JUN 27 '02 01:12PM

**PROBABLE CAUSE AFFIDAVIT**

Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE
Agency Report Number: 08-02-08199811

Name (Last, First, Middle): Morgenstern, David Allan
Race: W  Sex: M  Date of Birth: 10/28/48

Charge Description: Battery Simple - Domestic
Charge Description: Battery Simple - Domestic

Victim's Name (Last, First, Middle): Morgenstern, Victoria
Race: W  Sex: F  Date of Birth: 12/27/52
Local Address: 7534 Estrella Circle, Boca Raton, FL 33433  Phone: (561) 883-1164
Business Address: None

On the 20 day of June 2002 at 11:10 AM.

I RESPONDED TO 7534 ESTRELLA CIR. IN SUBURBAN BOCA RATON IN REFERENCE TO A DOMESTIC BATTERY. UPON ARRIVAL I MET WITH DAVID MORGENSTERN WHO TOLD ME THE FOLLOWING: HE WAS IN AN ARGUMENT WITH HIS WIFE. HE ADMITTED IN MY PRESENCE TO PUSHING HIS WIFE. VICTORIA MORGENSTERN TOLD ME SHE WAS PUSHED AND ALSO STRUCK IN THE RIGHT CHEEK UNDER HER EYE, BY DAVID MORGENSTERN. CAMDEN MORGENSTERN ATTEMPTED TO STOP THE ALTERCATION AND WAS ALSO PUSHED BY DAVID MORGENSTERN. WITNESS STATEMENTS COMPLETED BY ALL. PROBABLE CAUSE EXISTS FOR ARREST.

STATE OF FLORIDA
COUNTY OF PALM BEACH

D/S Matthews 7032

The foregoing instrument was sworn to and subscribed before me this 20 day of June, 2002 by D/S Matthews 7032.

## PALM BEACH COUNTY SHERIFF'S OFFICE
### DOMESTIC VIOLENCE PROBABLE CAUSE SUPPLEMENTAL FORM
(SUBMIT WITH STATE ATTORNEY'S COPY OF PROBABLE CAUSE AFFIDAVIT)

CASE NUMBER: 02-081978

DEFENDANT'S NAME: MORGENSTERN, DAVID
DEFENDANT'S STATEMENT: ☒ YES ☐ NO (IF YES: ☒ WRITTEN ☐ TAPED ☐ ORAL)
SYNOPSIS: ADMITTED GUILT

VICTIM'S NAME: VICTORIA MORGENSTERN
VICTIM'S STATEMENTS: ☒ YES ☐ NO (IF YES: ☒ WRITTEN ☐ TAPED ☐ ORAL)
OBSERVATIONS OF VICTIM: (PHYSICAL & EMOTIONAL) CALM

RELATIONSHIP BETWEEN VICTIM AND SUSPECT: HUSBAND - WIFE

PHOTOGRAPHS: SCENE: ☒ YES ☐ NO   VICTIM(S): ☒ YES ☐ NO

911 CALL: ☒ YES ☐ NO   WHO CALLED: _____

WEAPON USED: ☐ YES ☒ NO   TYPE: _____

MEDICAL TREATMENT: ☐ YES ☒ NO
AT SCENE: ☐ YES ☒ NO   PARAMEDICS: _____
AT HOSPITAL: ☐ YES ☒ NO   HOSPITAL: _____   PHYSICIAN: _____

ARE CHILDREN LIVING IN HOME: ☐ YES ☒ NO
NAME: _____ DOB: _____
NAME: _____ DOB: _____
NAME: _____ DOB: _____

WAS ACT(S) COMMITTED IN PRESENCE OF MINOR(S): ☐ YES ☒ NO (IF YES ☐ SAME AS ABOVE OR SPECIFY)
NAME: _____ DOB: _____
NAME: _____ DOB: _____
NAME: _____ DOB: _____

DCF NOTIFIED: (IF CHILD ABUSE) ☐ YES ☒ NO        VICTIM PREGNANT: ☐ YES ☒ NO
PRIOR HISTORY OF DOMESTIC VIOLENCE: ☒ YES ☐ NO   ALCOHOL OR DRUGS INVOLVED: ☐ YES ☒ NO
VIOLATION OF RESTRAINING ORDER: ☐ YES ☒ NO   CASE #: _____

ALTERNATE VICTIM CONTACT INFORMATION: (IF VICTIM DECIDES TO LEAVE RESIDENCE)
RELATIVE/FRIEND NAME: _____ PHONE: _____
RELATIVE/FRIEND ADDRESS: _____

