# CRIMINAL MINUTES

FILED by _____ D.C.
FEB 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 02-6309-CR-WPD   DATE: February 4, 2003

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. Fred Morgenstern & David Morgenstern

U.S. ATTORNEY: Diana Fernandez   DEFT. COUNSEL: William Norris, Scott Sakin

REASON FOR HEARING: Continuation of Status Conference

RESULT OF HEARING: Which began on 1/31/03. Court grants defts' motions to appoint new CJA counsel. Scott Sakin and William Norris are released from further service. Court appoints attorney William Clay to represent Fred & attorney Brian McCormick to represent David. Counsel are instructed to notify new counsel. Court defers ruling until 2/14/03 on Gov't's

CASE CONTINUED TO: 4/18/03   TIME: 8:45   FOR: Sent. for Fred
MISC: 4/18/03   9:15   Sentencing for David
Motions Re: Bond.