IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

FILED

JAN 21 2003

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | Cr. No. 8:02-712 |
| Fred Morgenstern, | ) | [SDF No. 02-60101-Cr-WPD] |
| | ) | |
| Defendant. | ) | Cr. No. 8:02-714 |
| | ) | [SDF No. 00-6309-Cr-WPD] |

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | Cr. No. 8:02-713 |
| David Morgenstern, | ) | [SDF No. 02-60100-Cr-WPD] |
| | ) | |
| Defendant. | ) | Cr. No. 8:02-715 |
| | ) | [SDF No. 00-6309-Cr-WPD] |

After reviewing the attached letter from Assistant United States Attorney David C. Stephens dated January 17, 2003, regarding the above defendants, Fred Morgenstern and David Morgenstern, it appears that it would be in the interest of judicial economy and in the interest of justice that the above cases be returned to The Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida.

The court adopts the factual statements contained in the aforementioned letter of AUSA David C. Stephens as its findings of fact.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
January 21, 2002



AO 72A
(Rev.8/82)



**U.S. Department of Justice**

*United States Attorney*

*District of South Carolina*

| | | | |
|---|---|---|---|
| First Union Building<br>Suite 500<br>1441 Main Street<br>Columbia, SC 29201<br>(803) 929-3000<br>FAX (803) 254-2912 | 151 Meeting Street<br>Suite 200<br>Post Office Box 978<br>Charleston, SC 29402<br>(843) 727-4381<br>FAX (843) 727-4443 | John L. McMillan Federal<br>Building, Room 222<br>401 W. Evans Street<br>Post Office Box 1567<br>Florence, SC 29503<br>(843) 665-6688<br>FAX (843) 678-8809 | 105 N Spring Street<br>Suite 200<br>Post Office Box 10067<br>Greenville, SC 29603<br>(864) 282-2100<br>FAX (864) 233-3158 |

Reply to: Greenville

January 17, 2003

The Honorable G. Ross Anderson, Jr.
United States District Judge
District of South Carolina
Post Office Box 2147
Anderson, South Carolina 29622

Re: United States v. David Morgenstern
    United States v. Fred Morgenstern

Dear Judge Anderson:

      In May 2002, I requested that you agree to sentence David and Fred Morgenstern pursuant to Rule 20, F.R.Cr.P. on charges to which they were pleading guilty in the Southern District of Florida. At that time, both Morgensterns were under Indictment there and David Morgenstern was under Indictment on a related case in this District. My understanding at that time was that David Morgenstern was going to cooperate and plead guilty on the South Carolina charge as well and a consolidated sentencing seemed appropriate. During that time frame, Fred Morgenstern had been incarcerated by you for contempt of court, and we anticipated that he would be in custody here at time of sentencing so it seemed equally logical to agree to sentence him here as well.

      When I asked you to agree to accept these sentencings I anticipated that, as is the norm with a cooperating defendant, sentencing would be a very simple, uncontested matter. I likewise anticipated no appellate issues which would occupy the time of our Court of Appeals. Due to several events that have occurred, it is clear that far more judicial resources may be called for than I had anticipated.

      Both David and Fred Morgenstern entered their pleas of guilty before District Judge William P. Dimitrouleas on May 21, 2002. During the plea colloquy, Judge Dimitrouleas agreed to sentencing being handled in South Carolina, but made it clear that should such not occur that the case would come back to him and that the Morgensterns



The Honorable G. Ross Anderson, Jr.
Page 2
January 17, 2003

could not withdraw their pleas of guilty. Thereafter, Judge Dimitrouleas presided over a two week trial of their co-defendant Joseph Silvestri.

After David Morgenstern entered his plea in Florida, he came to South Carolina and F.B.I. Special Agent Paul Jacobs and I began to interview him under a proffer agreement. At the beginning of the interview, we were concerned with several statements Mr. Morgenstern made about his understanding of how his sentencing would work. Of particular concern was his statement that I would be the person to decide if a U.S.S.G. Section 5K1.1 Motion would be made regarding the Florida case. I advised him that such a decision would be made by the prosecutors in Florida, however, I would advise them of any help he gave me. Mr. Morgenstern seemed disconcerted about this but proceeded with the interview and gave us a good deal of information.

