UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6309-CR-DIMITROULEAS
                                                    (02-60100-CR-DIMITROULEAS)
    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on the Government's February 3, 2003 Motion to Reinstate Conditions of Bond Pending Sentencing [DE-1255], and the Court having deferred ruling until February 14, 2003 [DE-1259], and having considered David Morgenstern's February 13, 2003 Response [DE-1275], finds as follows:

1. For some reason the District of South Carolina did not require certain special conditions of release to remain in effect. There is no showing that anything has occurred since those conditions were terminated in South Carolina that would warrant their reinstatement. The government does not even allege that they opposed the termination of the special conditions by the District Court of South Carolina.

Wherefore, Government's Motion to Reinstate Conditions is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18 day of February, 2003.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

J. Brian McCormick, AUSA

Brian McComb, Esquire
3458 S.E. Dixie Highway
Stuart, FL 34997-5217

Pre-Trial Services