```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6309-CR-WPD
                             )
              Plaintiff,     )
                             )
        -v-                  )
                             )
FRED MORGENSTERN,            )
DAVID MORGENSTERN,           )
                             )  Fort Lauderdale, Florida
              Defendants.    )  January 31, 2003
_____)  10:20 a.m.


              TRANSCRIPT OF STATUS CONFERENCE

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE


APPEARANCES:

                        J. BRIAN MCCORMICK, ESQ.
                        JAMES R. PAVLOCK, ESQ.
                        Assistant U.S. Attorneys
                        Appearing on behalf of the Plaintiff

                        WILLIAM NORRIS, ESQ.
                        Appearing on behalf of Defendant
                        Fred Morgenstern

                        SCOTT SAKIN, ESQ.
                        Appearing on behalf of Defendant
                        David Morgenstern




Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```

THIS VOLUME:

Pages  1 - 23

# NOT

# SCANNED

PLEASE REFER TO COURT FILE