UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          )   CASE NO. 00-6309-CR-WPD
                                   )
                Plaintiff,         )
                                   )
        -v-                        )
                                   )
FRED MORGENSTERN,                  )
DAVID MORGENSTERN,                 )
                                   )   Fort Lauderdale, Florida
                Defendants.        )   February 4, 2003
_____   )   9:07 a.m.


TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE


APPEARANCES:

                            DIANA FERNANDEZ, ESQ.
                            Assistant U.S. Attorney
                            Appearing on behalf of the Plaintiff

                            WILLIAM NORRIS, ESQ.
                            Appearing on behalf of Defendant
                            Fred Morgenstern

                            SCOTT SAKIN, ESQ.
                            Appearing on behalf of Defendant
                            David Morgenstern




Reporter                    ROBERT A. RYCKOFF
                            Official Court Reporter
                            299 East Broward Boulevard
                            Fort Lauderdale, Florida 33301
                            954-769-5657



NOT

SCANNED

PLEASE REFER TO COURT FILE