UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

FILED BY _____ D.C.
2003 MAR 14 PM 4:16
CLERK U.S. DIST. CT.
S.D. OF FLA - FTL

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DAVID MORGENSTERN

    DEFENDANT,
_____/

## NOTICE OF UNAVAILABILITY

Brian R. McComb, attorney at law, hereby gives all concerned parties Notice of Unavailability and that he will be out of the area on march 21, 2003.

Respective parties are hereby requested to refrain from setting maters during that date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this pleading was mailed this the 14th day of March 2003 to Brian McCormick/Diana Fernandez at the United States Attorney's Office 500 e. Broward Blvd. Suite 700 Ft. Lauderdale, Florida 33394-3002 and Michael J. Rosen 2400 S. Dixie highway Suite 105 Miami, Florida 33133

Respectfully submitted,

LAW OFFICES OF BRIAN R. MCCOMB. PA.
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997
(772) 781-0069 FAX 223-0121

BRIAN R. MCCOMB 174866

