UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO 00-6309-CR-DIMITROULEAS ✓
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DAVID MORGENSTERN,

    DEFENDANT,
_____/



## MOTION FOR ADDITIONAL TIME

COMES NOW the Defendant, DAVID MORGENSTERN, by and through his undersigned, respectfully moves for additional time in which to file Objections to the Pre-Sentence Investigation in the above styled matters and in support states as follows:

1. That the Defendant is currently set for sentencing on April 18, 2003 before this Honorable court. In the process of finalizing these matters a third Pre-Sentence Investigation (PSI) was prepared by the United States Probation Department (Frances Wesiberg)

2. In this third PSI, there additional facts that were stated by the probation department that the Defendant has objections to and would like to make a response.

3. That the probation department has set a deadline of March 28, 2003 in which to file objections. The Defendant upon reviewing the PSI has concluded that



there is insufficient time within the allotted time to adequately respond to the purported inaccuracies.

4. That the defense is moving expeditiously to finalize the response. Counsel would request until April 4, 2003 to file the required objections.

5. That the government is opposed to the motion for additional time.

WHEREFORE the defendant would respectfully pray that this Honorable Court grant his request for additional time until April 4, 2003.

I HEREBY CERTIFY that a true and correct copy of this pleading was mailed and faxed to AUSA Brian McCormick/Diana Fernandez United States Attorney's Office 500 E. Broward Blvd. 7th Fl. Ft. Lauderdale, Florida 33394 and Michael J. Rosen 2400 S. Dixie Highway Suite 105 Miami, Florida 33133 this the 26th day of March 2003.

_____
BRIAN R. MCCOMB 174866
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997
(772) 781-0069 FAX 223-0121