UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO 00-6309-CR-DIMITROULEAS
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

DAVID MORGENSTERN,

DEFENDANT,
_____/

### ORDER GRANTING MOTION FOR ADDITION TIME

THIS CAUSE came before the Court on Defendant's Motion for Additional Time, the Court having considered the motion and being advised in the premises it is hereby;

**ORDERED AND ADJUDGED:** that Defendant's Motion for Addition Time Is GRANTED. The Defendant shall have until April 4, 2003 in which to file objections to the Pre-Sentence Investigation.

**DONE AND ORDERED** at Broward County, Florida on this 28 day of March, 2003.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Brian R. McComb   (772) 223-0121
    Diana Fernandez  (954) 356-7230
    Brian McCormick  (954) 356-7230
    Michael J. Rosen (305) 858-7299



## NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**