UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO 00-6309-CR-DIMITROULEAS
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DAVID MORGENSTERN,

    DEFENDANT,
_____/

## MOTION FOR TRAVEL PERMISSION

COMES NOW the Defendant, DAVID MORGENSTERN, by and through his undersigned, respectfully moves this Honorable Court for permission to travel to Chicago, Illinois for trial and in support states as follows:

1. That the Defendant is currently set for trial in Chicago Illinois in the matter of Securities Exchange Commission v. Richard Collins, et al, in Case No. 01C 3085 set before the Honorable Judge Kennelly, United States District Court Northern District of Illinois-Eastern Division on April 16, 2003 at 10:00 AM. (See attached letter from Douglas W. Hyman-SEC Attorney)

2. That David Morgenstern is a Relief Defendant in the Chicago matter and is acting *pro se* and is required by court order to be present at the time of trial.

3. That David Morgenstern as a condition of his bond in the above styled matters is restricted to the Southern District of Florida.



4. That David Morgenstern requests permission to travel to Chicago Illinois for the civil trial beginning on April 15, 2003 and returning to the Southern District of Florida upon completion of said trial. Failure to obtain permission would result in a default and probably contempt of the Illinois court.

5. That the Defendant is currently set for sentencing in the above styled matters on April 18, 203 at 9:15 AM in Broward County Florida. The Chicago matter should not interfere with the sentencing date, but this Court should be made aware of the possible scheduling conflict.

6. That the Defendant has no control of the scheduling in the Illinois matter and this request to travel is in no way an attempt to delay the sentencing date.

WHEREFORE the defendant would respectfully pray that this Honorable Court grant his request to travel to Chicago Illinois for trial.

7. That the Assistant United States Attorneys have not been contacted regarding this motion because David Morgenstern is under court order to appear at trial. I did make them aware that this matter was pending in Chicago.

I HEREBY CERTIFY that a true and correct copy of this pleading was mailed to AUSA Brian McCormick/Diana Fernandez United States Attorney's Office 500 E. Broward Blvd. 7th Fl. Ft. Lauderdale, Florida 33394 and Michael J. Rosen 2400 S. Dixie Highway Suite 105 Miami, Florida 33133 this the 2nd day of April 2003.

BRIAN R. MCCOMB 174866
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997
(772) 781-0069 FAX 223-0121



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
MIDWEST REGIONAL OFFICE
SUITE 900
175 WEST JACKSON BLVD.
CHICAGO, ILLINOIS 60604

DOUGLAS W. HYMAN
SENIOR ATTORNEY
DIVISION OF ENFORCEMENT

TELEPHONE
(312) 886-1647

FACSIMILE
(312) 353-3381

March 27, 2003

<u>Via Fax (561-883-9017)</u>

David Morgenstern
7534 Estrella Circle
Boca Raton, Florida 33433

Re: <u>S.E.C. v. Collins, et al. (01 C 3085)</u>

Dear Mr. Morgenstern:

Pursuant to the Court's instructions, enclosed you will find the Commission's Exhibit List along with its Witness List. If you do not have copies of any of the documents on the Exhibit List please let me know and I will be happy to get you a copy of the document(s).

Please provide me with your Exhibit List and Witness List by no later than April 11th. If you identify any documents on your Exhibit List that I do not have you will need to provide me with a copy of the document(s) at the time you submit your Exhibit List. Finally, please be sure to provide me with copies of any trial subpoenas you send out.

The trial in this matter is set to commence on April 16th at 10:00 a.m. As I advised you on the telephone, I will be on vacation from March 28th through April 7th. If you need me during that time period please leave me a voice mail and I will return your call within 24 hours.

Very truly yours,

Douglas W. Hyman

Enclosures
    Plaintiff Commission's Exhibit List
    Plaintiff Commission's Witness List