UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO 00-6309-CR-DIMITROULEAS
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      PLAINTIFF,

VS.

DAVID MORGENSTERN,

      DEFENDANT,
_____/



FILED by _____ D.C.

APR 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION FOR REHEARING/ RECONSIDERATION

THIS CAUSE came before the Court on Defendant's Motion for Reconsideration And this Court having considered the motion and being advised in the premises it is hereby;

**ORDERED AND ADJUDGED:** that Defendant's Motion for Rehearing/ Reconsideration is hereby: _Denied_

**DONE AND ORDERED** at Broward County, Florida on this 3 day of April, 2003.

                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE

cc: Brian R. McComb   (772) 223-0121
    Diana Fernandez   (954) 356-7230
    Brian McCormick   (954) 356-7230
    Michael J. Rosen   (305) 858-7299