UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                            02-60101-CR-DIMITROULEAS
    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED by _____ D.C.
APR 2 4 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING MOTION FOR TRAVEL PERMISSION

THIS CAUSE came before the Court on Defendant's April 2, 2003 Motion for Travel Permission, the Court having considered the motion and being advised in the premises, it is hereby;

ORDERED AND ADJUDGED that Defendant's Motion for Travel Permission is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____4____ day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian R. McComb (772)223-0121
Diana Fernandez (954)356-7230
Brian McCormick (954)356-7230
Michael J. Rosen (305) 858-7299

