UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO 00-6309-CR-DIMITROULEAS
02-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DAVID MORGENSTERN,

    DEFENDANT,
_____/



## MOTION FOR RECONSIDERATION
## TRAVEL PERMISSION

COMES NOW the Defendant, DAVID MORGENSTERN, by and through his undersigned, respectfully moves this Honorable Court to reconsider the Defendant's prior motion for travel permission to Chicago Illinois for trial and in support states as follows:

1. On April 4, 2003 this Court entered an Order Denying the Defendant permission to travel to Chicago Illinois for trial in the matter of Securities Exchange Commission v. Richard Collins, et al, in Case No. 01C 3085 set before the Honorable Judge Kennelly, United States District Court Northern District of Illinois-Eastern Division on April 16, 2003 at 10:00 AM.

2. That David Morgenstern is a Relief Defendant in the Chicago matter and is acting *pro se* and is required by court order to be present at the time of trial.

3. That the Court order setting the trial date was issued by United States District Judge Kennelly.



4. That the Defendant is placed between two equal authorities that have made contradictory orders that he is to follow. If he fails to appear in Chicago he may be held in contempt of court in Illinois and if he appears in he will be held in contempt before this court for disobeying the Order Denying Permission to Travel issued on April 4, 2003.

5. It is patently unfair to place the defendant is an untenable position between two conflicting orders. The conflicting jurisdictions should resolve this matter and allow the defendant to be present at each hearing. The Defendant's failure to appear for trial in Chicago will result in a default and a possible appeal based upon the denial of the motion to travel.

6. That the trial in Chicago will allow the Defendant to be present at the sentencing in this matter and in no way short of Court order out of Illinois will he fail to appear.

7. That the Co-Defendant, Fred Morgenstern, was held in criminal contempt of Court by the Honorable G. Ross Anderson, Jr. in District Court South Carolina 8:00-CR27 for failure to appear in Case No. 00-CR-236. He was sentenced to 35 days incarceration. He also had travel restrictions that he adhered to. The Defendant, David Morgenstern, will be placed in the same situation if he fails to appear.

WHEREFORE the defendant would respectfully pray that this Honorable Court reconsider to the Motion for Permission to Travel and grant his motion.

I HEREBY CERTIFY that a true and correct copy of this pleading was mailed to AUSA Brian McCormick/Diana Fernandez United States Attorney's Office 500 E. Broward Blvd. 7th Fl. Ft. Lauderdale, Florida 33394 and Michael J. Rosen 2400 S. Dixie Highway Suite 105 Miami, Florida 33133 this the 9th day of April 2003.

/s/ Brian R. McComb
BRIAN R. MCCOMB 174866
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997
(772) 781-0069 FAX 223-0121