UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6309-CR-DIMITROULEAS
                           02-60101-CR-DIMITROULEAS
  Plaintiff,

vs.

DAVID MORGENSTERN,

  Defendant.
_____/

## ORDER DENYING MOTION FOR RE-CONSIDERATION FOR TRAVEL PERMISSION

THIS CAUSE came before the Court on Defendant's April 9, 2003 Motion for Reconsideration and the Court having considered the motion and having consulted with Judge Kennelly and being advised in the premises, it is hereby

ORDERED AND ADJUDGED

1. The Defendant's Motion for Reconsideration is Denied. The Defendant does not have permission to travel to Chicago, Illinois for trial in 01C3085 United States District Court Northern District of Illinois Eastern Division.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Brian R. McComb (772)223-0121
Diana Fernandez   (954)356-7230
Brian McCormick (954)356-7230
Michael J. Rosen   (305)858-7299