# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER:  00-6309-CR-DIMITROULEAS (s)(s)   DATE:  April 18, 2003

COURTROOM CLERK:  Patricia Snead        COURT REPORTER:  Bob Ryckoff

PROBATION:  Ed Cooley, USPO              INTERPRETER: _____

UNITED STATES OF AMERICA        VS.      DAVID MORGENSTERN

U.S. ATTORNEY:  Brian McCormack;         DEFT. COUNSEL:  Brian McComb, Esq.

Diana Fernandez, AUSA;  James Pavlock

REASON FOR HEARING:  Sentencing

RESULT OF HEARING:  Defendant adopts co-defendant Fred Morgenstern's Motion to Recuse; Court denies; defendant relays to court dissatisfaction with representation/time constraints; Court hears arguments re: objections to PSI; Court sustains objection to obstruction of justice (paragraph 94), overrules all other objections; Court addresses defendant's Motion for Specific Performance of Terms of Plea Agreement, Court denies motion

**JUDGMENT:**  10 years BOP, to run consecutive to sentence imposed in 02-60100-CR-WPD (for a total term of 180 months), to be followed by a term of 3 years supervised release (to run concurrent to the term in case no. 02-60100-CR-WPD; special conditions of release: restitution of $13,375,927.36, complete financial access to USPO, maintain full-time employment, no business ventures with securities, no self employment without approval of USPO, allow reasonable search by USPO; no telemarketing businesses without permission of USPO; Order of forfeiture and restitution reimposed

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC:  Defendant informed of appeal rights; defendant found indigent for appeal

