UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS
02-60100-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

DAVID MORGENSTERN,

    DEFENDANT,
_____/

## MOTION FOR EXONERATION OF BOND

COMES NOW the Defendant, DAVID MORGENSTERN, by and through his undersigned attorney and files this Motion for Exoneration of Bond and would states unto the Court as follows:

1. That the defendant was sentenced on April 18, 2003 before this Honorable Court. The Defendant was sentenced to fifteen (15) years. The Defendant was taken into custody at the time of sentencing. The Defendant is now at FDC Miami.

2. That the Defendant was free on $100,000.00 corporate surety posted by Shepard Bail bonds. That the property of Polly Chapman was used as collateral for the bond.

3. The bond needs to be exonerated so as to remove the government's lien on the property. The property is in no way associated with the Defendant or this case.

WHEREFORE the Defendant requests that the Motion for Exoneration of Bond be granted.



Respectfully submitted,

LAW OFFICES OF BRIAN R. MCCOMB, PA
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997
(772) 781-0069 FAX 223-0121

I HEREBY CERTIFY that a true and correct copy of this pleading was mailed to AUSA Brian McCormick/Diana Fernandez United States Attorney's Office 500 E. Broward Blvd. 7th Fl. Ft. Lauderdale, Florida 33301 this the 23rd day of April 2003.

Brian R. McComb 174866