UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS
                            02-60100-CR-DIMITROULEAS
    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

### ORDER DEFERRING RULING ON MOTION FOR EXONERATION OF BOND

THIS CAUSE came before the Court on Defendant's April 24, 2003 Motion for Exoneration of Bond and the Court having considered the motion and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian R. McComb (772)223-0121
Diana Fernandez (954) 356-7230
Brian McCormick (954)356-7230
Michael J. Rosen (305)858-7299

