FILING FEE

AID _____ *no*

Forma
auperis _____ *no*

Clarence Maddox, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRCIT OF FLORIDA

### CASE NO. 00-6309-CR-DIMITROULEAS

**UNITED STATES OF AMERICA,**

       **PLAINTIFF,**

**VS.**

**DAVID MORGENSTERN,**

       **DEFENDANT,**

_____/



## NOTICE OF APPEAL

NOTICE is hereby given that, DAVID MORGENSTERN, Defendant in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from orders entered in this action:

1. Denial of Motion to Withdraw Plea entered March 20, 2003 (Reconsideration denied April 3, 2003)
2. Denial of Motion for Recusal entered April 21. 2003
3. Denial of Motion for Specific Performance of Terms of Plea Agreement entered April 18, 2003

Respectfully submitted,

LAW OFFICES OF BRIAN R. MCCOMB, PA
CJA PANEL ATTORNEY FOR DEFENDANT
3458 S.E. DIXIE HIGHWAY
STUART, FLORIDA 34997-5217
(772) 781-0069 FAX 223-0121

BRIAN R. MCCOMB FBN 174866

Defendant is at FDC Miami