UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,
              Plaintiff,

v.

DAVID MORGENSTERN,
              Defendant.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EXONERATION OF BOND

    The United States of America, through its undersigned attorneys, files this response to defendant's motion for exoneration of bond. Subsequent to the filing of the defendant's motion, the government has had an opportunity to speak with both the bail bond company, as well as the defendant's sister-in-law, Polly Chapman, who posted the property to support the bond. Ms. Chapman has also provided the government with an affidavit. Based on the above, the government has no objection to the exoneration of bond.

                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230



## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 8th day of May, 2003 to:

Brian McComb, Esq.
3458 S.E. Dixie Highway
Stuart, FL 34997

*Diana W. Fernandez*
DIANA L.W. FERNANDEZ
Assistant United States Attorney