UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6309-CR-DIMITROULEAS
                          02-60100-CR-DIMITROULEAS

Plaintiff,

vs.

DAVID MORGENSTERN,

Defendant.
_____/

FILED
MAY 12 2003
CLERK, U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## ORDER GRANTING MOTION FOR EXONERATION OF BOND

THIS CAUSE came before the Court on Defendant's April 18, 2003 Motion for Exoneration of Bond [DE-1365] and the Court having received a May 8, 2003 Response from the Government [DE-1388], it is hereby

ORDERED AND ADJUDGED that the Motion for Exoneration of Bond is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of May, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Rosen, Esquire
Brian McCormick, AUSA
Diana Fernandez, AUSA
Brian McComb, Esquire

