1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )   CASE NO. 00-6309-CR-WPD
                             )   CASE NO. 02-60100-CR-WPD
           Plaintiff,        )
                             )
      -v-                    )
                             )
DAVID MORGENSTERN,           )
                             )   Fort Lauderdale, Florida
                             )   April 18, 2003
                             )   11:20 a.m.
```

TRANSCRIPT OF SENTENCING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          BRIAN MCCORMICK, ESQ.
                           DIANA FERNANDEZ, ESQ.
                           JAMES PAVLOCK, ESQ.
                           Assistant United States Attorneys

For the Defendant          BRIAN MCCOMB, ESQ.

Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657

**THIS VOLUME:**

Pages  1  -  81

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE