UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED
JUL 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER DEFERRING RULING

THIS CAUSE having come before the Court on Government's July 24, 2003 Motion to Amend Order of Forfeiture [DE -1426], the Court will defer ruling for ten (10) days to await a response from the Defendant.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28 of July, 2003.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Brian McComb, Esq.
J. Brian McCormick, AUSA

