UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA

  PLAINTIFF,

VS.

DAVID MORGANSTERN,

  DEFENDANT,
_____/



### OBJECTION TO GOVERNMENT'S MOTION TO AMEND FORFEITURE ORDER

COMES NOW the Defendant, DAVID MORGENSTERN, by and through his undersigned attorney, and files this his objection to the Government's Motion to Amend Forfeiture Order and would state unto the Court as follows:

1. That this matter is currently under Appeal to the United States Court of Appeals Eleventh Circuit under Case No. 03-12251-A as a result of the defendant filing a Notice of Appeal as to the denial of his Motion to Withdraw Plea and proceed to trial. That until the Eleventh Circuit rules, the question of the forfeiture remains open.

2. The Defendant is currently incarcerated out of the district and is in South Carolina waiting sentencing in CR.8:00-697 South Carolina Anderson Division and is unavailable on short notice to respond or have input as to the government's motion.

3. That the undersigned has not been appointed for the post sentencing



proceeding in this matter and cannot fully represent the defendant or retain experts to review the government's position and documents that have been submitted in support of the motion.

WHEREFORE the defendant requests that this Court defer ruling on the motion until the appeal has been perfected.

Respectfully submitted,

LAW OFFICES OF BRIAN R. MCCOMB, PA
3458 S.E.DIXIE HIGHWAY
STUART, FLORIDA 34997-5712
(772) 781-0069 FAX 223-0121

I HEREBY CERTIFY that a true and correct copy of this p[leading was mailed to Assistant United States Attorneys, J. Brian McCormick, Diana Fernandez and James Pavlock 500 E., Broward Blvd. Suite 700, Ft. Lauderdale, Florida 33394 this the 5th day of August 2003.

_____
BRIAN R. MCCOMB FBN 174866