UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 00-6309-CR-DIMITROULEAS

　　　Plaintiff,

vs.

DAVID MORGENSTERN,

　　　Defendant.
_____/

### ORDER DEFERRING RULING

THIS CAUSE having come before the Court on Government's July 24, 2003 Motion to Amend Order of Forfeiture [DE-1426] and the Court having received an August 6, 2003 Objection, [DE-1432], the Court will defer ruling for ten (10) days to await a reply from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7 day of August, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian McComb, Esquire
J. Brian McCormick, Esquire

