**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID MORGENSTERN,

Defendant.

______________________________________/

**PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION**

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: ______________________________

WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 Broward Boulevard, 7th Floor
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314
Fax: (954) 356-7180
Bar No. A5500074
William.H.Beckerleg@usdoj.gov

1435/19





# BROWARD DAILY BUSINESS REVIEW
Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared D. MULLIN, who on oath says that he or she is the VICE PRESIDENT, LEGALS, of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

00-6309
NOTICE OF FORFEITURE UNITED STATES OF AMERICA V. DAVID MORGENSTERN

in the U.S. DISTRICT   Court,
was published in said newspaper in the issues of

07/30/2003

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this

30   day of JULY   , A.D.  2003

(SEAL)

D. MULLIN personally known to me



Estela Force
MY COMMISSION # CC997431 EXPIRES
January 29, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF FORFEITURE FOR PUBLICATION**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6309-CR-DIMITROULEAS
UNITED STATES OF AMERICA, Plaintiff,
v.
DAVID MORGENSTERN, Defendant.

Notice is hereby given that on May 12, 2003, in the case of United States v. David Morgenstern, Case No. 00-6309-CR-Dimitrouleas, the United States District Court for the Southern District of Florida entered a Judgment and Order of Forfeiture condemning and forfeiting the defendant's interest in various items of jewelry, more particularly described as:
a. One pair of diamond stud earrings, approx. 2cts.;
b. One onyx and diamond bracelet;
c. One gold necklace with diamond and stone pendants;
d. One gold ring with diamond baguettes; and
e. One gold bracelet with carved design and carved stone insets.

The foregoing Judgment and Order of Forfeiture having been entered on May 12, 2003, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must petition the District Court for the Southern District of Florida for a hearing to adjudicate the validity of his/her alleged interest in the property within thirty (30) day of the final publication of this notice pursuant to 21 U.S.C. § 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the United States District Court for the Southern District of Florida in the above-styled case at the following address:

Clerk of Court
299 East Broward Blvd.
Fort Lauderdale, FL 33301
Copies of the petition shall also be served upon the United States Attorney to the attention of:
**WILLIAM H. BECKERLEG, JR.**
Assistant U.S. Attorney
U.S. Attorney's Office
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.
Respectfully submitted,
**MARCOS DANIEL JIMENEZ**
UNITED STATES ATTORNEY
By: **WILLIAM H. BECKERLEG, JR.**
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954)356-7314 ext.3614
Fax: (954)356-7180
Fla Bar No. A5500074
7/30   03-4-02/383077B