UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

**ORDER**

THIS CAUSE having come before the Court on Government's July 24, 2003 Motion to Amend Order of Forfeiture [DE-1426], and the Court having received Defendant's objections [DE-1432], and the Government's Reply [DE-1436], the Government's Motion to Amend Order of Forfeiture, [DE-1426] is Granted.[1]

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of August, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian McComb, Esquire
J. Brian McCormick, AUSA

---

[1] The Government has established that proceeds from fraudulent activity both paid the mortgage on the home at 7534 Estrella Circle, Boca Raton, Florida, and a substantial part of the purchase price.