PBSO #0044A REV. 01/01

JUN 27 '02  01:08PM                                                                              P.8

```
AS                    TODAYS DATE   06/27/02                                    T244
         PALM BEACH COUNTY SHERIFF'S OFFICE                    PAGE    0
                        OFFENSE REPORT              CASE NO. 02081998
================================================================================
STATUS   1 = STOLEN                     2 = S/R DIFFERENT DAY
CODES    3 = S/R SAME DAY               4 = RECOVERED FOR OTHER JURISDICTION
(STA)    5 = LOST ITEMS    8 = EVIDENCE SEIZED    9 = OTHER (ARSON/VANDALISM)
================================================================================
DATE   S T                                      P R O P E R T Y
STLN/  T Y   BRAND    CALIBER   SERIAL/NUMBER   VALUE     VALUE       TELETYPE
RECOV  A P   NAME     (GUN)     DESCRIPTION     STOLEN    RECOVERED   NUMBER
================================================================================
)62002 8 Z                    POLAROID PHOTOS              2

    OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: MINOR
INJURY TYPE(1): OTHER
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: SPOUSE
PF1 = RETURN  PF7 = NARR   PF22 = PREV   PF23 = NEXT
```

```
AS                TODAYS DATE  06/27/02                              T244
     P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E    PAGE  0
                      O F F E N S E   R E P O R T       CASE NO. 02081998
DOMESTIC VIOLENCE RELATED: YES

     OFFENSE INDICATOR: OFFENSE 1      VICTIM NUMBER: 2
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY        RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: MINOR
INJURY TYPE(1): OTHER
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: CHILD
DOMESTIC VIOLENCE RELATED: YES

     REPORT NUMBER: 1
FLORIDA VICTIM ? Y
WEATHER: OVERCAST & HOT
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
PF1 = RETURN  PF7 = NARR  PF22 = PREV  PF23 = NEXT
```

JUN 27 '02 01:10PM                                                          P.2

```
AS                    TODAYS DATE   06/27/02                              T244
       P A L M  B E A C H  C O U N T Y  S H E R I F F' S  O F F I C E    PAGE   0
                      O F F E N S E  R E P O R T        CASE NO. 02081998
ATENTS LIFTED ?.......... N           SUSPECT'S VEHICLE KNOWN ?.. N
AG NUMBER KNOWN ?....... Y            PROPERTY DAMAGE ?.......... N
RRESTING OFFICER ....... D/S MATTHEWS 7032
VIDENCE TAKEN BY ....... D/S MATTHEWS 7032
HOTOS TAKEN BY ......... CPL JOHNSON 2901




PF1 = RETURN PF7 = NARR   PF22 = PREV   PF23 = NEXT
```

```
OFNARRM1          PALM  .ACH COUNTY SHERIFF'S OFFI.          06/27/02
CASE#  02081998        ORIGINAL      OFFENSE REPORT          PAGE 1
```

ON JUNE 20, 2002, AT APROXIMATELY 1100 HOURS, I RESPONDED TO 7534
ESTRELLA CIRCLE IN SUBURBAN BOCA RATON, IN REFERENCE TO A DOMESTIC
DISPUTE.

UPON ARRIVAL, I MET WITH DAVID MORGENSTERN, WHO ADVISED HE WAS IN AN
ARGUMENT WITH HIS WIFE. WHILE ARGUING WITH HIS WIFE, HE PUSHED HER AND
STRIKED HER IN THE FACE BY HIS OWN ADMISSION.

VICTORIA MORGENSTERN, HIS WIFE GAVE A SWORN STATEMENT, INDICATING A BATTERY
HAD TAKEN PLACE.

CAMDEN MORGESTERN, THE SON OF DAVID AND VICTORIA, GAVE A SWORN STATEMENT,
INDICATING HE ATTEMPTED TO BREAK UP THE VIOLENT ACT, HIS MOTHER WAS THE
VICTIM OF. ALL PERSON INVOLVED GAVE SWORN STATEMENTS, WHICH LEAD TO
THE ARREST OF DAVID MORGENSTERN. AVDA WAS CONTACTED BY DEPUTY SHERIFF
FERRANTE, I.D 6731, WHO STATED HE PUT VICTORIA IN CONTACT WITH KATY
FROM AVDA, VIA CELL PHONE. DAVID COMPLAINED OF A PREVIOUS SHOULDER
-----------------------------------------------------> MSG:

```
<PF1>    <PA2>    <PF15>      <PF22>      <PF23>
RETURN   BWD      1ST PAGE    PREV SUPL   NEXT SUPL
```

```
OFNARRM1              PALM  ACH COUNTY SHERIFF'S OFFI.        06/27/02
CASE#  02081998         ORIGINAL      OFFENSE REPORT          PAGE  2
```
INJURY WHILE IN CUSTODY. MYSELF AND CORPORAL JOHNSON PLACED A SECOND
PAIR OF HANDCUFFS ON DAVID. ONCE DAVID WAS TURNED OVER TO TRANSPORT,
HE TOLD THE TRANSPORT OPERATOR, HE HAD A KNEE THAT DOESN'T WORK AND
A BAD SHOULDER SURGERY. THIS CASE IS CLEARED BY ARREST.