During the course of our interview I told Mr. Morgenstern that in order to save him the expense of another trip to South Carolina I would try and schedule his guilty plea for the next day. At this point, Mr. Morgenstern became quite upset and informed us that he was not guilty, did not plan to plead guilty and wanted a trial. He then made numerous accusations about everyone involved in the case and how he had been misled. He also accused S/A Jacobs and me of trying to get him to perjure himself. At this point, we ended the interview. Based upon these events, I no longer consider Mr. Morgenstern to be a potential witness for the Government, even should he plead guilty.

David Morgenstern has, through his Florida attorney, lodged two objections to the Presentence Report. Both of these objections are fact specific and a ruling on them will have a dramatic impact on his guideline range. Further, based upon certain statements Mr. Morgenstern made during his aborted debriefing, I expect that he will have other objections at sentencing. In order to properly address the factual matters at sentencing, fact witnesses may have to come from Florida. Also, the Court will either have to bear the expense for transportation of the appointed lawyer from Florida or pay the expense of local counsel who will need a good deal of time to become familiar with the details of the Florida case.

Another issue that has come to the fore is that of forfeiture in connection with the Florida case. It is my understanding that Mr. Morgenstern is contesting the forfeiture of his home in Florida and that this will have to be litigated in connection with his sentencing.

Clearly there are issues here that may result in appeals to our Court of Appeals.

Fred Morgenstern has raised no objections to the Presentence Report, however, I would anticipate that the same two issues raised by David will be raised by Fred with the same problems. Further, Fred is no longer incarcerated, so that reason for handling his

The Honorable G. Ross Anderson, Jr.
Page 3
January 17, 2003

sentencing here no longer exists. Finally, as it seemed logical to me to sentence Fred here with David, it seems logical to keep them together for sentencing now.

I believe that the logic for sentencing David and Fred here on their Florida case no longer exists and I foresee a drain on judicial and other resources that I did not see when I asked that you accommodate us on this. Therefore, I would respectfully suggest that transferring the cases back to Florida would be appropriate.

I do appreciate your attention to this matter.

With best regards, I remain

                                 Sincerely yours,

                                 J. STROM THURMOND, JR.
                                 United States Attorney

                                 By: _____
                                    DAVID C. STEPHENS
                                    Assistant United States Attorney

| | |
|---|---|
| cc: Hon. William P. Dimitrouleas<br>Judge of the District Court<br>Southern District of Florida | William Norris, Esq.<br>Miami, Florida<br>Attorney for Fred Morgenstern |
| J. Brian McCormick<br>Assistant United States Attorney<br>Southern District of Florida | Douglas Richardson, Esq.<br>Pickens, South Carolina<br>Attorney for Fred Morgenstern |
| James R. Pavlock<br>Senior Trial Attorney<br>U. S. Department of Justice | Jessica Salvini, Esq.<br>Greenville, South Carolina<br>Attorney for David Morgenstern |
| Scott Sakin, Esq.<br>Miami, Florida<br>Attorney for David Morgenstern | Clerk of Court<br>Southern District of Florida<br>Fort Lauderdale Division<br>Fort Lauderdale, Florida |
| Clerk of Court<br>District of South Carolina<br>Greenville, South Carolina | |



```
                                                              CLOSED
                       U.S. District Court
             District of South Carolina (Anderson/Gwd)

             CRIMINAL DOCKET FOR CASE #: 02-CR-714-1
```

USA v. Morgenstern                                    Filed: 07/19/02
Case Assigned to: Judge G. Ross Anderson, Jr
Dkt# in other court: None

FRED MORGENSTERN                    Robert C. Wilson, Jr
     defendant                        [term  08/19/02]
  [term  01/21/03]                  864-242-6251
                                    [COR LD NTC ret]
                                    201 Whitsett Street
                                    Greenville, SC 29601
                                    864-242-9488

                                    William Douglas Richardson, Jr.
                                      [term  01/21/03]
                                    [COR LD NTC cja]
                                    PO Box 665
                                    Easley, SC 29641
                                    864-859-7160

                                    Fred Morgenstern
                                      [term  01/21/03]
                                    1400 NW 15th Court
                                    Boca Raton, FL 33431


Pending Counts:

    NONE


Terminated Counts:                       Disposition

18:1956 Conspired to conduct
wire fraud
(14)