D/S MATTHEWS, I.D 7032
6-20-02 AT 1600
TRANS 6-22-02 ROSE NEWBOLD, VERBATIM

```
-----------------------------------------------> MSG:
<PF1>      <PA2>     <PF15>     <PF22>     <PF23>
RETURN     BWD       1ST PAGE   PREV SUPL  NEXT SUPL
```

JUN 27 '02 01:06PM                                                                              P.3

G'i 1951b Auburn Or                                      ☐ WITNESS   ☑ VICTIM   ☐ OTHER                Page 1 of 1

**PALM BEACH COUNTY SHERIFF'S OFFICE**

# STATEMENT
Please complete in full detail

| Date of Statement | Month: 6 | Day: 20 | Year: 02 | Time: 11:10 |

Offense: Simple Battery Domestic      Agency Case # 02-081998

| Date of Offense | Month: 6 | Day: 20 | Year: 02 | Time: 11:10 |   Suspect/Arrestee: Last ___ First ___

Location of Offense: Estrella Cir Boca Raton, FL 33433

Name (Witness/Victim): Morgenstern — Camden — T   Age: 19   D.O.B.: 2/22/83   Race: W   Sex: M

Address Res: 7524 Estrella Cir   Boca Raton FL   Zip: 33433   Phone: 561.893.1164
Address Bus:                        Zip: 33433   Phone: 561.239.7525

I, Camden Tavish Morgenstern, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I entered the house after returning from the gym, because I received a call that my father had hit my mother. I came into the kitchen and he was speaking to my mother in an abusive tone. I told him to not get in her face, he told me to not get in the way of him and his wife. I responded with "Don't get in my mom's face." He said, "you don't get in between us" and then he pushed me and continue to antagonize me until he finally hit me in the nose and chest. I left the house and dialed 911.

I have received the Victim's Rights package.   Initials: CJM
I will testify in court: ☑ Yes ☐ No   Initials: CJM
I will prosecute criminally: ☑ Yes ☐ No   Initials: CJM

Sworn to and Subscribed Before Me, This: 20 Day of June Year 2002

I Swear/Affirm the Above and/or Attached Statements are Correct and True.
Signature: Camden Morgenstern

Deputy Sheriff ☐   Notary ☐
D/S Rott J. ___

F.S.S. 117.10
PBSO #4134 REV. 12/00

STATE ATTORNEY COPY

JUN 27 '02 01:06PM                                                                    P.4

5'10  160  Bro
                                        ☑ WITNESS   ☐ VICTIM   ☐ OTHER       Page 1 of 1

**PALM BEACH COUNTY SHERIFF'S OFFICE**

# STATEMENT
Please complete in full detail

| Date of Statement | Month: 06 | Day: 20 | Year: 02 | Time: 1100 hrs |
|---|---|---|---|---|

Offense: Simple Battery Domestic    Agency Case #: 02-081998

| Date of Offense | Month: 06 | Day: 20 | Year: 02 | Time: 1100 hrs |

Suspect/Arrestee:

Location of Offense: 7534 Estrella Circle Boca Raton 33433

Name (Witness/Victim): Last: Okeiman    First: Daniel    Age: 19    D.O.B.: 7/26/82    Race: H    Sex: M

Address Res.: 4988 NW 84 Way Coral Springs FL    Zip: 33065    Phone: 954-344-0596

Address Bus.:

I, Daniel Okeiman, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I witnessed Mr. Morgenstern and Canden Morgenstern arguing and I was trying to separate the two. I saw Mr. Morgenstern strike Canden in the chest

I have received the Victim's Rights package. Initial: /
I will testify in court: ☑ Yes ☐ No  Initial: DJO
Sworn to and Subscribed before me this 20 day of June year 2003
I will prosecute criminally: ☐ Yes ☐ No
I Swear/Affirm the Above and/or Attached Statements are Correct and True.
Deputy Sheriff  D/S [signature]   Signature: [signature]