Offense Level (disposition): 4



Complaints:

    NONE

```
INTERNAL USE ONLY: Proceedings include all events.
8:02cr714-1 USA v. Morgenstern                                          CLOSED

Fred Morgenstern

            defendant


==========================

USA

            plaintiff


U. S. Attorneys:

    David Calhoun Stephens
    864-233-3158
    [COR LD NTC]
    US Attorneys Office
    PO Box 10067
    Greenville, SC 29603
    864-282-2100
```

```
INTERNAL USE ONLY: Proceedings include all events.
8:02cr714-1 USA v. Morgenstern                                       CLOSED

7/19/02   1      Consent to Transfer (Rule 20) from Southern district of
                 Florida as to  Fred Morgenstern (1) count(s) 14 (pbri)
                 [Entry date 07/22/02]

7/19/02   --     **Location LO as to Fred Morgenstern (pbri)
                 [Entry date 07/22/02]

7/19/02   2      Plea Agreement as to Fred Morgenstern (pbri)
                 [Entry date 07/22/02]

7/19/02   --     Added Government Attorney David Calhoun Stephens    Per:
                 related criminal matter 8:00-cr-27 (pbri)
                 [Entry date 07/22/02]

7/19/02   --     **Procedural Interval start P5 as to Fred Morgenstern (1)
                 count(s) 14 Rule 20 transfer in; guilty plea taken in
                 Florida on 5/21/02. (pbri) [Entry date 07/22/02]

7/22/02   3      ORDER as to Fred Morgenstern for immediate payment of
                 6300.00 to the receiver and payments of 1500.00 per week
                 for seven weeks. Failure to comply with payment schedule
                 will result in immediate incarceration. (Signed by
                 Magistrate Judge William M. Catoe ) SVD (pbri)
                 [Entry date 07/22/02]

7/23/02   4      UNSECURE BOND entered by Fred Morgenstern in  Amount $
                 25,000.00 with special condition not to leave Florida
                 except for court appearances in South Carolina (Signed by
                 Magistrate Judge William M. Catoe )  svd (sjam)
                 [Entry date 07/24/02]

8/12/02   --     CASE assigned  to Judge G. R. Anderson Jr (cqui)
                 [Entry date 08/12/02]

8/19/02   5      CJA 20 as to Fred Morgenstern : Appointment of Attorney
                 William Douglas Richardson Jr.  and Robert Wilson retained
                 attorney terminated.   ( Signed by Magistrate Judge William
                 M. Catoe )  svd (sjam) [Entry date 08/19/02]

8/19/02   --     **Terminated attorney Robert C. Wilson for Fred Morgenstern
                 as to Fred Morgenstern (sjam) [Entry date 08/19/02]

8/19/02   --     **Fax document as to William Douglas Richardson Jr.as to
                 Fred Morgenstern [4-1] bond, [2-1] plea, [0-0]
                 miscellaneous (sjam) [Entry date 08/19/02]

8/19/02   --     **Re-Fax document as to Robert C. Wilson Jras to Fred
                 Morgenstern [5-1] CJA (sjam) [Entry date 08/19/02]

12/11/02  6      ORDER as to Fred Morgenstern Re: permission to travel
                 granted (Signed by Magistrate Judge William M. Catoe ) SVD
                 (pbri) [Entry date 12/12/02]
```

```
INTERNAL USE ONLY: Proceedings include all events.
8:02cr714-1 USA v. Morgenstern                                          CLOSED

12/12/02   --      **Re-Fax document as to Robert C. Wilson Jras to Fred
                   Morgenstern [6-1] order (pbri) [Entry date 12/12/02]

1/13/03    7       NOTICE of Hearing as to Fred Morgenstern  set Sentencing
                   for 9:30 1/24/03 for Fred Morgenstern   before Judge G. R.
                   Anderson Jr (pbri) [Entry date 01/13/03]

1/13/03    --      **Fax document as to William Douglas Richardson Jr.as to
                   Fred Morgenstern [7-1] notice hearing  set Sentencing for
                   9:30 1/24/03 for Fred Morgenstern   before Judge G. R.
                   Anderson Jr (pbri) [Entry date 01/13/03]

1/21/03    8       ORDER as to Fred Morgenstern transferring case back to the
                   Southern District of Florida (Signed by Judge G. R.
                   Anderson Jr ) SVD (pbri) [Entry date 01/21/03]

1/21/03    --      HEARING CANCELLED - sentencing (pbri) [Entry date 01/21/03]

1/21/03    --      **  Removed HRG flag. (pbri) [Entry date 01/21/03]

1/21/03    --      Case closed as to Fred Morgenstern  (all defendants) (pbri)
                   [Entry date 01/22/03]

1/21/03    --      **Procedural Interval start P9 as to Fred Morgenstern (1)
                   count(s) 14 (pbri) [Entry date 01/22/03]

1/21/03    --      **JS3 Closing Card for Fred Morgenstern (pbri)
                   [Entry date 01/22/03]
```

```
                                                              CLOSED
                    U.S. District Court
             District of South Carolina (Anderson/Gwd)

           CRIMINAL DOCKET FOR CASE #: 02-CR-715-1

USA v. Morgenstern                                Filed: 07/19/02
Case Assigned to:  Judge G. Ross Anderson, Jr
Dkt# in other court: None

DAVID MORGENSTERN              Steve W. Sumner
     defendant                   [term  09/24/02]
  [term  01/21/03]             864-233-8781
                               [COR LD NTC]
                               114 Manly Street
                               Greenville, SC 29601
                               864-235-3834

                               James F Brehm
                                 [term  11/08/02]
                               864-467-9398
                               [COR LD NTC cja]
                               James F Brehm Law Office
                               722 E McBee Avenue
                               Greenville, SC 29601
                               864-370-9777

                               David Morgenstern
                                 [term  01/21/03]
                               7534 Estrella Circle
                               Boca Raton, Fl 33433

                               Bradley Bennett
                                 [term  01/21/03]
                               [COR LD NTC cja]
                               Jessica Salvini
                                 [term  01/21/03]
                               864-878-6308
                               [COR LD NTC cja]
                               Salvini and Bennett
                               514 Pettigru
                               Greenville, SC 29603
                               864-878-4808

Pending Counts:

    NONE
```