F.S.S. 117.10
PBSO #0134 REV. 12/00

STATE ATTORNEY COPY

JUN 27 '02 01:07PM    P.5

**PALM BEACH COUNTY SHERIFF'S OFFICE**  ☐ WITNESS  ☒ VICTIM  ☐ OTHER

# STATEMENT
Please complete in full detail

Date of Statement: Month: 06  Day: 20  Year: 2002  Time: 11:25

Offense: Domestic Battery

Agency Case #: 02-081998

Date of Offense: Month: 06  Day: 20  Year: 2002  Time: 11:25

Suspect/Arrestee: Last: MORGENSTERN  First: DAVID  MI: A

Location of Offense: 7534 Estella Cir. Boca Raton FL 33428  Zone: F

Name (Witness/Victim): Last: MORGENSTERN  First: VICTORIA  MI: L  Age: 49  D.O.B.: 12/27/52  Race: W  Sex: F

Address Res: 7534 Estella Cir Boca Raton FL  Zip: 33428  Phone: (561) 883-1164

I, Victoria L. Morgenstern, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

My husband David & I had an argument about him taking prescription pain medication — I told him it was a filthy habit, etc — He got real angry & we started hollering back & forth & he hit me open-handed on the side of the head & shoved me into the closet. Unfortunately we kept arguing.

I have received the Victim's Rights package.  Initial: VM

I will testify in court: ☒ Yes  ☐ No

Sworn To and Subscribed Before Me, This: 20 Day of June year 2002

I will prosecute criminally: ☒ Yes  ☐ No

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

Signature: X V Morgenstern

STATE ATTORNEY COPY

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS  ☐ VICTIM  ☒ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement | Month: 6 | Day: 20 | Year: 02 | Time: 1135 |

| Offense: Domestic Violence Battery | Agency Case #: 02-061998 |
| Date of Offense | Month: 6 | Day: 20 | Year: 02 | Time: 1135 | Suspect/Arrestee Last: Morgenstern  First: David |
| Location of Offense: 7534 Estrella Cir. | Zone: F11 |

| Name (Witness/Victim) Suspect | Race: W | Age: 54 | D.O.B.: 10/25/48 | Sex: M |
| Last: Morgenstern  First: David | | | | |
| Address Res: 7534 Estrella Circle | Zip: 33433 | Phone: 561-883-1194 |
| Address Bus: N/A | Zip: N/A | Phone: None |

I, DAVID A. MORGENSTERN, do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

I AWOKE THIS MORNING AS USUAL, FACING MY POOL REHABILITATION PROJECT GONE AWRY BY RAIN, A REPORT DUE, ACTUALLY OVERDUE, FOR A PRIMARY CLIENT, AS THE NEED TO LOAD INVENTORY ON MY E-BAY STORE SITE FOR SATURDAY'S AUCTIONS. I TOOK 2 PERCOCETS, WHICH I AM PRESCRIBED BY MY DOCTOR, BECAUSE OF EXCESSIVE PAIN IN THE FAILED REPAIR OF MY LEFT SHOULDER. THIS ANGERED MY WIFE, BECAUSE OF MY PAST DRUG HISTORY, SHE FELT I WAS ABUSING DRUGS. SHE CALLED ME NAMES & COMPARED ME TO MY SISTER-IN-LAW WHO IS A HOPELESS DRUNK & TO MY MOTHER, NOW DECEASED, WHO ALSO WAS AN ALCOHOLIC. I TRIED TO GET HER TO STOP HURTING ME WITH HER COMPARISONS, TELLING HER OF MY POSITIVE WORK ACCOMPLISHED, THAT I WAS NOT IMPAIRED IN ANY WAY DUE TO MY PRESCRIPTION. SHE CONTINUED TO HARASS ME, UNTIL I (WRONGLY) PUSHED HER & RAGED AT HER FOR BETRAYING ME. IN MY CURRENT UPSET, SHE WOULD NOT QUIT FIGHTING WITH ME, SO I LEFT THE ROOM. SHE MUST HAVE CALLED MY SON AT SOME POINT, WHO CAME INTO MY HOUSE (HE'S 19) AND BEGAN INSULTING ME, THREATENING & SPEWING HATE COMMENTS, ETC. I TOLD HIM TO LEFT - HE KEPT SCREAMING AT ME & PUSHING ME AS I WAS PUSHING HIM TOWARDS THE DOOR. FINALLY I GOT HIM OUTSIDE AFTER MY OTHER FRIEND HOO GRABBED ME. I TOLD THEM BOTH TO GET OUT. THEY FINALLY DID

| I have received the Victim's Rights package. | Initial: / | I will testify in court: ☐ Yes ☐ No | Initial: |
| Sworn To and Subscribed Before Me, This: | I will prosecute criminally: ☐ Yes ☐ No | |
| 20 Day of June year 02 | I Swear/Affirm the Above and/or Attached Statements are Correct and True. | |
| Deputy Sheriff ☐  Notary Public ☐ | | |
| F36 117.10  JM  673 | Signature: [signature] | |