INTERNAL USE ONLY: Proceedings include all events.
8:02cr715-1 USA v. Morgenstern                                           CLOSED

Terminated Counts:                      Disposition

18:1962 (d)  Conspiring in
mail and wire fraud
(1)

18:1956-4700.F MONEY
LAUNDERING - POSTAL,
INTERSTATE WIRE,  RADIO, ETC.
(14)

18:1957-4700.F POSTAL,
INTERSTATE WIRE, RADIO, ETC.
(16 - 45)


Offense Level (disposition): 4



Complaints:

    NONE

```
INTERNAL USE ONLY: Proceedings include all events.
8:02cr715-1 USA v. Morgenstern                                    CLOSED

David Morgenstern

              defendant


==========================

USA

              plaintiff


U. S. Attorneys:

   David Calhoun Stephens
   864-233-3158
   [COR LD NTC]
   US Attorneys Office
   PO Box 10067
   Greenville, SC 29603
   864-282-2100
```

```
INTERNAL USE ONLY: Proceedings include all events.
8:02cr715-1 USA v. Morgenstern                                        CLOSED
```

| Date | # | Description |
|---|---|---|
| 7/19/02 | 1 | Consent to Transfer (Rule 20) from Southern District of Florida as to David Morgenstern (1) count(s) 1 (pbri) [Entry date 07/23/02] |
| 7/19/02 | -- | Count(s) added David Morgenstern (1) count(s) 14, 16-45 (pbri) [Entry date 07/23/02] |
| 7/19/02 | -- | **Location LR as to David Morgenstern (pbri) [Entry date 07/23/02] |
| 7/19/02 | -- | **Procedural Interval start P5 as to David Morgenstern (1) count(s) 1, 14, 16-45 (pbri) [Entry date 07/23/02] |
| 7/19/02 | -- | Added Government Attorney David Calhoun Stephens   Per: related criminal matter 8:00-697 (pbri) [Entry date 07/23/02] |
| 7/23/02 | 2 | CJA 20 as to David Morgenstern : Appointment of Attorney ( Signed by Magistrate Judge William M. Catoe ) SVD (pbri) [Entry date 07/23/02] |
| 8/12/02 | -- | CASE assigned to Judge G. R. Anderson Jr (cqui) [Entry date 08/12/02] |
| 9/13/02 | 3 | MOTION by David Morgenstern to substitute attorney (pbri) [Entry date 09/15/02] |
| 9/24/02 | -- | ORAL ORDER as to David Morgenstern granting [3-1] motion to substitute attorney terminated attorney Steve W. Sumner for David Morgenstern Added James Brehm ( Entered by Magistrate Judge William M. Catoe ) svd (sjam) [Entry date 09/24/02] |
| 9/24/02 | 4 | CJA 20 as to David Morgenstern : Appointment of Attorney James F Brehm  ( Signed by Magistrate Judge William M. Catoe ) svd (sjam) [Entry date 09/24/02] |
| 10/1/02 | 5 | MOTION with Memorandum in Support by David Morgenstern for Brady (sjam) [Entry date 10/02/02] |
| 10/1/02 | 6 | MOTION by David Morgenstern for discovery and inspection (sjam) [Entry date 10/02/02] |
| 11/8/02 | 7 | CJA 20 as to David Morgenstern : Appointment of Attorney Jessica Salvini  ( Signed by Magistrate Judge William M. Catoe )  svd (kric) [Entry date 11/12/02] |
| 11/8/02 | -- | **Terminated attorney James F Brehm for David Morgenstern as to David Morgenstern (kric) [Entry date 11/12/02] |
| 12/13/02 | 8 | ORDER as to David Morgenstern for defendant's attorney to review discovery (Signed by Judge G. R. Anderson Jr ) SVD (pbri) [Entry date 12/16/02] |

INTERNAL USE ONLY: Proceedings include all events.
8:02cr715-1 USA v. Morgenstern                                          CLOSED

| Date | # | Entry |
|---|---|---|
| 1/13/03 | 9 | NOTICE of Hearing as to David Morgenstern  set status conference for 11:00 1/14/03 for David Morgenstern  before Magistrate Judge William M. Catoe    svd (sjam) [Entry date 01/13/03] |
| 1/13/03 | -- | **Fax document as to Jessica Salvini, David Calhoun Stephens as to David Morgenstern [9-1] notice hearing  set status conference for 11:00 1/14/03 for David Morgenstern before Magistrate Judge William M. Catoe (sjam) [Entry date 01/13/03] |
| 1/13/03 | 10 | NOTICE of Hearing as to David Morgenstern  set Sentencing for 9:30 1/24/03 for David Morgenstern  before Judge G. R. Anderson Jr (pbri) [Entry date 01/13/03] |
| 1/14/03 | -- | HEARING CANCELLED - status conference 1/14/03 (sjam) [Entry date 01/14/03] |
| 1/16/03 | -- | CJA PAYMENT to James F Brehm for defendant David Morgenstern   VOUCHER # 030114000082 (pbri) [Entry date 01/16/03] |
| 1/16/03 | 11 | CJA 20 as to David Morgenstern : Appointment of Co-Counsel Attorney Bradley Bennett  ( Signed by Magistrate Judge William M. Catoe )   svd (sjam) [Entry date 01/16/03] |
| 1/21/03 | -- | **Fax document as to Bradley Bennett as to David Morgenstern [11-1] CJA (sjam) [Entry date 01/21/03] |
| 1/21/03 | 12 | ORDER as to David Morgenstern transferring case back to Southern District of Florida (Signed by Judge G. R. Anderson Jr ) SVD (pbri) [Entry date 01/21/03] |
| 1/21/03 | -- | HEARING CANCELLED - sentencing (pbri) [Entry date 01/21/03] |
| 1/21/03 | -- | **  Removed HRG flag. (pbri) [Entry date 01/21/03] |
| 1/21/03 | -- | Case closed as to David Morgenstern  (all defendants) mooting [6-1] motion for discovery and inspection as to David Morgenstern (1), mooting [5-1] motion for Brady as to David Morgenstern (1) (pbri) [Entry date 01/22/03] |
| 1/21/03 | -- | **Procedural Interval start P9 as to David Morgenstern (1) count(s) 1, 14, 16-45 (pbri) [Entry date 01/22/03] |
| 1/21/03 | -- | **JS3 Closing Card for David Morgenstern (pbri) [Entry date 01/22/03] |