# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

RECD by
APPEALS

**AUG 2 9 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: _8/29/2003_

Clerk, United States Court of Appeals
**Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    District Court No: _00-06309-CR   - WPD_

U.S.C.A. No: _03-12251-A_

Style: _USA V. DAVID MORGENSTERN_

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

____3__ Volume(s) of pleadings

____2__ Volume(s) of Transcripts

____X__ Exhibits:    ___0_ boxes;    ___0_ folders;

___0_ envelopes;    ___1_ PSIs (sealed)

☑ other:  (1) Sealed Envelope containing 1 PSI

☐ other: _____

☐ Other: _____

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____

Deputy Clerk

Attachment                                                    S/F A-15
c: court file                                                 Rev. 10/94

| 301 N. Miami Avenue | 299 E. Broward Boulevard | 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

BLG     CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6309-ALL

USA v. Raffa, et al                                    Filed: 10/24/00
Dkt# in other court: None

Case Assigned to:  Judge Patricia A. Seitz

GATEWAY TRANSPORTATION          David B. Rothman
SERVICES (0)                    FTS 374-5747
     Interested Party           [COR LD NTC ret]
                                Thornton & Rothman
                                First Union Financial Center
                                200 S Biscayne Boulevard
                                Suite 2690
                                Miami, FL 33131
                                305-358-9000

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

```
Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date _____
```

Docket as of August 28, 2003 8:30 am              Page 1

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

REPUBLIC SECURITY BANK (0)              Jeremy James Hart
       Interested Party                FTS 376-6010
                                       305-376-6005
                                       [COR LD NTC ret]
                                       Gunster Yoakley & Stewart
                                       1 Biscayne Tower
                                       2 S Biscayne Boulevard        .
                                       Suite 3500
                                       Miami, FL 33131-1897
                                       305-376-6000

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

```
Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
UNITED STATES SECURITIES AND       James Pavlock
EXCHANGE COMMISSION (0)            FTS 356-7230
      Interested Party            [COR LD NTC ret]
                                  United States Attorney's Office
                                  500 E Broward Boulevard
                                  7th Floor
                                  Fort Lauderdale, FL 33394-3002
                                  954-356-7255

                                  Edward G. Sullivan
                                  404-842-7666
                                  [COR LD NTC]
                                  United States Securities and
                                  Exchange Commission
                                  3475 Lenox Road NE
                                  Suite 1000
                                  Atlanta, GA 30326-1232
                                  404-842-7675
```

Pending Counts:

NONE

Terminated Counts:

NONE

Complaints:

NONE

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GOLD COAST CHECK CASHING, INC.      Harry Martin Solomon
(0)                                 FTS 358-7222
        Interested Party            305-358-7400
                                    Suite 606
                                    [COR LD NTC]
                                    799 Brickell Plaza
                                    Miami, FL 33131-5198

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                   CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

GRACE MAMONE (0)                    William James Cone, Jr.
        Interested Party            FTS 764-3215
                                    [COR LD NTC ret]
                                    514 SE 7th Street
                                    Fort Lauderdale, FL 33301
                                    954-764-0570


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


========================


Docket as of August 28, 2003 8:30 am                  Page 5

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

Case Assigned to: Judge Patricia A. Seitz

```
STEVE RAFFA (1) , DOB-10/2/41;      David Michael Garvin
Prisoner #55521-004; Address-        [term  12/06/00]
15641 S.W. 16th Street,              FTS 371-8848
Pembroke Pines, FL                   305-371-8101
     defendant                       Suite 1480
  [term  12/06/00]                   [COR LD NTC ret]
                                     1200 Brickell Avenue
                                     Miami, FL 33131
```

Pending Counts:

    NONE

Terminated Counts:                          Disposition

| Terminated Counts | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING (1) | DISMISSED (1) |
| 18:1955.F ILLEGAL GAMBLING (2) | DISMISSED (2) |
| 18:1511.F INTIMIDATION OF WITNESS JUROR (3) | DISMISSED (3) |
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (4) | DISMISSED (4) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (5) | DISMISSED (5) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE (6) | DISMISSED (6) |
| 18:1957-3300.F INTERSTATE COMMERCE (7) | DISMISSED (7) |
| 18:1956-7450.F RACKETTERING, LIQUOR (8 - 13) | DISMISSED (8 - 13) |
| 18:1957-7611.F ENGAGING IN MONETARY TRANSACTIONS (14 - 16) | DISMISSED (14 - 16) |
| 18:1956-3300.F MONEY | DISMISSED |

```
Docket as of August 28, 2003 8:30 am              Page 6
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

LAUNDERING - INTERSTATE           (17)
COMMERCE        (17)

18:1956-3300.F MONEY              DISMISSED
LAUNDERING - INTERSTATE           (18 - 45)
COMMERCE        (18 - 45)

18:1957-9752.F ENGAGING IN        DISMISSED
MONETARY INSTRUMENTS              (46 - 70)
(46 - 70)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

JOHN MAMONE (2) , DOB-6/12/51;    David B. Rothman
Prisoner #07803-062; Address-     FTS 374-5747
1960 Augusta Terrace, Coral       [COR LD NTC ret]
Springs, FL 33071                 Thornton & Rothman
    defendant                     First Union Financial Center
  [term 09/16/02]                 200 S Biscayne Boulevard
                                  Suite 2690
                                  Miami, FL 33131
                                  305-358-9000

                                  John Mamone
                                  ppp
                                  Federal Correctional
                                  Institution
                                  PO Box 7007
                                  Marianna, FL 32447-7007

                                  Neil M. Schuster
                                  FTS 416-0325
                                  305-416-0324
                                  Suite 2-C
                                  [COR LD NTC ret]
                                  555 NE 15th Street
                                  Miami, FL 33133

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

Pending Counts:                              Disposition

```
18:1962-7480.F RACKETEERING          IMPRISONMENT 115 months as to
(1ss)                                counts one (97 months for
                                     underlying offense and 18
                                     months enhancement to be served
                                     consecutively to the 97 months
                                     for a total of 115 months)3 ·
                                     years supervised as to Count 1,
                                     $100.00 total assessment,    $4,
                                     557,438.00 total restitution
                                     (1ss)
```

Offense Level (opening): 4


Terminated Counts:                           Disposition

```
18:1962-7480.F RACKETEERING          DISMISSED
(1)                                  (1)

18:1962-7440.F RACKETEERING -        DISMISSED
GAMBLING                             (1s)
(1s)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2)                                  (2)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2s)                                 (2s)

18:1955.F ILLEGAL GAMBLING           DISMISSED
(2ss)                                (2ss)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3)
(3)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3s)
(3s)

18:1511.F INTIMIDATION OF            DISMISSED
WITNESS JUROR                        (3ss)
(3ss)

18:892.F EXTENSIONS OF CREDIT        DISMISSED
BY EXTORTION                         (4)
(4)

18:894.F COLLECTION OF CREDIT        DISMISSED
BY EXTORTION                         (4s)
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

(4s)

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT<br>BY EXTORTION<br>(4ss) | DISMISSED<br>(4ss) |
| 18:894.F COLLECTION OF CREDIT<br>BY EXTORTION<br>(5) | DISMISSED<br>(5) |
| 18:1956-4700.F MONEY<br>LAUNDERING-POSTAL/WIRE/RADIO<br>(5s) | DISMISSED<br>(5s) |
| 18:894.F COLLECTION OF CREDIT<br>BY EXTORTION<br>(5ss) | DISMISSED<br>(5ss) |
| 18:1956-3300.F MONEY<br>LAUNDERING - INTERSTATE<br>COMMERCE        (6) | DISMISSED<br>(6) |
| 18:1956-4700.F MONEY<br>LAUNDERING-POSTAL/WIRE/RADIO<br>(6s) | DISMISSED<br>(6s) |
| 18:1956-7530.F MONEY<br>LAUNDERING-GAMBLING/LOTTERY<br>(6ss) | DISMISSED<br>(6ss) |
| 18:1957-3300.F INTERSTATE<br>COMMERCE<br>(7) | DISMISSED<br>(7) |
| 18:1956-4700.F MONEY<br>LAUNDERING-POSTAL/WIRE/RADIO<br>(7s - 12s) | DISMISSED<br>(7s - 12s) |
| 18:1956-4700.F MONEY<br>LAUNDERING-POSTAL/WIRE/RADIO<br>(7ss) | DISMISSED<br>(7ss) |
| 18:1956-7450.F RACKETTERING,<br>LIQUOR<br>(8 - 13) | DISMISSED<br>(8 - 13) |
| 18:1957-7600.F ENGAGING IN<br>MONETARY TRANSACTIONS<br>(8ss - 10ss) | DISMISSED<br>(8ss - 10ss) |
| 18:1957-7600.F ENGAGING IN<br>MONETARY TRANSACTIONS<br>(11ss - 13ss) | DISMISSED<br>(11ss - 13ss) |

Docket as of August 28, 2003 8:30 am              Page 9

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN          DISMISSED
MONETARY TRANSACTIONS               (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (14ss)
(14ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (15ss)
(15ss)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                DISMISSED
LAUNDERING - INTERSTATE             (17)
COMMERCE          (17)

18:1956-3300.F MONEY                DISMISSED
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE          (18 - 45)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (22s - 24s)
(22s - 24s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (26s)
(26s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (27s)
(27s)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN          DISMISSED
MONETARY INSTRUMENTS                (46 - 70)

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL
```

(46 - 70)

```
18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (46ss - 47ss)
(46ss - 47ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (48ss - 49ss)
(48ss - 49ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (50ss - 53ss)
(50ss - 53ss)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                DISMISSED
LAUNDERING-POSTAL/WIRE/RADIO        (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,              DISMISSED
INTERSTATE WIRE, RADIO, ETC.        (86s - 93s)
(86s - 93s)
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

FRED MORGENSTERN (3) , (DOB or        Marisa Tinkler Mendez
Prisoner # not provided) Old          FTS 443-2291
Address-19622 Biscayne Bay            305-444-3747
Drive, Boca Raton, FL 33498;          Suite 304
NEW Address: 18233 Fresh Lake         [COR LD NTC cja]
Way, Boca Raton, FL                   901 Ponce De Leon Boulevard
      defendant                       Coral Gables, FL 33134-3073 ·
  [term  04/22/03]
                                      Michael James Rosen
                                       [term  04/22/03]
                                      FTS 858-7299
                                      305-858-9700
                                      Suite 105
                                      [COR LD NTC ret]
                                      2400 South Dixie Highway
                                      Miami, FL 33133

                                      John Robert Howes
                                       [term  01/11/02]
                                      FTS 462-2255
                                      [COR LD NTC cja]
                                      John R. Howes
                                      Trial Lawyers Building
                                      633 SE 3rd Avenue
                                      Suite 4R
                                      Fort Lauderdale, FL 33302
                                      954-763-6003

                                      William Alexander Clay
                                       [term  03/10/03]
                                      FTS 595-9732
                                      305-595-0866
                                      PH 400
                                      [COR LD NTC cja]
                                      11440 N Kendall Drive
                                      Miami, FL 33176

                                      William M. Norris
                                       [term  02/04/03]
                                      FTS 667-6161
                                      [COR LD NTC cja]
                                      William Norris
                                      7685 SW 104th Street
                                      Suite 220 Offices of Pinecrest
                                      II
                                      Miami, FL 33156
                                      305-661-6118

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Pending Counts:                              Disposition

18:1956-4700.F MONEY                 Imprisonment 61 months:
LAUNDERING-POSTAL/WIRE/RADIO         sentence imposed in 02-60101-
(14ss)                               CR-WPD (60 months) to run
                                     consecutive to this sentence,
                                     for a        total of 121
                                     months; Supervised Release 36
                                     months to run      concurrent to
                                     36 months imposed in 02-60101-
                                     CR-WPD;          Assessment
                                     $100.00; Restitution $13,375,
                                     927.36              (14ss)

Offense Level (opening): 4                      .

Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1)                                  sentence to the District of
                                     South Carolina (Greenville)
                                     (1)

18:1962-7440.F RACKETEERING -        Rule 20 Transfer for plea and
GAMBLING                             sentence to the District of
(1s)                                 South Carolina (Greenville)
                                     (1s)

18:1962-7480.F RACKETEERING          Rule 20 Transfer for plea and
(1ss)                                sentence to the District of
                                     South Carolina (Greenville)
                                     (1ss)

18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(5s)                                 South Carolina (Greenville)
                                     (5s)

18:1956-3300.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING - INTERSTATE              sentence to the District of
COMMERCE         (6)                 South Carolina (Greenville)
                                     (6)

18:1956-7530.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-GAMBLING/LOTTERY          sentence to the District of
(6ss)                                South Carolina (Greenville)
                                     (6ss)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(15ss)                               South Carolina (Greenville)

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

|  |  |
|---|---|
|  | (15ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (16ss - 45ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE          (17) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE          (18 - 45) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (26s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (26s) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (27s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (27s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (46 - 70) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (46ss - 47ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (46ss - 47ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (48ss - 49ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (48ss - 49ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. | Rule 20 Transfer for plea and sentence to the District of |

Docket as of August 28, 2003 8:30 am                    Page 14

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

(50ss - 53ss)                        South Carolina (Greenville)
                                     (50ss - 53ss)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(53s - 77s)                          South Carolina (Greenville)
                                     (53s - 77s)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(54ss - 55ss)                        South Carolina (Greenville)
                                     (54ss - 55ss)

18:1956-4700.F MONEY                 Rule 20 Transfer for plea and
LAUNDERING-POSTAL/WIRE/RADIO         sentence to the District of
(78s - 85s)                          South Carolina (Greenville)
                                     (78s - 85s)

18:1957-4700.F POSTAL,               Rule 20 Transfer for plea and
INTERSTATE WIRE, RADIO, ETC.         sentence to the District of
(86s - 93s)                          South Carolina (Greenville)
                                     (86s - 93s)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
DAVID MORGENSTERN (4) , DOB-        Scott William Sakin
10/28/48; Prisoner #10453-074;       [term  02/04/03]
Address-7534 Estrella Circle,       FTS 325-0331
Boca Raton, FL 33433                305-545-0007
       defendant                    [COR LD NTC cja]
 [term  04/22/03]                   1411 NW North River Drive
                                    Miami, FL 33125

                                    Brian R. McComb
                                     [term  04/22/03]
                                    FTS 223-0121
                                    772-781-0069
                                    [COR LD NTC cja]
                                    3458 SE Dixie Highway
                                    Stuart, FL 34997-5217

                                    Ana Maria Jhones
                                     [term  11/06/01]
                                    FTS 461-0041
                                    [COR LD NTC ret]
                                    Ana M. Jhones
                                    220 Miracle Mile
                                    Suite 235
                                    Coral Gables, FL 33134
                                    305-461-0700
```

```
Pending Counts:                         Disposition

18:1956-4700.F MONEY                Imprisonment 120 months:
LAUNDERING-POSTAL/WIRE/RADIO        sentence imposed in
(14ss)                              02-60100-CR-WPD (60 months) to
                                    run consecutive to this
                                    sentence, for a total of 180
                                    months; Supervised Release 36
                                    months to run concurrent to 36
                                    months imposed in
                                    02-60100-CR-WPD; Assessment
                                    $100.00; Restitution
                                    $13,375,927.36
                                    (14ss)
```

Offense Level (opening): 4

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

Terminated Counts:                          Disposition

| | |
|---|---|
| 18:1962-7480.F RACKETEERING (1) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (1) |
| 18:1962-7440.F RACKETEERING - GAMBLING (1s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (1s) |
| 18:1962-7480.F RACKETEERING (1ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (1ss) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (16ss - 45ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE       (17) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE       (18 - 45) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (46 - 70) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (53s - 77s) | Rule 20 Transfer for plea and sentence to the District of South Carolina (Greenville) (53s - 77s) |

Docket as of August 28, 2003 8:30 am                    Page 17

```
Proceedings include all events.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                  CLOSED APPEAL
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

Case Assigned to: Judge Patricia A. Seitz

```
JOSEPH SILVESTRI (5) , DOB-        Richard Alan Sharpstein
8/12/31; Prisoner #04641-016;        [term  05/23/03]
Address-1870 Mediterranian,        FTS 372-9928
West Palm Beach, FL 33406          [COR LD NTC ret]
      defendant                    Jorden Burt LLP
  [term  05/23/03]                 777 Brickell Avenue
                                   Suite 500
                                   Miami, FL 33131-2803
                                   305-371-2600

                                   Jeanne Baker
                                     [term  05/23/03]
                                   FTS 445-9666
                                   [COR LD NTC ret]
                                   2937 SW 27th Avenue
                                   Suite 202
                                   Coconut Grove, FL 33133-3703
                                   305-443-1600

                                   Emmanuel Perez
                                     [term  05/06/02]
                                   [COR LD NTC cja]
                                   Polo & Perez
                                   2 Alhambra Plaza
                                   Suite 508
                                   Coral Gables, FL 33140
                                   305-442-7442
```

```
Pending Counts:                         Disposition

18:1956-4700.F MONEY               Imprisonment for a term of 122
LAUNDERING-POSTAL/WIRE/RADIO       Months as to Count 14, and
(14ss)                             120 months as to each Counts 16
                                   thru 45, to run
                                   concurrently with each other.
                                   Supervised release for a term
                                   of 2 years. Total assessment of
                                   $3,100.00.
                                   (14ss)
```

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

| | |
|---|---|
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Imprisonment for a term of 122 Months as to Count 14, and 120 months as to each Counts 16 thru 45, to run concurrently with each other. Supervised release for a term of 2 years. Total assessment of $3,100.00. (16ss - 45ss) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-7480.F RACKETEERING (1) | Dismissed (1) |
| 18:1962-7440.F RACKETEERING - GAMBLING (1s) | Dismissed (1s) |
| 18:1962-7480.F RACKETEERING (1ss) | Dismissed (1ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (17) | Dismissed (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE      (18 - 45) | Dismissed (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Dismissed (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Dismissed (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Dismissed (46 - 70) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (53s - 77s) | Dismissed (53s - 77s) |

Offense Level (disposition): 4

Docket as of August 28, 2003 8:30 am                    Page 19

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL


Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

JULIUS BRUCE CHIUSANO (6) ,        Donald Richard Spadaro
DOB-6/29/48; Prisoner #02401-       [term  11/16/01]
748; Address-2801 N.E. 183rd       FTS 522-6888
Street, Aventura, FL 33160         954-763-5504
    defendant                      Suite 103
 [term  11/16/01]                  [COR LD NTC ret]
                                   1000 S Federal Highway
                                   Fort Lauderdale, FL 33316


Pending Counts:                    Disposition

18:1956-4700.F MONEY               Imprisoned for term of 18
LAUNDERING-POSTAL/WIRE/RADIO       months to run concurrently with
(6s)                               sentence imposed in 00-6273-CR-
                                   HUCK and 3 years of
                                   supervised release; Assessment
                                   $100
                                   (6s)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2s)                               (2s)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4)
(4)

Docket as of August 28, 2003 8:30 am              Page 20

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

18:894.F COLLECTION OF CREDIT        Dismissed
BY EXTORTION                         (4s)
(4s)

18:894.F COLLECTION OF CREDIT        Dismissed
BY EXTORTION                         (5)
(5)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (5s)
(5s)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (6)
COMMERCE          (6)

18:1957-3300.F INTERSTATE            Dismissed
COMMERCE                             (7)
(7)

18:1956-7450.F RACKETTERING,         Dismissed
LIQUOR                               (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN           Dismissed
MONETARY TRANSACTIONS                (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                 Dismissed
LAUNDERING-POSTAL/WIRE/RADIO         (16s - 21s)
(16s - 21s)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (17)
COMMERCE          (17)

18:1956-3300.F MONEY                 Dismissed
LAUNDERING - INTERSTATE              (18 - 45)
COMMERCE          (18 - 45)

18:1957-4700.F POSTAL,               Dismissed
INTERSTATE WIRE, RADIO, ETC.         (22s - 24s)
(22s - 24s)

18:1957-9752.F ENGAGING IN           Dismissed
MONETARY INSTRUMENTS                 (46 - 70)
(46 - 70)


Offense Level (disposition): 4

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

MICHAEL BUCCINNA (7) , DOB-          Michael Buccinna
4/30/59; Prisoner #55531-004;        ppp
(Address not supplied)               55531-004
      defendant                      [NTC ntc] [PRO SE]
  [term  04/15/02]                   Federal Prison Camp
                                     110 Raby Avenue
                                     Pensacola, FL 32509-5127

                                     Brian Lee Tannebaum
                                       [term  04/15/02]
                                     FTS 374-5581
                                     305-374-7850
                                     Suite PH-2
                                     [COR LD NTC ret]
                                     550 Brickell Avenue
                                     Miami, FL 33131


Pending Counts:                          Disposition

18:1962-7480.F RACKETEERING          Imprisoned for term of 58
(1ss)                                months and 3 years of
                                     supervised   release;
                                     Assessment $100
                                     (1ss)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING          Dismissed
(1)                                  (1)

18:1962-7440.F RACKETEERING -        Dismissed
GAMBLING                             (1s)
(1s)

18:1955.F ILLEGAL GAMBLING           Dismissed
(2)                                  (2)

18:1955.F ILLEGAL GAMBLING           Dismissed
(2s)                                 (2s)

Docket as of August 28, 2003 8:30 am              Page 22

Proceedings include all events.                                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (5s)
(5s)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5ss)
(5ss)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (6)
COMMERCE          (6)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (6s)
(6s)

18:1956-7530.F MONEY                Dismissed
LAUNDERING-GAMBLING/LOTTERY         (6ss)
(6ss)

18:1957-3300.F INTERSTATE           Dismissed
COMMERCE                            (7)
(7)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (7ss)
(7ss)

18:1956-7450.F RACKETTERING,        Dismissed
LIQUOR                              (8 - 13)
(8 - 13)

18:1957-7611.F ENGAGING IN          Dismissed
MONETARY TRANSACTIONS               (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (14ss)

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

(14ss)

| | |
|---|---|
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (16ss - 45ss) | Dismissed (16ss - 45ss) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE     (17) | Dismissed (17) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE       (18 - 45) | Dismissed (18 - 45) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (25s) | Dismissed (25s) |
| 18:1956-4700.F MONEY LAUNDERING-POSTAL/WIRE/RADIO (28s - 52s) | Dismissed (28s - 52s) |
| 18:1957-9752.F ENGAGING IN MONETARY INSTRUMENTS (46 - 70) | Dismissed (46 - 70) |
| 18:1957-4700.F POSTAL, INTERSTATE WIRE, RADIO, ETC. (53s - 77s) | Dismissed (53s - 77s) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JEFFREY BASS (8) , DOB-          Michael S. Tarre
4/20/54; Prisoner #55528-004;     [term  06/14/02]
Address-4937 N.W. 106th Avenue,  FTS 372-1589
Coral Springs, FL 33071          305-372-0774
      defendant                  Suite 3250
      [term  06/14/02]           [COR LD NTC ret]
                                 1 Biscayne Tower
                                 2 S Biscayne Boulevard
                                 Miami, FL 33131-1806

                                 Lothar Richard Genge
                                  [term  03/14/01]
                                 FTS 276-8521
                                 [COR LD NTC ret]
                                 560 Lavers Circle
                                 Suite 348
                                 Delray Beach, FL 33444
                                 561-276-7038


Pending Counts:                        Disposition

18:1955.F ILLEGAL GAMBLING       Probation of 4 years,
(2s)                             Assessment of $100.00, Fine of
                                 $10,000.0
                                 (2s)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1962-7480.F RACKETEERING      Dismissed
(1)                              (1)

18:1962-7440.F RACKETEERING -    Dismissed
GAMBLING                         (1s)
(1s)

18:1955.F ILLEGAL GAMBLING       Dismissed
(2)                              (2)

18:1956-4700.F MONEY             Dismissed
LAUNDERING-POSTAL/WIRE/RADIO     (5s)
(5s)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (6)
COMMERCE          (6)


Docket as of August 28, 2003 8:30 am          Page 25

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Offense Level (disposition): 4
```

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

```
FREDERICK SCAROLA (9) , DOB-        David Michael Tarlow
12/3/47; Prisoner #55523-004;         [term  04/01/02]
Address-8205 N.W. 59th,             FTS 374-4890
Tamarac, FL 33321                   305-374-7700
     defendant                      [COR LD NTC cja]
  [term  04/01/02]                  Spencer & Klein
                                    801 Brickell Avenue
                                    Suite 1901
                                    Miami, FL 33131-2900
                                    305-374-7700

                                    Lance Armstrong
                                      [term  11/07/00]
                                    FTS 545-8514
                                    305-547-2555
                                    [COR LD NTC tmp]
                                    1035 NW 11th Avenue
                                    Miami, FL 33136

                                    John Frank Cotrone
                                      [term  08/14/01]
                                    FTS 779-7758
                                    954-779-7773
                                    Suite 1
                                    [COR LD NTC ret]
                                    509 SE 9th Street
                                    Fort Lauderdale, FL 33316
```

Pending Counts:

    NONE

```
Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

Terminated Counts:                          Disposition

```
18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3)
(3)

18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3s)
(3s)

18:1511.F INTIMIDATION OF         Dismissed
WITNESS JUROR                     (3ss)
(3ss)
```

Offense Level (disposition): 4


Complaints:

    NONE


========================

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

GIUSEPPE BELLITTO (10) , DOB-
4/10/49; Prisoner #29426-004;
Address-11637 Kensington Court,
Boca Raton 33428
       defendant
  [term  09/28/01]


Pending Counts:                        Disposition

18:1955.F ILLEGAL GAMBLING             Five months jail, 3 years
(2s)                                   supervised release,electronic
                                       monitoring program for 5 months,
                                       $100 assessment, $20,000
                                       fine
                                       (2s)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1962-7480.F RACKETEERING            dismissed
(1)                                    (1)

18:1962-7440.F RACKETEERING -          dismissed
GAMBLING                               (1s)
(1s)

18:1955.F ILLEGAL GAMBLING             dismissed
(2)                                    (2)

18:892.F EXTENSIONS OF CREDIT          dismissed
BY EXTORTION                           (4)
(4)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (4s)
(4s)

18:894.F COLLECTION OF CREDIT          dismissed
BY EXTORTION                           (5)
(5)


Offense Level (disposition): 4



Complaints:

Docket as of August 28, 2003 8:30 am           Page 28

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL
```

    NONE


=========================

Case Assigned to: Judge Patricia A. Seitz

```
MARK CARATTINI (11) , DOB-        James Scott Benjamin
9/15/59; Prisoner #55530-004;      [term  08/22/02]
Address-11751 N.W. 13th Street,   FTS 779-1771
Plantation, FL                    [COR LD NTC ret]
     defendant                    Benjamin & Aaronson
  [term  08/22/02]                1 Financial Plaza
                                  Suite 1615
                                  Fort Lauderdale, FL 33394-2843
                                  954-779-1700
```

Pending Counts:                        Disposition

```
18:1962-7480.F RACKETEERING       Probation for a term of Four
(1ss)                             (4) years. Home Detention
                                  Electric Monitoring for a
                                  period of 6 months. Total
                                  assessment of $100.00
                                  (1ss)
```

Offense Level (opening): 4


Terminated Counts:                     Disposition

```
18:1962-7480.F RACKETEERING       Dismissed
(1)                               (1)

18:1962-7440.F RACKETEERING -     Dismissed
GAMBLING                          (1s)
(1s)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2)                               (2)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2s)                              (2s)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2ss)                             (2ss)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

18:1956-3300.F MONEY              Dismissed
LAUNDERING - INTERSTATE           (6)
COMMERCE          (6)

18:1956-7530.F MONEY              Dismissed
LAUNDERING-GAMBLING/LOTTERY       (6ss)
(6ss)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (48ss - 49ss)
(48ss - 49ss)

Offense Level (disposition): 4

Complaints:

    NONE

=========================

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
PAUL DIFILIPPI (12) , DOB-          Christopher Gerard Lyons
10/25/65; Prisoner #55522-004;       [term  08/09/01]
Address-1448 N.W. 154th Avenue,     305-379-1401
Pembroke Pines, FL                  Suite 1620
     defendant                      [COR LD NTC ret]
  [term  08/09/01]                  1200 Brickell Avenue
                                    Miami, FL 33131

                                    Peter Raben
                                     [term  08/09/01]
                                    FTS 379-4548
                                    [COR LD NTC ret]
                                    Peter Raben
                                    1200 Brickell Avenue
                                    Suite 1620
                                    Miami, FL 33131
                                    305-379-1401
```

Pending Counts:

    NONE

Terminated Counts:                        Disposition

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (4s)
(4s)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

Offense Level (disposition): 4

Complaints:

    NONE

=======================

```
Docket as of August 28, 2003 8:30 am            Page 31
```

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

ANSON KLINGER (13) , DOB-           Neil Michael Nameroff
2/8/40; Prisoner #55524-004;          [term  08/06/01]
Address-5334 Sapphire Valley,       FTS 536-8704
Boca Raton, FL 33486                [COR LD NTC ret]
     defendant                      Neil M. Nameroff
  [term  04/11/02]                  100 SE 2nd Street
                                    Suite 3350
                                    Miami, FL 33131-3216
                                    305-536-8700

                                    Joseph Steven Rosenbaum
                                      [term  04/11/02]
                                    FTS 858-7299
                                    305-858-7377
                                    [COR LD NTC ret]
                                    Joseph S. Rosenbaum
                                    2400 South Dixie Highway
                                    Suite 105
                                    Miami, FL 33133
                                    305-858-7377

Pending Counts:                          Disposition

18:1084.F TRANSSMIT WAGER         Placed on probation for term of
INFORMATION                       3 years; Assessment $100
(1sss)                            (1sss)

Offense Level (opening): 4

Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING       Dismissed
(1)                               (1)

18:1962-7440.F RACKETEERING -     Dismissed
GAMBLING                          (1s)
(1s)

18:1962-7480.F RACKETEERING       Dismissed
(1ss)                             (1ss)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2)                               (2)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2s)                              (2s)

18:1955.F ILLEGAL GAMBLING        Dismissed
(2ss)                             (2ss)

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (5s)
(5s)

18:1956-3300.F MONEY             Dismissed
LAUNDERING - INTERSTATE          (6)
COMMERCE          (6)

18:1956-7530.F MONEY             Dismissed
LAUNDERING-GAMBLING/LOTTERY      (6ss)
(6ss)

Offense Level (disposition): 4

Complaints:

    NONE

========================

Proceedings include all events.
0:00cr6309-ALL USA v. Raffa, et al

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH SPITALERI (14) , (DOB
not provided) Prisoner #18642-
004; Address-634 North Luna
Court, Hollywood, FL 33021
        defendant
    [term  11/16/01]

Brian H. Bieber
    [term  11/16/01]
FTS 446-1766
305-445-5320
[COR LD NTC ret]
Hirschhorn & Bieber
Douglas Centre
2600 Douglas Road
Penthouse 1
Coral Gables, FL 33134
305-445-5320

Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -     (Original Info): Imprisoned for
GAMBLING                          term of 58 months and 3
(1s)                              years of supervised release;
                                  Assessment $100; AMENDED
                                  JUDGMENT INFO: Imprisonment for
                                  a term of 58 months.
                                  Supervised release for a period
                                  of 3 years.  Assessment of
                                  $100.00.  Restitution in the
                                  amount of $1,757,438.17.
                                  (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-7480.F RACKETEERING       Dismissed
(1)                               (1)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (6s)
(6s)

18:1957-3300.F INTERSTATE         Dismissed
COMMERCE                          (7)
(7)

18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (7s - 12s)
(7s - 12s)

18:1956-7450.F RACKETTERING,      Dismissed
LIQUOR                            (8 - 13)
(8 - 13)


Docket as of August 28, 2003 8:30 am          Page 34

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (13s - 15s)
(13s - 15s)

18:1957-7611.F ENGAGING IN          Dismissed
MONETARY TRANSACTIONS               (14 - 16)
(14 - 16)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (16s - 21s)
(16s - 21s)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (22s - 24s)
(22s - 24s)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

CHARLES CLAY (15) , DOB-            Celeste Siblesz Higgins
11/19/49; Prisoner #55529-004;       [term  01/10/01]
Address-1465 N.W. 66th Terrace,     FTS 536-4559
Margate, FL 33063                   305-530-7000
     defendant                      17th Floor
  [term  04/01/02]                  [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000

                                    Timothy Day
                                     [term  11/01/00]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

                                    Richard A. Hamar
                                     [term  04/01/02]
                                    FTS 550-0461
                                    [COR LD NTC ret]
                                    Hamar & Hamar
                                    9454 Wilshire Boulevard
                                    Penthouse Gardens
                                    Beverly Hills, CA 90212
                                    310-550-0460

                                    Jon Allen May
                                     [term  04/01/02]
                                    FTS 767-8343
                                    [COR LD NTC ret]
                                    May & Cohen
                                    110 SE 6th Street
                                    Suite 1970 Autonation Tower
                                    Fort Lauderdale, FL 33301
                                    954-761-7201

Pending Counts:

    NONE

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL


Terminated Counts:                          Disposition

18:1955.F ILLEGAL GAMBLING          Dismissed
(2)                                 (2)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2s)                                (2s)

18:1955.F ILLEGAL GAMBLING          Dismissed
(2ss)                               (2ss)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3)
(3)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3s)
(3s)

18:1511.F INTIMIDATION OF           Dismissed
WITNESS JUROR                       (3ss)
(3ss)


Offense Level (disposition): 4



Complaints:

    NONE


=========================


Docket as of August 28, 2003 8:30 am                   Page 37

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

Case Assigned to:  Judge Patricia A. Seitz

```
PEGGY PRESTON (16) , DOB-          Linda Lopez
8/17/64; Prisoner #55527-004;       [term  11/03/00]
Address-2959 N.W. 110th Avenue,    FTS 358-7222
Sunrise, FL 33322                  305-358-7400
     defendant                     Suite 606
 [term  08/16/02]                  [COR LD NTC tmp]
                                   799 Brickell Plaza
                                   Miami, FL 33131-5198

                                   Steven E. Kreisberg (deceased)
                                    [term  03/30/01]
                                   Below Address Terminated on 4/10/02
                                   FTS 442-0464
                                   305-442-4333
                                   Suite 400
                                   [COR LD NTC cja]
                                   3250 Mary Street
                                   Coconut Grove, FL 33133-2007

                                   Charles Garret White
                                    [term  08/16/02]
                                   FTS 914-0166
                                   [COR LD NTC cja]
                                   Charles G. White
                                   1031 Ives Dairy Road
                                   Suite 228
                                   Miami, FL 33179-3455
                                   305-914-0160
```

Pending Counts:                         Disposition

```
18:371.F CONSPIRACY TO DEFRAUD      Placed on probation for term of
THE UNITED STATES                   4 years; Assessment $100
(1ss)                               (1ss)
```

Offense Level (opening): 4

Terminated Counts:                       Disposition

```
18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (5s)
(5s)

18:1956-3300.F MONEY               Dismissed
LAUNDERING - INTERSTATE            (6)
COMMERCE         (6)

18:1956-3300.F MONEY               Dismissed
LAUNDERING - INTERSTATE            (17)
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

COMMERCE          (17)

18:1956-3300.F MONEY                    Dismissed
LAUNDERING - INTERSTATE                 (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY                    Dismissed
LAUNDERING-POSTAL/WIRE/RADIO            (25s)
(25s)

18:1956-4700.F MONEY                    Dismissed
LAUNDERING-POSTAL/WIRE/RADIO            (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN              Dismissed
MONETARY INSTRUMENTS                    (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,                  Dismissed
INTERSTATE WIRE, RADIO, ETC.            (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

     NONE


========================

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL

Case Assigned to: Judge Patricia A. Seitz

MARK WEISS (17) , DOB-8/25/62;        Philip Robert Horowitz
Prisoner #55520-004; Address-          [term  07/25/02]
21190 Mainsail Circle, Unit A-        FTS 232-1963
11, Aventura, FL 32180                [COR LD NTC cja]
     defendant                        Philip R. Horowitz
  [term  07/25/02]                    9130 S Dadeland Boulevard
                                      Suite 1910 Two Datran Center
                                      Miami, FL 33156
                                      305-232-1949


Pending Counts:                              Disposition

18:1956-4700.F MONEY                  Probation 60 months; Assessment
LAUNDERING-POSTAL/WIRE/RADIO          $100.00
(14ss)                                (14ss)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-7480.F RACKETEERING           Dismissed
(1)                                   (1)

18:1962-7440.F RACKETEERING -         Dismissed
GAMBLING                              (1s)
(1s)

18:1962-7480.F RACKETEERING           Dismissed
(1ss)                                 (1ss)

18:892.F EXTENSIONS OF CREDIT         Dismissed
BY EXTORTION                          (4)
(4)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT         Dismissed
BY EXTORTION                          (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (5)
(5)

18:894.F COLLECTION OF CREDIT         Dismissed
BY EXTORTION                          (5ss)
(5ss)

Docket as of August 28, 2003 8:30 am              Page 40

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (16ss - 45ss)
(16ss - 45ss)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (17)
COMMERCE          (17)

18:1956-3300.F MONEY                Dismissed
LAUNDERING - INTERSTATE             (18 - 45)
COMMERCE          (18 - 45)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (28s - 52s)
(28s - 52s)

18:1957-9752.F ENGAGING IN          Dismissed
MONETARY INSTRUMENTS                (46 - 70)
(46 - 70)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (53s - 77s)
(53s - 77s)


Offense Level (disposition): 4



Complaints:

     NONE


========================


Docket as of August 28, 2003 8:30 am              Page 41

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JACOLYN BARUCH (18) , DOB-         David G. Vinikoor
1/8/48; Prisoner #55526-004;        [term  09/25/02]
Address-5315 Monterey Circle,      FTS 522-7278
Del Ray Beach, FL 33480            [COR LD NTC ret]
      defendant                    420 SE 12th Street
   [term  09/25/02]                Fort Lauderdale, FL 33316
                                   954-522-2500

                                   Morris M. Goldings
                                    [term  09/25/02]
                                   FTS 457-3125
                                   [COR LD NTC ret]
                                   Mahoney Hawkes & Goldings
                                   75 Park Plaza
                                   4th Floor
                                   Boston, MA 02116
                                   617-457-3100

Pending Counts:                         Disposition

18:1955.F ILLEGAL GAMBLING         Placed on probation for term of
(2s)                               5 years; Assessment $100;
                                   Fine $2,000
                                   (2s)

Offense Level (opening): 4

Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:1955.F ILLEGAL GAMBLING         Dismissed
(2)                                (2)

18:1956-4700.F MONEY               Dismissed
LAUNDERING-POSTAL/WIRE/RADIO       (5s)
(5s)

18:1956-3300.F MONEY               Dismissed
LAUNDERING - INTERSTATE            (6)
COMMERCE          (6)

Offense Level (disposition): 4

Docket as of August 28, 2003 8:30 am              Page 42

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL
```

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

```
DAVID BELL (19) , DOB-9/6/70;      Jeffrey Mark Harris
Prisoner #27545-004; Address-        [term  08/16/02]
7705 Andes Lane, Parkland, FL      FTS 522-7008
33067                              954-522-7000
    defendant                      Suite 925
  [term  08/16/02]                 [COR LD NTC ret]
                                   1 E Broward Boulevard
                                   Fort Lauderdale, FL 33301
```

Pending Counts:                         Disposition

18:1962-7480.F RACKETEERING        Imprisoned for term of 30
(1ss)                              months and 3 years of
                                   supervised   release;
                                   Assessment $100
                                   (1ss)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-7480.F RACKETEERING        Dismissed
(1)                                (1)

18:1962-7440.F RACKETEERING -      Dismissed
GAMBLING                           (1s)
(1s)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (4s)
(4s)

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4ss)
(4ss)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (5)

Docket as of August 28, 2003 8:30 am              Page 43
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                    CLOSED APPEAL

(5)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5ss)
(5ss)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (14ss)
(14ss)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (25s)
(25s)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (54ss - 55ss)
(54ss - 55ss)

18:1956-4700.F MONEY                Dismissed
LAUNDERING-POSTAL/WIRE/RADIO        (78s - 85s)
(78s - 85s)

18:1957-4700.F POSTAL,              Dismissed
INTERSTATE WIRE, RADIO, ETC.        (86s - 93s)
(86s - 93s)


Offense Level (disposition): 4



Complaints:

     NONE


=========================

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

Case Assigned to:  Judge Patricia A. Seitz

JOSEPH RUSSO (20) , DOB:            Jayne Claire Weintraub
5/29/46; Prisoner #62395-004;        [term  06/18/02]
English; Address - 2451             FTS 358-5917
Brickell Avenue, Apt. 8-M,          305-374-1818
Miami, FL 33129                     Suite 3320
aka                                 [COR LD NTC tmp]
Jr.                                 Bank of America Tower
     defendant                      100 SE 2nd Street
  [term  06/18/02]                  Miami, FL 33131-2158

                                    Steven Michael Potolsky
                                     [term  06/18/02]
                                    FTS 358-5917
                                    [COR LD NTC ret]
                                    Steven M. Potolsky
                                    100 SE 2nd Street
                                    Suite 3550
                                    Miami, FL 33131
                                    305-530-8090

                                    Benson B. Weintraub
                                     [term  06/18/02]
                                    FTS 713-8019
                                    [COR LD NTC ret]
                                    Benson B. Weintraub
                                    1 E Broward Boulevard
                                    Suite 700
                                    Fort Lauderdale, FL 33301
                                    954-713-8018


Pending Counts:                         Disposition

18:1962-7480.F RACKETEERING         Imprisoned for term of 46
(1)                                 months and 3 years of
                                    supervised   release;
                                    Assessment $100; Fine $
                                    Restitution $130,000.00    (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:892.F EXTENSIONS OF CREDIT       Dismissed
BY EXTORTION                        (4)
(4)

18:894.F COLLECTION OF CREDIT       Dismissed
BY EXTORTION                        (5)
(5)

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

```
18:1956-4700.F MONEY              Dismissed
LAUNDERING-POSTAL/WIRE/RADIO      (14)
(14)

18:1957-4700.F POSTAL,            Dismissed
INTERSTATE WIRE, RADIO, ETC.      (50 - 53)
(50 - 53)
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

Case Assigned to:  Judge Patricia A. Seitz

```
JOHN O'SULLIVAN (21) , DOB:       Kenneth Mitchell Swartz
8/19/62; Prisoner #55894-004       [term  06/17/02]
aka                               FTS 371-4380
Johnnie O                         [COR LD NTC ret]
    defendant                     Kenneth M. Swartz
    [term  06/17/02]              100 N Biscayne Boulevard
                                  21st Floor New World Tower
                                  Miami, FL 33132
                                  305-579-9090
```

```
Pending Counts:                        Disposition

18:1962-7480.F RACKETEERING       Imprisoned for term of 11
(1)                               months and 3 years of
                                  supervised   release;
                                  Assessment $100; Fine $1,000
                                  (1)
```

Offense Level (opening): 4

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT      Dismissed
BY EXTORTION                       (4)
(4)

18:894.F COLLECTION OF CREDIT      Dismissed
BY EXTORTION                       (5)
(5)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Judge Patricia A. Seitz

DOREEN RUSSO (22) , DOB:            Howard Milton Srebnick
8/8/47; Prisoner #62396-004;         [term  07/31/02]
11255 SW 93 Court, Miami, FL       FTS 358-2006
33176; New Address - 2451          [COR LD NTC ret]
Brickell Avenue, Apt. 8-M,         Black Srebnick Kornspan &
Miami, FL 33129                    Stumpf
      defendant                    201 S Biscayne Boulevard
  [term  07/31/02]                 Suite 1300
                                   Miami, FL 33131
                                   305-371-6421

                                   Jayne Claire Weintraub
                                     [term  07/31/02]
                                   FTS 358-5917
                                   305-374-1818
                                   Suite 3320
                                   [COR LD NTC tmp]
                                   Bank of America Tower
                                   100 SE 2nd Street
                                   Miami, FL 33131-2158

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Pending Counts:                          Disposition

18:3.F ACCESSORY AFTER THE      Placed on probation for term of
FACT                            3 years; Assessment $100;
(1s)                            Fine $10,000; Restitution $130,
                                000
                                (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1956-4700.F MONEY            Dismissed
LAUNDERING-POSTAL/WIRE/RADIO    (14)
(14)

18:1957-4700.F POSTAL,         Dismissed
INTERSTATE WIRE, RADIO, ETC.    (50 - 53)
(50 - 53)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

    Diana L.W. Fernandez
    FTS 356-7230
    954-356-7392X3589
    [COR LD NTC]
    William H. Beckerleg, Jr., AUSA
    FTS 356-7180
    954-356-7314X3614
    [COR LD NTC]
    J. Brian McCormick
    FTS 356-7230
    [COR LD NTC]
    J. Brian McCormick
    (See above)
    [COR LD NTC]
    Michael J. Dittoe
    FTS 356-7230
    954-356-7255
    [COR LD NTC]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
101 NE 3rd Avenue
Suite 200
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                          CLOSED APPEAL

10/24/00  1        MOTION by USA as to All Defendants to seal indictment and
                   arrest warrants until the arrest of the defendants (pb)
                   [Entry date 10/25/00] [Edit date 03/09/01]

10/24/00  2        ORDER as to All Defendants granting [1-1] motion to seal
                   indictment and arrest warrants until the arrest of the
                   defendants as to All Defendants (Signed by Magistrate Barry
                   S. Seltzer on 10/24/00) CCAP [EOD Date: 10/25/00] CCAP (pb)
                   [Entry date 10/25/00] [Edit date 03/09/01]   ·

10/24/00  3        SEALED INDICTMENT as to  Steve Raffa (1) count(s) 1, 2, 3,
                   4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70, John Mamone (2)
                   count(s) 1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45,
                   46-70, Fred Morgenstern (3) count(s) 1, 6, 17, 18-45,
                   46-70, David Morgenstern (4) count(s) 1, 17, 18-45, 46-70,
                   Joseph Silvestri (5) count(s) 1, 17, 18-45, 46-70, Julius
                   Bruce Chiusano (6) count(s) 1, 2, 4, 5, 6, 7, 8-13, 14-16,
                   17, 18-45, 46-70, Michael Buccinna (7) count(s) 1, 2, 5, 6,
                   7, 8-13, 14-16, 17, 18-45, 46-70, Jeffrey Bass (8) count(s)
                   1, 2, 6, Frederick Scarola (9) count(s) 3, Giuseppe
                   Bellitto (10) count(s) 1, 2, 4, 5, Mark Carattini (11)
                   count(s) 1, 2, 6, Paul Difilippi (12) count(s) 5, Anson
                   Klinger (13) count(s) 1, 2, 6, Joseph Spitaleri (14)
                   count(s) 1, 7, 8-13, 14-16, Charles Clay (15) count(s) 2,
                   3, Peggy Preston (16) count(s) 6, 17, 18-45, 46-70, Mark
                   Weiss (17) count(s) 1, 4, 5, 17, 18-45, 46-70, Jacolyn
                   Baruch (18) count(s) 1, 2, 6, David Bell (19) count(s) 1,
                   5.  FORFEITURE as to Count 1 pertaining to defendants Steve
                   Raffa, John Mamone, Fred and David Morgenstern, Joseph
                   Silvestri, Julius Bruce Chiusano, Miahcel Buccinna, Jeffrey
                   Bass, Giuseppe Bellitto, Mark Carattini, Anson Klinger,
                   Joseph Spitaleri, Mark Weiss, Jacolyn Baruch and David
                   Bell.FORFEITURE as to Couns 6-70 pertaining to the above
                   defendants in addition to Peggy Preston. (Criminal Category
                   4) (pb) [Entry date 10/25/00]

10/24/00  4        ARREST WARRANT issued as to Steve Raffa .   Warrant issued
                   by Magistrate Barry S. Seltzer Pretrial Detention Requested
                   (pb) [Entry date 10/25/00]

10/24/00  5        ARREST WARRANT issued as to John Mamone .   Warrant issued
                   by Magistrate Barry S. Seltzer Pretrial Detention Requested
                   (pb) [Entry date 10/25/00]

10/24/00  6        ARREST WARRANT issued as to Fred Morgenstern .   Warrant
                   issued by Magistrate Barry S. Seltzer Pretrial Detention
                   Requested (pb) [Entry date 10/25/00]

10/24/00  7        ARREST WARRANT issued as to David Morgenstern .   Warrant
                   issued by Magistrate Barry S. Seltzer Pretrial Detention
                   Requested (pb) [Entry date 10/25/00]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

10/24/00 8         ARREST WARRANT issued as to Joseph Silvestri .    Warrant
                   issued by Magistrate Barry S. Seltzer Pretrial Detention
                   Requested (pb) [Entry date 10/25/00]

10/24/00 9         ARREST WARRANT issued as to Julius Bruce Chiusano . Warrant
                    issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 10        ARREST WARRANT issued as to Michael Buccinna .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 11        ARREST WARRANT issued as to Jeffrey Bass .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 12        ARREST WARRANT issued as to Frederick Scarola .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $50,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 13        ARREST WARRANT issued as to Giuseppe Bellitto .    Warrant
                   issued by Magistrate Barry S. Seltzer Pretrial Detention
                   Requested (pb) [Entry date 10/25/00]

10/24/00 14        ARREST WARRANT issued as to Mark Carattini .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 15        ARREST WARRANT issued as to Paul Difilippi .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $10,000 CSB W/Nebbia and $100,000 personal surety (pb)
                   [Entry date 10/25/00]

10/24/00 16        ARREST WARRANT issued as to Anson Klinger .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $100,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 17        ARREST WARRANT issued as to Joseph Spitaleri .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $250,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00 18        ARREST WARRANT issued as to Charles Clay .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $10,000 CSB w/Nebbia and $100,000 personal surety (pb)
                   [Entry date 10/25/00]

10/24/00 19        ARREST WARRANT issued as to Peggy Preston .    Warrant
                   issued by Magistrate Barry S. Seltzer   Bail fixed at
                   $10,000 CSB w/Nebbia and $100,000 personal surety (pb)
                   [Entry date 10/25/00]

10/24/00 20        ARREST WARRANT issued as to Mark Weiss .    Warrant   issued
                   by Magistrate Barry S. Seltzer   Bail fixed at $10,000 CSB
                   w/Nebbia and $100,000 personal surety (pb)

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                    [Entry date 10/25/00]

10/24/00  21      ARREST WARRANT issued as to Jacolyn Baruch .    Warrant
                  issued by Magistrate Barry S. Seltzer    Bail fixed at
                  $200,000 CSB w/Nebbia (pb) [Entry date 10/25/00]

10/24/00  22      ARREST WARRANT issued as to David Bell .    Warrant  issued
                  by Magistrate Barry S. Seltzer    Bail fixed at $100,000 CSB
                  w/Nebbia (pb) [Entry date 10/25/00]

10/24/00  --      Magistrate identification:  Magistrate Judge Barry L.
                  Garber (pb) [Entry date 10/25/00]

10/26/00  24      ORDER unsealing as to All Defendants (Signed by Magistrate
                  Barry S. Seltzer on 10/27/00) CCAP [EOD Date: 10/30/00] (sp)
                  [Entry date 10/30/00] [Edit date 03/09/01]

10/26/00  25      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Steve Raffa ;  Court
                  Reporter Name or Tape #: 00-083C 600-1101end (hr)
                  [Entry date 10/30/00]

10/26/00  26      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to John Mamone ;  Court
                  Reporter Name or Tape #: 00-083-600 end 1148 (hr)
                  [Entry date 10/30/00]

10/26/00  27      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Joseph Silvestri ;  Court
                  Reporter Name or Tape #: 00-083 600-1199 (hr)
                  [Entry date 10/30/00]

10/26/00  28      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Julius Bruce Chiusano ;
                  Court Reporter Name or Tape #: 00-083-600 end 1424 (hr)
                  [Entry date 10/30/00]

10/26/00  29      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Michael Buccinna ;  Court
                  Reporter Name or Tape #: 00-084 (1) (hr)
                  [Entry date 10/30/00]

10/26/00  30      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Jeffrey Bass ;  Court
                  Reporter Name or Tape #: 00-083-600 end 2958 recall 262 (hr)
                  [Entry date 10/30/00]

10/26/00  31      Minutes of initial appearance held on 10/26/00  before
                  Magistrate Barry S. Seltzer as to Frederick Scarola ;
                  Court Reporter Name or Tape #: 00-083-around 600 end 2425
                  (hr) [Entry date 10/30/00]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/26/00 32      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Giuseppe Bellitto ;
                 Court Reporter Name or Tape #: 00-083-around 600 end 1821
                 (hr) [Entry date 10/30/00]

10/26/00 33      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Mark Carattini ;   Court
                 Reporter Name or Tape #: 00-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 (hr)
                 [Entry date 10/30/00]

10/26/00 34      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Paul Difilippi ;   Court
                 Reporter Name or Tape #: 00-083-2987 (hr)
                 [Entry date 10/30/00]

10/26/00 35      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Anson Klinger ;   Court
                 Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00 36      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Charles Clay ;   Court
                 Reporter Name or Tape #: 00-o84/1 (hr) [Entry date 10/30/00]

10/26/00 37      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Peggy Preston ;   Court
                 Reporter Name or Tape #: 00-004-1 (hr) [Entry date 10/30/00]

10/26/00 38      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Mark Weiss ;   Court
                 Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00 39      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Jacolyn Baruch ;   Court
                 Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00 40      Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to David Bell ;   Court
                 Reporter Name or Tape #: 00-084/1 (hr) [Entry date 10/30/00]

10/26/00 41      REPORT Commencing Criminal Action as to Steve Raffa  DOB:
                 10/2/41  Prisoner # 55521-004 (hr) [Entry date 10/30/00]

10/26/00 42      REPORT Commencing Criminal Action as to Mark Weiss  DOB:
                 8/25/62  Prisoner # 55520-004 (hr) [Entry date 10/30/00]

10/26/00 43      REPORT Commencing Criminal Action as to Frederick Scarola
                 DOB: 12/3/47  Prisoner # 55523-004 (hr)
                 [Entry date 10/30/00]

10/26/00 44      REPORT Commencing Criminal Action as to Paul Difilippi
                 DOB: 10/25/65  Prisoner # 55522-004 (hr)
                 [Entry date 10/30/00]

Proceedings include all events.                                                BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

| | | |
|---|---|---|
| 10/26/00 | 45 | REPORT Commencing Criminal Action as to Julius Bruce Chiusano  DOB: 6/29/48  Prisoner # 02401-748 (hr) [Entry date 10/30/00] |
| 10/26/00 | 46 | NOTICE of Temporary Appearance for Joseph Silvestri by Attorney David Scott Mandel (hr) [Entry date 10/30/00] |
| 10/26/00 | 47 | NOTICE of Temporary Appearance for Giuseppe Bellitto by Attorney Charles Wender (hr) [Entry date 10/30/00] |
| 10/26/00 | 48 | NOTICE of Temporary Appearance for Michael Buccinna by Attorney Brian Lee Tannebaum (hr) [Entry date 10/30/00] |
| 10/26/00 | 49 | NOTICE of Temporary Appearance for Jeffrey Bass by Attorney Lothar Richard Genge (hr) [Entry date 10/30/00] |
| 10/26/00 | 50 | NOTICE of Temporary Appearance for Steve Raffa by Attorney David Michael Garvin (hr) [Entry date 10/30/00] |
| 10/26/00 | 51 | NOTICE of Temporary Appearance for John Mamone by Attorney David B. Rothman (hr) [Entry date 10/30/00] |
| 10/26/00 | 52 | NOTICE of Temporary Appearance for David Bell by Attorney Jeffrey Mark Harris (hr) [Entry date 10/30/00] |
| 10/26/00 | 53 | REPORT Commencing Criminal Action as to Anson Klinger  DOB: 2/8/40  Prisoner # 55524-004 (hr) [Entry date 10/30/00] |
| 10/26/00 | 54 | REPORT Commencing Criminal Action as to Giuseppe Bellitto DOB: 4/10/49  Prisoner # 29426-004 (hr) [Entry date 10/30/00] |
| 10/26/00 | 55 | ORDER as to Charles Clay for appointment of counsel; defendant shall pay $1,000.00 by 12/29/00,  set status conference for 11:00 12/29/00 for Charles Clay before Magistrate Barry S. Seltzer ( Signed by Magistrate Barry S. Seltzer on 10/26/00) CCAP [EOD Date: 10/30/00] CCAP (hr) [Entry date 10/30/00] |
| 10/26/00 | 56 | ORDER on Initial Appearance as to Jacolyn Baruch Bond set to $500,000. PSB & $50,000. CSB for Jacolyn Baruch. Arraignment set for 10:00 11/1/00 for Jacolyn Baruch ; before Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-084 CCAP (hr) [Entry date 10/30/00] |
| 10/26/00 | 57 | ORDER on Initial Appearance as to David Bell Bond set to $250,000.PSB & $25,000.CSB w/nebbia for David Bell. Arraignment set for 10:00 10/31/00 for David Bell ; before Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-84 CCAP (hr) [Entry date 10/30/00] |

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

10/26/00 58      ORDER on Initial Appearance as to Mark Weiss Bond set to
                 $100,000. PSB for Mark Weiss.          before Magistrate Barry
                 S. Seltzer, ,  ( Signed by Magistrate Barry S. Seltzer
                 on 10/26/00)  Tape # 00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00 59      ORDER on Initial Appearance as to Peggy Preston Bond set to
                 $100,000. PSB for Peggy Preston.   Arraignment set for
                 10:00 11/1/00 for Peggy Preston ; Report re counsel set for
                 10:00 11/1/00 for Peggy Preston ;   before Magistrate Barry
                 S. Seltzer, ,  ( Signed by Magistrate Barry S. Seltzer
                 on 10/26/00)  Tape # 00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00 59      NOTICE of Temporary Appearance for Peggy Preston by
                 Attorney Linda Lopez (hr) [Entry date 10/30/00]

10/26/00 60      ORDER on Initial Appearance as to Anson Klinger Bond set to
                 $25,000.CSB w/nebbia & $100,000.PSB for Anson Klinger.
                 Arraignment set for 10:00 10/31/00 for Anson Klinger ;
                 before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-084
                 CCAP (hr) [Entry date 10/30/00]

10/26/00 61      ORDER on Initial Appearance as to Paul Difilippi Bond set
                 to $100,000.PSB for Paul Difilippi.   Arraignment set for
                 10:00 10/31/00 for Paul Difilippi ; Report re counsel set
                 for 10:00 10/31/00 for Paul Difilippi ;   before Magistrate
                 Barry S. Seltzer, ,  ( Signed by Magistrate Barry S.
                 Seltzer  on 10/26/00)  Tape # 00-083 CCAP (hr)
                 [Entry date 10/30/00]

10/26/00 62      ORDER on Initial Appearance as to Mark Carattini Bond set
                 to $500,000. PSB for Mark Carattini.   Arraignment set for
                 10:00 11/1/00 for Mark Carattini ; Report re counsel set
                 for 10:00 11/1/00 for Mark Carattini ;   before Magistrate
                 Barry S. Seltzer, ,  ( Signed by Magistrate Barry S.
                 Seltzer on 10/26/00)  Tape # 00-083 CCAP (hr)
                 [Entry date 10/30/00]

10/26/00 63      ORDER on Initial Appearance as to Giuseppe Bellitto Bond
                 set to TEMP PTS for Giuseppe Bellitto.   Arraignment set
                 for 10:00 10/31/00 for Giuseppe Bellitto ; Report re
                 counsel set for 10:00 10/31/00 for Giuseppe Bellitto ;
                 Detention hearing set for 10:00 10/31/00 for Giuseppe
                 Bellitto ;   before Magistrate Barry S. Seltzer, ,  (
                 Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
                 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00 64      ORDER on Initial Appearance as to Frederick Scarola Bond
                 set to $50,000. CSB w/nebbia for Frederick Scarola.
                 Arraignment set for 10:00 10/31/00 for Frederick Scarola ;
                 Report re counsel set for 10:00 10/31/00 for Frederick
                 Scarola ;   before Magistrate Barry S. Seltzer, ,  (
                 Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
                 00-083 CCAP (hr) [Entry date 10/30/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/26/00 65    ORDER on Initial Appearance as to Jeffrey Bass Bond set to
               $25,000. CSB & $500,000. PSB for Jeffrey Bass.
               Arraignment set for 10:00 10/31/00 for Jeffrey Bass ;
               Report re counsel set for 10:00 10/31/00 for Jeffrey Bass ;
               Detention hearing set for 10:00 10/31/00 for Jeffrey Bass ;
               before Magistrate Barry S. Seltzer, , ( Signed by
               Magistrate Barry S. Seltzer  on 10/26/00)  Tape # 00-083
               CCAP (hr) [Entry date 10/30/00]

10/26/00 66    ORDER on Initial Appearance as to Michael Buccinna Bond set
               to $50,000. CSB & $225,000. PSB for Michael Buccinna.
               Arraignment set for 10:00 10/31/00 for Michael Buccinna ;
               Report re counsel set for 10:00 10/31/00 for Michael
               Buccinna ;  before Magistrate Barry S. Seltzer, ,  (
               Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape #
               00-084 CCAP (hr) [Entry date 10/30/00]

10/26/00 67    ORDER on Initial Appearance as to Charles Clay Bond set to
               $100,000. PSB for Charles Clay., for Appointment of Public
               Defender  before Magistrate Barry S. Seltzer, ,  (
               Signed by Magistrate Barry S. Seltzer  on 10/26/00) CCAP (hr)
               [Entry date 10/30/00]

10/26/00 68    ORDER on Initial Appearance as to Julius Bruce Chiusano
               Bond set to $50,000. CSB w/nebbia & $100,000. PSB for
               Julius Bruce Chiusano.     before Magistrate Barry S.
               Seltzer, , ( Signed by Magistrate Barry S. Seltzer  on
               10/26/00) Tape # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00 69    ORDER on Initial Appearance as to Joseph Silvestri
               Arraignment set for 10:00 10/31/00 for Joseph Silvestri ;
               Report re counsel set for 10:00 10/31/00 for Joseph
               Silvestri ; Detention hearing set for 10:00 10/31/00 for
               Joseph Silvestri ;  before Magistrate Barry S. Seltzer,
               ,  ( Signed by Magistrate Barry S. Seltzer  on
               10/26/00) Tape # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00 70    ORDER on Initial Appearance as to John Mamone Bond set to
               for John Mamone.  Arraignment set for 10:00 10/31/00 for
               John Mamone ; Report re counsel set for 10:00 10/31/00 for
               John Mamone ; Detention hearing set for 10:00 10/31/00 for
               John Mamone ;  before Magistrate Barry S. Seltzer, ,
               ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape
               # 00-083 CCAP (hr) [Entry date 10/30/00]

10/26/00 71    ORDER on Initial Appearance as to Steve Raffa Bond set to
               for Steve Raffa.  Arraignment set for 10:00 10/31/00 for
               Steve Raffa ; Report re counsel set for 10:00 10/31/00 for
               Steve Raffa ; Detention hearing set for 10:00 10/31/00 for
               Steve Raffa ;   before Magistrate Barry S. Seltzer, ,
               ( Signed by Magistrate Barry S. Seltzer  on 10/26/00)  Tape
               # 00-083 CCAP (hr) [Entry date 10/30/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

10/26/00 72      APPEARANCE BOND entered by Mark Weiss  in  Amount $
                 100,000.00 PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;   Avoid victims/witnesses;  No firearms/weapons;
                   Additional conditions: reside at current address; no
                 illegal drugs or excessive use of alcohol (hr)
                 [Entry date 10/30/00]

10/26/00 73      APPEARANCE BOND entered by Peggy Preston  in  Amount $
                 100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment; Avoid victims/witnesses;  No firearms/weapons;
                 Additional conditions: no illegal drugs or excessive
                 alcohol; reside at current address (hr)
                 [Entry date 10/30/00]

10/26/00 74      APPEARANCE BOND entered by Charles Clay  in  Amount $
                 100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;   Avoid victims/witnesses;  No firearms/weapons;
                   Additional conditions: no ilegal drugs or excessive
                 alcohol; reside at current address (hr)
                 [Entry date 10/30/00]

10/26/00 75      APPEARANCE BOND entered by Paul Difilippi  in  Amount $
                 100,000.00 PSB Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;   Avoid victims/witnesses;  No firearms/weapons;
                   Additional conditions: no illegal drugs or excessive use
                 of alcohol (hr) [Entry date 10/30/00]

10/26/00 76      ARRAIGNMENT INFORMATION SHEET for Julius Bruce Chiusano (6)
                 count(s) 1, 2, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70
                 NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                 plea. (hr) [Entry date 10/30/00]

10/26/00 77      ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                 count(s) 2, 3   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (hr) [Entry date 10/30/00]

10/26/00 78      ARRAIGNMENT INFORMATION SHEET for Mark Weiss (17) count(s)
                 1, 4, 5, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as to
                 all counts. Court accepts plea. (hr) [Entry date 10/30/00]

10/26/00 --      ARREST of Giuseppe Bellitto (hr) [Entry date 11/01/00]

10/26/00 --      ARREST of Julius Bruce Chiusano (hr) [Entry date 11/01/00]

10/26/00 --      ARREST of John Mamone (hr) [Entry date 11/01/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

10/26/00 --        ARREST of David Bell (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Jacolyn Baruch (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Peggy Preston (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Paul Difilippi (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Joseph Silvestri (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Anson Klinger (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Steve Raffa (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Mark Weiss (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Charles Clay (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Frederick Scarola (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Mark Carattini (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Michael Buccinna (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Jeffrey Bass (hr) [Entry date 11/01/00]

10/26/00 --        ARREST of Fred Morgenstern (hr) [Entry date 11/01/00]

10/26/00 139       NOTICE OF LIS PENDENS by USA as to David Morgenstern  re:
                   7534 Estrella Circle, Boca Raton, FL.  Grantees: David
                   Morgenstern (sp) [Entry date 11/01/00]

10/26/00 140       NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 15641
                   SW 16th Street, Pembroke Pines, FL.  Grantees: Steve Raffa
                   as Trustee (sp) [Entry date 11/01/00]

10/26/00 141       NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto  re:
                   1590 NW 13th Street, Boca Raton, FL.  Grantees: Guiseppe
                   Bellitto (sp) [Entry date 11/01/00]

10/26/00 142       NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto  re:
                   11637 Kensington Court, Boca Raton, FL.  Grantees: Giuseppe
                   Bellitto (sp) [Entry date 11/01/00]

10/26/00 143       NOTICE OF LIS PENDENS by USA as to John Mamone  re: 1960
                   Augusta Terrace, Coral Springs, FL.  Grantees: John Mamone
                   and Grace Mamone, husband and wife. (sp)
                   [Entry date 11/01/00]

10/26/00 144       NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4039
                   Northwest 135th Street, Opa-Locka, FL.  Grantees: Steve
                   Raffa, Trustee (sp) [Entry date 11/01/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

10/26/00  145    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4097 NW
                 135th Street, Opa Locka, FL.  Grantees: Steve Raffa,
                 Trustee (sp) [Entry date 11/01/00]

10/26/00  146    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4147 NW
                 135th Street, Opa-Locka, FL.  Grantees: Steve Raffa,
                 Trustee (sp) [Entry date 11/01/00]

10/26/00  147    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: 4119 NW
                 135th Street, Opa-Locka, FL.  Grantees: Steve Raffa,
                 Trustee (sp) [Entry date 11/01/00]

10/26/00  148    NOTICE OF LIS PENDENS by USA as to Steve Raffa  re: Lots 19
                 and 20, Block 1, of St James Park North, Plat Book 3, Page
                 33 in the public records of Broward County, FL. Grantees:
                 Steve Raffa, Trustee (sp) [Entry date 11/01/00]

10/26/00  23     SEALED DOCUMENT (sp) [Entry date 11/02/00]

10/26/00  --     ARREST of Joseph Spitaleri (sk) [Entry date 11/13/00]

10/26/00  --     ARREST of Mark Weiss (dr) [Entry date 03/14/02]

10/27/00  79     REPORT Commencing Criminal Action as to Jacolyn Baruch
                 DOB: 1/8/48  Prisoner # 55526-004 (hr) [Entry date 10/30/00]

10/27/00  80     REPORT Commencing Criminal Action as to Michael Buccinna
                 DOB: 4/30/59  Prisoner # 55531-004 (hr)
                 [Entry date 10/30/00]

10/27/00  81     REPORT Commencing Criminal Action as to Joseph Silvestri
                 DOB: 8/12/31  Prisoner # 04641-016 (hr)
                 [Entry date 10/30/00]

10/27/00  82     REPORT Commencing Criminal Action as to Mark Carattini
                 DOB: 9/15/59  Prisoner # 55530-004 (hr)
                 [Entry date 10/30/00]

10/27/00  83     REPORT Commencing Criminal Action as to John Mamone  DOB:
                 6/12/51  Prisoner # 07803-062 (hr) [Entry date 10/30/00]

10/27/00  84     REPORT Commencing Criminal Action as to Jeffrey Bass  DOB:
                 4/20/54  Prisoner # 55528-004 (hr) [Entry date 10/30/00]

10/27/00  85     REPORT Commencing Criminal Action as to Peggy Preston  DOB:
                 8/17/64  Prisoner # 55527-004 (hr) [Entry date 10/30/00]

10/27/00  86     REPORT Commencing Criminal Action as to David Bell  DOB:
                 9/6/70  Prisoner # 27545-004 (hr) [Entry date 10/30/00]

10/27/00  87     REPORT Commencing Criminal Action as to Charles Clay  DOB:
                 11/19/49  Prisoner # 55529-004 (hr) [Entry date 10/30/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

10/27/00 88      REPORT Commencing Criminal Action as to Jacolyn Baruch
                 DOB: 1/8/48  Prisoner # 55526-004 (hr) [Entry date 10/30/00]

10/27/00 89      APPEARANCE BOND entered by Jacolyn Baruch  in  Amount $
                 500,000. PSB Receipt #  Approved by Magistrate Barry S.
                 Seltzer . Surrender passports/travel documents; Report to
                 PTS as follows: as directed  Random urine testing;
                 Full-time employment;  Avoid victims/witnesses;  No
                 firearms/weapons; Additional conditions: no illegal drugs
                 or excessive alcohol, reside at current address (hr)
                 [Entry date 10/31/00]

10/27/00 90      APPEARANCE BOND entered by Michael Buccinna  in  Amount $
                 50,000. CSB w/nebbia Receipt # 802247 (Surety Information:
                 American Surety , Joe W. Clein , 1483 NW  7 Ave. Miami, FL
                 3313)   Approved by Magistrate Barry S. Seltzer .
                 Additional conditions: same as personal surety bond (hr)
                 [Entry date 10/31/00]

10/27/00 91      APPEARANCE BOND entered by Michael Buccinna  in  Amount $
                 225,000. PSB Receipt #  Approved by Magistrate Barry S.
                 Seltzer .  Surrender passports/travel documents; Report to
                 PTS as follows: as directed  Full-time employment;  Avoid
                 victims/witnesses;  No firearms/weapons;  Additional
                 conditions: no illegal drugs or excessive alcohol use and
                 reside at current address (hr) [Entry date 10/31/00]

10/27/00 92      APPEARANCE BOND entered by Mark Carattini  in  Amount $
                 500,000. PSB Receipt #  Approved by Magistrate Barry S.
                 Seltzer . Report to PTS as follows: as directed  Random
                 urine testing;  Full-time employment;  Avoid
                 victims/witnesses;  No firearms/weapons;  Additional
                 conditions: no illegal drugs or excessive alcohol; reside
                 at current address (hr) [Entry date 10/31/00]

10/27/00 93      APPEARANCE BOND entered by Anson Klinger  in  Amount $
                 25,000. CSB w/nebbia Receipt # XK-54220 (Surety
                 Information: Allegheny Casualty , Cynthia Gaynor , Kevins
                 Bail Bonds 540 SE 6th St. Ft. Lauderdale, FL 33301)
                 Approved by Magistrate Barry S. Seltzer .  Additional
                 conditions: same as personal surety bond (hr)
                 [Entry date 10/31/00]

10/27/00 94      APPEARANCE BOND entered by Anson Klinger  in  Amount $
                 100,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows:  Random urine testing;  Full-time employment;
                 Avoid victims/witnesses;  No firearms/weapons;   Additional
                 conditions: no excessive alcohol or illegal drugs and
                 reside at current address (hr) [Entry date 10/31/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

10/27/00 95      APPEARANCE BOND entered by David Bell  in  Amount $
                 250,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing; Full-time
                 employment;   Avoid victims/witnesses;  No firearms/weapons;
                  Additional conditions: no illegal drugs or excessive
                 alcohol and reside at current address (hr)
                 [Entry date 10/31/00]

10/27/00 96      APPEARANCE BOND entered by David Bell  in  Amount $
                 25,000. CSB w/nebbia Receipt # 802309 (Surety Information:
                 American Surety Co. , Eduardo Almeida , 1133 SE 3 Ave. Ft.
                 Lauderdale, FL  )   Approved by Magistrate Barry S.
                 Seltzer . Additional conditions: same as personal surety
                 bond (hr) [Entry date 10/31/00]

10/27/00 97      APPEARANCE BOND entered by Jeffrey Bass  in  Amount $
                 500,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Report to PTS as follows: as directed  Random urine testing;
                  Full-time employment;   Avoid victims/witnesses;  No
                 firearms/weapons;  Additional conditions: no illegal drugs
                 or excessive alcohol and reside at current address (hr)
                 [Entry date 10/31/00]

10/27/00 98      APPEARANCE BOND entered by Jeffrey Bass  in  Amount $
                 25,000. CSB w/nebbia Receipt # lk-104488 (Surety
                 Information: Begel Bail Bond , Lawrence Reinfeld , 200A SE
                 6th Street Ft. Lauderdale, FL)    Approved by Magistrate
                 Barry S. Seltzer .  Additional conditions: same as personal
                 surety bond (hr) [Entry date 10/31/00]

10/27/00 99      APPEARANCE BOND entered by Jacolyn Baruch  in  Amount $
                 50,000. CSB Receipt # lJ- 37113 (Surety Information:
                 Begel Bail Bond , Lawrence Reinfeld , 200-A SE 6 St. Ft.
                 Lauderdale, FL)    Approved by Magistrate Barry S. Seltzer
                 . Additional conditions: same as personal surety bond (hr)
                 [Entry date 10/31/00]

10/27/00 101     APPEARANCE BOND entered by Julius Bruce Chiusano  in
                 Amount $ 100,000. PSB Approved by Magistrate Barry S.
                 Seltzer . (hr) [Entry date 10/31/00]

10/27/00 102     Minutes of initial appearance held on 10/26/00  before
                 Magistrate Barry S. Seltzer as to Joseph Spitaleri ;  Court
                 Reporter Name or Tape #: 00-086-625-820 (td)
                 [Entry date 10/31/00]

10/27/00 103     ORDER as to Joseph Spitaleri  as to pretrial matters  (
                 Signed by Magistrate Barry S. Seltzer on 10/27/00) CCAP
                 [EOD Date: 10/31/00] CCAP (hr) [Entry date 10/31/00]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/27/00 104    APPEARANCE BOND entered by Julius Bruce Chiusano  in
                Amount $ 50,000. CSB w/nebbia Receipt # 11313 F (Surety
                Information: Universal Bail Bonds , Luis Tousant , 1611 NW
                14 Ave. Miami,FL 33125)    Approved by Magistrate Barry S.
                Seltzer . (hr) [Entry date 10/31/00]

10/27/00 109    STANDING DISCOVERY ORDER as to Joseph Spitaleri   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry S. Seltzer on 10/27/00)    CCAP (hr)
                [Entry date 10/31/00]

10/27/00 110    ORDER on Initial Appearance as to Joseph Spitaleri Bond set
                to $200,000. PSB for Joseph Spitaleri.      before
                Magistrate Barry S. Seltzer, ,   ( Signed by Magistrate
                Barry S. Seltzer  on 10/27/00)   Tape # 00-086 CCAP (hr)
                [Entry date 11/01/00]

10/27/00 111    APPEARANCE BOND entered by Joseph Spitaleri  in  Amount $
                200,000. PSB  Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents;  Report to PTS as
                follows: as directed  Random urine testing;    Avoid
                victims/witnesses;  No firearms/weapons;  Additional
                conditions: reside at current address; no illegal drugs or
                excessive alcohol; 24 hours house arrest except for Court
                (hr) [Entry date 11/01/00]

10/27/00 112    ARRAIGNMENT INFORMATION SHEET for Joseph Spitaleri (14)
                count(s) 1, 7, 8-13, 14-16   NOT GUILTY PLEA ENTERED as to
                all counts. Court accepts plea. (hr) [Entry date 11/01/00]

10/27/00 --     ARREST of Joseph Spitaleri (hr) [Entry date 11/01/00]

10/27/00 149    Minutes of ex parte hearing on government's motion for
                protective held on 10/27/00 before Judge Patricia A. Seitz
                as to All Defendants; Court Reporter Name or Tape #: Richard
                Kaufman (sp) [Entry date 12/07/00] [Edit date 03/09/01]

10/27/00 150    PROTECTIVE ORDER as to All Defendants for protective order
                to preserve forfeitable properties of defendants (Signed by
                Judge Patricia A. Seitz on 10/27/00) CCAP [EOD Date:
                12/7/00] CCAP (sp) [Entry date 12/07/00]
                [Edit date 03/09/01]

10/30/00 100    NOTICE of Appearance for Mark Weiss by Attorney Philip R.
                Horowitz (hr) [Entry date 10/31/00]

10/30/00 105    NOTICE of Temporary Appearance for David Morgenstern by
                Attorney Bruce L. Udolf (hr) [Entry date 10/31/00]

10/30/00 106    MOTION by John Mamone to reduce Bond (hr)
                [Entry date 10/31/00]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

10/30/00 107    Minutes of bond hearing held on 10/30/00  before Magistrate
                Barry S. Seltzer as to David Morgenstern ;  Court Reporter
                Name or Tape #: 00-087-2302-3000 (hr) [Entry date 10/31/00]

10/30/00 108    ORDER on Initial Appearance as to David Morgenstern Bond
                set to $100,000 CSB w/nebbia for David Morgenstern.
                Arraignment set for 10:00 11/6/00 for David Morgenstern ;
                Report re counsel set for 10:00 11/6/00 for David
                Morgenstern ;   before Magistrate Barry S. Seltzer, ,
                ( Signed by Magistrate Barry S. Seltzer  on 10/30/00) CCAP
                (hr) [Entry date 10/31/00]

10/30/00 113    REPORT Commencing Criminal Action as to David Morgenstern
                DOB: 10/28/48  Prisoner # 10453-074 (hr)
                [Entry date 11/01/00]

10/30/00 114     APPEARANCE BOND entered by David Morgenstern in  Amount $
                100,000. CSB Receipt # IM-17045 (Surety Information:
                International Fidelity , William Seggel , 220 SE 12 St. Ft.
                Lauderdale,)   Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents;  Report to PTS as
                directed; Random urine testing;  Full-time employment not
                involved in investment or commercial financial transactions;
                 Avoid victims/witnesses;  No firearms/weapons;  Curfew
                from: 9pm - 6am  Additional conditions: travel restricted
                to SD/FL reside at current address; no illegal drugs or
                excessive alcohol; (hr) [Entry date 11/01/00]

10/31/00 115    ORDER as to Julius Bruce Chiusano, Charles Clay, Mark Weiss
                 as to pretrial matters  ( Signed by Magistrate Barry S.
                Seltzer on 10/26/00) CCAP [EOD Date: 11/1/00] CCAP (hr)
                [Entry date 11/01/00]

10/31/00 116    STANDING DISCOVERY ORDER as to Julius Bruce Chiusano,
                Charles Clay, Mark Weiss   all motions concerning matters
                not covered by this order must be filed within 28 days of
                this order ( Signed by Magistrate Barry S. Seltzer on
                10/26/00)  Tape # CCAP (hr) [Entry date 11/01/00]

10/31/00 117    NOTICE of filing copy of co-signature page for personal
                surety bond as to Mark Weiss (hr) [Entry date 11/01/00]

10/31/00 118     ARREST WARRANT Returned Executed as to Giuseppe Bellitto
                on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00 119     ARREST WARRANT Returned Executed as to Julius Bruce
                Chiusano on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00 120     ARREST WARRANT Returned Executed as to John Mamone on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 121     ARREST WARRANT Returned Executed as to David Bell on
                10/26/00 (hr) [Entry date 11/01/00]

Proceedings include all events.                                                BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

10/31/00 122    ARREST WARRANT Returned Executed as to Jacolyn Baruch on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 123    ARREST WARRANT Returned Executed as to Peggy Preston on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 124    ARREST WARRANT Returned Executed as to Paul Difilippi on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 125    ARREST WARRANT Returned Executed as to Joseph Silvestri on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 126    ARREST WARRANT Returned Executed as to Anson Klinger on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 127    ARREST WARRANT Returned Executed as to Steve Raffa on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 128    ARREST WARRANT Returned Executed as to Mark Weiss on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 129    ARREST WARRANT Returned Executed as to Charles Clay on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 130    ARREST WARRANT Returned Executed as to Frederick Scarola
                on 10/26/00 (hr) [Entry date 11/01/00]

10/31/00 131    ARREST WARRANT Returned Executed as to Mark Carattini on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 132    ARREST WARRANT Returned Executed as to Michael Buccinna on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 133    ARREST WARRANT Returned Executed as to Jeffrey Bass on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 134    ARREST WARRANT Returned Executed as to Fred Morgenstern on
                10/26/00 (hr) [Entry date 11/01/00]

10/31/00 135    ARREST WARRANT Returned Executed as to Joseph Spitaleri on
                10/27/00 (hr) [Entry date 11/01/00]

10/31/00 136    APPEARANCE BOND entered by Joseph Silvestri  in  Amount $
                300,000. PSB  Approved by Magistrate Stephen T. Brown .
                Surrender passports/travel documents;  Report to PTS as
                directed  Additional conditions: travel restricted to S/D
                FL & M/D FL; may travel between two districts for court (hr)
                [Entry date 11/01/00]

10/31/00 137    ORDER as to Joseph Silvestri to set Bond  Bond set to
                $300,000. PSB for Joseph Silvestri. ( Signed by Magistrate
                Stephen T. Brown on 10/30/00) CCAP [EOD Date: 11/1/00]
                CCAP (hr) [Entry date 11/01/00]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

10/31/00  138    ORDER on Hearing to Report Re Counsel as to Joseph
                 Silvestri  Counsel by reset to 10:00 11/6/00 for Joseph
                 Silvestri Arraignment set for 10:00 11/6/00 for Joseph
                 Silvestri before Magistrate Stephen T. Brown   ( Signed by
                 Magistrate Stephen T. Brown on 10/30/00)  Tape #
                 00D-109-3040  CCAP (hr) [Entry date 11/01/00]

10/31/00  --     ARREST of Fred Morgenstern in District of Nevada (hr)
                 [Entry date 11/16/00]

11/1/00   151    ORDER on Hearing to Report Re Counsel as to David Bell
                 Counsel by Jeffrey Harris    before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 10/31/00)
                 Tape # 2000D-110-1150, 111-1  CCAP (hr)
                 [Entry date 11/02/00]

11/1/00   152    ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                 1, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (hr) [Entry date 11/02/00]

11/1/00   153    ORDER on Hearing to Report Re Counsel as to Anson Klinger
                 Counsel by Neil Michael Nameroff   before Magistrate
                 Stephen T. Brown   ( Signed by Magistrate Stephen T. Brown
                 on 10/31/00)  Tape # 2000D-110-1150, 111-1  CCAP (hr)
                 [Entry date 11/02/00]

11/1/00   154    NOTICE of Appearance for Anson Klinger by Attorney Neil M.
                 Nameroff (hr) [Entry date 11/02/00]

11/1/00   155    ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13)
                 count(s) 1, 2, 6   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (hr) [Entry date 11/02/00]

11/1/00   156    ORDER on Hearing to Report Re Counsel as to Paul Difilippi
                 Counsel by Christopher Gerard Lyons, Peter Raben   before
                 Magistrate Stephen T. Brown   ( Signed by Magistrate
                 Stephen T. Brown on 10/31/00)  Tape # 2000D-110-1150, 111-1
                 CCAP (hr) [Entry date 11/02/00]

11/1/00   157    NOTICE of Appearance for Paul Difilippi by Attorney Peter
                 Raben (hr) [Entry date 11/02/00]

11/1/00   158    NOTICE of Appearance for Paul Difilippi by Attorney
                 Christopher Lyons (hr) [Entry date 11/02/00]

11/1/00   159    ARRAIGNMENT INFORMATION SHEET for Paul Difilippi (12)
                 count(s) 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (hr) [Entry date 11/02/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

11/1/00   160   ORDER on Hearing to Report Re Counsel as to Frederick
                Scarola   reset to 10:00 11/7/00 for Frederick Scarola
                Arraignment set for 10:00 11/7/00 for Frederick Scarola
                before Magistrate Stephen T. Brown  ( Signed by Magistrate
                Stephen T. Brown on 10/31/00)  Tape # 2000D-110-1150, 111-1
                CCAP (hr) [Entry date 11/02/00]

11/1/00   161   NOTICE of Temporary Appearance for Frederick Scarola by
                Attorney John Lance Armstrong (hr) [Entry date 11/02/00]

11/1/00   162   NOTICE of Appearance for Jeffrey Bass by Attorney L.R.
                Genge (hr) [Entry date 11/02/00]

11/1/00   163   ORDER on Hearing to Report Re Counsel as to Jeffrey Bass
                Counsel by Lothar Genge  before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 10/31/00)
                Tape # 2000D-110-1150, 111-1  CCAP (hr)
                [Entry date 11/02/00]

11/1/00   164   ARRAIGNMENT INFORMATION SHEET for Jeffrey Bass (8) count(s)
                1, 2, 6   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (hr) [Entry date 11/02/00]

11/1/00   165   NOTICE of Appearance for Michael Buccina by Attorney Brian
                L. Tannebaum (hr) [Entry date 11/02/00]

11/1/00   166   ORDER on Hearing to Report Re Counsel as to Michael
                Buccina  Counsel by Brian Tannenbaum  before Magistrate
                Stephen T. Brown ( Signed by Magistrate Stephen T. Brown on
                10/31/00)  Tape # 2000D-110-1150, 111-1 CCAP (hr)
                [Entry date 11/02/00]

11/1/00   167   ARRAIGNMENT INFORMATION SHEET for Michael Buccina (7)
                count(s) 1, 2, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70    NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (hr) [Entry date 11/02/00]

11/1/00   168   NOTICE of Appearance for Giuseppe Bellitto by Attorney
                Charles Wender (hr) [Entry date 11/02/00]

11/1/00   169   ORDER on Hearing to Report Re Counsel as to Giuseppe
                Bellitto  Counsel by Charles Wender   before Magistrate
                Stephen T. Brown ( Signed by Magistrate Stephen T. Brown on
                10/31/00)  Tape # 2000D-110-1150 CCAP (hr)
                [Entry date 11/02/00]

11/1/00   170   ORDER as to Giuseppe Bellitto to set Bond   Bond reset to
                $100,000. PSB & $100,000. CSB w/nebbia for Giuseppe
                Bellitto. ( Signed by Magistrate Stephen T. Brown on
                10/31/00) CCAP [EOD Date: 11/2/00] CCAP (hr)
                [Entry date 11/02/00]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

11/1/00   171   ARRAIGNMENT INFORMATION SHEET for Giuseppe Bellitto (10)
                count(s) 1, 2, 4, 5   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (hr) [Entry date 11/02/00]

11/1/00   172   ORDER on Hearing to Report Re Counsel as to John Mamone
                reset to 10:00 11/2/00 for John Mamone Arraignment set for
                10:00 11/2/00 for John Mamone   before Magistrate Stephen
                T. Brown   ( Signed by Magistrate Stephen T. Brown on
                10/31/00)  Tape # 2000D-110-1150  CCAP (hr)
                [Entry date 11/02/00]

11/1/00   173   ORDER as to John Mamone to set Bond   Bond reset to
                $500,000. PSB & $500,000. CSB/Nebbia for John Mamone. (
                Signed by Judge Patricia A. Seitz on 3CBI) CCAP [EOD Date:
                11/2/00] CCAP (hr) [Entry date 11/02/00]

11/1/00   174   ORDER on Hearing to Report Re Counsel as to Steve Raffa
                Counsel by reset to 10:00 11/2/00 for Steve Raffa
                Arraignment set for 10:00 11/2/00 for Steve Raffa    before
                Magistrate Stephen T. Brown   ( Signed by Magistrate
                Stephen T. Brown on 10/31/00)  Tape # 2000D-110-1150, 111-1
                CCAP (hr) [Entry date 11/02/00]

11/1/00   175   ORDER as to Steve Raffa to set Bond   Bond reset to
                $250,000. CSB w/nebbia for Steve Raffa. ( Signed by
                Magistrate Stephen T. Brown on 10/31/00) CCAP [EOD Date:
                11/2/00] CCAP (hr) [Entry date 11/02/00]

11/1/00   176   STANDING DISCOVERY ORDER as to Michael Buccinna, Jeffrey
                Bass, Giuseppe Bellitto, Paul Difilippi, Anson Klinger,
                David Bell   all motions concerning matters not covered by
                this order must be filed within 28 days of this order (
                Signed by Magistrate Stephen T. Brown on 10/31/00)  Tape #
                00D-110-1150, 111-1  CCAP (hr) [Entry date 11/02/00]

11/1/00   177   NOTICE of Appearance for David Bell by Attorney Jeffrey M.
                Harris (hr) [Entry date 11/02/00]

11/1/00   178   NOTICE of Assignment of Assistant Public Defender for
                Charles Clay . Terminated attorney Timothy Day for Charles
                Clay AFPD Celeste Siblesz Higgins assigned. (hr)
                [Entry date 11/02/00]

11/1/00   219   ORDER on Initial Appearance as to Joseph Spitaleri Bond
                reset to $200,000 PSB for Joseph Spitaleri., , (
                Signed by Magistrate Barry S. Seltzer  on 11/1/00)   Tape #
                00- (not provided) CCAP (sk) [Entry date 11/13/00]

11/2/00   179   TRANSCRIPT filed as to Jacolyn Baruch of Initial Appearance
                Hearing held 10/26/00 before Judge Barry S. Seltzer: 1
                volume, Pages: 1-10 (sn) [Entry date 11/03/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/2/00   180    ARRAIGNMENT INFORMATION SHEET for Jacolyn Baruch (18)
                 count(s) 1, 2, 6    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (nt) [Entry date 11/03/00]

11/2/00   181    ARRAIGNMENT INFORMATION SHEET for Mark Carattini (11)
                 count(s) 1, 2, 6    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (nt) [Entry date 11/03/00]

11/2/00   182    NOTICE of Appearance for Mark Carattini by Attorney James
                 S. Benjamin (nt) [Entry date 11/03/00]

11/2/00   183    ORDER on Hearing to Report Re Counsel as to Jacolyn Baruch
                 Counsel by David Vinikoor ( Signed by Magistrate Stephen
                 T. Brown on 11/1/00)   Tape # 00D-111-2070  CCAP (nt)
                 [Entry date 11/03/00]

11/2/00   184    NOTICE of Appearance for Jacolyn Baruch by Attorney David
                 G. Vinikoor (nt) [Entry date 11/03/00]

11/2/00   185    STANDING DISCOVERY ORDER as to Mark Carattini, Jacolyn
                 Baruch   all motions concerning matters not covered by this
                 order must be filed within 28 days of this order ( Signed
                 by Magistrate Stephen T. Brown on 11/1/00)   Tape #
                 00D-0111-2070  CCAP (nt) [Entry date 11/03/00]

11/2/00   186    CORPORATE BOND entered by Steve Raffa  in  Amount $ 250,000
                 (Surety Information: American Bankers Insurance , Roy
                 Zemlork , 1575 NW 14 Street)   Approved by Magistrate
                 Stephen T. Brown .  Surrender passports/travel documents;
                 Avoid victims/witnesses;  Additional conditions: 20 hr.
                 house arrest, may leave home for 4 hr. per between 8:00 am
                 - noon. May otherwise leave home for medical emergencies
                 only or after approval from Pretrial for counsel visits. (nt)
                 [Entry date 11/03/00]

11/2/00   187    APPEARANCE BOND entered by Giuseppe Bellitto  in  Amount $
                 100,000. CSB Receipt # XM-17586 (Surety Information: Best
                 Bail Bonds , Francisco Marty , 1674 NW 17 Ave. Miami,FL
                 33125)   Approved by Magistrate Stephen T. Brown .
                 Surrender passports/travel documents;   Avoid
                 victims/witnesses;  Additional conditions: 24 hour house
                 arrest; counsel visit with prior approval of PTS; no visit
                 to doctor excepting emergency without prior approval (hr)
                 [Entry date 11/06/00]

11/2/00   188    APPEARANCE BOND entered by Giuseppe Bellitto  in  Amount $
                 100,000. PSB Approved by Magistrate Stephen T. Brown .
                 Surrender passports/travel documents;   Avoid
                 victims/witnesses;  Additional conditions: 24 hour house
                 arrest; electronic monitor (hr) [Entry date 11/06/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

11/3/00  189    APPEARANCE BOND entered by John Mamone  in  Amount $
                500,000. CSB Receipt # 11412 F (Surety Information:
                American Bankers , Golddy Duran , 1575 NW 14 Str. Miami, FL
                33125 ) Approved by Magistrate Stephen T. Brown . (hr)
                [Entry date 11/06/00]

11/3/00  190    NOTICE of Assignment of Assistant Public Defender for
                Charles Clay . Terminated  AFPD  assigned Celeste S.
                Higgins. (hr) [Entry date 11/06/00]

11/3/00  191    NEBBIA PROFFER by John Mamone (hr) [Entry date 11/06/00]

11/3/00  192    ORDER as to John Mamone  that the Nebbia Proffer is
                approved and the Nebbia condition has been satisfied  (
                Signed by Magistrate Stephen T. Brown on 11/2/00) CCAP [EOD
                Date: 11/6/00] CCAP (hr) [Entry date 11/06/00]

11/3/00  193    ORDER on Hearing to Report Re Counsel as to Steve Raffa
                Counsel by David Garvin   before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 11/2/00)
                Tape # 2000D-113-700  CCAP (hr) [Entry date 11/06/00]

11/3/00  194    NOTICE of Appearance for Steve Raffa by Attorney David M.
                Garvin (hr) [Entry date 11/07/00]

11/3/00  195    ARRAIGNMENT INFORMATION SHEET for Steve Raffa (1) count(s)
                1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70    NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (hr) [Entry date 11/07/00]

11/3/00  196    STANDING DISCOVERY ORDER as to Steve Raffa   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Stephen
                T. Brown on 11/2/00)  Tape # 00D-113-700  CCAP (hr)
                [Entry date 11/07/00]

11/3/00  197    ORDER on Hearing to Report Re Counsel as to Peggy Preston
                Counsel by Steven E. Kreisberg   before Magistrate Stephen
                T. Brown   ( Signed by Magistrate Stephen T. Brown on
                11/1/00)  Tape # 2000D-111-2070  CCAP (hr)
                [Entry date 11/07/00]

11/3/00  198    ARRAIGNMENT INFORMATION SHEET for Peggy Preston (16)
                count(s) 6, 17, 18-45, 46-70    NOT GUILTY PLEA ENTERED as
                to all counts. Court accepts plea. (hr)
                [Entry date 11/07/00]

11/3/00  199    STANDING DISCOVERY ORDER as to Peggy Preston   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Stephen
                T. Brown on 11/2/00)  Tape # 00D-113-642  CCAP (hr)
                [Entry date 11/07/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

11/3/00  200      ORDER on Hearing to Report Re Counsel as to John Mamone
                  reset to 10:00 11/7/00 for John Mamone Arraignment set for
                  10:00 11/7/00 for John Mamone    before Magistrate Stephen
                  T. Brown   ( Signed by Magistrate Stephen T. Brown on
                  11/2/00)  Tape # 2000D-113-700  CCAP (hr)
                  [Entry date 11/07/00]

11/3/00  201       APPEARANCE BOND entered by John Mamone  in  Amount $
                  500,000. PSB Receipt #   Approved by Magistrate Stephen T.
                  Brown .  Additional conditions: 24 hours house arrest; only
                  leave home for medical emergencies (hr)
                  [Entry date 11/07/00]

11/3/00  208      CSB with Nebbia BOND entered by Frederick Scarola  in
                  Amount $ 50,000 (Surety Information: Kevin's Bail Bonds ,
                  Cynthia Gaynor , 540 SE 6 St Ft Laud FL 33301)    Approved
                  by Magistrate Barry S. Seltzer .  Report to PTS as follows:
                  as directed  Random urine testing;  Full-time employment;
                  Avoid victims/witnesses;  No firearms/weapons;  Additional
                  conditions: no illegal drugs or excessive alcohol; remain
                  at current address (sk) [Entry date 11/07/00]

11/6/00  202      ORDER on Hearing to Report Re Counsel as to Mark Carattini
                  Counsel by James Benjamin   before Magistrate Stephen T.
                  Brown ( Signed by Magistrate Stephen T. Brown on 11/1/00)
                  Tape # 2000D-111-2070  CCAP (hr) [Entry date 11/07/00]

11/6/00  203      ORDER on Hearing to Report Re Counsel as to David
                  Morgenstern  Counsel by reset to 10:00 11/13/00 for David
                  Morgenstern Arraignment set for 10:00 11/13/00 for David
                  Morgenstern    before Magistrate Barry L. Garber   ( Signed
                  by Magistrate Barry L. Garber on 11/6/00)  Tape #
                  00C-77-2800  CCAP (hr) [Entry date 11/07/00]

11/6/00  204      ORDER on Hearing to Report Re Counsel as to Joseph
                  Silvestri  Counsel by Public Defender   before Magistrate
                  Barry L. Garber ( Signed by Magistrate Barry L. Garber on
                  11/6/00)  Tape # 00C-78-1 CCAP (hr) [Entry date 11/07/00]

11/6/00  205      ORDER as to Joseph Silvestri for Appointment of Public
                  Defender ( Signed by Magistrate Barry L. Garber on
                  11/6/00) CCAP [EOD Date: 11/7/00] CCAP (hr)
                  [Entry date 11/07/00]

11/6/00  206      ARRAIGNMENT INFORMATION SHEET for Joseph Silvestri (5)
                  count(s) 1, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as
                  to all counts. Court accepts plea. (hr)
                  [Entry date 11/07/00]

11/6/00  207      STANDING DISCOVERY ORDER as to Joseph Silvestri   all
                  motions concerning matters not covered by this order must
                  be filed within 28 days of this order ( Signed by
                  Magistrate Barry L. Garber on 11/6/00)  Tape # 00C-78-1
                  CCAP (hr) [Entry date 11/07/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL


11/6/00  209    ORDER on Initial Appearance as to Fred Morgenstern Bond set
                to STIPULATED $200,000 10% for Fred Morgenstern., setting
                Special Conditions:  Surrender passports;  Report to PTS as
                follows: as directed  Curfew from: 9pm-6am  Additional
                conditions: do not engage in financial transactions
                Arraignment set for 10:00 11/20/00 for Fred Morgenstern ;
                Report re counsel set for 10:00 11/8/00 for Fred
                Morgenstern ;   before Duty Magistrate, ,  ( Signed by
                Magistrate Judge William C. Turnoff  on 11/3/00)   Tape #
                00G-91-670 CCAP (sk) [Entry date 11/07/00]

11/6/00  210    MOTION by Anson Klinger to Travel (sk) [Entry date 11/08/00]

11/7/00  211    ORDER on Hearing to Report Re Counsel as to Frederick
                Scarola  Counsel by John Frank Cotrone   before Magistrate
                Barry L. Garber   ( Signed by Magistrate Barry L. Garber on
                11/7/00)   Tape # 00C-79-249  CCAP (hr) [Entry date 11/08/00]

11/7/00  212    NOTICE of Appearance for Frederick Scarola by Attorney John
                F. Cotrone (hr) [Entry date 11/08/00]

11/7/00  213    ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                count(s) 3   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (hr) [Entry date 11/08/00]

11/7/00  214    STANDING DISCOVERY ORDER as to Frederick Scarola    all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry L. Garber on 11/7/00)   Tape # 00C-79-249
                CCAP (hr) [Entry date 11/08/00]

11/7/00  215    ORDER as to John Mamone  resetting Report re counsel for
                10:00 11/15/00 for John Mamone   before Magistrate Barry L.
                Garber,   reset Arraignment for 10:00 11/15/00 for John
                Mamone  before Magistrate Barry L. Garber ( Signed by
                Magistrate Barry L. Garber on 11/7/00) CCAP [EOD Date:
                11/8/00] CCAP (hr) [Entry date 11/08/00]

11/7/00  216    MOTION by Joseph Silvestri for Federal Public Defender to
                withdraw as attorney, and for appointment of counsel (hr)
                [Entry date 11/08/00]

11/8/00  217    MOTION by Paul Difilippi to Travel to Honolulu, Hawai
                between 12/1 and 12/7/00 (hr) [Entry date 11/09/00]

11/8/00  218    STIPULATION   re amending the protective order by Gateway
                Transport, USA  as to Gateway Transport (hr)
                [Entry date 11/09/00]

11/8/00  257    ORDER APPROVING 11/8/00 STIPULATION AND AMENDING 10/27/00
                PROTECTIVE ORDER as to All Defendants (See order for
                details)(Signed by Judge Patricia A. Seitz on 11/8/00) CCAP
                [EOD Date: 12/7/00] CCAP (sp) [Entry date 12/07/00]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

                    [Edit date 03/09/01]

11/9/00  224    ORDER as to Anson Klinger  granting [210-1] motion to
                Travel as to Anson Klinger (13) from 11/10/00 through
                11/12/00 (see order for details)( Signed by Magistrate
                Barry S. Seltzer on 11/7/00) CCAP [EOD Date: 11/15/00]
                CCAP (sp) [Entry date 11/15/00]

11/10/00 220    ORDER on Hearing to Report Re Counsel as to Fred
                Morgenstern  Counsel by reset to 10:00 11/17/00 for Fred
                Morgenstern Arraignment set for 10:00 11/17/00 for Fred
                Morgenstern before Duty Magistrate   ( Signed by Magistrate
                Barry L. Garber on 11/8/00)  Tape # 00C-80-1668  CCAP (sk)
                [Entry date 11/13/00]

11/13/00 221    ORDER as to David Morgenstern  reset Arraignment for 10:00
                11/27/00 for David Morgenstern  before Duty Magistrate (
                Signed by Magistrate Judge Robert L. Dube on 11/13/00) CCAP
                [EOD Date: 11/14/00] CCAP (sk) [Entry date 11/14/00]

11/13/00 222    ORDER on Hearing to Report Re Counsel as to David
                Morgenstern  Counsel by reset to 10:00 11/27/00 for David
                Morgenstern   before Duty Magistrate   ( Signed by
                Magistrate Judge Robert L. Dube on 11/13/00)  Tape #
                2000H-43-1  CCAP (sk) [Entry date 11/14/00]

11/13/00 223    ARREST WARRANT Returned Executed as to David Morgenstern on
                10/30/00 (td) [Entry date 11/14/00] [Edit date 03/09/01]

11/13/00 239    BOND POSTED, $200,000/10% cash to registry BOND entered by
                Fred Morgenstern  in  Amount $ 20,000, Receipt # 226255
                Approved by Magistrate Judge William C. Turnoff .
                Surrender passports/travel documents; Avoid
                co-defendants/witnesses;  Curfew from: 9PM to 6AM;
                Additional conditions: no investment or commercial
                financial activities (sp) [Entry date 11/21/00]

11/14/00 225    Rule 40 Documents as to Fred Morgenstern received from
                District of Nevada (hr) [Entry date 11/16/00]

11/15/00 226    ORDER on Hearing to Report Re Counsel as to John Mamone
                reset to 10:00 11/20/00 for John Mamone Arraignment set for
                10:00 11/20/00 for John Mamone   before Magistrate Judge
                Robert L. Dube   ( Signed by Magistrate Judge Robert L.
                Dube on 11/15/00)  Tape # 00H 45-2447  CCAP (hr)
                [Entry date 11/16/00]

11/16/00 227    NOTICE of service of protective order by USA as to All
                Defendants (hr) [Entry date 11/17/00]
                [Edit date 03/09/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/16/00 228     ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                 L. Garber as to Joseph Silvestri : [216-1] motion for
                 Federal Public Defender to withdraw as attorney as to
                 Joseph Silvestri (5), [216-2] motion for appointment of
                 counsel as to Joseph Silvestri (5) ( Signed by Judge
                 Ursula Ungaro-Benages on 11/15/00) CCAP [EOD Date:
                 11/17/00] CCAP (hr) [Entry date 11/17/00]

11/16/00 229     ORDER as to Paul Difilippi granting [217-1] motion to
                 Travel to Honolulu, Hawai between 12/1 and 12/7/00 as to
                 Paul Difilippi (12) ( Signed by Judge Ursula Ungaro-Benages
                 on 11/16/00) CCAP [EOD Date: 11/17/00] CCAP (hr)
                 [Entry date 11/17/00]

11/17/00 230     ORDER as to Joseph Silvestri granting [216-1] motion for
                 Federal Public Defender to withdraw as attorney
                 (Terminated: attorney David Scott Mandel for Joseph
                 Silvestri as to Joseph Silvestri (5), granting [216-2]
                 motion for appointment of counsel as to Joseph Silvestri
                 (5) ( Signed by Magistrate Barry L. Garber on 11/17/00)
                 CCAP [EOD Date: 11/20/00] CCAP (hr) [Entry date 11/20/00]

11/17/00 231     ORDER on Hearing to Report Re Counsel as to Fred
                 Morgenstern Counsel by John Robert Howes before
                 Magistrate Judge Robert L. Dube ( Signed by Magistrate
                 Judge Robert L. Dube on 11/17/00) Tape # 47-637 CCAP (hr)
                 [Entry date 11/20/00]

11/20/00 232     RELEASE of lis pendens re 15641 SW 16th Street, Pembroke
                 Pines, FL by USA as to Steve Raffa (hr)
                 [Entry date 11/21/00]

11/20/00 233     RELEASE of lis pendens re 4119 NW 135th Street, Opa-Locka,
                 FL by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 234     RELEASE of lis pendens re 4147 NW 135th Street, Opa-Locka,
                 by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 235     RELEASE of lis pendens re 4039 NW 135th Street, Opa-Locka,
                 Florida by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 236     RELEASE of lis pendens re 4097 NW 135th Street, Opa-Locka,
                 Fl by USA as to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 237     RELEASE of lis pendens as to St. James Park North by USA as
                 to Steve Raffa (hr) [Entry date 11/21/00]

11/20/00 238     ORDER as to Fred Morgenstern reset Arraignment for 10:00
                 11/22/00 for Fred Morgenstern before Duty Magistrate (
                 Signed by Magistrate Judge Robert L. Dube on 11/20/00) CCAP
                 [EOD Date: 11/21/00] CCAP (td) [Entry date 11/21/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/21/00 240    ORDER on Hearing to Report Re Counsel as to John Mamone
                Counsel by David Rothman;   before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 11/20/00)
                Tape # 00D-115-2160  CCAP (hr) [Entry date 11/22/00]

11/21/00 241    NOTICE of Appearance for John Mamone by Attorney David
                Rothman (hr) [Entry date 11/22/00]

11/21/00 242    ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                1, 2, 3, 4, 5, 6, 7, 8-13, 14-16, 17, 18-45, 46-70    NOT
                GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                (hr) [Entry date 11/22/00]

11/21/00 243    STANDING DISCOVERY ORDER as to John Mamone   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Stephen
                T. Brown on 11/20/00)  Tape # 00D-115-2160  CCAP (hr)
                [Entry date 11/22/00]

11/21/00 244    ORDER as to John Mamone to modify Bond to include that he
                may have the use of two phones in his home and he be
                allowed to visit his attorney's office; ,  ( Signed by
                Magistrate Stephen T. Brown on 11/20/00) CCAP [EOD Date:
                11/22/00] CCAP (hr) [Entry date 11/22/00]

11/21/00 245    MOTION by Frederick Scarola to Adopt Motions of All Other
                Defendants (hr) [Entry date 11/22/00]

11/22/00 246    MOTION by USA  as to Giuseppe Bellitto to amend/modify
                conditions of bond to delete condition of 24-hour house
                arrest (hr) [Entry date 11/27/00]

11/22/00 247    NOTICE of Appearance for Fred Morgenstern by Attorney John
                R. Howes (hr) [Entry date 11/27/00]

11/24/00 249    ORDER on Hearing to Report Re Counsel as to David
                Morgenstern  reset to 10:00 12/11/00 for David Morgenstern
                Arraignment set for 10:00 12/11/00 for David Morgenstern
                before Magistrate Stephen T. Brown   ( Signed by Magistrate
                Stephen T. Brown on 11/27/00)  Tape # 00D-117-1650  CCAP (hr)
                [Entry date 11/28/00]

11/25/00 250    ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                count(s) 1, 6, 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED
                as to all counts. Court accepts plea. (hr)
                [Entry date 11/28/00]

11/25/00 251    STANDING DISCOVERY ORDER as to Fred Morgenstern   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Stephen T. Brown on 11/22/00)  Tape #
                00D-117-1330  CCAP (hr) [Entry date 11/28/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/27/00 248    ORDER as to Frederick Scarola  granting [245-1] motion to
                Adopt Motions of All Other Defendants as to Frederick
                Scarola (9) ( Signed by Judge Patricia A. Seitz on
                11/22/00) CCAP [EOD Date: 11/28/00] CCAP (hr)
                [Entry date 11/28/00]

11/29/00 252    CJA 20 as to Joseph Silvestri : Appointment of Attorney
                Emmanuel Perez  ( Signed by Magistrate Barry L. Garber  on
                11/29/00) (hr) [Entry date 11/30/00]

11/29/00 253    ORDER as to Giuseppe Bellitto  granting [246-1] motion to
                amend/modify conditions of bond to delete condition of
                24-hour house arrest as to Giuseppe Bellitto (10) ( Signed
                by Magistrate Stephen T. Brown on 11/28/00) CCAP [EOD Date:
                11/30/00] CCAP (hr) [Entry date 11/30/00]

11/30/00 254    MOTION by USA  as to Steve Raffa to vacate the 10/27/00
                protective order (hr) [Entry date 12/01/00]

12/4/00  255    NOTICE of Hearing as to John Mamone et al :  set status
                conference for 11:00 12/20/00 for John Mamone et al before
                Judge Patricia A. Seitz (hr) [Entry date 12/05/00]

12/4/00  256    ORDER as to Steve Raffa vacating the October 27,2000
                protective order ( Signed by Judge Patricia A. Seitz on
                11/30/00) CCAP [EOD Date: 12/5/00] CCAP (hr)
                [Entry date 12/05/00]

12/6/00  258    ORDER as to Steve Raffa dismissing the indictment (
                Signed by Judge Patricia A. Seitz on 12/6/00) CCAP [EOD
                Date: 12/7/00] CCAP (hr) [Entry date 12/07/00]

12/6/00  --     DISMISSAL of Count(s) on Government Motion as to Steve
                Raffa   Terminated motions: [254-1] motion to vacate the
                10/27/00 protective order as to Steve Raffa (1)   Counts
                Dismissed: Steve Raffa (1) count(s) 1, 2, 3, 4, 5, 6, 7,
                8-13, 14-16, 17, 18-45, 46-70 (hr) [Entry date 12/07/00]

12/8/00  264    MOTION by Jacolyn Baruch for Morris M. Goldings  to appear
                pro hac vice (hr) [Entry date 12/13/00]

12/8/00  264    Clerk's receipt. Number: 833280 in the amount of $ 75.00
                for PHV appearance by Jacolyn Baruch (hr)
                [Entry date 12/13/00]

12/8/00  265    NOTICE of Appearance for Jacolyn Baruch by Attorney Morris
                M. Goldings  (PHV application pending) (hr)
                [Entry date 12/13/00]

12/8/00  266    NOTICE of Appearance as local counsel for Jacolyn Baruch by
                Attorney David G. Vinikoor (hr) [Entry date 12/13/00]

12/11/00 259    MOTION by David Morgenstern to Travel to Greenville, S.C.
                for arraignment (hr) [Entry date 12/12/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL


12/11/00 260     MOTION by Fred Morgenstern to Travel to California and
                 Nevada from 12/20/00 through 1/6/01 (hr)
                 [Entry date 12/12/00]

12/11/00 261     ORDER as to David Morgenstern  granting [259-1] motion to
                 Travel to Greenville, S.C. for arraignment as to David
                 Morgenstern (4) ( Signed by Magistrate Judge William C.
                 Turnoff on 12/11/00) CCAP [EOD Date: 12/12/00] CCAP (hr)
                 [Entry date 12/12/00]

12/11/00 262     ORDER on Hearing to Report Re Counsel as to David
                 Morgenstern reset to 10:00 12/15/00 for David Morgenstern
                 Arraignment set for 10:00 12/15/00 for David Morgenstern
                 before Magistrate Judge William C. Turnoff   ( Signed by
                 Magistrate Judge William C. Turnoff on 12/11/00) Tape #
                 00G95-38  CCAP (hr) [Entry date 12/12/00]

12/12/00 263     ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                 L. Garber as to Fred Morgenstern : [260-1] motion to Travel
                 to California and Nevada from 12/20/00 through 1/6/01 as to
                 Fred Morgenstern (3)  ( Signed by Judge Patricia A. Seitz
                 on 12/11/00) CCAP [EOD Date: 12/13/00]  CCAP (hr)
                 [Entry date 12/13/00]

12/12/00 267     MOTION by John Mamone to alter Bond to release a portion
                 of the collateral (hr) [Entry date 12/13/00]

12/12/00 268     MOTION by Republic Security Bank  as to Julius Bruce
                 Chiusano to quash or modify subpoena (hr)
                 [Entry date 12/13/00]

12/12/00 269     RELEASE of LIS PENDENS by USA as to Steve Raffa, as trustee
                 of described real property (Hollywood Lakes Country Club
                 and Resort) (hr) [Entry date 12/14/00]

12/12/00 270     RELEASE of lis pendens as to described real property at St.
                 James Park North by USA as to Steve Raffa (hr)
                 [Entry date 12/14/00]

12/14/00 271     RESPONSE by USA  as to Fred Morgenstern re [260-1] motion
                 to Travel to California and Nevada from 12/20/00 through
                 1/6/01 (hr) [Entry date 12/15/00]

12/15/00 272     MOTION by Julius Bruce Chiusano to Travel to Foxwood
                 Resort, Foxwood, Connecticut (hr) [Entry date 12/18/00]

12/15/00 273     ORDER on Hearing to Report Re Counsel as to David
                 Morgenstern  Counsel will be appointed; Arraignment set for
                 10:00 12/20/00 for David Morgenstern  before Magistrate
                 Judge William C. Turnoff   ( Signed by Magistrate Judge
                 William C. Turnoff on 12/15/00)  Tape # 00G100-2421  CCAP
                 (hr) [Entry date 12/18/00]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

12/15/00 274    RESPONSE by USA  as to John Mamone re [267-1] motion to
                alter Bond to release a portion of the collateral (hr)
                [Entry date 12/18/00]

12/15/00 281    Minutes of motion hearing held on 12/15/00  before
                Magistrate Judge Barry L. Garber  as to Fred Morgenstern ;
                Court Reporter Name or Tape #: 00C-89-2475 (td)
                [Entry date 12/19/00]

12/18/00 275    ORDER as to Jacolyn Baruch  granting [264-1] motion for
                Morris M. Goldings  to appear pro hac vice as to Jacolyn
                Baruch (18) ( Signed by Judge Patricia A. Seitz on
                12/14/00) CCAP [EOD Date: 12/19/00] CCAP (hr)
                [Entry date 12/19/00]

12/18/00 276    ORDER OF REFERENCE referring Motion(s)  to Magistrate
                Stephen T. Brown as to John Mamone : [106-1] motion to
                reduce Bond as to John Mamone (2)  ( Signed by Judge
                Patricia A. Seitz on 12/14/00) CCAP [EOD Date: 12/19/00]
                CCAP (hr) [Entry date 12/19/00]

12/18/00 277    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                L. Garber : [268-1] motion to quash or modify subpoena as
                to Julius Bruce Chiusano (6)   ( Signed by Judge Patricia A.
                Seitz on 12/14/00) CCAP [EOD Date: 12/19/00]  CCAP (hr)
                [Entry date 12/19/00]

12/18/00 278    RESPONSE by John Mamone in opposition to [274-1] motion
                response (hr) [Entry date 12/19/00]

12/18/00 279    MOTION by Frederick Scarola to Travel Hicksville, New York
         (hr) [Entry date 12/19/00]

12/18/00 280    MOTION by John Mamone, David Bell, Gateway Transportation
                and government to vacate protective order (hr)
                [Entry date 12/19/00]

12/18/00 --     Motion hearing  as to Fred Morgenstern re: [260-1] motion
                to Travel to California and Nevada from 12/20/00 through
                1/6/01  before Magistrate Barry L. Garber (td)
                [Entry date 12/19/00]

12/18/00 282    ORDER as to Julius Bruce Chiusano  denying [268-1] motion
                to quash or modify subpoena as to Julius Bruce Chiusano (6)
                 granted as to request for modification (see order) (
                Signed by Magistrate Barry L. Garber on 12/18/00) CCAP [EOD
                Date: 12/19/00] CCAP (hr) [Entry date 12/19/00]

12/18/00 283    ORDER as to Fred Morgenstern  granting [260-1] motion to
                Travel to California and Nevada from 12/20/00 through
                1/6/01 as to Fred Morgenstern (3) ( Signed by Magistrate
                Barry L. Garber on 12/15/00) CCAP [EOD Date: 12/19/00]
                CCAP (hr) [Entry date 12/19/00]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

12/19/00 284    ORDER as to Frederick Scarola  granting [279-1] motion to
                Travel Hicksville, New York as to Frederick Scarola (9) (
                Signed by Judge Patricia A. Seitz on 12/18/00) CCAP [EOD
                Date: 12/21/00] CCAP (hr) [Entry date 12/21/00]

12/20/00 285    Minutes of status conference held on 12/20/00  before Judge
                Patricia A. Seitz as to John Mamone et al;  Court Reporter
                Name or Tape #: D. Ehrlich (hr) [Entry date 12/21/00]

12/20/00 286    ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
                count(s) 17, 18-45, 46-70   NOT GUILTY PLEA ENTERED as to
                all counts. Court accepts plea. (hr) [Entry date 12/21/00]

12/20/00 287    STANDING DISCOVERY ORDER as to David Morgenstern   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Stephen T. Brown on 12/20/00)  Tape #
                00D-126-1800  CCAP (hr) [Entry date 12/21/00]

12/22/00 288    ORDER as to Julius Bruce Chiusano  granting [272-1] motion
                to Travel to Foxwood Resort, Foxwood, Connecticut as to
                Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                Seitz on 12/21/00) CCAP [EOD Date: 12/26/00] CCAP (hr)
                [Entry date 12/26/00]

12/22/00 289    ORDER as to John Mamone  granting [280-1] motion to vacate
                protective orders as to John Mamone (2), David Bell (19) (
                Signed by Judge Patricia A. Seitz on 12/20/00) CCAP [EOD
                Date: 12/26/00] CCAP (hr) [Entry date 12/26/00]

12/22/00 290    ORDER as to Mark Weiss  that defendant pay $2500.00 as
                reimbursement for court appointed counsel ( Signed by
                Magistrate Barry S. Seltzer on 12/20/00) CCAP [EOD Date:
                12/27/00] CCAP (hr) [Entry date 12/27/00]

12/22/00 290    Clerk's receipt. Number: 521234 in the amount of $
                $2,500.00  for appointment of counsel by Mark Weiss (hr)
                [Entry date 12/27/00]

12/27/00 291    NOTICE of Appearance for Charles Clay by Attorney Richard
                A. Hamar, Jon Allen May (hr) [Entry date 12/28/00]

12/28/00 292    ORDER as to John Mamone  denying [267-1] motion to alter
                Bond to release a portion of the collateral as to John
                Mamone (2)  granting Mrs. Mamone's request to sell her
                1981 Mercedes ( Signed by Magistrate Stephen T. Brown on
                12/28/00) CCAP [EOD Date: 12/29/00] CCAP (hr)
                [Entry date 12/29/00]

12/29/00 293    ORDER as to Charles Clay vacating [55-3] order ( Signed
                by Magistrate Barry S. Seltzer on 12/29/00) CCAP [EOD Date:
                1/3/01] CCAP (ls) [Entry date 01/03/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

1/4/01    296    UNOPPOSED EMERGENCY MOTION by David Morgenstern for
                 permission to travel to South Carolina 1/8-9-01 (sp)
                 [Entry date 01/08/01]

1/5/01    294    ORDER as to David Morgenstern  granting [259-1] motion to
                 Travel to Greenville, S.C. for arraignment ( Signed by
                 Judge Patricia A. Seitz on 1/5/01) CCAP [EOD Date: 1/8/01]
                 CCAP (ls) [Entry date 01/08/01]

1/5/01    295    MOTION by Charles Clay for Federal Public Defender to
                 withdraw as attorney (ls) [Entry date 01/08/01]

1/8/01    297    CJA 20 as to Peggy Preston : Appointment of Attorney Steven
                 E. Kreisberg (Signed by Magistrate Stephen T. Brown on
                 1/5/01 nunc pro tunc 1/1/00) (ls) [Entry date 01/09/01]

1/9/01    298    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                 L. Garber as to Charles Clay : [295-1] motion for Federal
                 Public Defender to withdraw as attorney as to Charles Clay
                 (15)  ( Signed by Judge Patricia A. Seitz on 1/8/01) CCAP
                 [EOD Date: 1/10/01]  CCAP (ls) [Entry date 01/10/01]

1/9/01    299    NOTICE of Appearance for David Morgenstern by Attorney Ana
                 Maria Jhones (ls) [Entry date 01/10/01]

1/10/01   300    ORDER as to Charles Clay  granting [295-1] motion for
                 Federal Public Defender to withdraw as attorney
                 (Terminated: attorney Celeste Siblesz Higgins for Charles
                 Clay as to Charles Clay (15) ( Signed by Judge Patricia A.
                 Seitz on 1/9/01) CCAP [EOD Date: 1/11/01] CCAP (dg)
                 [Entry date 01/11/01]

1/11/01   301    UNOPPOSED MOTION by USA as to Giuseppe Bellitto to modify
                 conditions of Bond (ls) [Entry date 01/12/01]

1/22/01   307    CJA 20 as to David Morgenstern : Appointment of Attorney
                 Ana Jhones ( Signed by Magistrate Judge William C. Turnoff
                 on 1/19/01, nunc pro tunc date 12/15/00) (ls)
                 [Entry date 01/24/01]

1/22/01   306    ORDER OF REFERENCE referring Motion to modify conditions of
                 bond to Magistrate Stephen T. Brown as to Giuseppe Bellitto
                 (Signed by Judge Patricia A. Seitz on 1/19/01) CCAP [EOD
                 Date: 1/24/01] CCAP (dg) [Entry date 01/24/01]

1/23/01   302    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   303    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   304    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   305    SEALED DOCUMENT (sp) [Entry date 01/23/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

1/23/01   308    MOTION by USA  as to John Mamone for protective order
                 concerning portions of the standing discovery statement (ls)
                 [Entry date 01/24/01]

1/23/01   309    ORDER as to John Mamone  granting [308-1] motion for
                 protective order concerning portions of the standing
                 discovery statement as to John Mamone (2) ( Signed by Judge
                 Patricia A. Seitz on 1/23/01) CCAP [EOD Date: 1/24/01]
                 CCAP% (ls) [Entry date 01/24/01]

1/23/01   310    MOTION by Julius Bruce Chiusano to Travel to Groton/New
                 London, Connecticut and Tampa, Florida (ls)
                 [Entry date 01/24/01]

1/24/01   311    UNOPPOSED MOTION by Paul Difilippi to Amend terms and
                 Conditions of Release (ls) [Entry date 01/25/01]

1/25/01   312    ORDER Setting Conditions of Release as to Giuseppe Bellitto
                 granting [301-1] motion to modify conditions of Bond as to
                 Giuseppe Bellitto (10): bond previously set shall be
                 modified to require that as a condition of release,
                 defendant shall report to pretrial service officer as
                 directed by that office; all other terms and conditions of
                 bond shall remain in full force and effect ( Signed by
                 Magistrate Stephen T. Brown on 1/24/01)  Tape # none
                 CCAP/M (sp) [Entry date 01/26/01]

1/25/01   313    ORDER as to Julius Bruce Chiusano  granting [310-1] motion
                 to Travel to Groton/New London, Connecticut and Tampa,
                 Florida from 1/26/01-1/28/01 as to Julius Bruce Chiusano
                 (6) (see order for details/special conditions) ( Signed by
                 Judge Patricia A. Seitz on 1/24/01) CCAP [EOD Date:
                 1/26/01] CCAP% (sp) [Entry date 01/26/01]

1/26/01   315    MOTION with Memorandum in Support by USA  as to Jeffrey
                 Bass to disqualify Lothar R. Genge (tb)
                 [Entry date 01/30/01]

1/29/01   314    SEALED DOCUMENT (sp) [Entry date 01/29/01]

1/30/01   316    SEALED DOCUMENT (sp) [Entry date 01/31/01]

1/30/01   317    SEALED DOCUMENT (sp) [Entry date 01/31/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

1/30/01  318   SUPERSEDING INDICTMENT as to  John Mamone (2) count(s) 1s,
               2s, 3s, 4s, 5s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s, 25s,
               26s, 27s, 28s-52s, 53s-77s, 78s-85s, 86s-93s, Fred
               Morgenstern (3) count(s) 1s, 5s, 25s, 26s, 27s, 28s-52s,
               53s-77s, 78s-85s, 86s-93s, David Morgenstern (4) count(s)
               1s, 25s, 28s-52s, 53s-77s, Joseph Silvestri (5) count(s)
               1s, 25s, 28s-52s, 53s-77s, Julius Bruce Chiusano (6)
               count(s) 1s, 2s, 4s, 5s, 6s, 16s-21s, 22s-24s, Michael
               Buccinna (7) count(s) 1s, 2s, 4s, 5s, 6s, 25s, 28s-52s,
               53s-77s, Jeffrey Bass (8) count(s) 1s, 2s, 5s, Frederick
               Scarola (9) count(s) 3s, Giuseppe Bellitto (10) count(s)
               1s, 2s, 4s, Mark Carattini (11) count(s) 1s, 2s, 5s, Paul
               Difilippi (12) count(s) 4s, Anson Klinger (13) count(s) 1s,
               2s, 5s, Joseph Spitaleri (14) count(s) 1s, 6s, 7s-12s,
               13s-15s, 16s-21s, 22s-24s, Charles Clay (15) count(s) 2s,
               3s, Peggy Preston (16) count(s) 5s, 25s, 28s-52s, 53s-77s,
               Mark Weiss (17) count(s) 1s, 4s, 25s, 28s-52s, 53s-77s,
               Jacolyn Baruch (18) count(s) 1s, 2s, 5s, David Bell (19)
               count(s) 1s, 4s, 25s, 78s-85s, 86s-93s; also forfeiture as
               to (s) counts 1, 5-93 (Criminal Category 4) (sp)
               [Entry date 02/01/01]

1/31/01  320   MOTION by David Morgenstern to Modify Conditions of
               Release (1s) [Entry date 02/02/01]

1/31/01  319   ORDER OF REFERENCE referring Motion to disqualify Attorney
               Lothar R. George to Magistrate Barry L. Garber as to
               Jeffrey Bass : (Signed by Judge Patricia A. Seitz on
               1/31/01) CCAP [EOD Date: 2/2/01] CCAP (dg)
               [Entry date 02/02/01]

2/2/01   321   ORDER as to Paul Difilippi  granting [311-1] motion to
               Amend terms and Conditions of Release as to Paul Difilippi
               (12) ( Signed by Judge Patricia A. Seitz on 2/1/01) CCAP
               [EOD Date: 2/5/01] CCAP※ (dg) [Entry date 02/05/01]

2/2/01   322   ORDER as to David Morgenstern  granting [320-1] motion to
               Modify Conditions of Release as to David Morgenstern (4) (
               Signed by Judge Patricia A. Seitz on 2/1/01) CCAP [EOD
               Date: 2/5/01] CCAP※ (dg) [Entry date 02/05/01]

2/5/01   323   ORDER as to Jeffrey Bass Motion hearing  before Magistrate
               Barry L. Garber set for 3:30 2/21/01 for Jeffrey Bass for
               [315-1] motion to disqualify Lothar R. Genge ( Signed by
               Magistrate Barry L. Garber on 2/1/01) CCAP [EOD Date:
               2/6/01] CCAP※ (dg) [Entry date 02/06/01]

2/6/01   324   ORDER granting motion for extension of time to file
               response to USA's motion to disqualify Lothar Genge [motion
               not filed] as to Jeffrey Bass Response to motion reset to
               5:00 2/20/01 for Jeffrey Bass for [315-1] motion to
               disqualify Lothar R. Genge ( Signed by Magistrate Barry L.
               Garber on 2/6/01) CCAP [EOD Date: 2/7/01] CCAP※ (dg)
               [Entry date 02/07/01]

2/6/01    326    ORDER as to David Morgenstern reset Arraignment for 10:00
                 2/12/01 for David Morgenstern  before Duty Magistrate (
                 Signed by Magistrate Judge Robert L. Dube on 2/6/01) CCAP
                 [EOD Date: 2/7/01] CCAP (dg) [Entry date 02/07/01]

2/6/01    327    ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                 1s, 2s, 3s, 4s, 5s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s,
                 25s, 26s, 27s, 28s-52s, 53s-77s, 78s-85s, 86s-93s    NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (dg) [Entry date 02/07/01]

2/6/01    328    ARRAIGNMENT INFORMATION SHEET for Joseph Silvestri (5)
                 count(s) 1s, 25s, 28s-52s, 53s-77s  NOT GUILTY PLEA ENTERED
                 as to all counts. Court accepts plea. (dg)
                 [Entry date 02/07/01]

2/6/01    329    ARRAIGNMENT INFORMATION SHEET for Julius Bruce Chiusano (6)
                 count(s) 1s, 2s, 4s, 5s, 6s, 16s-21s, 22s-24s    NOT GUILTY
                 PLEA ENTERED as to all counts. Court accepts plea. (dg)
                 [Entry date 02/07/01]

2/6/01    330    ARRAIGNMENT INFORMATION SHEET for Michael Buccina (7)
                 count(s) 1s, 2s, 4s, 5s, 6s, 25s, 28s-52s, 53s-77s    NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (dg) [Entry date 02/07/01]

2/6/01    331    ARRAIGNMENT INFORMATION SHEET for Jeffrey Bass (8) count(s)
                 1s, 2s, 5s  NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (dg) [Entry date 02/07/01]

2/6/01    332    ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                 count(s) 3s    NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    333    ARRAIGNMENT INFORMATION SHEET for Giuseppe Bellitto (10)
                 count(s) 1s, 2s, 4s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    334    ARRAIGNMENT INFORMATION SHEET for Mark Carattini (11)
                 count(s) 1s, 2s, 5s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    335    ARRAIGNMENT INFORMATION SHEET for Paul Difilippi (12)
                 count(s) 4s    NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01    336    NOTICE of Appearance for Joseph Spitaleri by Attorney Brian
                 H. Bieber (dg) [Entry date 02/07/01]

2/6/01    337    ORDER on Hearing to Report Re Counsel as to Joseph
                 Spitaleri Counsel by Brian Bieber (Signed by Magistrate
                 Judge Robert L. Dube on 2/6/01) Tape # 01-H-7-1200 CCAP (dg)
                 [Entry date 02/07/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL


2/6/01   --      Report Re Counsel  as to Joseph Spitaleri held (dg)
                 [Entry date 02/07/01]

2/6/01   338     ARRAIGNMENT INFORMATION SHEET for Joseph Spitaleri (14)
                 count(s) 1s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s   NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (dg) [Entry date 02/07/01]

2/6/01   339     ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                 count(s) 2s, 3s  NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   340     ARRAIGNMENT INFORMATION SHEET for Peggy Preston (16)
                 count(s) 5s, 25s, 28s-52s, 53s-77s  NOT GUILTY PLEA
                 ENTERED as to all counts. Court accepts plea. (dg)
                 [Entry date 02/07/01]

2/6/01   341     ARRAIGNMENT INFORMATION SHEET for Mark Weiss (17) count(s)
                 1s, 4s, 25s, 28s-52s, 53s-77s  NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (dg)
                 [Entry date 02/07/01]

2/6/01   342     ARRAIGNMENT INFORMATION SHEET for Jacolyn Baruch (18)
                 count(s) 1s, 2s, 5s  NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 02/07/01]

2/6/01   343     ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                 1s, 4s, 25s, 78s-85s, 86s-93s  NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (dg)
                 [Entry date 02/07/01]

2/6/01   344     STANDING DISCOVERY ORDER as to John Mamone, Joseph
                 Silvestri, Julius Bruce Chiusano, Michael Buccinna, Jeffrey
                 Bass, Frederick Scarola, Giuseppe Bellitto, Mark Carattini,
                 Paul Difilippi, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Judge Robert L. Dube on 2/6/01)  Tape #
                 01-H-7-1287  CCAP (dg) [Entry date 02/07/01]

2/6/01   --      Status conference as to John Mamone, Fred Morgenstern,
                 David Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                 Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                 Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                 Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                 Jacolyn Baruch, David Bell  held (ls) [Entry date 02/09/01]

2/6/01   325     ORDER as to Fred Morgenstern, Anson Klinger reset
                 Arraignment for 10:00 3/5/01 for Fred Morgenstern, for
                 Anson Klinger before Duty Magistrate (Signed by Magistrate
                 Judge Robert L. Dube on 2/6/01) CCAP [EOD Date: 2/7/01]
                 CCAP (dg) [Entry date 02/07/01]

2/7/01    345    AGREED MOTION by Jeffrey Bass to extend time to file
                 response to Government's motion to disqualify attorney
                 Lothar R. Genge (ls) [Entry date 02/08/01]

2/8/01    346    Minutes of Status Conference held on 2/6/01 before Judge
                 Patricia A. Seitz as to All Defendants ; Court Reporter Name
                 or Tape #: D. Erlich (ls) [Entry date 02/09/01]
                 [Edit date 03/09/01]

2/9/01    347    ORDER SETTING CASE FOR TRIAL, STATUS AND ORDER OF REFERRAL
                 as to All Defendants set Jury trial for 10:00 2/11/02 for
                 All Defendants before Judge Patricia A. Seitz, and set
                 calendar call for 8:30 2/6/02 for All Defendants before
                 Judge Patricia A. Seitz, and set pretrial conference for
                 8:30 2/6/02 All Defendants before Judge Patricia A. Seitz,
                 and set status conference for 8:30 5/22/01 for All
                 Defendants before Judge Patricia A. Seitz (Signed by Judge
                 Patricia A. Seitz on 2/8/01) CCAP [EOD Date: 2/12/01] CCAP
                 (ls) [Entry date 02/12/01] [Edit date 03/09/01]

2/9/01    348    MOTION by Julius Bruce Chiusano to Modify Conditions of
                 Pretrial Release (dg) [Entry date 02/12/01]

2/9/01    349    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 from 2/15/01 to 2/19/01 (dg) [Entry date 02/12/01]

2/12/01   350    ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
                 count(s) 1s, 25s, 28s-52s, 53s-77s   NOT GUILTY PLEA
                 ENTERED as to all counts. Court accepts plea. (wc)
                 [Entry date 02/13/01]

2/12/01   351    STANDING DISCOVERY ORDER as to David Morgenstern   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ted E. Bandstra on 2/12/01)   Tape # 00FX-  CCAP
                 (wc) [Entry date 02/13/01]

2/20/01   352    RESPONSE by Jeffrey Bass in opposition to [315-1] motion to
                 disqualify Lothar R. Genge (dg) [Entry date 02/21/01]

2/21/01   354    TRANSCRIPT filed as to John Mamone of pretrial detention
                 hearing held 10/31/00 before Judge Stephen T. Brown Pages:
                 1-35 (sn) [Entry date 02/22/01]

2/21/01   356    JOINT MOTION by USA and John Mamone for clarification of
                 [347-5] order (ls) [Entry date 02/22/01]

2/22/01   353    Minutes of motion to disqualify attorney held on 2/21/01
                 before Magistrate Barry L. Garber as to Jeffrey Bass ;
                 Court Reporter Name or Tape #: 01C-14-1209/15-1 (rn)
                 [Entry date 02/22/01]

2/22/01   355    MOTION by Mark Weiss for modification of bond conditions (rn)

|            |     | [Entry date 02/22/01] |
|------------|-----|------------------------|

2/26/01    357    ORDER as to Jeffrey Bass  granting [315-1] motion to
                  disqualify Lothar R. Genge; the Defendant Jeffrey Bass
                  shall retain new Counsel who shall file an appearance in
                  this cause on or before  20 days from the date of this
                  Order (Signed by Magistrate Barry L. Garber on 2/26/01)
                  CCAP [EOD Date: 2/27/01] CCAP※ (ls) [Entry date 02/27/01]

2/26/01    359    ORDER as to John Mamone  granting [356-1] joint motion for
                  clarification of [347-5] order as to John Mamone (2); all
                  discovery motions must be filed on or before 4/16/01
                  (Signed by Judge Patricia A. Seitz on 2/26/01) CCAP [EOD
                  Date: 2/27/01] CCAP※ (dg) [Entry date 02/27/01]

2/26/01    358    TRANSCRIPT filed as to John Mamone of Pretrial Detention
                  Hearing held 10/31/00 before Judge Stephen T. Brown Pages:
                  1-44 (dg) [Entry date 02/27/01]

2/27/01    360    ORDER as to Julius Bruce Chiusano granting [348-1] motion
                  to Modify Conditions of Pretrial Release as to Julius Bruce
                  Chiusano (6) (Signed by Judge Patricia A. Seitz on 2/26/01)
                  CCAP [EOD Date: 2/28/01] CCAP※ (dg) [Entry date 02/28/01]

2/27/01    361    ORDER as to Julius Bruce Chiusano granting [349-1] motion
                  to Travel to San Juan, PR from 2/15/01 to 2/19/01 as to
                  Julius Bruce Chiusano (6) (Signed by Judge Patricia A.
                  Seitz on 2/26/01) CCAP [EOD Date: 2/28/01] CCAP※ (dg)
                  [Entry date 02/28/01]

2/27/01    362    ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                  L. Garber as to Mark Weiss : [355-1] motion for
                  modification of bond conditions as to Mark Weiss (17)
                  (Signed by Judge Patricia A. Seitz on 2/27/01) CCAP [EOD
                  Date: 2/28/01] CCAP (dg) [Entry date 02/28/01]

2/27/01    363    MOTION by Jacolyn Baruch for David G. Vinikoor to withdraw
                  as attorney (dg) [Entry date 02/28/01]

3/1/01     364    NOTICE of filing subpoena & return of service by Julius
                  Bruce Chiusano (dg) [Entry date 03/02/01]

3/1/01     365    MOTION by John Mamone to eliminate house arrest component
                  of Bond (dg) [Entry date 03/02/01]

3/5/01     366    ORDER as to Mark Weiss  granting [355-1] motion for
                  modification of bond conditions as to Mark Weiss (17) (
                  Signed by Magistrate Barry S. Seltzer on 3/2/01) CCAP [EOD
                  Date: 3/6/01] CCAP※ (dg) [Entry date 03/06/01]

3/5/01     367    ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                  count(s) 1s, 5s, 25s, 26s, 27s, 28s-52s, 53s-77s, 78s-85s,
                  86s-93s   NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (dg) [Entry date 03/06/01]

3/5/01    368    ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13)
                 count(s) 1s, 2s, 5s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (dg) [Entry date 03/06/01]

3/5/01    369    STANDING DISCOVERY ORDER as to Fred Morgenstern, Anson
                 Klinger   all motions concerning matters not covered by
                 this order must be filed within 28 days of this order (
                 Signed by Magistrate Judge Robert L. Dube on 3/5/01)   Tape
                 # 01-H-9-248  CCAP (dg) [Entry date 03/06/01]

3/5/01    370    MOTION by Paul Difilippi to Travel to New Orleans, LA from
                 3/14/01 to 3/16/01 (dg) [Entry date 03/06/01]

3/6/01    371    PETITION and ORDER for Action on Conditions of Pretrial
                 Release as to Anson Klinger (Signed by Judge Patricia A.
                 Seitz on 3/6/01) CCAP [EOD Date: 3/7/01] (dg)
                 [Entry date 03/07/01]

3/6/01    372    NOTICE to clarify previously filed motion to withdraw as
                 local counsel by Jacolyn Baruch (dg) [Entry date 03/07/01]

3/6/01    373    ORDER as to Jacolyn Baruch granting [363-1] motion for
                 David G. Vinikoor to withdraw as attorney (Terminated: as
                 Jacolyn Baruch (18) (Signed by Judge Patricia A. Seitz on
                 3/6/01) CCAP [EOD Date: 3/7/01] CCAP (dg)
                 [Entry date 03/07/01]

3/6/01    374    OBJECTION to and MOTION by Republic Security Bn  as to
                 Julius Bruce Chiusano to quash or modify subpoena (dg)
                 [Entry date 03/07/01]

3/7/01    375    ORDER as to Paul Difilippi granting [370-1] motion to
                 Travel to New Orleans, LA from 3/14/01 to 3/16/01 as to
                 Paul Difilippi (12) (Signed by Judge Patricia A. Seitz on
                 3/6/01) CCAP [EOD Date: 3/8/01] CCAP (dg)
                 [Entry date 03/08/01]

3/7/01    376    Release of Lis Pendens re 11637 Kensington Court, Boca
                 Raton, FL by USA as to All Defendants (dg)
                 [Entry date 03/08/01] [Edit date 03/08/01]

3/7/01    377    Release of Lis Pendens re 1590 N.W. 13th Street, Boca
                 Raton, FL by USA as to All Defendants (dg)
                 [Entry date 03/08/01]

3/7/01    378    NOTICE of change in position of Pretrial Services in regard
                 to defendant's motion for order eliminating house arrest
                 component of bond by John Mamone (dg) [Entry date 03/08/01]

3/13/01   379    MOTION by Fred Morgenstern to extend curfew (dg)
                 [Entry date 03/14/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

3/14/01   380   NOTICE of Appearance for Jeffrey Bass by Attorney Michael
                S. Tarre (dg) [Entry date 03/15/01]

3/15/01   381   MOTION by Julius Bruce Chiusano to Travel to Las Vegas, NV
                from 3/22/01 to 3/25/01 (dg) [Entry date 03/16/01]

3/16/01   382   ORDER as to Fred Morgenstern  granting [379-1] motion to
                extend curfew as to Fred Morgenstern (3) ( Signed by
                Magistrate Judge William C. Turnoff on 3/14/01) CCAP [EOD
                Date: 3/19/01] CCAP* (dg) [Entry date 03/19/01]

3/16/01   383   NOTICE of filing subpoena & return of service by Julius
                Bruce Chiusano (dg) [Entry date 03/19/01]

3/16/01   384   MOTION by Frederick Scarola to travel to Hicksville, NY
                from 4/25/01 to 5/16/01 (dg) [Entry date 03/19/01]

3/19/01   385   ORDER as to Julius Bruce Chiusano  granting [381-1] motion
                to Travel to Las Vegas, NV from 3/22/01 to 3/25/01 as to
                Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                Seitz on 3/19/01) CCAP [EOD Date: 3/20/01] CCAP* (dg)
                [Entry date 03/20/01]

3/19/01   386   ORDER as to Frederick Scarola  granting [384-1] motion to
                travel to Hicksville, NY from 4/25/01 to 5/16/01 as to
                Frederick Scarola (9) ( Signed by Magistrate Barry L.
                Garber on 3/19/01) CCAP [EOD Date: 3/20/01] CCAP* (dg)
                [Entry date 03/20/01]

3/19/01   387   RESPONSE by USA  as to John Mamone re [365-1] motion to
                eliminate house arrest component of Bond (dg)
                [Entry date 03/20/01]

3/19/01   387   MOTION by USA  as to John Mamone to revoke Bond (dg)
                [Entry date 03/20/01]

3/21/01   388   MOTION by Paul Difilippi to permit all business related
                travel (dg) [Entry date 03/22/01]

3/22/01   389   MOTION by John Mamone for Hearing on [365-1] motion to
                eliminate house arrest component of Bond (dg)
                [Entry date 03/23/01]

3/22/01   389   REPLY by John Mamone  to response to [365-1] motion to
                eliminate house arrest component of Bond (dg)
                [Entry date 03/23/01]

3/29/01   390   ORDER as to Paul Difilippi  granting [388-1] motion to
                permit all business related travel as to Paul Difilippi
                (12) ( Signed by Judge Patricia A. Seitz on 3/28/01) CCAP
                [EOD Date: 3/30/01] CCAP* (dg) [Entry date 03/30/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                      CLOSED APPEAL

3/30/01  391   ORDER appointing Charles G. White as new CJA counsel as to
               Peggy Preston Terminating Appointment of Counsel attorney
               Steven E. Kreisberg for Peggy Preston ( Signed by Judge
               Patricia A. Seitz on 3/30/01) CCAP [EOD Date: 4/2/01] (dg)
               [Entry date 04/02/01]

3/30/01  392   CJA 20 as to Peggy Preston : Appointment of Attorney
               Charles Garret White ( Signed by Judge Patricia A. Seitz
               on 3/29/01) (dg) [Entry date 04/02/01]

3/30/01  393   REQUEST by David Morgenstern for authorization to purchase
               discovery (dg) [Entry date 04/02/01]

4/2/01   394   MOTION by Jeffrey Bass to Travel to Orange County, FL from
               4/6/01 to 4/10/01 (dg) [Entry date 04/03/01]

4/4/01   395   ORDER as to John Mamone  denying [387-1] motion to revoke
               Bond as to John Mamone (2), denying [365-1] motion to
               eliminate house arrest component of Bond as to John Mamone
               (2) ( Signed by Magistrate Stephen T. Brown on 4/2/01) CCAP
               [EOD Date: 4/5/01] CCAP (dg) [Entry date 04/05/01]

4/4/01   396   JOINT MOTION by U.S. - SEC, Fred Morgenstern, David
               Morgenstern for a partial release of the freeze order of
               10/27/00 to allow defendants to pay funds for investors,
               civil penalties & Special Master administrative costs as
               ordered by the Court in #98-7044-CV-SEITZ (dg)
               [Entry date 04/05/01]

4/5/01   397   ORDER as to Jeffrey Bass  granting [394-1] motion to Travel
               to Orange County, FL from 4/6/01 to 4/10/01 as to Jeffrey
               Bass (8) ( Signed by Judge Patricia A. Seitz on 4/5/01)
               CCAP [EOD Date: 4/6/01] CCAP (dg) [Entry date 04/06/01]

4/10/01  398   MOTION by Julius Bruce Chiusano to Travel to Atlantic
               City, NJ on 4/12/01 to 4/15/01 (dg) [Entry date 04/11/01]

4/10/01  399   MOTION by Fred Morgenstern for relief from [150-2]
               protective order (dg) [Entry date 04/11/01]

4/11/01  400   ORDER as to Julius Bruce Chiusano  granting [398-1] motion
               to Travel to Atlantic City, NJ on 4/12/01 to 4/15/01 as to
               Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
               Seitz on 4/10/01) CCAP [EOD Date: 4/12/01] CCAP (dg)
               [Entry date 04/12/01]

4/11/01  401   MOTION by John Mamone for review of [395-1] order (dg)
               [Entry date 04/12/01]

4/13/01  402   Notice of compliance: by David Morgenstern  with [393-1]
               motion for authorization to purchase discovery (tb)
               [Entry date 04/16/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

| 4/16/01 | 403 | TRANSCRIPT filed as to David Morgenstern of initial appearance held 10/30/00 before Judge Barry S. Seltzer Pages: 1-15 (sn) [Entry date 04/17/01] |
|---------|-----|---|
| 4/16/01 | 404 | OMNIBUS REQUEST with Memorandum in Support by Charles Clay for discovery (dg) [Entry date 04/17/01] |
| 4/18/01 | 405 | MOTION by Mark Carattini to extend time to file motions (dg) [Entry date 04/19/01] |
| 4/18/01 | 406 | RESPONSE by USA as to John Mamone in opposition to [401-1] motion for review of [395-1] order (dg) [Entry date 04/19/01] |
| 4/19/01 | 407 | ORDER as to David Morgenstern  granting [393-1] motion for authorization to purchase discovery as to David Morgenstern (4) ( Signed by Judge Patricia A. Seitz on 4/17/01) CCAP [EOD Date: 4/20/01] CCAP (dg) [Entry date 04/20/01] |
| 4/23/01 | 408 | NOTICE of Change of Address of attorney by Paul Difilippi (dg) [Entry date 04/24/01] |
| 4/24/01 | 409 | ORDER as to Mark Carattini  granting [405-1] motion to extend time to file motions as to Mark Carattini (11) reset motion filing deadline for 5/7/01 for Mark Carattini ( Signed by Judge Patricia A. Seitz on 4/23/01) CCAP [EOD Date: 4/25/01] CCAP (dg) [Entry date 04/25/01] |
| 4/24/01 | 410 | ORDER RE SPEEDY TRIAL as to All Defendants to Continue in Interest of Justice ( Signed by Judge Patricia A. Seitz on 4/23/01) CCAP [EOD Date: 4/25/01] CCAP (dg) [Entry date 04/25/01] |
| 4/25/01 | 411 | SEALED DOCUMENT (sp) [Entry date 04/26/01] |
| 4/25/01 | 412 | SEALED DOCUMENT (sp) [Entry date 04/26/01] |
| 4/27/01 | 413 | MOTION by John Mamone to alter certain conditions of pretrial release (dg) [Entry date 04/30/01] |
| 4/27/01 | 414 | AMENDMENT by John Mamone  to: [413-1] motion to alter certain conditions of pretrial release (dg) [Entry date 04/30/01] |
| 5/3/01 | 415 | MOTION by David Bell to modify conditions of bond (dg) [Entry date 05/04/01] |
| 5/4/01 | 416 | RESPONSE by USA as to Charles Clay  in opposition to [404-1] motion for discovery (tb) [Entry date 05/07/01] |
| 5/4/01 | 417 | MOTION by Mark Weiss for permission to travel (rn) [Entry date 05/07/01] |

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

5/7/01    418    CJA 24 as to David Morgenstern  Authorization to Pay
                 Amount: $ 42.00 for Transcript  Voucher # 922 ( Signed by
                 Judge Patricia A. Seitz on 4/26/01) CCAP [EOD Date: 5/8/01]
                 (dg) [Entry date 05/08/01]

5/7/01    419    ORDER as to Fred Morgenstern granting in part [399-1]
                 motion for relief from [150-2] protective order as to Fred
                 Morgenstern (3) ( Signed by Judge Patricia A. Seitz on
                 5/7/01) CCAP [EOD Date: 5/8/01] CCAP※ (dg)
                 [Entry date 05/08/01]

5/7/01    420    RESPONSE by USA as to Fred Morgenstern, David Morgenstern
                 in opposition to [396-1] joint motion for a partial release
                 of the freeze order of 10/27/00 to allow defendants to pay
                 funds for investors, civil penalties & Special Master
                 administrative costs as ordered by the Court in
                 #98-7044-CV-SEITZ (dg) [Entry date 05/08/01]

5/9/01    421    NOTICE of Hearing as to Joseph Spitaleri :  set Change of
                 Plea Hearing for 9:00 6/4/01 for Joseph Spitaleri  before
                 Judge Patricia A. Seitz (dg) [Entry date 05/10/01]

5/10/01   422    RESPONSE by USA as to John Mamone  in opposition to [413-1]
                 motion to alter certain conditions of pretrial release (dg)
                 [Entry date 05/11/01]

5/11/01   423    EMERGENCY MOTION by Mark Carattini to Travel Biloxi, MS
                 from 5/13/01 to 5/15/01 (dg) [Entry date 05/14/01]

5/11/01   424    ORDER as to Mark Carattini  granting [423-1] motion to
                 Travel Biloxi, MS from 5/13/01 to 5/15/01 as to Mark
                 Carattini (11) ( Signed by Judge K. M. Moore on 5/11/01)
                 CCAP [EOD Date: 5/14/01] CCAP※ (dg) [Entry date 05/14/01]

5/15/01   425    ORDER as to Charles Clay Motion hearing  before Magistrate
                 Barry L. Garber set for 10:00 5/30/01 for Charles Clay for
                 [404-1] motion for discovery ( Signed by Magistrate Barry
                 L. Garber on 5/14/01) CCAP [EOD Date: 5/16/01] CCAP※ (dg)
                 [Entry date 05/16/01]

5/16/01   426    ORDER as to Mark Weiss  granting [417-1] motion for
                 permission to travel as to Mark Weiss (17) ( Signed by
                 Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
                 5/17/01] CCAP※ (dg) [Entry date 05/17/01]

5/16/01   427    ORDER as to David Bell  granting [415-1] motion to modify
                 conditions of bond as to David Bell (19) ( Signed by
                 Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
                 5/17/01] CCAP※ (dg) [Entry date 05/17/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL
```

5/17/01   428    ORDER OF REFERENCE referring Ex Parte Motion for
                 authorization to retain private investigator in excess of
                 $300 to Magistrate Barry L. Garber as to Peggy Preston : (
                 Signed by Judge Patricia A. Seitz on 5/17/01) CCAP [EOD
                 Date: 5/18/01] CCAP (dg) [Entry date 05/18/01]

5/17/01   429    MOTION by Joseph Silvestri for investigative costs (dg)
                 [Entry date 05/18/01]

5/18/01   430    SEALED DOCUMENT (sp) [Entry date 05/18/01]

5/18/01   431    MOTION by Fred Morgenstern to Travel to Ellenton, FL from
                 5/20/01 to 5/22/01 (dg) [Entry date 05/21/01]

5/18/01   432    ORDER as to Fred Morgenstern  granting [431-1] motion to
                 Travel to Ellenton, FL from 5/20/01 to 5/22/01 as to Fred
                 Morgenstern (3) ( Signed by Magistrate Barry L. Garber on
                 5/18/01) CCAP [EOD Date: 5/21/01] CCAP (dg)
                 [Entry date 05/21/01]

5/18/01   433    ORDER as to Peggy Preston  set status conference for 2:00
                 5/31/01 for Peggy Preston   before Magistrate Barry L.
                 Garber ( Signed by Magistrate Barry L. Garber on 5/18/01)
                 CCAP [EOD Date: 5/21/01] CCAP (dg) [Entry date 05/21/01]

5/21/01   434    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 from 5/31/01 to 6/4/01 (dg) [Entry date 05/22/01]

5/22/01   435    TRANSCRIPT filed as to Michael Buccinna of initial
                 appearance held 10/26/00 before Judge Barry S. Seltzer
                 Pages: 1-20 (sn) [Entry date 05/23/01]

5/22/01   436    ORDER as to Julius Bruce Chiusano  granting [434-1] motion
                 to Travel to San Juan, PR from 5/31/01 to 6/4/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 5/21/01) CCAP [EOD Date: 5/23/01] CCAP (dg)
                 [Entry date 05/23/01]

5/22/01   --     Status conference as to All Defendants held (dg)
                 [Entry date 05/24/01] [Edit date 05/24/01]

5/23/01   437    Minutes of status conference held on 5/22/01 before Judge
                 Patricia A. Seitz as to All Defendants ; Court Reporter
                 Name or Tape #: David Ehrlich (dg) [Entry date 05/24/01]

5/23/01   438    ORDER as to All Defendants  reset pretrial motion filing
                 deadline for 8/31/01 for All Defendants; responses to all
                 motions shall be filed by 10/1/01 ( Signed by Judge
                 Patricia A. Seitz on 5/22/01) CCAP [EOD Date: 5/24/01] (dg)
                 [Entry date 05/24/01]

5/24/01   439    2ND MOTION by David Morgenstern to Modify Conditions of
                 bond (dg) [Entry date 05/25/01]

Docket as of August 28, 2003 8:30 am                     Page 91
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/29/01   440   MOTION by John Mamone to permitting partial substitution
                of collateral for bond (dg) [Entry date 05/30/01]

5/30/01   441   Minutes of hearing on defendant's omnibus motion for
                discovery held on 5/30/01 before Magistrate Barry L. Garber
                as to Charles Clay ; Court Reporter Name or Tape #:
                01-C-40-420 (dg) [Entry date 05/31/01]

5/30/01   --    Motion hearing  as to Charles Clay re: [404-1] motion for
                discovery Motion hearing held   before Magistrate Barry L.
                Garber (dg) [Entry date 05/31/01]

5/30/01   442   ORDER as to Charles Clay  granting in part, denying in part
                [404-1] motion for discovery as to Charles Clay (15) (
                Signed by Magistrate Barry L. Garber on 5/30/01) CCAP [EOD
                Date: 5/31/01] CCAP※ (dg) [Entry date 05/31/01]

5/31/01   443   ORDER as to David Morgenstern  granting [439-1] motion to
                Modify Conditions of bond as to David Morgenstern (4) (
                Signed by Magistrate Barry S. Seltzer on 5/30/01) CCAP [EOD
                Date: 6/1/01] CCAP※ (dg) [Entry date 06/01/01]

5/31/01   444   Minutes of status conference held on 5/31/01 before
                Magistrate Barry L. Garber as to Fred Morgenstern, David
                Morgenstern, Joseph Silvestri, Peggy Preston, Mark Weiss ;
                Court Reporter Name or Tape #: 01-C-40-1994-2558 (dg)
                [Entry date 06/01/01]

5/31/01   --    Status conference as to Fred Morgenstern, David
                Morgenstern, Joseph Silvestri, Peggy Preston, Mark Weiss
                held (dg) [Entry date 06/01/01]

6/1/01    445   ORDER that David P. Rothman & Jeffrey M. Harris shall serve
                as lead counsel in the cause for motion practice [see order
                for further details] as to All Defendants ( Signed by
                Magistrate Barry L. Garber on 5/31/01) CCAP [EOD Date:
                6/4/01] CCAP※ (dg) [Entry date 06/04/01]

6/1/01    446   MOTION by Fred Morgenstern to Travel to Anderson, SC (dg)
                [Entry date 06/04/01]

6/4/01    447   ORDER as to Fred Morgenstern  granting [446-1] motion to
                Travel to Anderson, SC as to Fred Morgenstern (3) ( Signed
                by Magistrate Barry L. Garber on 6/4/01) CCAP [EOD Date:
                6/5/01] CCAP※ (dg) [Entry date 06/05/01]

6/4/01    448   Plea Agreement as to Joseph Spitaleri (dg)
                [Entry date 06/05/01]

6/4/01    449   Minutes of change of plea held on 6/4/01  before Judge
                Patricia A. Seitz as to Joseph Spitaleri ; GUILTY: Joseph
                Spitaleri (14) count(s) 1s  Court Reporter Name or Tape #:
                David Ehrlich (dg) [Entry date 06/05/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

6/4/01    450    NOTICE of Hearing as to Joseph Spitaleri : set Sentencing
                 for 8:30 8/13/01 for Joseph Spitaleri before Judge
                 Patricia A. Seitz (dg) [Entry date 06/05/01]

6/4/01    451    MOTION by Joseph Spitaleri to consolidate cases for
                 sentencing puposes only (dg) [Entry date 06/05/01]

6/6/01    452    ORDER as to John Mamone granting [440-1] motion to
                 permitting partial substitution of collateral for bond as
                 to John Mamone (2), Signed by Magistrate Stephen T. Brown
                 on 6/5/01) CCAP [EOD Date: 6/7/01] CCAP✄ (dg)
                 [Entry date 06/07/01]

6/6/01    453    MOTION by Julius Bruce Chiusano to Travel to Las Vegas, NV
                 from 6/14/01 to 6/18/01 (dg) [Entry date 06/07/01]

6/7/01    454    ORDER as to John Mamone affirming [395-1] order as to John
                 Mamone (2), denying [365-1] motion to eliminate house
                 arrest component of Bond, mooting [401-1] motion for review
                 of [395-1] order as to John Mamone (2) ( Signed by Judge
                 Patricia A. Seitz on 6/6/01) CCAP [EOD Date: 6/8/01] CCAP✄
                 (dg) [Entry date 06/08/01]

6/7/01    455    APPEAL of Magistrate Decision to District Court by USA as
                 to Charles Clay re: [442-1] order (dg)
                 [Entry date 06/08/01]

6/8/01    456    ORDER as to Julius Bruce Chiusano granting [453-1] motion
                 to Travel to Las Vegas, NV from 6/14/01 to 6/18/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 6/8/01) CCAP [EOD Date: 6/11/01] CCAP✄ (dg)
                 [Entry date 06/11/01]

6/8/01    457    ORDER that the disocvery of the material described in USA's
                 ex parte memorandum is deferred until 7/6/01 as to All
                 Defendants ( Signed by Judge Patricia A. Seitz on 6/8/01)
                 CCAP [EOD Date: 6/11/01] CCAP✄ (dg) [Entry date 06/11/01]

6/11/01   458    NOTICE of filing amended certificate of service by Joseph
                 Spitaleri (dg) [Entry date 06/12/01]

6/12/01   459    ORDER as to Joseph Spitaleri denying [451-1] motion to
                 consolidate cases for sentencing puposes only as to Joseph
                 Spitaleri (14) ( Signed by Judge Patricia A. Seitz on
                 6/12/01) CCAP [EOD Date: 6/13/01] CCAP✄ (dg)
                 [Entry date 06/13/01]

6/18/01  460    ORDER as to Fred Morgenstern, David Morgenstern denying
                [396-1] joint motion for a partial release of the freeze
                order of 10/27/00 to allow defendants to pay funds for
                investors, civil penalties & Special Master administrative
                costs as ordered by the Court in #98-7044-CV-SEITZ as to
                Fred Morgenstern (3), David Morgenstern (4); vacating
                [419-1] order as to Fred Morgenstern (3) ( Signed by Judge
                Patricia A. Seitz on 6/18/01) CCAP [EOD Date: 6/19/01]
                CCAP✕ (dg) [Entry date 06/19/01]

6/18/01  461    MOTION by David Morgenstern to Travel to Middle District
                of Florida (Orlando) (dg) [Entry date 06/19/01]

6/18/01  462    MOTION by USA as to John Mamone, et al to deposit $20,000
                of Gold Coast Check Cashing, Inc. with this court's
                registry (dg) [Entry date 06/19/01]

6/19/01  463    MOTION by Fred Morgenstern to Travel to Orange County, CA
                from 6/20/01 to 6/23/01 (dg) [Entry date 06/20/01]

6/19/01  464    ORDER as to Fred Morgenstern granting [463-1] motion to
                Travel to Orange County, CA from 6/20/01 to 6/23/01 as to
                Fred Morgenstern (3) ( Signed by Magistrate Barry L. Garber
                on 6/18/01) CCAP [EOD Date: 6/20/01] CCAP✕ (dg)
                [Entry date 06/20/01]

6/19/01  465    ORDER as to David Morgenstern granting [461-1] motion to
                Travel to Middle District of Florida (Orlando) as to David
                Morgenstern (4) ( Signed by Magistrate Barry S. Seltzer on
                6/19/01) CCAP [EOD Date: 6/20/01] CCAP✕ (dg)
                [Entry date 06/20/01]

6/20/01  466    RESPONSE by Charles Clay to [455-1] Magistrate appeal (dg)
                [Entry date 06/21/01]

6/20/01  466    CROSS APPEAL of Magistrate Decision to District Court by
                Charles Clay re: [442-1] order (dg) [Entry date 06/21/01]

6/22/01  467    NOTICE of Change of Address of attorney by Peggy Preston (dg)
                [Entry date 06/25/01]

6/27/01  468    NOTICE of Unavailabilty by David Morgenstern for dates of:
                9/12/01 to 9/15/01 (dg) [Entry date 06/28/01]

6/29/01  469    ORDER as to Joseph Silvestri granting [429-1] motion for
                investigative costs as to Joseph Silvestri (5) ( Signed by
                Magistrate Barry L. Garber on 6/28/01) [EOD Date: 7/2/01]
                CCAP✕ (dg) [Entry date 07/02/01]

7/3/01   470    UNOPPSED MOTION by USA as to Joseph Spitaleri to continue
                sentencing date (ls) [Entry date 07/06/01]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

7/9/01   471   NOTICE of Hearing as to Giuseppe Bellitto :  set Change of
               Plea Hearing for 1:00 7/20/01 for Giuseppe Bellitto
               before Judge William M. Hoeveler (rn) [Entry date 07/09/01]

7/10/01  472   ORDER granting defendant's motion for permission to move
               new address, 18233 Fresh Lake Way, Boca Raton as to Fred
               Morgenstern ( Signed by Magistrate Barry L. Garber on
               7/10/01) [EOD Date: 7/11/01] CCAP (dg)
               [Entry date 07/11/01]

7/11/01  473   ORDER as to John Mamone, et al granting [462-1] motion to
               deposit $20,000 of Gold Coast Check Cashing, Inc. with this
               court's registry as to John Mamone (2), et al ( Signed by
               Judge Patricia A. Seitz on 7/2/01) [EOD Date: 7/12/01]
               CCAP (dg) [Entry date 07/12/01]

7/12/01  474   MOTION by Julius Bruce Chiusano to travel to Foxwood, CT
               on 7/20/01 to 7/22/01 (dg) [Entry date 07/13/01]

7/18/01  475   NOTICE of Hearing as to All Defendants reset status
               conference for 8:30 9/18/01 for All Defendants before Judge
               Patricia A. Seitz (dg) [Entry date 07/19/01]

7/18/01  476   ORDER as to Julius Bruce Chiusano  granting [474-1] motion
               to travel to Foxwood, CT on 7/20/01 to 7/22/01 as to Julius
               Bruce Chiusano (6) ( Signed by Judge Adalberto Jordan on
               7/13/01) [EOD Date: 7/19/01] CCAP (dg)
               [Entry date 07/19/01]

7/23/01  477   Clerk's receipt. Number: 227591 in the amount of $ $20,000
               (dg) [Entry date 07/24/01]

7/23/01  478   MOTION by Fred Morgenstern to Travel to San Francisco, CA
               from 7/26/01 to 8/1/01 (dg) [Entry date 07/24/01]

7/23/01  479   Plea Agreement as to Giuseppe Bellitto (dg)
               [Entry date 07/24/01]

7/23/01  480   Minutes of change of plea held on 7/23/01  before Judge
               William M. Hoeveler as to Giuseppe Bellitto ; GUILTY:
               Giuseppe Bellitto (10) count(s) 2s  Court Reporter Name or
               Tape #: Brynn Dockstader (dg) [Entry date 07/24/01]

7/23/01  481   NOTICE of Hearing as to Giuseppe Bellitto :  set
               Sentencing for 8:30 9/28/01 for Giuseppe Bellitto   before
               Judge Patricia A. Seitz (dg) [Entry date 07/24/01]

7/23/01  482   NOTICE of Unavailability by Charles Clay  for dates of:
               8/17/01 - 8/27/01 (ls) [Entry date 07/24/01]

7/23/01  483   MOTION by Jacolyn Baruch to Modify Conditiions of Bond (ls)
               [Entry date 07/24/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

7/24/01   484   Notice of compliance: by Gold Coast Check with [473-1]
                order (dg) [Entry date 07/25/01]

7/24/01   485   AMENDED MOTION by Fred Morgenstern to Travel San
                Francisco, CA from 7/26/01 to 8/2/01 (dg)
                [Entry date 07/25/01]

7/25/01   486   ORDER as to Fred Morgenstern granting [485-1] motion to
                Travel San Francisco, CA from 7/26/01 to 8/2/01 as to Fred
                Morgenstern (3), granting [478-1] motion to Travel to San
                Francisco, CA as to Fred Morgenstern (3) ( Signed by
                Magistrate Barry L. Garber on 7/24/01) [EOD Date: 7/26/01]
                CCAP (dg) [Entry date 07/26/01]

7/26/01   487   ORDER as to Jacolyn Baruch  granting [483-1] motion to
                Modify Conditiions of Bond as to Jacolyn Baruch (18) (
                Signed by Judge Patricia A. Seitz on 7/25/01) [EOD Date:
                7/27/01] CCAP (dg) [Entry date 07/27/01]

7/26/01   488   ORDER as to Fred Morgenstern  granting [478-1] motion to
                Travel to San Francisco, CA from 7/26/01 to 8/1/01 ( Signed
                by Judge Patricia A. Seitz on 7/25/01) [EOD Date: 7/27/01]
                CCAP (dg) [Entry date 07/27/01]

7/27/01   489   ORDER as to Joseph Spitaleri  granting [470-1] motion to
                continue sentencing date as to Joseph Spitaleri (14)
                reset Sentencing for 8:30 9/26/01 for Joseph Spitaleri
                before Judge Patricia A. Seitz ( Signed by Judge Patricia
                A. Seitz on 7/26/01) [EOD Date: 7/30/01] CCAP (dg)
                [Entry date 07/30/01]

7/27/01   490   MOTION by Anson Klinger for Neil Nameroff to withdraw as
                attorney (dg) [Entry date 07/30/01]

7/30/01   491   Plea Agreement as to Julius Bruce Chiusano (dg)
                [Entry date 07/31/01]

7/30/01   492   Minutes of change of plea held on 7/30/01  before Judge
                Patricia A. Seitz as to Julius Bruce Chiusano ; GUILTY:
                Julius Bruce Chiusano (6) count(s) 6s  Court Reporter Name
                or Tape #: David Ehrlich (dg) [Entry date 07/31/01]

7/30/01   493   NOTICE of Hearing as to Julius Bruce Chiusano :  set
                Sentencing for 8:30 10/9/01 for Julius Bruce Chiusano
                before Judge Patricia A. Seitz (dg) [Entry date 07/31/01]

8/1/01    494   ORDER as to Anson Klinger Motion hearing  before
                Magistrate Barry L. Garber set for 3:00 8/7/01 for Anson
                Klinger for [490-1] motion for Neil Nameroff to withdraw as
                attorney ( Signed by Magistrate Barry L. Garber on 8/1/01)
                [EOD Date: 8/2/01] CCAP (dg) [Entry date 08/02/01]

8/6/01    495   MOTION by Frederick Scarola for John F. Cotrone to
                withdraw as attorney, and for hearing (dg)

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL

                    [Entry date 08/07/01]

8/6/01    496    MOTION by Anson Klinger for Neil M. Nameroff to withdraw
                 as attorney (dg) [Entry date 08/07/01]

8/6/01    497    JOINT MOTION  by USA & Paul Difilippi for pretrial
                 diversion (dg) [Entry date 08/07/01]

8/6/01    498    ORDER as to Anson Klinger  granting [496-1] motion for Neil
                 M. Nameroff to withdraw as attorney (Terminated: attorney
                 Neil Michael Nameroff for Anson Klinger) as to Anson
                 Klinger (13), granting [490-1] motion for Neil Nameroff to
                 withdraw as attorney as to Anson Klinger (13) ( Signed by
                 Magistrate Barry L. Garber on 8/6/01) [EOD Date: 8/7/01]
                 CCAP (dg) [Entry date 08/07/01]

8/7/01    499    SEALED DOCUMENT (sp) [Entry date 08/08/01]

8/7/01    500    SEALED DOCUMENT (sp) [Entry date 08/08/01]

8/7/01    501    MOTION by Mark Weiss to change residence address (dg)
                 [Entry date 08/08/01]

8/7/01    502    MOTION by Julius Bruce Chiusano to Travel to San Juan, PR
                 on 8/17/01 to 8/20/01 (dg) [Entry date 08/08/01]

8/8/01    503    MOTION by Mark Weiss to Travel to Las Vegas, NV & Saratoga
                 Springs, NY from 8/27/01 to 9/2/01 (dg)
                 [Entry date 08/09/01]

8/9/01    505    ORDER FOR PRETRIAL DIVERSION as to Paul Difilippi
                 Terminated motions: terminating [497-1] joint motion for
                 pretrial diversion as to Paul Difilippi (1)  Counts closed:
                 Paul Difilippi (12) count(s) 4s, 5 (dg)
                 [Entry date 08/10/01]

8/9/01    506    ORDER as to Frederick Scarola Motion hearing  before
                 Magistrate Barry L. Garber set for 3:30 8/13/01 for
                 Frederick Scarola for [495-1] motion for John F. Cotrone to
                 withdraw as attorney ( Signed by Magistrate Barry L.
                 Garber on 8/9/01) [EOD Date: 8/10/01] CCAP (dg)
                 [Entry date 08/10/01]

8/10/01   504    TRANSCRIPT filed as to Charles Clay  of Omnibus Motion for
                 Discovery held 5/30/01  before Judge Barry L. Garber
                 Pages: 1-17. Court Reporter: Jerald M. Meyers (gp)
                 [Entry date 08/10/01]

8/10/01   507    ORDER as to Julius Bruce Chiusano  denying [502-1] motion
                 to Travel to San Juan, PR on 8/17/01 to 8/20/01 as to
                 Julius Bruce Chiusano (6) ( Signed by Judge Patricia A.
                 Seitz on 8/9/01) [EOD Date: 8/13/01] CCAP (dg)
                 [Entry date 08/13/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

8/10/01   508    ORDER as to Mark Weiss  granting [501-1] motion to change
                 residence address as to Mark Weiss (17) ( Signed by
                 Magistrate Barry L. Garber on 8/10/01) [EOD Date: 8/13/01]
                 CCAP✖ (dg) [Entry date 08/13/01]

8/10/01   509    ORDER as to Mark Weiss  granting [503-1] motion to Travel
                 to Las Vegas, NV & Saratoga Springs, NY from 8/27/01 to
                 9/2/01 as to Mark Weiss (17) ( Signed by Magistrate Barry
                 L. Garber on 8/10/01) [EOD Date: 8/13/01] CCAP✖ (dg)
                 [Entry date 08/13/01]

8/13/01   --     Motion hearing  as to Frederick Scarola re: [495-1] motion
                 for John F. Cotrone to withdraw as attorney Motion hearing
                 held   before Magistrate Barry L. Garber (dg)
                 [Entry date 08/14/01]

8/14/01   510    Minutes of hearing on motion to withdraw as attorney held on
                 8/13/01 before Magistrate Barry L. Garber as to Frederick
                 Scarola; Court Reporter Name or Tape #: none (dg)
                 [Entry date 08/14/01] [Edit date 08/14/01]

8/14/01   511    ORDER as to Frederick Scarola granting [495-1] motion for
                 John F. Cotrone to withdraw as attorney (Terminated:
                 attorney John Frank Cotrone for Frederick Scarola) as to
                 Frederick Scarola (9) (Added: David Michael Tarlow) (
                 Signed by Magistrate Barry L. Garber on 8/14/01) [EOD Date:
                 8/15/01] CCAP✖ (dg) [Entry date 08/15/01]

8/14/01   516    MOTION by USA  as to Steve Raffa, John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                 Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                 Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                 Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell to seal
                 superceding indictment and attached paperwork (sp)
                 [Entry date 08/22/01]

8/14/01   517    SUPERSEDING INDICTMENT as to  John Mamone (2) count(s) 1ss,
                 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss-10ss, 11ss-13ss, 14ss,
                 15ss, 16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss, 54ss-55ss,
                 Fred Morgenstern (3) count(s) 1ss, 6ss, 14ss, 15ss,
                 16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss, 54ss-55ss, David
                 Morgenstern (4) count(s) 1ss, 14ss, 16ss-45ss, Joseph
                 Silvestri (5) count(s) 1ss, 14ss, 16ss-45ss, Michael
                 Buccinna (7) count(s) 1ss, 2ss, 4ss, 5ss, 6ss, 7ss, 14ss,
                 16ss-45ss, Frederick Scarola (9) count(s) 3ss, Mark
                 Carattini (11) count(s) 1ss, 2ss, 6ss, 48ss-49ss, Anson
                 Klinger (13) count(s) 1ss, 2ss, 6ss, Charles Clay (15)
                 count(s) 2ss, 3ss, Mark Weiss (17) count(s)·1ss, 4ss, 5ss,
                 14ss, 16ss-45ss, David Bell (19) count(s) 1ss, 4ss, 5ss,
                 14ss, 54ss-55ss (Criminal Category 4); and forfeiture
                 allegations as to the above defendants named in Count 1. (sp)
                 [Entry date 10/09/01] [Edit date 10/09/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/14/01   517   SUPERSEDING INDICTMENT as to  Joseph Russo (24) count(s)
                1, 4, 5, 14, 50-53, John O'Sullivan (25) count(s) 1, 4, 5,
                Doreen Russo (26) count(s) 14, 50-53 (Criminal Category 4)
                and forfeiture alleged as to each defendant in Count 1 (sp)
                [Entry date 10/10/01]                     *Vol·1 cont'd*

8/14/01   518    ARREST WARRANT issued as to Joseph Russo .   Warrant
                issued by Magistrate Judge Lurana S. Snow.  Pretrial
                detention requested (sp) [Entry date 10/10/01]

8/14/01   519   ARREST WARRANT issued as to John O'Sullivan .   Warrant
                issued by Magistrate Judge Lurana S. Snow. Pretrial
                detention requested (sp) [Entry date 10/10/01]

8/14/01   520    ARREST WARRANT issued as to Doreen Russo .   Warrant
                issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                $100,000 personal surety; not to be incarcerated overnight
                (sp) [Entry date 10/10/01]

8/15/01   512   SEALED DOCUMENT (sp) [Entry date 08/16/01]

8/15/01   513   SEALED DOCUMENT (sp) [Entry date 08/16/01]

8/15/01   514   ORDER as to John Mamone  denying [413-1] motion to alter
                certain conditions of pretrial release as to John Mamone
                (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                [EOD Date: 8/16/01] CCAP (dg) [Entry date 08/16/01]

8/15/01   521   MOTION by USA  as to David Bell to seal its exparte motion
                for revocation of bond and application for arrest warrant,
                arrest warrant, motion to seal and sealing order until
                arrest of defendant or further order of court (sp)
                [Entry date 10/10/01]

8/15/01   522   EX PARTE MOTION by USA  as to David Bell  for revocation
                of bond and application for arrest warrant for defendant
                David Bell (sp) [Entry date 10/10/01]

8/16/01   523   ORDER as to David Bell  denying [522-1] motion  for
                revocation of bond and application for arrest warrant for
                defendant David Bell as to David Bell (19) ( Signed by
                Judge Patricia A. Seitz on 8/16/01) [EOD Date: 10/10/01]
                CCAP (sp) [Entry date 10/10/01]

8/17/01   524   MOTION by USA  as to John Mamone to seal Supplemental
                sealed attachment to government's ex parte motion for
                revocation of bond and application for an arrest warrant
                for defendant John Mamone, this motion to seal and sealing
                order until arrest of the defendant or further order of
                court (sp) [Entry date 10/10/01]

8/17/01   525   ORDER revoking bond and for issuance of arrest warrant as
                to John Mamone (motion not on docket) ( Signed by Judge
                Patricia A. Seitz on 8/17/01) [EOD Date: 10/10/01] CCAP (sp)

Proceedings include all events.                                                 BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

                    [Entry date 10/10/01]

8/17/01   526    ORDER as to David Bell  granting [522-1] motion for
                 revocation of bond and application for arrest warrant for
                 defendant David Bell ( Signed by Judge Patricia A. Seitz on
                 8/17/01) [EOD Date: 10/10/01] CCAP (sp)
                 [Entry date 10/10/01]

8/17/01   527    SUPPLEMENT by USA as to John Mamone  to: [524-1] motion to
                 seal Supplemental sealed attachment to government's ex
                 parte motion for revocation of bond and application for an
                 arrest warrant for defendant John Mamone, this motion to
                 seal and sealing order until arrest of the defendant or
                 further order of court (sp) [Entry date 10/10/01]

8/17/01   528    MOTION by USA  as to David Bell to seal its supplemental
                 sealed attachment to government's ex parte motion for
                 revocation of bond and application for an arrest warrant
                 and motion to seal and sealing order (sp)
                 [Entry date 10/10/01]

8/17/01   529    SUPPLEMENT by USA as to David Bell  to: [522-1] motion for
                 revocation of bond and application for arrest warrant for
                 defendant David Bell (sp) [Entry date 10/10/01]

8/20/01   515    NOTICE of filing letter regarding pending discovery issues
                 by Fred Morgenstern (dg) [Entry date 08/21/01]

8/21/01   530    ORDER as to John Mamone, David Bell to Unseal DE 521-529
                 ( Signed by Judge Patricia A. Seitz on 8/21/01) [EOD Date:
                 10/10/01] CCAP (sp) [Entry date 10/10/01]

8/21/01   531    ORDER unsealing case as to Joseph Russo, John O'Sullivan,
                 Doreen Russo ( Signed by Magistrate Barry L. Garber on
                 8/21/01) [EOD Date: 10/10/01] (sp) [Entry date 10/10/01]

8/21/01   532    REPORT Commencing Criminal Action as to Joseph Russo  DOB:
                 5/29/46  Prisoner # 62395-004 (sp) [Entry date 10/10/01]

8/21/01   533    REPORT Commencing Criminal Action as to Doreen Russo  DOB:
                 8/8/47  Prisoner # 62396-004 (sp) [Entry date 10/10/01]

8/21/01   534    ORDER on Initial Appearance as to Doreen Russo. Bond set to
                 $100,000 personal surety for Doreen Russo., setting
                 Special Conditions:  Surrender travel documents;  Report to
                 PTS: twice a week by phone, once a week in person;
                 defendant to remain in southern district of Florida;
                 Maintain full-time employment. Arraignment set for 2:00
                 8/24/01 for Doreen Russo ; Report re counsel set for 2:00
                 8/24/01 for Doreen Russo ; before Duty Magistrate, ,  (
                 Signed by Magistrate Barry L. Garber on 8/21/01) Tape #
                 01C-62-235 CCAP (sp) [Entry date 10/10/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

8/21/01    535    ORDER on Initial Appearance as to Joseph Russo. Bond set to
                  temporary pretrial detention for Joseph Russo.
                  Arraignment set for 2:00 8/24/01 for Joseph Russo ; Report
                  re counsel set for 2:00 8/24/01 for Joseph Russo ;
                  Detention hearing set for 2:00 8/24/01 for Joseph Russo ;
                  before Duty Magistrate, ,  ( Signed by Magistrate Barry
                  L. Garber on 8/21/01)  Tape # 01C-62-235 CCAP (sp)
                  [Entry date 10/10/01]                    *Vol. I Cont'd*

8/21/01    --     ARREST of Joseph Russo, Doreen Russo (sp)
                  [Entry date 10/10/01]

8/21/01    536    NOTICE of Temporary Appearance for Joseph Russo, Doreen
                  Russo by Attorney Jayne Claire Weintraub (sp)
                  [Entry date 10/10/01]

8/21/01    537    ORDER denying government's request for pretrial detention
                  and setting a bond as to Doreen Russo: $100,000 personal
                  surety, unsecured. Special conditions: surrender all travel
                  documents to pretrial services; report to pretrial services
                  once a week in person, twice a week by phone; defendant
                  restricted to Southern District of Florida; defendant to
                  maintian or actively seek full time employment; none of the
                  signatories may sell, pledge, mortgage, hypothecate,
                  encumber, etc. any property they own, real or person, until
                  bonds are discharged ( Signed by Magistrate Barry L. Garber
                  on 8/21/01) Tape # 01C-62-235 CCAP/M (sp)
                  [Entry date 10/10/01]

8/21/01    --     Bond hearing as to Doreen Russo  held (sp)
                  [Entry date 10/10/01]

8/21/01    538     PERSONAL SURETY BOND entered by Doreen Russo  in  Amount $
                  100,000 Receipt # setting Special Conditions:  Surrender
                  travel documents;  Report to PTS once a week in person,
                  twice a week by phone; Maintain full-time employment; May
                  not sell property; Comply with additional conditions:
                  remain in S.D.Florida Approved by Magistrate Barry L.
                  Garber . (sp) [Entry date 10/10/01]

8/21/01    539    AMENDED MOTION by Mark Weiss for permission to travel  from
                  8/24-26 to Clearwater, and from 8/27-92/01 to Las
                  Vegas,Nevada (sp) [Entry date 10/10/01]

8/21/01    540    MOTION by John Mamone to extend time to file pretrial
                  motions to 9/14/01 and to file responses thereto to
                  10/15/01 (sp) [Entry date 10/10/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/21/01  (541)    ORDER unsealing as to Steve Raffa, John Mamone, Fred
                  Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                  Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                  Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                  Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                  Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                  Russo, John O'Sullivan, Doreen Russo  ( Signed by
                  Magistrate Judge Lurana S. Snow on 8/21/01) [EOD Date:
                  10/10/01] (sp) [Entry date 10/10/01]    *Vol. 1 cont'd*

8/21/01  --       ARREST of John O'Sullivan (sp) [Entry date 10/10/01]

8/21/01  549      ORDER on Initial Appearance as to John O'Sullivan. Bond set
                  to temporary pretrial detention for John O'Sullivan.
                  Arraignment set for 10:00 8/24/01 for John O'Sullivan ;
                  Report re counsel set for 11:00 8/22/01 for John O'Sullivan
                  ; Detention hearing set for 10:00 8/24/01 for John
                  O'Sullivan ;  before Duty Magistrate, ,  ( Signed by
                  Magistrate Judge Lurana S. Snow  on 8/21/01)  Tape #
                  LSS/FTL 01-040 CCAP (sp) [Entry date 10/10/01]

8/21/01  550      Minutes of initial appearance/arraignment held on 8/21/01
                  before Magistrate Judge Lurana S. Snow as to John Mamone ;
                  Court Reporter Name or Tape #: FTL/LSS 040-576-686 (sp)
                  [Entry date 10/10/01]

8/21/01  --       Initial appearance as to John Mamone  held (Defendant
                  informed of rights.) (sp) [Entry date 10/10/01]

8/21/01  --       Initial appearance as to John Mamone  held (Defendant
                  informed of rights.) (sp) [Entry date 10/10/01]

8/21/01  551      Minutes of initial appearance/arraignment held on 8/21/01
                  before Magistrate Judge Lurana S. Snow as to David Bell ;
                  Court Reporter Name or Tape #: FTL/LSS 040-576-680 (sp)
                  [Entry date 10/10/01]

8/21/01  552      Minutes of initial appearance held on 8/21/01  before
                  Magistrate Judge Lurana S. Snow as to John O'Sullivan ;
                  Court Reporter Name or Tape #: FTL/LSS 01-040-576-780 (sp)
                  [Entry date 10/10/01]

8/21/01  --       Initial appearance as to John O'Sullivan  held (Defendant
                  informed of rights.) (sp) [Entry date 10/10/01]
                  [Edit date 07/22/02]

8/21/01  554      ARREST WARRANT Returned Executed as to David Bell on
                  8/21/01 (sp) [Entry date 10/10/01]

8/21/01  --       ARREST of David Bell (sp) [Entry date 10/10/01]

8/21/01  555      ARREST WARRANT Returned Executed as to John Mamone on
                  8/21/01 (sp) [Entry date 10/10/01]

Docket as of August 28, 2003 8:30 am                    Page 102

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

8/21/01   --      ARREST of John Mamone (sp) [Entry date 10/10/01]

8/21/01   --      ARREST of Joseph Russo (sp) [Entry date 10/12/01]

8/21/01   --      ARREST of Doreen Russo (sp) [Entry date 10/12/01]

8/22/01   542     MOTION by USA  as to David Bell for Forfeiture Judgment of
                  appearance bonds, and for revocationa nd estreature (sp)
                  [Entry date 10/10/01]

8/22/01   543     MOTION by USA  as to John Mamone for Final Forfeiture
                  Judgment, and for revocation and estreature (sp)
                  [Entry date 10/10/01]

8/22/01   544     ORDER as to Mark Weiss  granting [539-1] motion for
                  permission to travel from 8/24-26 to Clearwater, and from
                  8/27-92/01 to Las Vegas,Nevada as to Mark Weiss (17) (
                  Signed by Magistrate Barry L. Garber on 8/22/01) [EOD Date:
                  10/10/01] CCAP※ (sp) [Entry date 10/10/01]

8/22/01   545     ORDER as to John Mamone  granting [540-1] motion to extend
                  time to file pretrial motions to 9/14/01 and to file
                  responses thereto to 10/15/01 as to John Mamone (2) (
                  Signed by Judge Patricia A. Seitz on 8/21/01) [EOD Date:
                  10/10/01] CCAP※ (sp) [Entry date 10/10/01]

8/22/01   546     REPORT Commencing Criminal Action as to John Mamone  DOB:
                  6/12/51  Prisoner # 07803-062 (sp) [Entry date 10/10/01]

8/22/01   547     Minutes of inquiry re counsel held on 8/22/01  before
                  Magistrate Judge Lurana S. Snow as to John O'Sullivan ;
                  Court Reporter Name or Tape #: FTL/LSS 040-1777-1805 (sp)
                  [Entry date 10/10/01]

8/22/01   --      Report Re Counsel  as to John O'Sullivan held (sp)
                  [Entry date 10/10/01]

8/22/01   548     REPORT Commencing Criminal Action as to John O'Sullivan
                  DOB: 8/19/62  Prisoner # 55894-004 (sp)
                  [Entry date 10/10/01]

8/22/01   553     NOTICE of Temporary Appearance for John O'Sullivan by
                  Attorney Kenneth Mitchell Swartz (sp) [Entry date 10/10/01]

8/23/01   --      ARREST of John O'Sullivan (sp) [Entry date 10/10/01]

8/23/01   556      ARREST WARRANT Returned Executed as to John O'Sullivan on
                  8/21/01 (sp) [Entry date 10/10/01]

8/23/01   557     TRANSCRIPT filed as to David Bell  of bond hearing held
                  10/20/01 (sic)  before Judge Seltzer  Volume #: 1  Pages:
                  13 (sp) [Entry date 10/10/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/24/01   --     Initial appearance as to David Bell  held (Defendant
                 informed of rights.) (sp) [Entry date 10/10/01]

8/24/01   558    ARRAIGNMENT INFORMATION SHEET for John Mamone (2) count(s)
                 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss-10ss, 11ss-13ss,
                 14ss, 15ss, 16ss-45ss, 46ss-47ss, 48ss-49ss, 50ss-53ss,
                 54ss-55ss   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (sp) [Entry date 10/10/01]

8/24/01   559    ARRAIGNMENT INFORMATION SHEET for David Bell (19) count(s)
                 1ss, 4ss, 5ss, 14ss, 54ss-55ss   NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (sp)
                 [Entry date 10/10/01]

8/24/01   560    STANDING DISCOVERY ORDER as to John Mamone, David Bell,
                 Joseph Russo, John O'Sullivan, Doreen Russo  all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 L. Garber on 8/24/01)  Tape # 01C-62-1540  CCAP (sp)
                 [Entry date 10/12/01]

8/24/01   561    MOTION by Julius Bruce Chiusano to Travel 9/1-3/01 (sp)
                 [Entry date 10/12/01]

8/24/01   562    ORDER as to John Mamone, David Bell, John O'Sullivan that
                 unless good cause is shown by the Bureau of Prisons why
                 defendants should remain segregated, that they be placed
                 within the general population by the Bureau of Prisons (
                 Signed by Magistrate Barry L. Garber on 8/24/01) [EOD Date:
                 10/12/01] CCAP (sp) [Entry date 10/12/01]

8/24/01   563    ORDER as to John O'Sullivan,  reset Detention Hearing for
                 10:00 8/29/01 for John O'Sullivan  before Duty Magistrate
                 ( Signed by Magistrate Barry L. Garber on 8/24/01) [EOD
                 Date: 10/12/01] CCAP (sp) [Entry date 10/12/01]

8/24/01   --     Bond hearing as to John O'Sullivan  held (sp)
                 [Entry date 10/12/01]

8/24/01   564    ORDER as to John Mamone, David Bell,  reset Bond
                 Revocation Hearing for 10:00 8/30/01 for John Mamone, for
                 David Bell before Duty Magistrate ( Signed by Magistrate
                 Barry L. Garber on 8/24/01) [EOD Date: 10/12/01] CCAP (sp)
                 [Entry date 10/12/01]

8/24/01   565    ORDER as to John O'Sullivan:  resetting Report re counsel
                 for  10:00 8/31/01 for John O'Sullivan  before Duty
                 Magistrate, and  reset Arraignment on second superceding
                 for 10:00 8/31/01 for John O'Sullivan before Duty
                 Magistrate ( Signed by Magistrate Barry L. Garber on
                 8/24/01) [EOD Date: 10/12/01] CCAP (sp)
                 [Entry date 10/12/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

8/24/01   566    ORDER as to Joseph Russo, Doreen Russo granting defendants
                 unopposed motion to continue pretrial detention hearing (no
                 motion on docket),   reset Detention Hearing for 10:00
                 8/29/01 for Joseph Russo, for Doreen before Magistrate
                 Judge William C. Turnoff, and  resetting Report re
                 counsel for ※ 10:00 8/29/01 for Joseph Russo, for Doreen
                 Russo before Magistrate Judge William Turnoff ( Signed by
                 Magistrate Barry L. Garber on 8/24/01) [EOD Date: 10/12/01]
                 CCAP※ (sp) [Entry date 10/12/01]  *Vol. I cont'd*

8/24/01   567    MOTION by Joseph Russo, Doreen Russo to continue pretrial
                 detention hearing set for 8/24/01 at 2:00 (sp)
                 [Entry date 10/12/01]

8/24/01   568    UNOPPOSED MOTION by Joseph Russo, Doreen Russo to continue
                 8/24/01 2:00 pretrial detention hearing (sp)
                 [Entry date 10/12/01]

8/27/01   569    MOTION by John O'Sullivan to continue 8/29/01 detention
                 hearing to 8/30/01 (sp) [Entry date 10/12/01]

8/27/01   570    MOTION by USA  as to John Mamone, David Bell to Unseal
                 transcript of ex parte hearings on government's motion and
                 application for an arrest warrant for above defendants held
                 on 8/16 & 17 be unsealed (sp) [Entry date 10/12/01]

8/27/01   571    MOTION by USA  as to John Mamone, David Bell to hold in
                 abeyance governments motion for revocation and estreature
                 and for entry of a final judgment of appearance bonds (sp)
                 [Entry date 10/12/01]

8/27/01   572    MOTION by Mark Carattini to Travel 8/31-9/2/01 (sp)
                 [Entry date 10/12/01]

8/27/01   573    TRANSCRIPT filed as to John Mamone, David Bell  of motion
                 to revoke bond and issue bench held 8/16/01  before Judge
                 Seitz Volume #: 1 Pages: 1-7 (sp) [Entry date 10/12/01]

8/27/01   574    TRANSCRIPT filed as to John Mamone, David Bell  of motion
                 to revoke bond and issu held 8/17/01  before Judge Seitz
                 Volume #: 2  Pages: 1-14 (sp) [Entry date 10/12/01]

8/28/01   575    ORDER as to John Mamone, David Bell  granting [570-1]
                 motion to Unseal transcript of ex parte hearings on
                 government's motion and application for an arrest warrant
                 for above defendants held on 8/16 & 17 be unsealed as to
                 John Mamone (2), David Bell (19) ( Signed by Judge Patricia
                 A. Seitz on 8/27/01) [EOD Date: 10/12/01] CCAP※ (sp)
                 [Entry date 10/12/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

8/28/01  576    TRANSCRIPT filed as to Steve Raffa, John Mamone, Fred
                Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                Russo, John O'Sullivan, Doreen Russo  of status conference
                held 5/22/01  before Judge Seitz   Volume #: 1  Pages: 1-35
                (sp) [Entry date 10/12/01] *see Vol. 4 of USCA# 02-15946 A + 01-1034*

8/29/01  577    ORDER as to Julius Bruce Chiusano  denying [561-1] motion
                to Travel 9/1-3/01 as to Julius Bruce Chiusano (6) ( Signed
                by Judge Patricia A. Seitz on 8/28/01) [EOD Date: 10/12/01]
                CCAP※ (sp) [Entry date 10/12/01]         Vol. I cont'd

8/29/01  578    ORDER as to John Mamone, David Bell  granting [571-1]
                motion to hold in abeyance governments motion for
                revocation and estreature and for entry of a final judgment
                of appearance bonds as to John Mamone (2), David Bell (19)
                ( Signed by Judge Patricia A. Seitz on 8/28/01) [EOD Date:
                10/12/01] CCAP※ (sp) [Entry date 10/12/01]

8/29/01  579    NOTICE of Temporary Appearance for Doreen Russo by Attorney
                Howard Milton Srebnick (sp) [Entry date 10/12/01]

8/29/01  580    ORDER on Hearing to Report Re Counsel as to Doreen Russo
                Counsel be reset to 1:30 9/5/01 for Doreen Russo   before
                Duty Magistrate   ( Signed by Magistrate Judge William C.
                Turnoff on 8/29/01)  Tape # 01G-62-1755  CCAP (sp)
                [Entry date 10/12/01]

8/29/01  --     Report Re Counsel  as to Doreen Russo held (sp)
                [Entry date 10/12/01]

8/29/01  581    NOTICE of Appearance and written plea of not guilty for
                Joseph Russo by Attorney Jayne C. Weintraub (sp)
                [Entry date 10/12/01] [Edit date 10/12/01]

8/29/01  582    ORDER Denying governments request for pretrial detention
                and Setting Conditions of Release as to Joseph Russo: bond
                set at $150,000 corporate surety with Nebbia condition (
                Signed by Magistrate Judge William C. Turnoff on 8/29/01)
                Tape # 01G-62-1755/63-1385  CCAP/M (sp)
                [Entry date 10/12/01]

8/29/01  --     Bond hearing as to Joseph Russo  held (sp)
                [Entry date 10/12/01]

8/29/01  583    ARRAIGNMENT INFORMATION SHEET for Joseph Russo (24)
                count(s) 1, 4, 5, 14, 50-53   NOT GUILTY PLEA ENTERED as to
                all counts. Court accepts plea. (sp) [Entry date 10/12/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

8/29/01   584   STANDING DISCOVERY ORDER as to Joseph Russo   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Judge
                William C. Turnoff on 8/29/01)   Tape # none listed  CCAP (sp)
                [Entry date 10/12/01]                    *Vol 1.C cont'd*

8/30/01   585   ARREST WARRANT Returned Executed as to Joseph Russo on
                8/21/01 (sp) [Entry date 10/12/01]

8/30/01   586   ARREST WARRANT Returned Executed as to Doreen Russo on
                8/21/01 (sp) [Entry date 10/12/01]

8/30/01   587   TRANSCRIPT filed as to Joseph Russo  of pretrial detention
                hearing held 8/29/01  before Judge Stephen T. Brown  Volume
                #: 1  Pages: 1-40 (sp) [Entry date 10/12/01]

8/30/01   588   ORDER denying governments request for pretrial detention
                and Setting Conditions of Release as to John O'Sullivan:
                bond set at $100,000 cosigned by wife.  Special conditions
                of release: surrender all travel documents to pretrial
                services; report to PTS once a week in person, twice a week
                by phone; maintain present residence; travel restricted to
                S.D.FL., curfew imposed 7 days a week from midnight to 7AM;
                refrain from possessing a firearm, destructive device or
                other dangerous weapon. Signed by Magistrate Judge William
                C. Turnoff on 8/30/01) Tape # 01G-65-647  CCAP/M (sp)
                [Entry date 10/12/01]

8/30/01    --   Bond hearing as to John O'Sullivan  held (sp)
                [Entry date 10/12/01]

8/30/01   589   ARRAIGNMENT INFORMATION SHEET for Frederick Scarola (9)
                count(s) 3ss   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (sp) [Entry date 10/12/01]

8/30/01   590   STANDING DISCOVERY ORDER as to Frederick Scarola   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Judge William C. Turnoff on 8/30/01)   Tape #
                00G-65-233 (s/b 01G)  CCAP (sp) [Entry date 10/12/01]

8/30/01   591   NOTICE resetting 9/18/01 8:30 status conference to 9/21/01
                at 8:30 (sp) [Entry date 10/12/01]

8/30/01   592   Minutes of appeal of bond set held on 8/30/01  before Judge
                Patricia A. Seitz as to John O'Sullivan ;  continued Bond
                Hearing for 8/31/01 at 8:15 am before Judge Patricia A.
                Seitz Court Reporter Name or Tape #: David Ehrlich (sp)
                [Entry date 10/15/01]

8/31/01   593   ORDER OF PRETRIAL DETENTION as to John O'Sullivan based on
                hearing before Judge Patricia A. Seitz ( Signed by Judge
                Patricia A. Seitz on 8/31/01) Tape # none listed CCAP (sp)
                [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL


8/31/01   594    ORDER as to Mark Carattini  granting [572-1] motion to
                 Travel 8/31-9/2/01 as to Mark Carattini (11) ( Signed by
                 Magistrate Barry L. Garber on 8/31/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]                *vol. 1 cont'd*

8/31/01   595    NEBBIA PROFFER by Joseph Russo (sp) [Entry date 10/15/01]

8/31/01   596    Minutes of bond revocation hearing held on 8/31/01  before
                 Magistrate Barry S. Seltzer as to David Bell ; motion to
                 revoke bond granted. Court Reporter Name or Tape #:
                 01-064-1180-3679 and 01-065-1- (sp) [Entry date 10/15/01]

8/31/01   --     Bond Revocation Hearing as to David Bell  held (sp)
                 [Entry date 10/15/01]

8/31/01   597    MOTION by Mark Carattini to Travel to Biloxi, Mississippi
                 8/31/01 - 9/2/01 (sp) [Entry date 10/15/01]

8/31/01   --     Report Re Counsel  as to John O'Sullivan held (sp)
                 [Entry date 10/15/01]

9/4/01    598    Minutes of bond hearing held on 8/31/01  before Judge
                 Patricia A. Seitz as to John O'Sullivan ; bond denied, see
                 order. Court Reporter Name or Tape #: David Ehrlich (sp)
                 [Entry date 10/15/01]

9/4/01    599    ORDER on Hearing to Report Re Counsel as to John
                 O'Sullivan. Inquiry re Counsel reset to 10:00 9/7/01 for
                 John O'Sullivan; Arraignment set for 10:00 9/7/01 for John
                 O'Sullivan before Duty Magistrate ( Signed by Magistrate
                 Judge William C. Turnoff on 8/31/01) Tape # 01G-66-3233
                 CCAP (sp) [Entry date 10/15/01]

9/5/01    600    ORDER as to Joseph Russo:  reset Report re counsel for
                 10:00 9/12/01 for Joseph Russo  before Duty Magistrate,
                 reset Arraignment for 10:00 9/12/01 for Joseph Russo
                 before Duty Magistrate ( Signed by Magistrate Ted E.
                 Bandstra on 9/5/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

9/5/01    601    CORPORATE SURETY BOND entered by Joseph Russo in Amount
                 $ 150,000 (Surety Information: American Surety Company ,
                 1133 SE 3rd Ave., Miami, FL 33316; Edwardo Almeida & Ronca
                 Bail B , 9719 S. Dixie Hwy., Miami, FL 31150), setting
                 Special Conditions: Surrender travel documents; Report to
                 PTS once a week in person and twice a week by phone;
                 Maintain full-time employment; Avoid contact with
                 victims/witnesses; No access to internet; Home confinement
                 program will include electronic or other location
                 verification system paid for by the defendant based on his
                 ability to pay; Comply with additional conditions: no
                 phones in home except for primary which is wire tapped; no
                 faxes, no e-mails. Approved by Magistrate Judge William C.
                 Turnoff . (sp) [Entry date 10/15/01] *Vol. 1 Contd*

9/6/01    602    ORDER as to John Mamone:  set Bond Revocation Hearing for
                 3:00 9/6/01 for John Mamone  before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 9/5/01)
                 [EOD Date: 10/15/01] CCAP (sp) [Entry date 10/15/01]

9/6/01    603    ORDER as to John Mamone: continuing bond revocation
                 hearing, and  reset Bond Revocation Hearing for 4:00
                 9/19/01 for John Mamone  before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 9/6/01)
                 [EOD Date: 10/15/01] CCAP (sp) [Entry date 10/15/01]

9/6/01    604    AMENDMENT by Mark Carattini  to: [597-1] motion to Travel
                 to Biloxi, Mississippi 8/31/01 - 9/2/01; amend dates to
                 9/14-16/01 (sp) [Entry date 10/15/01]

9/7/01    605    ORDER as to John O'Sullivan:  resetting Report re counsel
                 for  10:00 9/14/01 for John O'Sullivan  before Duty
                 Magistrate, and  reset Arraignment for 10:00 9/14/01 for
                 John O'Sullivan  before Duty Magistrate ( Signed by
                 Magistrate Ted E. Bandstra on 9/7/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/7/01    606    ORDER as to Julius Bruce Chiusano continuing sentencing at
                 request of Probation for at least 4 weeks ( Signed by
                 Judge Patricia A. Seitz on 9/7/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/10/01   607    ORDER as to Mark Carattini  granting [597-1] motion to
                 Travel to Biloxi, Mississippi 8/31/01 - 9/2/01 as to Mark
                 Carattini (11) ( Signed by Judge Patricia A. Seitz on
                 9/10/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

9/10/01   608    Unopposed MOTION by John Mamone to continue hearing on
                 government motion to revoke bond (sp) [Entry date 10/15/01]

9/10/01   609    UNOPPOSED MOTION by John Mamone to extend time to 10/22/01
                 to file pretrial motions (sp) [Entry date 10/15/01]

Docket as of August 28, 2003 8:30 am                    Page 109

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

9/10/01   610    ORDER OF REFERENCE referring Motion(s)  to Magistrate
                 Stephen T. Brown as to John Mamone : [543-2] motion for
                 revocation and estreature referred  to Magistrate Stephen
                 T. Brown as to John Mamone (2)  ( Signed by Magistrate
                 Judge William C. Turnoff on 8/30/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]                 *Vol. I cont'd*

9/10/01   611    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                 S. Seltzer as to David Bell : [543-1] motion for Final
                 Forfeiture Judgment referred  to Magistrate Barry S.
                 Seltzer as to John Mamone (2), [543-2] motion for
                 revocation and estreature referred  to Magistrate Barry S.
                 Seltzer as to John Mamone (2)  ( Signed by Magistrate Judge
                 William C. Turnoff on 8/30/01) [EOD Date: 10/15/01]  CCAP
                 (sp) [Entry date 10/15/01]

9/14/01   612    ORDER Setting Conditions of Release as to Joseph Russo:
                 court finds Nebbia conditions satisfied.  Special
                 conditions of bond are: report to PTS once a week in person
                 and twice a week by phone; surrender travel documents to
                 PTS; maintain gainful employment; avoid contact with
                 witnesses and victims; no access to internet, e-mails or
                 faxes; home confinement which will include electronic
                 monitoring at defendant's expense, only primary phone which
                 shall be wire tapped allowed in the home. ( Signed by
                 Magistrate Judge William C. Turnoff on 9/8/01) Tape # none
                 listed CCAP/M (sp) [Entry date 10/15/01]

9/14/01   613    NOTICE of change of address by Philip Horowitz for Mark
                 Weiss (sp) [Entry date 10/15/01]

9/14/01   614    ORDER on Hearing to Report Re Counsel as to Doreen Russo be
                 reset to 10:00 9/21/01 for Doreen Russo; Arraignment set
                 for 10:00 9/21/01 for Doreen Russo before Duty Magistrate (
                 Signed by Magistrate Barry L. Garber on 9/14/01) Tape #
                 01C-66-3460 CCAP (sp) [Entry date 10/15/01]

9/14/01   615    ORDER on Hearing to Report Re Counsel as to John
                 O'Sullivan. Counsel be reset to 10:00 9/21/01 for John
                 O'Sullivan. Arraignment set for 10:00 9/21/01 for John
                 O'Sullivan before Duty Magistrate ( Signed by Magistrate
                 Barry L. Garber on 9/14/01) Tape # 01C-66-3460 CCAP (sp)
                 [Entry date 10/15/01]

9/14/01   616    ARRAIGNMENT INFORMATION SHEET for David Morgenstern (4)
                 count(s) 1s, 25s, 28s-52s, 53s-77s, 1ss, 14ss, 16ss-45ss
                 NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                 plea. (sp) [Entry date 10/15/01]

9/14/01   617    STANDING DISCOVERY ORDER as to David Morgenstern   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Barry L. Garber on 9/14/01)  Tape # 01C-66-3460
                 CCAP (sp) [Entry date 10/15/01]

Docket as of August 28, 2003 8:30 am                    Page 110

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

9/14/01   618      MOTION by Charles Clay in limine to exclude evidence under
                   F.R. of Evidence 402 and 404(b) (sp) [Entry date 10/15/01]

9/14/01   619      MOTION by Charles Clay to suppress evidence on the grounds
                   of illegal search and seizure (sp) [Entry date 10/15/01]

9/14/01   620      MOTION by Charles Clay to sever on the grounds that a
                   joint trial will be fundamentally unfair and deny the
                   defendant his sixth amendment right to compulsory process
                   (sp) [Entry date 10/15/01]

9/14/01   621      MOTION by Charles Clay to suppress his post-arrest
                   statements on the grounds they were elicited by the
                   government in violation of his Miranda rights (sp)
                   [Entry date 10/15/01]

9/18/01   622      ORDER as to Charles Clay  denying [416-1] opposition
                   response ( Signed by Judge Patricia A. Seitz on 9/17/01)
                   [EOD Date: 10/15/01] CCAP⌘ (sp) [Entry date 10/15/01]

9/18/01   623      ORDER as to John Mamone  granting [609-1] motion to extend
                   time to 10/22/01 to file pretrial motions as to John Mamone
                   (2)  reset motion filing deadline for 10/22/01 for John
                   Mamone, and Response to motions due 11/19/01 ( Signed by
                   Judge Patricia A. Seitz on 9/19/01) [EOD Date: 10/15/01]
                   CCAP⌘ (sp) [Entry date 10/15/01]

9/18/01   624      MOTION by David Morgenstern to Adopt Motion of Other
                   Defendant [609-1] motion to extend time to 10/22/01 to file
                   pretrial motions (sp) [Entry date 10/15/01]

9/18/01   625      NOTICE of filing copy of letter (attached) to John Howes
                   Esq. dated 9/17/01 regarding discovery matters by USA as to
                   Fred Morgenstern (sp) [Entry date 10/15/01]

9/18/01   626      MOTION by Frederick Scarola for permission to move (sp)
                   [Entry date 10/15/01]

9/18/01   627      SEALED DOCUMENT (sp) [Entry date 10/15/01]

9/19/01   628      MOTION by Mark Carattini to Adopt Motion of Other
                   Defendant [609-1] motion to extend time to 10/22/01 to file
                   pretrial motions (sp) [Entry date 10/15/01]

9/19/01   629      MOTION by Fred Morgenstern to Adopt Motion of Other
                   Defendant [609-1] motion to extend time to 10/22/01 to file
                   pretrial motions (sp) [Entry date 10/15/01]

9/19/01   --       Bond Revocation Hearing as to John Mamone  held (sp)
                   [Entry date 10/15/01]


Docket as of August 28, 2003 8:30 am                   Page 111

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

9/20/01  631    ARRAIGNMENT INFORMATION SHEET for Michael Buccinna (7)
                count(s) 1ss, 2ss, 4ss, 5ss, 6ss, 7ss, 14ss, 16ss-45ss
                NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                plea. (sp) [Entry date 10/15/01]                  VOL. 1 Cont'd

9/20/01  632    STANDING DISCOVERY ORDER as to Michael Buccinna  all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Stephen T. Brown on 9/19/01)  Tape # 01D=85-3300
                 CCAP (sp) [Entry date 10/15/01]

9/20/01  633    TRANSCRIPT filed as to David Bell  of bond revocation
                hearing held 8/31/01 before Judge Seltzer  Volume #: 1
                Pages: 1-54 (sp) [Entry date 10/15/01]

9/21/01  630    TRANSCRIPT filed as to Julius Bruce Chiusano  of plea held
                7/30/01 before Judge Seitz  Volume #: 1  Pages: 1-35 (sp)
                [Entry date 10/15/01]

9/21/01  (634)  NOTICE OF LIS PENDENS by USA as to David Morgenstern  re:
                7534 Estrella Circle, Boca Raton, FL.  Grantees: David A.
                Morgenstern (sp) [Entry date 10/15/01]

9/21/01  635    NOTICE OF LIS PENDENS by USA as to David Bell  re: 7705
                Andes Lane, Parkland, FL.  Grantees: David E. Bell, Jr. and
                Stacey Bell (sp) [Entry date 10/15/01]

9/21/01  636    NOTICE OF LIS PENDENS by USA as to David Bell  re: 4973 NW
                115 Terrace, Coral Springs, FL.  Grantees: David E. Bell,
                Jr. and Stacey Bell (sp) [Entry date 10/15/01]

9/21/01  --     Report Re Counsel  as to John O'Sullivan held (sp)
                [Entry date 10/15/01]

9/24/01  637    ARRAIGNMENT INFORMATION SHEET for Charles Clay (15)
                count(s) 2ss, 3ss   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01  638    NOTICE of Appearance for John O'Sullivan by Attorney
                Kenneth Swartz (sp) [Entry date 10/15/01]

9/24/01  639    ORDER on Hearing to Report Re Counsel as to John O'Sullivan
                Counsel by  before Magistrate Stephen T. Brown   ( Signed
                by Magistrate Stephen T. Brown on 9/21/01)  Tape #
                01D-88-3020  CCAP (sp) [Entry date 10/15/01]

9/24/01  640    ARRAIGNMENT INFORMATION SHEET for John O'Sullivan (25)
                count(s) 1, 4, 5   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01  641    NOTICE of Appearance for Doreen Russo by Attorney Howard
                Srebnick (sp) [Entry date 10/15/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

9/24/01   642     ORDER on Hearing to Report Re Counsel as to Doreen Russo
                  Counsel Howard Srebnick    ( Signed by Judge Patricia A.
                  Seitz on 9/21/01) Tape # 01D-88-3020 CCAP (sp)
                  [Entry date 10/15/01]

                  *Vol.1 Cont'd*

9/24/01   --      Report Re Counsel  as to Doreen Russo held (sp)
                  [Entry date 10/15/01]

9/24/01   643     ARRAIGNMENT INFORMATION SHEET for Doreen Russo (26)
                  count(s) 14, 50-53   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (sp) [Entry date 10/15/01]

9/24/01   644     STANDING DISCOVERY ORDER as to Charles Clay, John
                  O'Sullivan   all motions concerning matters not covered by
                  this order must be filed within 28 days of this order (
                  Signed by Magistrate Stephen T. Brown on 9/21/01)  Tape #
                  none listed CCAP (sp) [Entry date 10/15/01]

9/24/01   645     MOTION by David Bell to Adopt Motion of Other Defendant
                  [609-1] motion to extend time to 10/22/01 to file pretrial
                  motions (sp) [Entry date 10/15/01]

9/24/01   646     NOTICE of change of address of counsel Jeffrey Harris by
                  David Bell (sp) [Entry date 10/15/01]

9/24/01   647     MOTION by USA  as to Joseph Spitaleri to continue
                  sentencing set for 9/26/01 (sp) [Entry date 10/15/01]

9/25/01   648     Minutes of status conference held on 9/21/01  before Judge
                  Patricia A. Seitz as to Steve Raffa, John Mamone,  Fred
                  Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                  Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                  Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                  Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                  Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                  Russo, John O'Sullivan, Doreen Russo  -- see minutes for
                  information; Court Reporter Name or Tape #: David Ehrlich
                  (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

*Vol. I cont'd*

9/25/01  (649)   SCHEDULING ORDER as to John Mamone, Fred Morgenstern, David
                 Morgenstern, Joseph Silvestri, Michael Buccinna, Frederick
                 Scarola, Mark Carattini, Anson Klinger, Charles Clay, Mark
                 Weiss, David Bell, Joseph Russo, John O'Sullivan, Doreen
                 Russo  setting Calendar Call for 8:30 2/6/02 for John
                 Mamone, for Fred Morgenstern, for David Morgenstern, for
                 Joseph Silvestri, for Michael Buccinna, for Frederick
                 Scarola, for Mark Carattini, for Anson Klinger, for Charles
                 Clay, for Mark Weiss, for David Bell, for Joseph Russo, for
                 John O'Sullivan, for Doreen Russo ; Jury Trial for 2/11/02
                 for John Mamone, for Fred Morgenstern, for David
                 Morgenstern, for Joseph Silvestri ; Pretrial Conference
                 for 8:30 2/6/02 for John Mamone, for Fred Morgenstern, for
                 David Morgenstern, for Joseph Silvestri, for Michael
                 Buccinna, for Frederick Scarola, for Mark Carattini, for
                 Anson Klinger, for Charles Clay, for Mark Weiss, for David
                 Bell, for Joseph Russo, for John O'Sullivan, for Doreen
                 Russo ; Status Conference 8:30 12/14/01 for John Mamone,
                 for Fred Morgenstern, for David Morgenstern, for Joseph
                 Silvestri, for Michael Buccinna, for Frederick Scarola, for
                 Mark Carattini, for Anson Klinger, for Charles Clay, for
                 Mark Weiss,  for David Bell,  for Joseph Russo,  for John
                 O'Sullivan,  for Doreen Russo ;    before Judge Patricia A.
                 Seitz    ( Signed by Judge Patricia A. Seitz on  9/25/01)
                 [EOD Date: 10/15/01]       CCAP (sp) [Entry date 10/15/01]

9/25/01  650     ORDER as to Joseph Spitaleri  granting [647-1] motion to
                 continue sentencing set for 9/26/01 as to Joseph Spitaleri
                 (14),  resetting Sentencing for 9:00 11/13/01 for Joseph
                 Spitaleri  before Judge Patricia A. Seitz ( Signed by
                 Judge Patricia A. Seitz on 9/25/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/25/01  651     ORDER as to Frederick Scarola  granting [626-1] motion for
                 permission to move as to Frederick Scarola (9) ( Signed by
                 Magistrate Barry L. Garber on 9/25/01) [EOD Date: 10/15/01]
                 CCAP (sp) [Entry date 10/15/01]

9/25/01  652     MOTION by Joseph Silvestri to Modify Conditions of
                 Pretrial Release (sp) [Entry date 10/15/01]

9/27/01  653     NOTICE concerning status conference by USA as to Fred
                 Morgenstern (sp) [Entry date 10/15/01]

9/28/01  654     Minutes of sentencing held on 9/28/01  before Judge
                 Patricia A. Seitz as to Giuseppe Bellitto ;  Court Reporter
                 Name or Tape #: David Ehrlich (sp) [Entry date 10/15/01]

9/28/01  655     UNOPPOSED MOTION by Joseph Russo to extend time to file
                 pretrial motions to 11/16/01 (sp) [Entry date 10/15/01]

9/28/01  --      Sentencing  held Giuseppe Bellitto (10) count(s) 2s (sp)
                 [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

9/28/01   656    JUDGMENT as to Giuseppe Bellitto (10) count(s) 2s.  Five
                 months jail, 3 years supervised release,electronic
                 monitoring program for 5 months, $100 assessment, $20,000
                 fine , Giuseppe Bellitto (10) count(s) 1s, 1 , 2 , 4s , 4 ,
                 5 .  dismissed  ( Signed by Judge Patricia A. Seitz on
                 9/28/01) [EOD Date: 10/15/01]  CCAP (sp)
                 [Entry date 10/15/01]                    *Vol. 1 cont'd*

10/1/01   657    Minutes of revocation of bond held on 9/10/01  before
                 Magistrate Stephen T. Brown as to John Mamone ;  matter
                 continued to 9/25/01 at 3:00 before Magistrate Stephen T.
                 Brown Court Reporter Name or Tape #: 01D-87-1019 (sp)
                 [Entry date 10/15/01]

10/1/01   658    Minutes of bond revocation held on 9/25/01  before
                 Magistrate Stephen T. Brown as to John Mamone ; [543-2]
                 motion for revocation and estreature under advisement as to
                 John Mamone (2)  Court Reporter Name or Tape #:
                 01D-90-1200, 91-1, 92-1 (sp) [Entry date 10/15/01]

10/1/01   659    Exhibit and Witness List by USA, John Mamone (sp)
                 [Entry date 10/15/01]

10/2/01  (660)   ORDER as to Steve Raffa, John Mamone, Fred Morgenstern,
                 David Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                 Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                 Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                 Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                 Jacolyn Baruch, David Bell, Joseph Russo, John O'Sullivan,
                 Doreen Russo  set status conference for 9:00 10/10/01 for
                 Steve Raffa, for John Mamone, for Fred Morgenstern, for
                 David Morgenstern, for Joseph Silvestri, for Julius Bruce
                 Chiusano, for Michael Buccinna, for Jeffrey Bass, for
                 Frederick Scarola, for Giuseppe Bellitto, for Mark
                 Carattini, for Paul Difilippi, for Anson Klinger, for
                 Joseph Spitaleri, for Charles Clay, for Peggy Preston, for
                 Mark Weiss, for Jacolyn Baruch, for David Bell, for Joseph
                 Russo, for John O'Sullivan, for Doreen Russo  before Judge
                 Patricia A. Seitz ( Signed by Judge Patricia A. Seitz on
                 10/2/01) [EOD Date: 10/15/01] CCAP (sp)
                 [Entry date 10/15/01]

10/2/01   661    TRANSCRIPT filed as to Steve Raffa, John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                 Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                 Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                 Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                 Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                 Russo, John O'Sullivan, Doreen Russo  of status conference
                 held 9/21/01  before Judge Seitz  Volume #: 1  Pages: 1-39
                 (sp) [Entry date 10/15/01]  *02-78942-A ✓*
                                                *see Vol. 10 of INSCR# 02-10154-A*

10/2/01   662    Plea Agreement as to Jeffrey Bass (sp) [Entry date 10/15/01]

Docket as of August 28, 2003 8:30 am                    Page 115

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                        CLOSED APPEAL

10/2/01   663      Minutes of guilty plea held on   before Judge Patricia A.
                   Seitz as to Jeffrey Bass ; GUILTY: Jeffrey Bass (8)
                   count(s) 2s  Court Reporter Name or Tape #: David Ehrlich
                   (sp) [Entry date 10/15/01]

10/2/01   --       Change of Plea Hearing as to Jeffrey Bass  held (sp)
                   [Entry date 10/15/01]

10/2/01   664      NOTICE of Hearing as to Jeffrey Bass :  setting Sentencing
                   for 8:30 4/11/02 for Jeffrey Bass   before Judge Patricia
                   A. Seitz (sp) [Entry date 10/15/01]

10/2/01   665      Plea Agreement as to Jacolyn Baruch (sp)
                   [Entry date 10/15/01]

10/2/01   666      Minutes of guilty plea held on 10/2/01  before Judge
                   Patricia A. Seitz as to Jacolyn Baruch ; GUILTY: Jacolyn
                   Baruch (18) count(s) 2s  Court Reporter Name or Tape #:
                   David Ehrlich (sp) [Entry date 10/15/01]

10/2/01   --       Change of Plea Hearing as to Jacolyn Baruch  held (sp)
                   [Entry date 10/15/01]

10/2/01   667      NOTICE of Hearing as to Jacolyn Baruch :  setting
                   Sentencing for 9:00 4/11/02 for Jacolyn Baruch   before
                   Judge Patricia A. Seitz (sp) [Entry date 10/15/01]

10/2/01   668      ORDER as to John Mamone  granting [543-2] motion for
                   revocation as to John Mamone (2); defendant shall be held
                   in pretrial detention ( Signed by Magistrate Stephen T.
                   Brown on 10/1/01) [EOD Date: CCAP] (sp)
                   [Entry date 10/15/01]

10/2/01   669      NOTICE/SUGGESTION to the court regarding South Carolina
                   discovery by David Morgenstern (sp) [Entry date 10/15/01]

10/2/01   669      RESPONSE by David Morgenstern to response to court's
                   inquiry re discovery materials filed by co-defendant Fred
                   Morganstern (not on docket) (sp) [Entry date 10/15/01]

10/2/01   669      MOTION by David Morgenstern for Hearing on the issue of
                   the discovery in North Carolina (sp) [Entry date 10/15/01]

10/3/01   670      SUPERSEDING INDICTMENT as to  Peggy Preston (16) count(s)
                   1ss (Criminal Category 1) (sp) [Entry date 10/15/01]

10/3/01   671      WAIVER OF INDICTMENT by Peggy Preston (sp)
                   [Entry date 10/15/01]

10/3/01   672      Plea Agreement as to Peggy Preston (sp)
                   [Entry date 10/15/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

10/3/01   673   Minutes of guilty plea held on 10/3/01  before Judge
                Patricia A. Seitz as to Peggy Preston ; GUILTY: Peggy
                Preston (16) count(s) 1ss  Court Reporter Name or Tape #:
                B. Dockstader (sp) [Entry date 10/15/01]

                                              *Vol. 1 cont'd*

10/3/01   --    Change of Plea Hearing as to Peggy Preston  held (sp)
                [Entry date 10/15/01]

10/3/01   674   NOTICE of Hearing as to Peggy Preston :  setting
                Sentencing for 8:30 4/12/02 for Peggy Preston   before
                Judge Patricia A. Seitz (sp) [Entry date 10/15/01]

10/3/01   675   ORDER as to Joseph Russo  denying [655-1] motion to extend
                time to file pretrial motions to 11/16/01 as to Joseph
                Russo (24)  set motion filing deadline for 10/22/01 for
                Joseph Russo ( Signed by Judge Patricia A. Seitz on
                10/2/01) [EOD Date: 10/15/01] CCAP※ (sp)
                [Entry date 10/15/01]

10/3/01   676   RESPONSE by Fred Morgenstern, David Morgenstern, Joseph
                Silvestri, Mark Weiss to court's inquiry re discovery
                materials presently located in South Carolina (sp)
                [Entry date 10/15/01]

10/3/01   677   Itemization of expenses by Frederick Scarola (sp)
                [Entry date 10/15/01]

10/4/01   678   Itemization of copying expenses incurred to date by David
                Morgenstern (sp) [Entry date 10/15/01]

10/5/01   679   NOTICE of Appearance for John O'Sullivan by Attorney
                Kenneth M. Swartz, PA (sp) [Entry date 10/15/01]

10/5/01   680   NOTICE of Unavailability by Ana Jhones for David
                Morgenstern for dates of: 10/30/01-11/4/01 (sp)
                [Entry date 10/15/01]

10/5/01   681   Government's compliance with court order dated 10/2/01 by
                USA as to Fred Morgenstern (sp) [Entry date 10/15/01]

10/9/01   682   PETITION and ORDER for Action on Conditions of Pretrial as
                to David Morgenstern: order to show cause to be ordered (
                Signed by Judge Patricia A. Seitz on 10/9/01) [EOD Date:
                10/15/01] (sp) [Entry date 10/15/01]

10/9/01   683   RESPONSE by Fred Morgenstern to government's notice
                regarding status conference (sp) [Entry date 10/15/01]

10/9/01   684   Accounting of monies spent pursuant to the criminal justice
                act by Fred Morgenstern (sp) [Entry date 10/15/01]

Proceedings include all events.                                            BLG
0:00cr6309-ALL USA v. Raffa, et al                    Vol. I cont'd  CLOSED APPEAL

10/10/01 (685)    ORDER OF REFERENCE referring Motion(s) to Magistrate Barry
                  S. Seltzer as to David Morgenstern : rule to sow cuase on
                  Pretrial Services Petition for action on conditions of
                  pretrial release ( Signed by Judge Patricia A. Seitz on
                  10/10/01) [EOD Date: 10/15/01] CCAP (sp)
                  [Entry date 10/15/01]

10/10/01 686      ORDER Setting Conditions of Release as to Joseph Silvestri
                  granting [652-1] motion to Modify Conditions of Pretrial
                  Release as to Joseph Silvestri (5): defendant to report to
                  Pretrial Services once a week by phone and once a month in
                  person ( Signed by Magistrate Stephen T. Brown on 10/9/01)
                  Tape # none listed CCAP/M (sp) [Entry date 10/15/01]

10/10/01 687      Itemization of copying expenses by Mark Weiss (sp)
                  [Entry date 10/15/01]

10/10/01 688      SEALED DOCUMENT (sp) [Entry date 10/15/01]

10/10/01 --       Status conference as to Steve Raffa, John Mamone, Fred
                  Morgenstern, David Morgenstern, Joseph Silvestri, Julius
                  Bruce Chiusano, Michael Buccinna, Jeffrey Bass, Frederick
                  Scarola, Giuseppe Bellitto, Mark Carattini, Paul Difilippi,
                  Anson Klinger, Joseph Spitaleri, Charles Clay, Peggy
                  Preston, Mark Weiss, Jacolyn Baruch, David Bell, Joseph
                  Russo, John O'Sullivan, Doreen Russo  held (sp)
                  [Entry date 10/15/01]

10/11/01 (689)    Minutes of discovery matters re South Carolina case held on
                  10/10/01 before Judge Patricia A. Seitz as to Steve Raffa,
                  John Mamone, Fred Morgenstern, David Morgenstern, Joseph
                  Silvestri, Julius Bruce Chiusano, Michael Buccinna, Jeffrey
                  Bass, Frederick Scarola, Giuseppe Bellitto, Mark Carattini,
                  Paul Difilippi, Anson Klinger, Joseph Spitaleri, Charles
                  Clay, Peggy Preston, Mark Weiss, Jacolyn Baruch, David
                  Bell, Joseph Russo, John O'Sullivan, Doreen Russo ; see
                  minutes for details. Court Reporter Name or Tape #: David
                  Ehrlich (sp) [Entry date 10/15/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/11/01 690    ORDER as to John Mamone, Fred Morgenstern, David
                Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                Michael Buccinna, Jeffrey Bass, Frederick Scarola, Mark
                Carattini, Anson Klinger, Joseph Spitaleri, Charles Clay,
                Peggy Preston, Mark Weiss, Jacolyn Baruch, David Bell,
                Joseph Russo, John O'Sullivan, Doreen Russo: government
                shall arrange for return to Miami of 110 boxes of documents
                currently in SouthCarolina on or before 11/1/01, and
                before 11/22/01, govt to notify court whether there is an
                indicex of the South Carolina documents prepared by counsel
                in South Carolina, and any expenses in excess of $1000
                incurred by CJA counsel thus far, without prior approval of
                the court and the 11th Circuit, will not be approved for
                payment,  reset motion filing deadline for 11/19/01 for
                Joseph Russo, for John O'Sullivan, for Doreen Russo,
                responses due 12/7/01 as to the 3 above defendants ( Signed
                by Judge Patricia A. Seitz on 10/10/01) [EOD Date:
                10/15/01] CCAP (sp) [Entry date 10/15/01]

10/11/01 691    STIPULATION re: substitution of attorney by Anson Klinger.
                Joseph Rosenbaum to take the place of Neil Nameroff. (sp)
                [Entry date 10/15/01]

10/11/01 692    NOTICE of Appearance for Anson Klinger by Attorney Joseph
                Steven Rosenbaum (sp) [Entry date 10/15/01]

10/11/01 693    NOTICE of trial conflict by counsel for Frederick Scarola
                for dates of: 2/11/02, US v. Arias, 00-683-CR-JAL (sp)
                [Entry date 10/15/01]

10/12/01 694    NOTICE of filing corrected affidavit by Charles Clay:
                corrected affidavit of William Venturi, intended to replace
                affidavit attached to defendant's motion for severance (sp)
                [Entry date 10/15/01]

10/16/01 695    ORDER as to Anson Klinger substituting Joseph S. Rosenbaum
                as Attorney (Terminated: attorney Neil Michael Nameroff for
                Anson Klinger) (Signed by Judge Patricia A. Seitz on
                10/16/01) [EOD Date: 10/17/01] CCAP (dg)
                [Entry date 10/17/01]

10/17/01 696    PETITION and ORDER for Action on Conditions of Pretrial
                Release as to Frederick Scarola  ( Signed by Judge
                Patricia A. Seitz on 10/16/01) [EOD Date: 10/18/01] (dg)
                [Entry date 10/18/01]

10/17/01 697    RESPONSE by USA as to Charles Clay  in opposition to
                [620-1] motion to sever on the grounds that a joint trial
                will be fundamentally unfair and deny the defendant his
                sixth amendment right to compulsory process (dg)
                [Entry date 10/18/01]

10/19/01 698    ORDER as to Charles Clay denying [620-1] motion to sever on
                the grounds that a joint trial will be fundamentally unfair
                and deny the defendant his sixth amendment right to
                compulsory process as to Charles Clay (15), denying [618-1]
                motion in limine to exclude evidence under F.R. of Evidence
                402 and 404(b) as to Charles Clay (15) Motion hearing
                before Magistrate Barry L. Garber set for 3:00 11/1/01 for
                Charles Clay for [621-1] motion to suppress his post-arrest
                statements on the grounds they were elicited by the
                government in violation of his Miranda rights, set for 3:00
                11/1/01 for Charles Clay for [619-1] motion to suppress
                evidence on the grounds of illegal search and seizure (
                Signed by Magistrate Barry L. Garber on 10/19/01) [EOD
                Date: 10/22/01] CCAP✸ (dg) [Entry date 10/22/01]

10/19/01 699    MOTION by John Mamone to extend time to file pretrial
                motions (dg) [Entry date 10/22/01]

10/19/01 700    MOTION by David Bell to Adopt Motion of Other Defendant
                [699-1] motion to extend time to file pretrial motions (dg)
                [Entry date 10/22/01]

10/19/01 701    MOTION with Memorandum in Support by David Bell in limine
                regarding Rule 404b) evidence (dg) [Entry date 10/22/01]

10/19/01 702    MOTION by Anson Klinger to extend time to file pretrial
                motions (dg) [Entry date 10/22/01]

10/22/01 703    ORDER as to John Mamone  granting [699-1] motion to extend
                time to file pretrial motions to  11/19/01 as to John
                Mamone (2) ( Signed by Judge Patricia A. Seitz on 10/22/01)
                [EOD Date: 10/23/01] CCAP✸ (dg) [Entry date 10/23/01]

10/22/01 704    MOTION with Memorandum in Support by Joseph Silvestri to
                sever from all other defendants on the grounds of
                fundamental unfairness & denial of 6th Amendment right of
                compulsory process (dg) [Entry date 10/23/01]

10/22/01 709    SEALED DOCUMENT (sp) [Entry date 10/25/01]

10/23/01 705    MOTION by Fred Morgenstern to extend time to file pretrial
                motions (dg) [Entry date 10/24/01]

10/23/01 706    RESPONSE by USA as to Charles Clay  in opposition to
                [619-1] motion to suppress evidence on the grounds of
                illegal search and seizure (dg) [Entry date 10/25/01]

10/24/01 707    ARRAIGNMENT INFORMATION SHEET for Anson Klinger (13)
                count(s) 1ss, 2ss, 6ss   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (dg) [Entry date 10/25/01]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

10/24/01  708    STANDING DISCOVERY ORDER as to Anson Klinger   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Judge
                 William C. Turnoff on 10/24/01)  Tape # 01-G-75-349  CCAP
                 (dg) [Entry date 10/25/01]

10/24/01  710    SEALED DOCUMENT (sp) [Entry date 10/25/01]

10/24/01  711    SEALED DOCUMENT (sp) [Entry date 10/25/01]

10/24/01  718    Minutes of show cause hearing held on 10/24/01  before
                 Magistrate Barry S. Seltzer as to David Morgenstern ; Court
                 Reporter Name or Tape #: 01-079-1109-1483 (dg)
                 [Entry date 10/26/01] [Edit date 10/26/01]

10/24/01  --     Show Cause Hearing  as to David Morgenstern  held
                 [Entry date 10/26/01]

10/25/01  712    SEALED DOCUMENT (sp) [Entry date 10/26/01]
                 [Edit date 10/26/01]

10/25/01  715    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01  716    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01  717    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/25/01  719    ORDER that the Nebbia is deemed to have been satisfied as
                 to David Bell (Signed by Judge Patricia A. Seitz on
                 10/25/01) [EOD Date: 10/29/01] CCAP  (dg)
                 [Entry date 10/29/01]

10/25/01  720    JOINT MOTION by Charles Clay to continue suppression
                 hearing (dg) [Entry date 10/29/01]

10/26/01  713    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/26/01  714    SEALED DOCUMENT (sp) [Entry date 10/26/01]

10/26/01  722    SEALED DOCUMENT (sp) [Entry date 10/30/01]

10/29/01  721    MOTION by Mark Carattini to Adopt Motion of Other
                 Defendant [699-1] motion to extend time to file pretrial
                 motions (dg) [Entry date 10/30/01]

10/29/01  723    SEALED DOCUMENT (sp) [Entry date 10/31/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                       CLOSED APPEAL

10/30/01  724     ORDER as to Charles Clay granting [720-1] joint motion to
                  continue suppression hearing as to Charles Clay (15)
                  Motion hearing before Magistrate Barry L. Garber set for
                  2:00 11/28/01 for Charles Clay for [621-1] motion to
                  suppress his post-arrest statements on the grounds they
                  were elicited by the government in violation of his Miranda
                  rights, set for 2:00 11/28/01 for Charles Clay for [619-1]
                  motion to suppress evidence on the grounds of illegal
                  search and seizure ( Signed by Magistrate Barry L. Garber
                  on 10/29/01) [EOD Date: 10/31/01] CCAP (dg)
                  [Entry date 10/31/01]

10/31/01  725     Minutes of continuation of bond violation hearing held on
                  10/29/01 before Magistrate Barry S. Seltzer as to David
                  Morgenstern ; Court Reporter Name or Tape #:
                  01-081-2052-2695 (dg) [Entry date 11/01/01]

11/1/01   726     JOINT MOTION by Joseph Russo, Doreen Russo to produce
                  wiretap applications (dg) [Entry date 11/02/01]

11/1/01   --      Bond hearing as to David Morgenstern held (dg)
                  [Entry date 11/05/01]

11/2/01   727     Minutes of bond hearing held on 11/1/01 before Magistrate
                  Barry S. Seltzer as to David Morgenstern ; Court Reporter
                  Name or Tape #: 01-084-628 (dg) [Entry date 11/05/01]

11/6/01   728     SEALED DOCUMENT (sp) [Entry date 11/07/01]

11/6/01   729     OBJECTION by Julius Bruce Chiusano to Presentence
                  Investigation Report (dg) [Entry date 11/07/01]

11/8/01   730     ORDER amending order of judgment striking the Special
                  Condition requiring full time employment; defendant shall
                  obtain prior approval from USPO before entering into any
                  self-employment as to Giuseppe Bellitto ( Signed by Judge
                  Patricia A. Seitz on 11/7/01) [EOD Date: 11/9/01] CCAP (dg)
                  [Entry date 11/09/01] [Edit date 11/09/01]

11/8/01   731     MOTION by Joseph Spitaleri for leave to file objections to
                  PSI report out of time (dg) [Entry date 11/09/01]

11/8/01   732     OBJECTION by Joseph Spitaleri to Presentence Investigation
                  Report (dg) [Entry date 11/09/01]

11/9/01   --      Sentencing held Julius Bruce Chiusano (6) count(s) 6s (dg)
                  [Entry date 11/19/01]

11/13/01  733     MOTION by USA as to Joseph Spitaleri to Reduce Sentence (dg)
                  [Entry date 11/14/01]

11/13/01  --      Sentencing held Joseph Spitaleri (14) count(s) 1s (dg)
                  [Entry date 11/19/01]

Proceedings include all events.                                                       BLG
0:00cr6309-ALL USA v. Raffa, et al                                            CLOSED APPEAL

11/14/01 734    MOTION by Giuseppe Bellitto to travel to Orlando on
                11/29/01 to 12/3/01 (dg) [Entry date 11/16/01]

11/15/01 735    Minutes of sentencing held on 11/9/01 before Judge
                Patricia A. Seitz as to Julius Bruce Chiusano ;  Court
                Reporter Name or Tape #: David Ehrlich (dg)
                [Entry date 11/16/01]

11/15/01 736    Minutes of sentencing held on 11/13/01  before Judge
                Patricia A. Seitz as to Joseph Spitaleri ;  Court Reporter
                Name or Tape #: David Ehrlich (dg) [Entry date 11/16/01]

11/15/01 737    ORDER as to Joseph Spitaleri  granting [731-1] motion for
                leave to file objections to PSI report out of time as to
                Joseph Spitaleri (14) ( Signed by Judge Patricia A. Seitz
                on 11/13/01) [EOD Date: 11/16/01] CCAP (dg)
                [Entry date 11/16/01]

11/16/01 738    JUDGMENT as to Julius Bruce Chiusano (6) count(s) 6s
                Imprisoned for term of 18 months to run concurrently with
                sentence imposed in 00-6273-CR-HUCK and 3 years of
                supervised release; Assessment $100, Julius Bruce Chiusano
                (6) count(s) 1s, 1, 2s, 2, 4s, 4, 5s, 5 Dismissed, Julius
                Bruce Chiusano (6) count(s) 6, 7, 8-13, 14-16, 16s-21s, 17,
                18 -45, 22s-24s, 46-70 Dismissed (Signed by Judge Patricia
                A. Seitz on 11/15/01) [EOD Date: 11/19/01] CCAP (dg)
                [Entry date 11/19/01]

11/16/01 739    JUDGMENT as to Joseph Spitaleri (14) count(s) 1s Imprisoned
                for term of 58 months and 3 years of supervised release;
                Assessment $100, Joseph Spitaleri (14) count(s) 1, 6s,
                7s-12s, 7, 8-13 Dismissed, Joseph Spitaleri (14) count(s)
                13s-15s, 14-16, 16s-21s, 22s-24s Dismissed (Signed by Judge
                Patricia A. Seitz on 11/15/01) [EOD Date: 11/19/01] CCAP (dg)
                [Entry date 11/19/01]

11/16/01 740    MOTION by Joseph Russo to extend time to file pretrial
                motions (dg) [Entry date 11/19/01]

11/19/01 741    MOTION by David Bell to extend time to file pretrial
                motions (dg) [Entry date 11/20/01]

11/19/01 742    MOTION by John O'Sullivan to sever (dg)
                [Entry date 11/20/01]

11/19/01 743    MOTION by Doreen Russo to extend deadline for filing
                pretrial motions (dg) [Entry date 11/20/01]

11/19/01 744    MOTION with Memorandum in Support by Doreen Russo to sever
                based on misjoiner (dg) [Entry date 11/20/01]

11/19/01 745    JOINT MOTION  by Joseph Russo, Doreen Russo to suppress
                fruits of wiretaps (dg) [Entry date 11/20/01]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

11/19/01 746    JOINT APPENDIX in support of [745-1] joint motion to
                suppress fruits of wiretaps by Joseph Russo, Doreen Russo
                (dg) [Entry date 11/20/01]                     *Vol. I cont'd*

11/20/01 747    ORDER as to Joseph Russo, Doreen Russo granting [743-1]
                motion to extend deadline for filing pretrial motions as to
                Doreen Russo (26), granting [740-1] motion to extend time
                to file pretrial motions as to Joseph Russo (24)  reset
                motion filing deadline for 12/3/01 for Joseph Russo, for
                Doreen Russo ( Signed by Judge Patricia A. Seitz on
                11/19/01) [EOD Date: 11/21/01] CCAP⚬ (dg)
                [Entry date 11/21/01]

11/20/01 748    RESPONSE IN OPPOSITION by USA as to Charles Clay re [619-1]
                motion to suppress evidence on the grounds of illegal
                search and seizure (dg) [Entry date 11/21/01]

11/20/01 750    SEALED DOCUMENT (sp) [Entry date 11/27/01]

11/20/01 751    SEALED DOCUMENT (sp) [Entry date 11/27/01]

11/21/01 749    MEMORANDUM by USA as to Joseph Silvestri in opposition to
                [704-1] motion to sever from all other defendants on the
                grounds of fundamental unfairness & denial of 6th Amendment
                right of compulsory process (dg) [Entry date 11/26/01]

11/26/01 752    MOTION by Giuseppe Bellitto to travel to Orlando on
                11/29/01 to 12/3/01 (dg) [Entry date 11/27/01]

11/27/01 753    ORDER as to Giuseppe Bellitto  denying [752-1] motion to
                travel to Orlando on 11/29/01 to 12/3/01 as to Giuseppe
                Bellitto (10), denying [734-1] motion to travel to Orlando
                on 11/29/01 to 12/3/01 as to Giuseppe Bellitto (10) (
                Signed by Judge Patricia A. Seitz on 11/26/01) [EOD Date:
                11/28/01] CCAP⚬ (dg) [Entry date 11/28/01]

11/28/01 (754)  Minutes of bond revocation hearing held on 11/28/01  before
                Magistrate Barry S. Seltzer as to David Morgenstern ;
                Court Reporter Name or Tape #:
                01-090-2306-3580/01-091-280-662 (dg) [Entry date 11/29/01]

11/28/01 --     Bond Revocation Hearing as to David Morgenstern  held (dg)
                [Entry date 11/29/01]

11/28/01 755    MOTION by Giuseppe Bellitto to travel to Orlando on
                12/13/01 to 12/17/01 (dg) [Entry date 11/29/01]

11/28/01 --     Motion hearing  as to Charles Clay re: [621-1] motion to
                suppress his post-arrest statements on the grounds they
                were elicited by the government in violation of his Miranda
                rights Motion hearing held, [619-1] motion to suppress
                evidence on the grounds of illegal search and seizure
                Motion hearing held   before Magistrate Barry L. Garber (dg)
                [Entry date 11/30/01]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/28/01  758    SEALED DOCUMENT (sp) [Entry date 11/30/01] *Vol.1 cont'd*

11/29/01  756    Minutes of hearing on motions to suppress held on 11/28/01
                 before Magistrate Barry L. Garber as to Charles Clay ;
                 Court Reporter Name or Tape #: Jerald Reeves (dg)
                 [Entry date 11/30/01]

11/29/01  757    Exhibit and Witness List by USA as to Charles Clay (dg)
                 [Entry date 11/30/01]

11/30/01  759    ORDER as to Doreen Russo  granting [743-1] motion to extend
                 deadline for filing pretrial motions  reset motion filing
                 deadline for 12/3/01 for Doreen Russo ( Signed by Judge
                 Patricia A. Seitz on 11/30/01) [EOD Date: 12/3/01] CCAP (dg)
                 [Entry date 12/03/01]

11/30/01  760    ORDER as to David Bell  denying [741-1] motion to extend
                 time to file pretrial motions as to David Bell (19) (
                 Signed by Judge Patricia A. Seitz on 11/30/01) [EOD Date:
                 12/3/01] CCAP (dg) [Entry date 12/03/01]

12/3/01   761    CJA 20 as to David Morgenstern : Appointment of Attorney
                 Scott Sakin (Signed by Magistrate Barry L. Garber on
                 12/3/01 nunc pro tunc 11/6/01) (dg) [Entry date 12/04/01]

12/3/01   762    OMNIBUS MOTION by Joseph Russo, Doreen Russo for further
                 essential discovery & other material(s) (dg)
                 [Entry date 12/04/01]

12/3/01   765    MOTION by Joseph Russo to suppress/exclude post-arrest
                 statements (dg) [Entry date 12/04/01]

12/3/01   766    MOTION with Memorandum in Support by Doreen Russo to sever
                 from trial of co-defendant Joseph Russo (dg)
                 [Entry date 12/04/01]

12/3/01   767    SEALED DOCUMENT (sp) [Entry date 12/05/01]

12/3/01   768    SEALED DOCUMENT (sp) [Entry date 12/05/01]

12/3/01   769    TRANSCRIPT filed as to Charles Clay  of Motion to Suppress
                 held 11/28/01 before Judge Barry L. Garber  Pages: 1-78.
                 Court Reporter: Jerald J. Reeves (gp) [Entry date 12/06/01]

12/3/01   763    JOINT MOTION  by Joseph Russo, Doreen Russo to produce all
                 Grand Jury transcripts related to the 2nd superseding
                 indictment, or, in the alternative, for judicial review
                 of same (dg) [Entry date 12/11/01]

12/3/01   764    JOINT MOTION by Joseph Russo, Doreen Russo to dismiss
                 counts 50-53 because 18:1957 is unconstitutional as
                 applied (dg) [Entry date 12/11/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

12/5/01    770    ORDER granting sealed joint motion to extend pretrail
                  motion deadline as to Joseph Russo, Doreen Russo  reset
                  motion filing deadline for 12/10/01 for Joseph Russo, for
                  Doreen Russo ( Signed by Judge Patricia A. Seitz on
                  12/4/01) [EOD Date: 12/6/01] CCAP※ (sp)
                  [Entry date 12/06/01]

*Vol. 1 cont'd*

12/5/01    771    ORDER as to Giuseppe Bellitto  granting [755-1] motion to
                  travel to Orlando on 12/13/01 to 12/17/01; Defendant shall
                  be permitted to travel to the Orlando area (Middle District
                  of Florida) for the period of 12/13/01 - 12/17/01 (Signed
                  by Judge Patricia A. Seitz on 12/4/01) [EOD Date: 12/6/01]
                  CCAP※ (ls) [Entry date 12/06/01]

12/6/01    772    ORDER as to Joseph Russo Motion hearing  before Magistrate
                  Barry L. Garber set for 10:00 12/21/01 for Joseph Russo for
                  [765-1] motion to suppress/exclude post-arrest statements
                  ( Signed by Magistrate Barry L. Garber on 12/6/01) [EOD
                  Date: 12/7/01] CCAP※ (dg) [Entry date 12/07/01]

12/10/01   773    ORDER as to Joseph Russo, Doreen Russo Motion hearing
                  before Magistrate Barry L. Garber set for 10:00 12/21/01
                  for Joseph Russo, for Doreen Russo for [762-1] motion for
                  further essential discovery & other material(s), set for
                  10:00 12/21/01 for Joseph Russo, for Doreen Russo for
                  [764-1] joint motion to dismiss counts 50-53 because
                  18:1957 is unconstitutional as applied, set for 10:00
                  12/21/01 for Joseph Russo, for Doreen Russo for [763-1]
                  joint motion to produce all Grand Jury transcripts related
                  to the 2nd superseding indictment, set for 10:00 12/21/01
                  for Joseph Russo, for Doreen Russo for [763-2] joint motion
                  for judicial review of same ( Signed by Magistrate Barry
                  L. Garber on 12/7/01) [EOD Date: 12/11/01] CCAP※ (dg)
                  [Entry date 12/11/01]

12/10/01   774    ORDER as to Joseph Silvestri  denying [704-1] motion to
                  sever from all other defendants on the grounds of
                  fundamental unfairness & denial of 6th Amendment right of
                  compulsory process as to Joseph Silvestri (5) ( Signed by
                  Magistrate Barry L. Garber on 12/10/01) [EOD Date:
                  12/11/01] CCAP※ (dg) [Entry date 12/11/01]

12/10/01   775    NOTICE of conflict by Fred Morgenstern (dg)
                  [Entry date 12/11/01]

12/10/01   776    SEALED DOCUMENT as to Fred Morgenstern (cj)
                  [Entry date 12/12/01]

12/12/01   777    ORDER as to David Bell  granting [701-1] motion in limine
                  regarding Rule 404b) evidence as to David Bell (19) (
                  Signed by Magistrate Barry L. Garber on 12/12/01) [EOD
                  Date: 12/13/01] CCAP※ (tb) [Entry date 12/13/01]

12/12/01   788    SEALED DOCUMENT (sp) [Entry date 12/26/01]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

12/12/01 789    SEALED DOCUMENT (sp) [Entry date 12/26/01]  Vol.I cont'd

12/14/01 778    ORDER as to John O'Sullivan Motion hearing before
                Magistrate Barry L. Garber set for 2:00 12/21/01 for John
                O'Sullivan for [742-1] motion to sever ( Signed by
                Magistrate Barry L. Garber on 12/14/01) [EOD Date:
                12/17/01] CCAP※ (rn) [Entry date 12/17/01]

12/14/01 779    JOINT UNOPPOSED MOTION by Joseph Russo to defer hearing on
                pending motions (rn) [Entry date 12/17/01]

12/14/01 (780)  Minutes of Status Conference held on 12/14/01  before Judge
                Patricia A. Seitz as to John Mamone, Fred Morgenstern,
                David Morgenstern, Joseph Silvestri, Michael Buccinna,
                Jeffrey Bass, Frederick Scarola, Mark Carattini, Anson
                Klinger, Charles Clay, Peggy Preston, Mark Weiss, Jacolyn
                Baruch, David Bell, Joseph Russo, John O'Sullivan, Doreen
                Russo ; Court Reporter Name or Tape #: D. Erlich (ls)
                [Entry date 12/17/01]

12/14/01 --     Status conference as to John Mamone, Fred Morgenstern,
                David Morgenstern, Joseph Silvestri, Michael Buccinna,
                Jeffrey Bass, Frederick Scarola, Mark Carattini, Anson
                Klinger, Charles Clay, Peggy Preston, Mark Weiss, Jacolyn
                Baruch, David Bell, Joseph Russo, John O'Sullivan, Doreen
                Russo held (ls) [Entry date 12/17/01]

12/14/01 781    UNOPPOSED MOTION by Michael Buccinna for Travel
                authorization (ls) [Entry date 12/17/01]

12/14/01 782    ORDER as to Michael Buccinna  granting [781-1] motion for
                Travel authorization as to Michael Buccinna (7) ( Signed by
                Magistrate Judge Lurana S. Snow on 12/14/01) [EOD Date:
                12/18/01] CCAP※ (tb) [Entry date 12/18/01]

12/14/01 790    SEALED DOCUMENT (sp) [Entry date 12/26/01]

12/14/01 791    SEALED DOCUMENT (sp) [Entry date 12/26/01]

12/18/01 783    UNOPPOSED MOTION by John O'Sullivan to continue hearing on
                Defendant's motion to sever (ls) [Entry date 12/19/01]

12/18/01 784    MOTION by Mark Carattini to Travel to North Carolina
                12/27/01 - 1/3/02 (ls) [Entry date 12/19/01]

12/18/01 (785)  MOTION by David Morgenstern for permission for Christmas
                Holiday visist and/or to attend Sunday Church (ls)
                [Entry date 12/19/01]

12/19/01 786    ORDER as to Mark Carattini  granting [784-1] motion to
                Travel to North Carolina 12/27/01 - 1/3/02 as to Mark
                Carattini (11) ( Signed by Judge Patricia A. Seitz on
                12/19/01) [EOD Date: 12/20/01] CCAP※ (ls)

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

                  [Entry date 12/20/01]
                                              *Vol. 1 cont'd*

12/19/01 787    ORDER as to Joseph Russo, Doreen Russo  granting [779-1]
                joint motion to defer hearing on pending motions as to
                Joseph Russo (24) ( Signed by Magistrate Barry L. Garber on
                12/18/01) [EOD Date: 12/20/01] CCAP (ls)
                [Entry date 12/20/01]

12/19/01 792    Minutes of change of plea held on 12/19/01  before Judge
                Patricia A. Seitz as to John Mamone ; granting [819-1]
                motion to Unseal 12/19/01 plea hearing and related documents
                as to John Mamone (2)  Court Reporter Name or Tape #: D.
                Ehrlich (sp) [Entry date 02/05/02] [Edit date 02/05/02]

12/19/01 793    Plea Agreement as to John Mamone (sp) [Entry date 02/05/02]

12/19/01 --     Change of Plea Hearing as to John Mamone  held (sp)
                [Entry date 02/05/02]

12/19/01 794    NOTICE of Hearing as to John Mamone :  setting Sentencing
                for 8:30 5/8/02 for John Mamone   before Judge Patricia A.
                Seitz (sp) [Entry date 02/05/02]

12/21/01 796    ORDER as to John O'Sullivan  granting [783-1] motion to
                continue hearing on Defendant's motion to sever as to John
                O'Sullivan (25) ( Signed by Magistrate Barry L. Garber on
                12/14/01) [EOD Date: 12/26/01] CCAP (ra)
                [Entry date 12/26/01]

12/26/01 797    TRANSCRIPT filed as to John Mamone  of Change of Plea held
                12/19/01  before Judge Patricia A. Seitz  Volume #: I
                Pages: 1-67. Court Reporter: David S. Ehrlich (gp)
                [Entry date 12/27/01]

12/26/01 798    MOTION by Mark Carattini to Travel (ls)
                [Entry date 12/28/01]

1/2/02   799    ORDER as to Mark Carattini  granting [798-1] motion to
                Travel as to Mark Carattini (11) ( Signed by Judge Patricia
                A. Seitz on 1/2/02) [EOD Date: 1/3/02] CCAP (tb)
                [Entry date 01/03/02]

1/2/02   800    NOTICE of Appearance for John Mamone by Attorney Neil M.
                Schuster (tb) [Entry date 01/03/02]

1/2/02   801    MOTION by Julius Bruce Chiusano to extend time of
                surrender date (tb) [Entry date 01/03/02]

1/3/02   (802)  ORDER as to David Morgenstern denying nunc pro tunc to
                12/29/01 [785-1] motion for permission for Christmas
                Holiday visist and/or to attend Sunday Church (Signed by
                Judge Patricia A. Seitz on 1/3/2) [EOD Date: 1/4/02] CCAP
                (sn) [Entry date 01/04/02]          *End Vol. 1*

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

*Begin Vol. 2*

1/4/02   803   MOTION by Fred Morgenstern for Court Appointed Attorney
               John R. Howes, Esq. to withdraw as attorney (ls)
               [Entry date 01/07/02]

1/7/02   804   ORDER as to Julius Bruce Chiusano  granting [801-1] motion
               to extend time of surrender date; Clerk of the Court shall
               reset the voluntary surrender date of 2/6/02 (Signed by
               Judge Patricia A. Seitz on 1/7/02) [EOD Date: 1/8/02] CCAP
               (ls) [Entry date 01/08/02]

1/9/02   805   OMNIBUS REPORT AND RECOMMENDATIONS  of Magistrate Barry L.
               Garber as to Charles Clay recommending that [621-1] motion
               to suppress his post-arrest statements on the grounds they
               were elicited by the government in violation of his Miranda
               rights be DENIED, and [619-1] motion to suppress evidence on
               the grounds of illegal search and seizure be GRANTED. Motion
               no longer referred. Signed on: 1/9/023 Objections to R and R
               due by 1/19/02 CCAP (wc) [Entry date 01/10/02]
               [Edit date 01/10/02]

1/9/02   806   ORDER as to Fred Morgenstern Motion hearing  before
               Magistrate Barry L. Garber set for 2:00 1/11/02 for [803-1]
               motion for Court Appointed Attorney John R. Howes, Esq. to
               withdraw as attorney ( Signed by Magistrate Barry L.
               Garber on 1/9/02) [EOD Date: 1/10/02] CCAP (wc)
               [Entry date 01/10/02]

1/9/02   807   TRANSCRIPT filed as to Joseph Spitaleri  of sentence held
               11/13/01  before Judge Patricia A. Seitz, J.  Volume #: I
               Pages: 1-26 (ga) [Entry date 01/10/02]

1/9/02   808   Specially Requested Questions to the Prospective Jurors by
               Charles Clay (wc) [Entry date 01/10/02]

1/9/02   --    Restitution hearing as to Joseph Spitaleri  held (wc)
               [Entry date 01/14/02]

1/11/02  809   ORDER as to Joseph Spitaleri that the Court has determined
               that the most efficient manner to pay the restitution is to
               pay first those 30 victims who are owed $3,007 or less. The
               parties are instructed to contact this Court no later than
               4:00pm today, January 11, 2002, if they have any objections
               to this notice ( Signed by Judge Patricia A. Seitz on
               1/11/02) [EOD Date: 1/14/02] CCAP (wc)
               [Entry date 01/14/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Vol. 2 cont'd

1/11/02   810   Minutes of Restitution hearing held on 1/9/02 before Judge
                Patricia A. Seitz as to Joseph Spitaleri ; Govt provides
                list of victims and amounts, totalling $1,757,438.17 J&S.
                16 victims requested additional sums for interest and
                attorneys fees.  Govt believes these victims have civil
                remedies they can pursue.  $8,018.06 and under to be paid
                1st.  Remainder of fee to be paid pro rata.  Any and all
                assets signed to be transferred to restitution fund.
                $25,000 cash, van and jewelry seized from Spitaleri be
                transferred to restitution fund.  $100 per month to be paid
                to restitution until surrender.  Surrender date extended to
                4/15/02. Court Reporter Name or Tape #: D. Ehrlich (wc)
                [Entry date 01/14/02]

1/11/02   811   RESPONSE by Charles Clay to [803-1] motion for Court
                Appointed Attorney John R. Howes, Esq. to withdraw as
                attorney (wc) [Entry date 01/14/02]

1/11/02   --    Motion hearing as to Fred Morgenstern re: [803-1] motion
                for Court Appointed Attorney John R. Howes, Esq. to
                withdraw as attorney Motion hearing held  before
                Magistrate Barry L. Garber (wc) [Entry date 01/14/02]

1/11/02   812   Minutes of Motion for Court Appointed Counsel to Withdraw
                held on 1/11/02 before Magistrate Barry L. Garber as to
                Fred Morgenstern ; Court Reporter Name or Tape #:
                02C-6-1080 (wc) [Entry date 01/14/02]

1/11/02   813   ORDER as to Fred Morgenstern  granting [803-1] motion for
                Court Appointed Attorney John R. Howes, Esq. to withdraw as
                attorney (Terminated: attorney John Robert Howes) for
                appointment of William Norris as CJA counsel ( Signed by
                Magistrate Barry L. Garber on 1/11/02) [EOD Date: 1/14/02]
                CCAP (wc) [Entry date 01/14/02]

1/11/02   814   AMENDED JUDGMENT:  Joseph Spitaleri (14) count(s) 1s.
                (Original Info): Imprisoned for term of 58 months and 3
                years of supervised release; Assessment $100; AMENDED
                JUDGMENT INFO: Imprisonment for a term of 58 months.
                Supervised release for a period of 3 years.  Assessment of
                $100.00.  Restitution in the amount of $1,757,438.17. (
                Signed by Judge Patricia A. Seitz on 1/11/02) [EOD Date:
                1/14/02]  CCAP (wc) [Entry date 01/14/02]

1/15/02   815   Judgment Returned Executed as to Giuseppe Bellitto on
                1/2/02 at FCI Miami, FL (wc) [Entry date 01/16/02]

1/15/02   816   NOTICE of Conflict in Schedule by Charles Clay (wc)
                [Entry date 01/16/02]

1/16/02   817   MOTION by Fred Morgenstern for Bill of Particulars (wc)
                [Entry date 01/17/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

1/16/02  818    ORDER as to Charles Clay that the trial in this matter will
                commence on 2/11/02, and no continuances will be
                considered.  If Mr. Hamar is in trial in Case No.
                00-6211-Cr-Hurley,  Defendant Clay will be expected to
                proceed to trial on 2/11 with his co-counsel, Jon May, or
                other new counsel of his choice ( Signed by Judge Patricia
                A. Seitz on 1/16/02) [EOD Date: 1/17/02] CCAP※ (wc)
                [Entry date 01/17/02]                    *Vol.2 cont'd*

1/16/02  819    MOTION by USA  as to John Mamone to Unseal 12/19/01 plea
                hearing and related documents (sp) [Entry date 01/18/02]

1/17/02  820    Minutes of Change of Plea held on 1/16/02  before Judge
                Patricia A. Seitz as to John O'Sullivan ; GUILTY: John
                O'Sullivan (25) count(s) 1  Court Reporter Name or Tape #:
                David Ehrlich (gp) [Entry date 01/22/02]

1/17/02  821    Plea Agreement as to John O'Sullivan (gp)
                [Entry date 01/22/02]

1/17/02  822    NOTICE of Hearing as to John O'Sullivan :  Setting
                Sentencing for 8:30 4/23/02 for John O'Sullivan  before
                Judge Patricia A. Seitz (gp) [Entry date 01/22/02]

1/22/02  823    MOTION by Frederick Scarola to continue trial, or in the
                alternative to sever (tb) [Entry date 01/23/02]

1/22/02  824    MOTION by Fred Morgenstern to Travel (tb)
                [Entry date 01/23/02]

1/22/02  951    ORDER as to Charles Clay; Continuing the trial for one (1)
                week. The trial in this case will commence one (1) day
                after the verdict is rendered in Case 00-6211-CR-Hurley
                (Signed by Judge Patricia A. Seitz on 1/22/02) [EOD Date:
                4/16/02] CCAP※ (ls) [Entry date 04/16/02]

1/24/02  825    ORDER as to Fred Morgenstern  denying [824-1] motion to
                Travel ( Signed by Judge Patricia A. Seitz on 1/24/02) [EOD
                Date: 1/24/02] CCAP※ (wc) [Entry date 01/24/02]

1/24/02  826    UNOPPOSED MOTION by David Morgenstern to continue trial
                date (wc) [Entry date 01/25/02]

1/24/02  827    EX PARTE MOTION by Fred Morgenstern for advance
                authorization of investigative funds under the CJA (wc)
                [Entry date 01/25/02]

1/24/02  828    MOTION by Joseph Silvestri to continue trial (wc)
                [Entry date 01/25/02]

1/24/02  829    NOTICE of Change of Address of party by Fred Morgenstern (wc)
                [Entry date 01/25/02]

1/24/02  --     Change of Plea Hearing as to Mark Carattini  held (wc)

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

                    [Entry date 01/25/02]

1/24/02   830    Minutes of Change of Plea hearing held on 1/24/02  before
                 Judge Patricia A. Seitz as to Mark Carattini ;   Court
                 Reporter Name or Tape #: D. Ehrlich (wc)
                 [Entry date 01/25/02]                    *Vol. 2 cont'd*

1/24/02   --     PLEA entered by Mark Carattini . Court accepts plea.
                 GUILTY: Mark Carattini (11) count(s) 1ss (wc)
                 [Entry date 01/25/02]

1/24/02   831    NOTICE of Hearing as to Mark Carattini :  set Sentencing
                 for 8:30 4/12/02 before Judge Patricia A. Seitz (wc)
                 [Entry date 01/25/02]

1/28/02   832    TRANSCRIPT filed as to Giuseppe Bellitto  of Sentence held
                 9/28/01  before Judge Patricia A. Seitz, J.  Volume #: I
                 Pages: 1-18 (ga) [Entry date 01/28/02]

1/28/02   833    TRANSCRIPT filed as to Julius Bruce Chiusano  of sentence
                 held 11/09/01  before Judge Patricia A. Seitz, J.  Volume
                 #: I  Pages: 1-49 (ga) [Entry date 01/28/02]

1/28/02   --     Change of Plea Hearing as to Michael Buccinna  held (wc)
                 [Entry date 01/29/02]

1/28/02   834    Minutes of Change of Plea held on 1/28/02  before Judge
                 Patricia A. Seitz as to Michael Buccinna ;   Court Reporter
                 Name or Tape #: D. Ehrlich (wc) [Entry date 01/29/02]

1/28/02   --     PLEA entered by Michael Buccinna . Court accepts plea.
                 GUILTY: Michael Buccinna (7) count(s) 1ss (wc)
                 [Entry date 01/29/02]

1/28/02   835    Plea Agreement as to Michael Buccinna (wc)
                 [Entry date 01/29/02]

1/28/02   836    NOTICE of Hearing as to Michael Buccinna :  set Sentencing
                 for 9:00 4/12/02 for Michael Buccinna   before Judge
                 Patricia A. Seitz (wc) [Entry date 01/29/02]

1/28/02   837    MOTION by Fred Morgenstern for 10-day reports and daily
                 logs of Court authorized telephone intercepts (wc)
                 [Entry date 01/29/02]

1/29/02   (838)  ORDER as to David Morgenstern, Joseph Silvestri Motion
                 hearing  before Judge Patricia A. Seitz set for 8:30 2/6/02
                 for [828-1] motion to continue trial, set for 8:30 2/6/02
                 for [826-1] motion to continue trial date; Mr. Sakin,
                 counsel for David Morgenstern, shall have prepared for in
                 camera presentation to this Court on 2/5/02 at 10:00am, the
                 matters referred to in paragraphs 17a-c of his motion (
                 Signed by Judge Patricia A. Seitz on 1/29/02) [EOD Date:
                 1/30/02] CCAP (wc) [Entry date 01/30/02]

Docket as of August 28, 2003 8:30 am                      Page 132

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

1/29/02   839   UNOPPOSED AND AGREED MOTION by Mark Carattini to Travel to
                Biloxi, Mississippi from 1/31/02 through 2/4/02 (wc)
                [Entry date 01/30/02]

                                                   VOl.2 cont'd

1/29/02   840   CJA 20 as to Fred Morgenstern : Appointment of Attorney
                William M. Norris ( Signed by Magistrate Barry L. Garber
                on 1/29/02) (cj) [Entry date 01/30/02]

1/29/02   --    Change of Plea Hearing as to Anson Klinger  held (ra)
                [Entry date 01/31/02]

1/29/02   --    PLEA entered by Anson Klinger . Court accepts plea.
                GUILTY: Anson Klinger (13) count(s) 1sss (ra)
                [Entry date 01/31/02]

1/30/02   841   CJA 20 as to Fred Morgenstern : Appointment of Attorney
                John R. Howes. Signed by Magistrate Judge Robert L. Dube on
                1/30/02 npt 11/20/00) (sp) [Entry date 01/31/02]

1/30/02   842   SUPERSEDING INFORMATION as to  Anson Klinger (13) count(s)
                1sss (Criminal Category 1) (ra) [Entry date 01/31/02]

1/30/02   843   WAIVER OF INDICTMENT by Anson Klinger (ra)
                [Entry date 01/31/02]

1/30/02   844   Minutes of Change of Plea held on 01/29/02  before Judge
                Patricia A. Seitz as to Anson Klinger ;  Court Reporter
                Name or Tape #: D. Ehrlich (ra) [Entry date 01/31/02]

1/30/02   845   Plea Agreement as to Anson Klinger (ra)
                [Entry date 01/31/02]

1/30/02   846   NOTICE of Hearing as to Anson Klinger :  Setting
                Sentencing for 8:30 4/10/02 for Anson Klinger   before
                Judge Patricia A. Seitz (ra) [Entry date 01/31/02]

1/30/02   854   ORDER as to John Mamone  granting [819-1] motion to Unseal
                12/19/01 plea hearing and related documents (DE
                792,793,794) ( Signed by Judge Patricia A. Seitz on
                1/16/02) [EOD Date: 2/5/02] (sp) [Entry date 02/05/02]

1/31/02   847   EMERGENCY MOTION by Fred Morgenstern for permission to
                Travel (cj) [Entry date 02/01/02]

1/31/02   848   MOTION by Charles Clay for order setting trial of the
                instant case to begin one week following the conclusion of
                the trial in the case of United States v. Samhan, case no.
                00-cr-6211-Hurley (cj) [Entry date 02/01/02]

1/31/02   849   NOTICE of Unavailability by Fred Morgenstern  for dates of:
                3/8/01 - 4/5/01 (cj) [Entry date 02/01/02]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

2/1/02    850    ORDER on Emergency Motion to Travel, may travel to
                 Anderson, South Carolina to surrender himself on 2/4/02 in
                 case no. C/A no. 6;00-236-3 as to Fred Morgenstern granting
                 [847-1] motion for permission to Travel as to Fred
                 Morgenstern (3) ( Signed by Judge Patricia A. Seitz on
                 2/1/02) [EOD Date: 2/4/02] CCAP✂ (cj) [Entry date 02/04/02]

2/1/02    851    ORDER as to Mark Carattini  granting [839-1] motion to
                 Travel to Biloxi, Mississippi from 1/31/02 through 2/4/02
                 as to Mark Carattini (11) ( Signed by Magistrate Barry L.
                 Garber on 1/31/02) [EOD Date: 2/4/02] CCAP✂ (cj)
                 [Entry date 02/04/02]

2/1/02   (852)   UNOPPOSED MOTION by David Morgenstern to permit defendant
                 to reside at home (cj) [Entry date 02/04/02]

2/1/02    853    SUPPLEMENTAL MOTION by Joseph Silvestri to continue for
                 Joe Silvestri (cj) [Entry date 02/04/02]

2/4/02    855    Minutes of change of plea held on 2/4/02  before Judge
                 Patricia A. Seitz as to David Bell ; GUILTY: David Bell
                 (19) count(s) 1ss  Court Reporter Name or Tape #: D.
                 Ehrlich (sp) [Entry date 02/05/02]

2/4/02    --     Change of Plea Hearing as to David Bell  held (sp)
                 [Entry date 02/05/02]

2/4/02    856    Plea Agreement as to David Bell (sp) [Entry date 02/05/02]

2/4/02    857    NOTICE of Hearing as to David Bell :  setting Sentencing
                 for 8:30 4/17/02 for David Bell  before Judge Patricia A.
                 Seitz (sp) [Entry date 02/05/02]

2/4/02    858    MOTION by Joseph Silvestri for an order directing the U.S.
                 Marshals Service to serve defense witnesses to trial (sp)
                 [Entry date 02/05/02]

2/5/02    859    SEALED DOCUMENT (sp) [Entry date 02/06/02]

2/5/02    860    MOTION by Mark Weiss for authorization to receive daily
                 transcripts of trial proceedigs (ls) [Entry date 02/06/02]

2/5/02    861    ORDER as to Fred Morgenstern  denying [817-1] motion for
                 Bill of Particulars as to Fred Morgenstern (3) ( Signed by
                 Magistrate Barry L. Garber on 2/05/02) [EOD Date: 2/6/02]
                 CCAP✂ (ls) [Entry date 02/06/02]

2/6/02    862    MOTION by USA  as to Fred Morgenstern for revocation of
                 Bond (cj) [Entry date 02/07/02]

2/7/02    864    Minutes of pretrial conference held on 2/6/02  before Judge
                 Patricia A. Seitz as to Charles Clay, Joseph Russo ;  Court
                 Reporter Name or Tape #: D.Ehrlich (cj)
                 [Entry date 02/08/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                   CLOSED APPEAL

| 2/7/02 | -- | Pre-trial conference as to Charles Clay, Joseph Russo held (cj) [Entry date 02/08/02] *VOL 2) Cont'd* |
|---|---|---|
| 2/7/02 | 865 | ORDER as to Joseph Silvestri granting [858-1] motion for an order directing the U.S. Marshals Service to serve defense witnesses to trial as to Joseph Silvestri (5) ( Signed by Judge Patricia A. Seitz on 2/7/02) [EOD Date: 2/8/02] CCAP✿ (cj) [Entry date 02/08/02] |
| 2/7/02 | 866 | ORDER adopting as to Charles Clay [805-1] report and recommendations denying [765-1] motion to suppress/exclude post-arrest statements as to Joseph Russo (24) ( Signed by Judge Patricia A. Seitz on 2/7/02) [EOD Date: 2/8/02] CCAP (cj) [Entry date 02/08/02] |
| 2/7/02 | 867 | NOTICE of Change of Address of attorney by Peggy Preston (cj) [Entry date 02/08/02] |
| 2/8/02 | 863 | TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern, Joseph Silvestri, Frederick Scarola, Mark Weiss, Joseph Russo, Doreen Russo of Status Conference held 2/6/02 before Judge Patricia A. Seitz, J. Volume #: I Pages: 1-13 (ga) [Entry date 02/08/02] *SEE VOL 4 OF USA14 02/04/1.* |
| 2/11/02 | 868 | TRANSCRIPT filed as to Peggy Preston of plea colloquy held 10/03/01 before Judge Patricia A. Seitz Pages: 1-48 (ga) [Entry date 02/12/02] |
| 2/11/02 | 869 | MOTION by Mark Weiss for permission to Travel (cj) [Entry date 02/12/02] |
| 2/12/02 | 870 | Judgment Returned Executed as to Julius Bruce Chiusano on 2/6/02 at BOP Miami, FL (cj) [Entry date 02/13/02] |
| 2/12/02 | 871 | MOTION by Julius Bruce Chiusano to Exonerate Bond (ws) [Entry date 02/13/02] |
| 2/13/02 | 872 | ORDER as to Mark Weiss granting [869-1] motion for permission to Travel consistent with all instructions of PTS Officer Jose Perez as to Mark Weiss (17) ( Signed by Judge Patricia A. Seitz on 2/13/02) [EOD Date: 2/14/02] CCAP✿ (ct) [Entry date 02/14/02] |
| 2/14/02 | 873 | PETITION and ORDER for Action on Conditions of pretrial as to Fred Morgenstern ( Signed by Judge Patricia A. Seitz on 2/7/02) [EOD Date: 2/15/02] (cj) [Entry date 02/15/02] |
| 2/14/02 | 874 | ORDER as to Fred Morgenstern, Joseph Russo, Joseph Silvestri granting [853-1] motion to continue for Joe Silvestri as to Joseph Silvestri (5) ( Signed by Judge Patricia A. Seitz on 2/14/02) [EOD Date: 2/15/02] CCAP✿ (cj) [Entry date 02/15/02] |

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

2/19/02   875    ORDER as to Fred Morgenstern  granting [837-1] motion for
                 10-day reports and daily logs of Court authorized telephone
                 intercepts as to Fred Morgenstern (3) ( Signed by
                 Magistrate Barry L. Garber on 2/19/02) [EOD Date: 2/20/02]
                 CCAP (sk) [Entry date 02/20/02]

2/20/02   876    ADMINISTRATIVE ORDER as to Steve Raffa, is hereby
                 transferred United States Magistrate Judge William
                 P.Dimitrouleas per order DE#874 (Signed by Magistrate Barry
                 L. Garber on 2/19/02) [EOD Date: 2/21/02] CCAP (cj)
                 [Entry date 02/21/02] [Edit date 02/21/02]

2/20/02   877    TRANSCRIPT filed as to Fred Morgenstern  of Bond Hearing
                 held 2/7/02  before Judge Linnea R. Johnson  Pages: 1-34 (nc)
                 [Entry date 02/21/02]

2/20/02   878    Plea Agreement as to Mark Carattini (cj)
                 [Entry date 02/21/02]

2/21/02   --     PLEA entered by Mark Carattini . Court accepts plea.
                 GUILTY: Mark Carattini (11) count(s) 1ss (cj)
                 [Entry date 02/21/02]

2/21/02   879    MOTION with Memorandum in Support by USA  as to Fred
                 Morgenstern for reconsideration of [875-1] order (cj)
                 [Entry date 02/22/02]

2/22/02   880    ORDER as to Julius Bruce Chiusano  granting [871-1] motion
                 to Exonerate Bond as to Julius Bruce Chiusano (6) ( Signed
                 by Judge Patricia A. Seitz on 2/21/02) [EOD Date: 2/26/02]
                 CCAP (lk) [Entry date 02/26/02]

2/22/02   881    MOTION by David Bell to Travel (lk) [Entry date 02/26/02]

2/25/02   882    MOTION by David Bell to modify conditions of Bond (cj)
                 [Entry date 02/26/02]

2/26/02   883    ORDER as to Paul Difilippi for dismissal of indictment (
                 Signed by Judge Patricia A. Seitz on 2/26/02) [EOD Date:
                 2/27/02] CCAP (cj) [Entry date 02/27/02]

2/26/02   --     DISMISSAL of Count(s) on Government Motion as to Paul
                 Difilippi  Terminated motions:  Counts Dismissed: (cj)
                 [Entry date 02/27/02]

2/26/02   884    ORDER as to David Bell  denying [882-1] motion to modify
                 conditions of Bond as to David Bell (19), denying [881-1]
                 motion to Travel as to David Bell (19) ( Signed by Judge
                 Patricia A. Seitz on 2/26/02) [EOD Date: 2/27/02] CCAP (cj)
                 [Entry date 02/27/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

2/27/02   885    ORDER as to Fred Morgenstern Motion hearing before
                 Magistrate Barry L. Garber set for 3:30 3/5/02 for Fred
                 Morgenstern for [879-1] motion for reconsideration of
                 [875-1] order ( Signed by Magistrate Barry L. Garber on
                 2/27/02) [EOD Date: 2/28/02] CCAP⚹ (ct)
                 [Entry date 02/28/02]                    *Vol. 2 Cont'd*

3/1/02    886    JOINT MOTION by Peggy Preston and the United States to
                 continue sentencing (cj) [Entry date 03/04/02]

3/1/02    887    UNOPPOSED MOTION by USA as to Fred Morgenstern to reset
                 Hearing on [879-1] motion for reconsideration of [875-1]
                 order (cj) [Entry date 03/04/02]

3/4/02    888    ORDER as to Fred Morgenstern granting [887-1] motion to
                 reset Hearing on [879-1] motion for reconsideration of
                 [875-1] order as to Fred Morgenstern (3) Motion hearing
                 before Magistrate Barry L. Garber set for 2:00 3/10/02 for
                 Fred Morgenstern for [879-1] motion for reconsideration of
                 [875-1] order ( Signed by Magistrate Barry L. Garber on
                 3/1/02) [EOD Date: 3/5/02] CCAP⚹ (cj) [Entry date 03/05/02]

3/5/02    889    ORDER CONTINUING SENTENCING as to Peggy Preston granting
                 [886-1] motion to continue sentencing as to Peggy Preston
                 (16)  Resetting Sentencing for 8:30 6/3/02 for Peggy
                 Preston before Judge Patricia A. Seitz ( Signed by Judge
                 Patricia A. Seitz on 03/04/02) [EOD Date: 3/6/02] CCAP⚹ (ra)
                 [Entry date 03/06/02]

3/5/02    890    MOTION by Doreen Russo to condolidate/continue plea and
                 sentencing (ra) [Entry date 03/06/02]

3/5/02    (891)  ORDER as to Fred Morgenstern, David Morgenstern, Joseph
                 Silvestri, Frederick Scarola, Charles Clay transferring
                 case to the Honorable William P. Dimitrouleas ( Signed by
                 Judge Patricia A. Seitz on 3/4/02) [EOD Date: 3/6/02] CCAP⚹
                 (cj) [Entry date 03/06/02]

3/7/02    892    ORDER as to Doreen Russo denying [890-1] motion to
                 condolidate/continue plea and sentencing as to Doreen Russo
                 (26) ( Signed by Judge Patricia A. Seitz on 3/7/02) [EOD
                 Date: 3/8/02] CCAP⚹ (cj) [Entry date 03/08/02]

3/7/02    893    MOTION by David Bell for permission to Travel (cj)
                 [Entry date 03/08/02]

3/7/02    894    ORDER as to Mark Weiss denying [860-1] motion for
                 authorization to receive daily transcripts of trial
                 proceedigs as to Mark Weiss (17) ( Signed by Judge William
                 P. Dimitrouleas on 3/7/02) [EOD Date: 3/8/02] CCAP⚹ (lh)
                 [Entry date 03/08/02]

3/8/02    895    SUPERSEDING INFORMATION as to Doreen Russo (26) count(s)
                 1s (Criminal Category 1) (dg) [Entry date 03/11/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

3/8/02    896    WAIVER OF INDICTMENT by Doreen Russo (dg)
                 [Entry date 03/11/02]

*Vol. 2 cont'd*

3/8/02    897    Plea Agreement as to Doreen Russo (dg) [Entry date 03/11/02]

3/8/02    898    Minutes of change of plea held on 3/8/02  before Judge
                 Patricia A. Seitz as to Doreen Russo ; GUILTY: Doreen
                 Russo (26) count(s) 1s  Court Reporter Name or Tape #:
                 David Ehrlich (dg) [Entry date 03/11/02]

3/8/02    899    Plea Agreement as to Joseph Russo (dg) [Entry date 03/11/02]

3/8/02    900    Minutes of change of plea held on 3/8/02  before Judge
                 Patricia A. Seitz as to Joseph Russo ;  Court Reporter Name
                 or Tape #: David Ehrlich (dg) [Entry date 03/11/02]

3/8/02    901    NOTICE of Hearing as to Joseph Russo, Doreen Russo :  set
                 Sentencing for 8:30 5/30/02 for Joseph Russo, for Doreen
                 Russo  before Judge Patricia A. Seitz (dg)
                 [Entry date 03/11/02]

3/8/02    --     PLEA entered by Joseph Russo . Court accepts plea. GUILTY:
                 Joseph Russo (20) count(s) 1 (dg) [Entry date 03/18/02]

3/11/02   902    ORDER as to David Bell  granting [893-1] motion for
                 permission to Travel as to David Bell (19) ( Signed by
                 Judge Patricia A. Seitz on 3/11/02) [EOD Date: 3/13/02]
                 CCAP (dg) [Entry date 03/13/02]

3/11/02   903    Minutes of hearing on motion for reconsideration held on
                 3/11/02 before Magistrate Barry L. Garber as to Fred
                 Morgenstern; Court Reporter Name or Tape #:
                 02C-22-2859-end/23-01-236 (dg) [Entry date 03/13/02]

3/11/02   904    MOTION by Joseph Russo to modify bond (dg)
                 [Entry date 03/13/02]

3/12/02   --     Motion hearing  as to Joseph Russo re: [904-1] motion to
                 modify bond  before Magistrate Judge William C. Turnoff (dg)
                 [Entry date 03/14/02]

3/13/02   905    Minutes of hearing on motion to modify bond held on 3/12/02
                 before Magistrate Judge William C. Turnoff as to Joseph
                 Russo ;  Court Reporter Name or Tape #: 02G-18-2137 (dg)
                 [Entry date 03/14/02]

3/13/02   906    ORDER as to Fred Morgenstern  granting [879-1] motion for
                 reconsideration of [875-1] order as to Fred Morgenstern
                 (3), vacating [875-1] order as to Fred Morgenstern (3),
                 denying [837-1] motion for 10-day reports and daily logs of
                 Court authorized telephone intercepts ( Signed by
                 Magistrate Barry L. Garber on 3/13/02) [EOD Date: 3/14/02]
                 CCAP (dg) [Entry date 03/14/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

*Vol. 2 cont'd*

3/13/02   907   ORDER as to Joseph Russo  granting [904-1] motion to modify
                bond as to Joseph Russo (20) setting Special Conditions:
                Comply with additional conditions: electronic monitoring is
                eliminated; home confinement with prior auth/itinerary from
                PTS; PTS must advise USA of deft's itinerary; deft
                permitted to use computer (Signed by Magistrate Judge
                William C. Turnoff on 3/13/02) [EOD Date: 3/14/02] CCAP (dg)
                [Entry date 03/14/02]

3/13/02   908   SUPPLEMENT by USA as to Fred Morgenstern  to: [862-1]
                motion for revocation of Bond (dg) [Entry date 03/14/02]

3/15/02   909   ORDER as to Fred Morgenstern [862-1] motion for revocation
                of bond defer ruling for five days (Signed by Judge William
                P. Dimitrouleas on 3/15/02) [EOD Date: 3/18/02] CCAP (ss)
                [Entry date 03/18/02]

3/15/02   910   SEALED DOCUMENT (sp) [Entry date 03/18/02]

3/15/02   911   SEALED DOCUMENT (sp) [Entry date 03/18/02]

3/19/02   912   TRANSCRIPT filed as to Joseph Russo, Doreen Russo  of
                change of plea held 3/8/02  before Judge Patricia A. Seitz,
                J. Volume #: I  Pages: 1-81 (ga) [Entry date 03/19/02]

3/20/02   913   MOTION by Joseph Spitaleri to extend surrender date (dg)
                [Entry date 03/21/02]

3/20/02   914   MOTION by Anson Klinger to extend time to file objections
                to PSI (dg) [Entry date 03/21/02]

3/20/02   916   SEALED DOCUMENT (ct) [Entry date 03/21/02]

3/21/02   915   TRANSCRIPT filed as to Joseph Spitaleri  of restitution
                hearing held 1/9/02  before Judge Patricia A. Seitz, J.
                Volume #: I  Pages: 1-25 (ga) [Entry date 03/21/02]

3/22/02   917   ORDER as to Joseph Spitaleri granting [913-1] motion to
                extend surrender date to 6/15/02 as to Joseph Spitaleri (14)
                (Signed by Judge Patricia A. Seitz on 3/22/02) [EOD Date:
                3/25/02] CCAP (dg) [Entry date 03/25/02]
                [Edit date 03/25/02]

3/22/02   918   RESPONSE re defendant's bond status by Fred Morgenstern (dg)
                [Entry date 03/25/02]

3/22/02   919   APPEAL of Magistrate Decision to District Court by Fred
                Morgenstern re: [906-1] order (dg) [Entry date 03/25/02]

3/22/02   919   MOTION by Fred Morgenstern for authorization to incur
                investigative expenses (dg) [Entry date 03/25/02]


Docket as of August 28, 2003 8:30 am                    Page 139

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

3/25/02   920   ORDER as to Fred Morgenstern defer ruling for five days on
                appeal from Magistrate's denial of discovery on motion for
                expenses (Signed by Judge William P. Dimitrouleas on
                3/25/02) [EOD Date: 3/25/02] CCAP※ (ss)
                [Entry date 03/25/02]

*Vol. 2 cont'd*

3/25/02   921   ORDER as to Fred Morgenstern granting [862-1] motion for
                revocation of bond as to Fred Morgenstern (3) (Signed by
                Judge William P. Dimitrouleas on 3/25/02) [EOD Date:
                3/25/02] CCAP※ (ss) [Entry date 03/25/02]

3/25/02   922   ORDER as to Anson Klinger  granting [914-1] motion to
                extend time to file objections to PSI until 3/27/02 as to
                Anson Klinger (13) ( Signed by Judge Patricia A. Seitz on
                3/25/02) [EOD Date: 3/26/02] CCAP※ (dg)
                [Entry date 03/26/02]

3/27/02   923   RESPONSE/OBJECTION by David Bell to Presentence
                Investigation Report (dg) [Entry date 03/28/02]

3/27/02   924   MOTION by USA  as to Jeffrey Bass to continue sentencing (dg)
                [Entry date 03/28/02]

3/27/02   925   MOTION by USA  as to David Bell to continue sentencing (dg)
                [Entry date 03/28/02]

3/28/02   926   RESPONSE by USA as to Fred Morgenstern to [919-1]
                Magistrate appeal, [919-1] motion for authorization to
                incur investigative expenses (ss) [Entry date 03/29/02]

3/28/02   927   RESPONSE & OBJECTION by Michael Buccinna to Presentence
                Investigation Report (dg) [Entry date 03/29/02]

3/28/02   928   MOTION by USA  as to Jacolyn Baruch to continue
                sentencing (dg) [Entry date 03/29/02]

3/28/02   929   MOTION by USA as to John O'Sullivan to continue
                sentencing (dg) [Entry date 03/29/02]

4/1/02    930   ORDER as to Charles Clay dismissing indictment (Signed by
                Judge William P. Dimitrouleas on 4/1/02) [EOD Date: 4/2/02]
                CCAP※ (ss) [Entry date 04/02/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

4/1/02     --      DISMISSAL of Count(s) on Government Motion as to Charles
                   Clay Terminated motions: [848-1] motion for order setting
                   trial of the instant case to begin one week following the
                   conclusion of the trial in the case of United States v.
                   Samhan, case no. 00-cr-6211-Hurley as to Charles Clay (15),
                   [621-1] motion to suppress his post-arrest statements on
                   the grounds they were elicited by the government in
                   violation of his Miranda rights as to Charles Clay (15),
                   [619-1] motion to suppress evidence on the grounds of
                   illegal search and seizure as to Charles Clay (15), Counts
                   Dismissed: Charles Clay (15) count(s) 2ss, 2s, 2, 3ss, 3s,
                   3 (ss) [Entry date 04/02/02]

                                                    *Vol. 2 Cont'd*

4/1/02     931     ORDER as to Frederick Scarola dismissing indictment
                   (Signed by Judge William P. Dimitrouleas on 4/1/02) [EOD
                   Date: 4/2/02] CCAP☒ (ss) [Entry date 04/02/02]

4/1/02     --      DISMISSAL of Count(s) on Government Motion as to Frederick
                   Scarola Terminated motions: [823-1] motion to continue
                   trial as to Frederick Scarola (9), [823-2] motion to sever
                   as to Frederick Scarola (9), Counts Dismissed: Frederick
                   Scarola (9) count(s) 3ss, 3s, 3 (ss) [Entry date 04/02/02]

4/1/02     932     UNOPPOSED MOTION by USA  as to Mark Carattini to continue
                   sentencing hearing for 60 days (tb) [Entry date 04/02/02]

4/2/02     933     ORDER as to Jeffrey Bass  granting [924-1] motion to
                   continue sentencing as to Jeffrey Bass (8)  reset
                   Sentencing for 9:00 6/11/02 for Jeffrey Bass  before Judge
                   Patricia A. Seitz ( Signed by Judge Patricia A. Seitz on
                   4/2/02) [EOD Date: 4/3/02] CCAP☒ (dg) [Entry date 04/03/02]

4/2/02     934     ORDER as to John O'Sullivan  granting [929-1] motion to
                   continue sentencing as to John O'Sullivan (21)  reset
                   Sentencing for 8:30 6/11/02 for John O'Sullivan  before
                   Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                   Seitz on 4/2/02) [EOD Date: 4/3/02] CCAP☒ (dg)
                   [Entry date 04/03/02]

4/2/02     935     ORDER as to Jacolyn Baruch  granting [928-1] motion to
                   continue sentencing as to Jacolyn Baruch (18)  reset
                   Sentencing for 9:00 6/12/02 for Jacolyn Baruch  before
                   Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                   Seitz on 4/2/02) [EOD Date: 4/3/02] CCAP☒ (dg)
                   [Entry date 04/03/02]

4/2/02     936     ORDER as to David Bell  granting [925-1] motion to continue
                   sentencing as to David Bell (19)  reset Sentencing for
                   8:30 6/12/02 for David Bell  before Judge Patricia A.
                   Seitz ( Signed by Judge Patricia A. Seitz on 4/2/02) [EOD
                   Date: 4/3/02] CCAP☒ (dg) [Entry date 04/03/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

4/3/02    937    ORDER as to Fred Morgenstern denying [919-1] motion for
                 authorization to incur investigative expenses as to Fred
                 Morgenstern (3) (Signed by Judge William P. Dimitrouleas on
                 4/3/02) [EOD Date: 4/4/02] CCAP (ss) [Entry date 04/04/02]

4/3/02    938    SEALED DOCUMENT (sp) [Entry date 04/04/02]

4/3/02    939    SEALED DOCUMENT (sp) [Entry date 04/04/02]

4/3/02    940    ORDER as to Mark Carattini  granting [932-1] motion to
                 continue sentencing hearing for 60 days as to Mark
                 Carattini (11)  reset Sentencing for 8:30 6/13/02 for Mark
                 Carattini  before Judge Patricia A. Seitz ( Signed by
                 Judge Patricia A. Seitz on 4/3/02) [EOD Date: 4/4/02] CCAP
                 (dg) [Entry date 04/04/02]

4/4/02    941    RELEASE OF LIS PENDENS by USA as to David Bell re: 7705
                 Andes Lane, Parkland, FL. Grantees: David E. Bell, Jr. &
                 Stacey Bell (dg) [Entry date 04/05/02]

4/9/02    942    MOTION with Memorandum in Support by Anson Klinger for
                 downward departure (dg) [Entry date 04/10/02]

4/10/02   943    Minutes of sentencing held on 4/10/02  before Judge
                 Patricia A. Seitz as to Anson Klinger ;  Court Reporter
                 Name or Tape #: David Ehrlich (dg) [Entry date 04/11/02]

4/10/02   944    NOTICE of Hearing as to Jacolyn Baruch :  reset Sentencing
                 for 8:30 6/11/02 for Jacolyn Baruch  before Judge Patricia
                 A. Seitz (dg) [Entry date 04/11/02]

4/10/02   945    NOTICE of Hearing as to John O'Sullivan :  reset
                 Sentencing for 9:00 6/12/02 for John O'Sullivan  before
                 Judge Patricia A. Seitz (dg) [Entry date 04/11/02]

4/10/02   946    ORDER that counsel for USA & defendant shall determine the
                 facts regarding the deportation hearing and advise the
                 Court on or before 4/26/02 as to Giuseppe Bellitto ( Signed
                 by Judge Patricia A. Seitz on 4/10/02) [EOD Date: 4/11/02]
                 CCAP (dg) [Entry date 04/11/02]

4/10/02   --     Sentencing  held  before Judge Patricia A. Seitz  Anson
                 Klinger (13) count(s) 1sss (dg) [Entry date 04/12/02]

4/11/02   947    JUDGMENT as to  Anson Klinger (13) count(s) 1sss.  Placed
                 on probation for term of 3 years; Assessment $100 , Anson
                 Klinger (13) count(s) 1ss, 1s , 1 , 2ss , 2s , 2 , 5s , 6ss
                 , 6 . Dismissed ( Signed by Judge Patricia A. Seitz on
                 3C44) [EOD Date: 4/12/02]  CCAP (dg) [Entry date 04/12/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

4/12/02  (948)    NOTICE of Hearing as to Fred Morgenstern, David Morgenstern,
                  Joseph Silvestri, Mark Weiss: Reset calendar call/status
                  conference for 9:00 5/2/02 for Fred Morgenstern, for David
                  Morgenstern, for Joseph Silvestri, for Mark Weiss before
                  Judge William P. Dimitrouleas (ss) [Entry date 04/15/02]

4/12/02  --       Sentencing held before Judge Patricia A. Seitz  Michael
                  Buccinna (7) count(s) 1ss (dg) [Entry date 04/16/02]

4/15/02  949      Minutes of sentencing held on 4/12/02  before Judge
                  Patricia A. Seitz as to Michael Buccinna ;  Court Reporter
                  Name or Tape #: David Ehrlich (dg) [Entry date 04/16/02]

4/15/02  950      JUDGMENT as to Michael Buccinna (7) count(s) 1ss Imprisoned
                  for term of 58 months and 3 years of supervised release;
                  Assessment $100; count(s) 1s, 1, 2ss, 2s, 2, 4ss, 4s, 5ss,
                  5s, 5, 6ss, 6s, 6, 7ss, 7, 8-13, 14ss, 14-16, 16ss-45ss,
                  17, 18-45, 25s, 28s-52s, 46-70 & 53s-77s are Dismissed
                  (Signed by Judge Patricia A. Seitz on 4/15/02) [EOD Date:
                  4/16/02] CCAP (dg) [Entry date 04/16/02]

4/16/02  952      Judgment Returned Executed as to Anson Klinger on 4/12/02
                  by U.S. Marshals Service (dg) [Entry date 04/17/02]

4/16/02  953      TRANSCRIPT filed as to John Mamone, Fred Morgenstern, David
                  Morgenstern, Joseph Silvestri, Julius Bruce Chiusano,
                  Michael Buccinna, Jeffrey Bass, Frederick Scarola, Giuseppe
                  Bellitto, Mark Carattini, Paul Difilippi, Anson Klinger,
                  Joseph Spitaleri, Charles Clay, Peggy Preston, Mark Weiss,
                  Jacolyn Baruch, David Bell  of Change of Plea Proceedings
                  held July 23, 2001  before Judge William M. Hoeveler
                  Pages: 1-11 (hh) [Entry date 04/17/02]

4/19/02  954      MOTION by Joseph Russo, Doreen Russo for permission to
                  move (dg) [Entry date 04/22/02]

4/23/02  (955)    Minutes of Status re bond conditions held on 4/23/02 before
                  Judge William P. Dimitrouleas as to David Morgenstern;
                  Status re bond 5/23/02 at 11:00; Court Reporter Name or
                  Tape #: 02-026 @ 509-775 (ss) [Entry date 04/24/02]

4/23/02  --       Status re bond conditions as to David Morgenstern held
                  before Magistrate Barry S. Seltzer (ss)
                  [Entry date 04/24/02]

4/23/02  (956)    MOTION by David Morgenstern for continuance of trial date
                  (ss) [Entry date 04/24/02]

4/23/02  (957)    NOTICE of filing exhibit as to David Morgenstern (ss)
                  [Entry date 04/24/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

4/23/02   958    ORDER as to Joseph Russo, Doreen Russo  granting [954-1]
                 motion for permission to move to 2451 Brickell Avenue, Apt.
                 8-M, Miami, FL 33129 as to Joseph Russo (20), Doreen Russo
                 (22) ( Signed by Judge Patricia A. Seitz on 4/23/02) [EOD
                 Date: 4/24/02] CCAP (dg) [Entry date 04/24/02]

                                                          *Vol. 2 cont'd*

4/24/02   959    ORDER as to David Morgenstern Motion hearing before Judge
                 William P. Dimitrouleas set for 9:30 4/30/02 for David
                 Morgenstern for [956-1] motion for continuance of trial
                 date (Signed by Judge William P. Dimitrouleas on 4/24/02)
                 [EOD Date: 4/25/02] CCAP (ss) [Entry date 04/25/02]

4/24/02   960    TRANSCRIPT filed as to David Morgenstern  of Bond
                 Revocation Hearing held 11/28/01  before Judge Barry S.
                 Seltzer  Pages: 1-25 (nc) [Entry date 04/25/02]   *Vol. 4*

4/25/02   961    EMERGENCY MOTION by David Morgenstern for discovery (ss)
                 [Entry date 04/26/02]

4/25/02   962    ORDER as to David Morgenstern Motion hearing before Judge
                 William P. Dimitrouleas set for 9:30 4/30/02 for David
                 Morgenstern for [961-1] emergency motion for discovery
                 (Signed by Judge William P. Dimitrouleas on 4/25/02) [EOD
                 Date: 4/26/02] CCAP (ss) [Entry date 04/26/02]

                                                          *Vol. 2 cont'd*

4/26/02   963    ORDER as to Joseph Russo, Doreen Russo granting [954-1]
                 motion for permission to move ( Signed by Magistrate Judge
                 William C. Turnoff on 4/22/02) [EOD Date: 4/29/02] CCAP (dg)
                 [Entry date 04/29/02]

4/26/02   964    MOTION by Fred Morgenstern to continue trial (dg)
                 [Entry date 04/29/02]

4/29/02   965    MOTION by USA as to David Morgenstern to strike pro se
                 pleadings (ss) [Entry date 04/30/02]

4/29/02   965    RESPONSE by USA as to David Morgenstern re [961-1]
                 emergency motion for discovery, [956-1] motion for
                 continuance of trial date (ss) [Entry date 04/30/02]

4/29/02   966    NOTICE of Hearing as to David Morgenstern: Motion hearing
                 before Judge William P. Dimitrouleas re-set for 9:00 5/2/02
                 for David Morgenstern for [956-1] motion for continuance of
                 trial date, re-set for 9:00 5/2/02 for David Morgenstern
                 for [961-1] emergency motion for discovery (ss)
                 [Entry date 04/30/02]

5/1/02    967    RESPONSE by USA as to Fred Morgenstern in opposition to
                 [964-1] motion to continue trial (ss) [Entry date 05/02/02]

5/1/02    968    ORDER as to Fred Morgenstern denying [964-1] motion to
                 continue trial as to Fred Morgenstern (3) (Signed by Judge
                 William P. Dimitrouleas on 5/1/02) [EOD Date: 5/2/02] CCAP
                 (ss) [Entry date 05/02/02]

Docket as of August 28, 2003 8:30 am                    Page 144

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/1/02    969    ORDER as to David Morgenstern denying as to these motions
                 only [965-1] motion to strike pro se pleadings as to David
                 Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                 5/1/02) [EOD Date: 5/2/02] CCAP (ss) [Entry date 05/02/02]

5/1/02    970    RESPONSE by USA as to Giuseppe Bellitto  in opposition to
                 [946-1] order (dg) [Entry date 05/02/02]

5/2/02    971    Minutes of Calendar Call/Status Conference held on 5/2/02
                 before Judge William P. Dimitrouleas as to Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Mark
                 Weiss; Calendar Call 5/17/02 at 9:00; 2 week trial period
                 5/20/02; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 05/03/02]

5/2/02    --     Calendar call as to Fred Morgenstern, David Morgenstern,
                 Joseph Silvestri, Mark Weiss held before Judge William P.
                 Dimitrouleas (ss) [Entry date 05/03/02]

5/2/02    972    MOTION by Joseph Silvestri for Emmanuel Perez to withdraw
                 as attorney of record, and for substitution of Richard
                 Sharpstein as counsel (ss) [Entry date 05/03/02]

5/2/02    973    MOTION by Joseph Silvestri for continuance of the trial
                 date (ss) [Entry date 05/03/02]

5/2/02    974    ORDER as to David Morgenstern denying as moot [961-1]
                 emergency motion for discovery as to David Morgenstern (4)
                 (Signed by Judge William P. Dimitrouleas on 5/2/02) [EOD
                 Date: 5/3/02] CCAP (ss) [Entry date 05/03/02]

5/2/02    975    ORDER as to Fred Morgenstern, David Morgenstern, Joseph
                 Silvestri, Mark Weiss Reset Jury trial for 9:00 5/20/02
                 for Fred Morgenstern, for David Morgenstern, for Joseph
                 Silvestri, for Mark Weiss before Judge William P.
                 Dimitrouleas, Reset calendar call for 9:00 5/17/02 for
                 Fred Morgenstern, for David Morgenstern, for Joseph
                 Silvestri, for Mark Weiss before Judge William P.
                 Dimitrouleas, to Continue in Interest of Justice (Signed
                 by Judge William P. Dimitrouleas on 5/2/02) [EOD Date:
                 5/3/02] CCAP (ss) [Entry date 05/03/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/3/02  (976)   ORDER partially relaxing prior Freeze Orders to allow David
                Morgenstern and Fred Morgenstern to use all funds available
                to them, that are not related to the facts underlying the
                criminal indictment in the matter, to pay funds for
                investors, civil penalties and special master
                administrative costs in civl action no. 98-7044-CIV-SEITZ
                as to John Mamone, Fred Morgenstern, David Morgenstern,
                Joseph Silvestri, Julius Bruce Chiusano, Michael Buccinna,
                Jeffrey Bass, Frederick Scarola, Giuseppe Bellitto, Mark
                Carattini, Paul Difilippi, Anson Klinger, Joseph Spitaleri,
                Charles Clay, Peggy Preston, Mark Weiss, Jacolyn Baruch,
                David Bell ( Signed by Judge Patricia A. Seitz on 5/3/02)
                [EOD Date: 5/6/02] CCAP※ (rn) [Entry date 05/06/02]
                                                          Vol. 2 cont'd

5/6/02   977    ORDER as to Joseph Silvestri granting [972-1] motion for
                Emmanuel Perez to withdraw as attorney of record
                (Terminated: attorney Emmanuel Perez for Joseph Silvestri
                as to Joseph Silvestri (5), granting [972-2] motion for
                substitution of Richard Sharpstein as counsel (Terminated:
                attorney Emmanuel Perez for Joseph Silvestri Added: Richard
                Alan Sharpstein) as to Joseph Silvestri (5) (Signed by
                Judge William P. Dimitrouleas on 5/6/02) [EOD Date: 5/7/02]
                CCAP※ (ss) [Entry date 05/07/02]

5/8/02   978    OBJECTION by Doreen Russo to Presentence Investigation
                Report (dg) [Entry date 05/09/02]

5/9/02   979    MEMORANDUM by USA as to Fred Morgenstern, et al in response
                to ore tenus motion to disqualify the Court (ss)
                [Entry date 05/10/02]

5/13/02  980    MEMORANDUM on res judicata effect of prior recusals of the
                District Judge by Fred Morgenstern as to Fred Morgenstern
                (ss) [Entry date 05/14/02]

5/14/02  (981)  ORDER as to Fred Morgenstern, David Morgenstern denying ore
                tenus request for recusal (Signed by Judge William P.
                Dimitrouleas on 5/14/02) [EOD Date: 5/15/02] CCAP※ (ss)
                [Entry date 05/15/02]

5/15/02  982    EX PARTE MOTION by Fred Morgenstern for advance
                authorization of investigative funds under the Criminal
                Justice Act  (unsealed per DE #1297) (ss)
                [Entry date 03/17/03]

5/16/02  984    ARRAIGNMENT INFORMATION SHEET for Fred Morgenstern (3)
                count(s) 1ss, 6ss, 14ss, 15ss, 16ss-45ss, 46ss-47ss,
                48ss-49ss, 50ss-53ss, 54ss-55ss   NOT GUILTY PLEA ENTERED
                as to all counts. Court accepts plea. (dg)
                [Entry date 05/17/02]


Docket as of August 28, 2003 8:30 am                    Page 146

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

5/16/02   985   STANDING DISCOVERY ORDER as to Fred Morgenstern   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Judge Robert L. Dube on 5/16/02)   Tape #
                02H-33-39  CCAP (dg)  [Entry date 05/17/02]

*Vol. 2 cont'd*

5/16/02   983   SEALED ORDER as to Fred Morgenstern granting [982-1] ex
                parte motion for advance authorization of investigative
                funds under the Criminal Justice Act as to Fred Morgenstern
                (3) (Signed by Judge William P. Dimitrouleas on 5/16/02)
                [EOD Date: 3/17/03] CCAP (unsealed per DE #1297) (ss)
                [Entry date 03/17/03]

5/17/02   986   Minutes of Calendar Call/Status Conference held on 5/17/02
                before Judge William P. Dimitrouleas as to Fred
                Morgenstern, David Morgenstern, Joseph Silvestri, Mark
                Weiss; Status Conference 5/21/02 at 9:00; Court Reporter
                Name or Tape #: Bob Ryckoff (ss) [Entry date 05/20/02]

5/17/02   --    Calendar call as to Fred Morgenstern, David Morgenstern,
                Joseph Silvestri, Mark Weiss held before Judge William P.
                Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02   987   Minutes of Change of Plea held on 5/17/02 before Judge
                William P. Dimitrouleas as to Mark Weiss; GUILTY: Mark
                Weiss (17) count(s) 14ss; Sentencing 7/26/02 at 8:45;
                Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 05/20/02]

5/17/02   --    Change of Plea Hearing as to Mark Weiss held before Judge
                William P. Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02   988   Plea Agreement as to Mark Weiss (ss) [Entry date 05/20/02]

5/17/02   989   NOTICE of Hearing as to Mark Weiss: Setting Sentencing for
                8:45 7/26/02 for Mark Weiss before Judge William P.
                Dimitrouleas (ss) [Entry date 05/20/02]

5/17/02   990   MOTION with Memorandum in Support by USA as to Fred
                Morgenstern to resolve tape recording related issues (ss)
                [Entry date 05/20/02]

5/17/02   991   MOTION by USA as to Fred Morgenstern to allow equipment
                into the courthouse and courtroom (ss) [Entry date 05/20/02]

5/21/02   992   ORDER as to Fred Morgenstern granting [991-1] motion to
                allow equipment into the courthouse and courtroom as to
                Fred Morgenstern, et al (Signed by Judge William P.
                Dimitrouleas on 5/21/02) [EOD Date: 5/22/02] CCAP (ss)
                [Entry date 05/22/02]

Docket as of August 28, 2003 8:30 am                    Page 147

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/21/02    993    ORDER as to Joseph Silvestri granting without prejudice
                  [990-1] motion to resolve tape recording related issues
                  (Signed by Judge William P. Dimitrouleas on 5/21/02) [EOD
                  Date: 5/22/02] CCAP⚬ (ss) [Entry date 05/22/02]

*vol. 32 cont'd*

5/21/02    994    Minutes of Change of Plea held on 5/21/02 before Judge
                  William P. Dimitrouleas as to Fred Morgenstern; GUILTY:
                  Fred Morgenstern (3) count(s) 14ss; GUILTY: as to count 1
                  of New Information; Defendant waives Indictment of new case;
                  Sentencing 8/1/02 at 9:30; Court Reporter Name or Tape #:
                  Bob Ryckoff (ss) [Entry date 05/22/02]

5/21/02    --     Change of Plea Hearing as to Fred Morgenstern held before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02    995    Plea Agreement as to Fred Morgenstern (ss)
                  [Entry date 05/22/02]

5/21/02    996    NOTICE of Hearing as to Fred Morgenstern: Setting
                  Sentencing for 9:30 8/1/02 for Fred Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02    997    Minutes of Change of Plea held on 5/21/02 before Judge
                  William P. Dimitrouleas as to David Morgenstern; GUILTY:
                  David Morgenstern (4) count(s) 14ss, GUILTY: as to count 1
                  of New Information; Defendant wavies Indictment of new case;
                  Amending [114-2] bond: Random drug testing. Report to
                  Probation 1 x wk. Home Detention eliminated. Curfew 11 p.m.
                  to 6 a.m. Sentencing 8/1/02 at 10:00; Court Reporter Name
                  or Tape #: Bob Ryckoff (ss) [Entry date 05/22/02]

5/21/02    --     Change of Plea Hearing as to David Morgenstern held before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02    998    Plea Agreement as to David Morgenstern (ss)
                  [Entry date 05/22/02]

5/21/02    999    NOTICE of Hearing as to David Morgenstern: Setting
                  Sentencing for 10:00 8/1/02 for David Morgenstern before
                  Judge William P. Dimitrouleas (ss) [Entry date 05/22/02]

5/21/02    1000   NOTICE of Appearance for Joseph Russo by Attorney Benson B.
                  Weintraub (dg) [Entry date 05/22/02]

5/22/02    1001   Minutes of Jury Trial Day 1 and Jury Selection held on
                  5/22/02 before Judge William P. Dimitrouleas as to Joseph
                  Silvestri; Day 2 5/23/02 at 1:00; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 05/23/02]

5/22/02    --     Voir dire begun as to Joseph Silvestri (5) count(s) 1ss,
                  14ss, 16ss-45ss (ss) [Entry date 05/23/02]

5/22/02    --     Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 05/23/02]

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

5/22/02   1002    ORDER as to Joseph Silvestri Dismissing count 1ss (Signed
                  by Judge William P. Dimitrouleas on 5/22/02) [EOD Date:
                  5/23/02] CCAP※ (ss) [Entry date 05/23/02]
                                                        *Vol. 2 cont'd*

5/22/02   --      DISMISSAL of Count(s) on Government Motion as to Joseph
                  Silvestri Terminated motions: [516-1] motion to seal
                  superceding indictment and attached paperwork as to Joseph
                  Silvestri (5), [828-1] motion to continue trial as to
                  Joseph Silvestri (5), [973-1] motion for continuance of the
                  trial date as to Joseph Silvestri (5) Counts Dismissed:
                  Joseph Silvestri (5) count(s) 1ss (ss) [Entry date 05/23/02]

5/23/02   1003    TRIAL Memorandum regarding admissibility of 404(B) evidence
                  by USA as to Joseph Silvestri (ss) [Entry date 05/23/02]

5/23/02   1004    MOTION by Jacolyn Baruch to continue sentencing (dg)
                  [Entry date 05/24/02]

5/23/02   1005    ORDER as to David Morgenstern Modifying Conditions of
                  Release ( Signed by Judge William P. Dimitrouleas on
                  5/23/02) [EOD Date: 5/24/02] CCAP※ (lh)
                  [Entry date 05/24/02]

5/23/02   1014    Minutes of Jury Trial Day 2 held on 5/23/02 before Judge
                  William P. Dimitrouleas as to Joseph Silvestri; Day 3
                  5/28/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                  (ss) [Entry date 05/31/02]

5/23/02   --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 05/31/02]

5/24/02   1006    MOTION by USA as to David Morgenstern for entry of
                  judgment and preliminary order of forfeiture (ss)
                  [Entry date 05/28/02]

5/24/02   1007    MOTION by USA as to Fred Morgenstern for entry of judgment
                  and preliminary order of forfeiture (ss)
                  [Entry date 05/28/02]

5/28/02   1008    TRIAL Memorandum in support of admissibility of intercepted
                  conversations by USA as to Joseph Silvestri (ss)
                  [Entry date 05/29/02]

5/28/02   1009    JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to David
                  Morgenstern granting [1006-1] motion for entry of judgment
                  and preliminary order of forfeiture as to David Morgenstern
                  (4) (Signed by Judge William P. Dimitrouleas on 5/28/02)
                  [EOD Date: 5/29/02] CCAP※ (ss) [Entry date 05/29/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

Vol. 2 cont'd

5/28/02   1010   JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to Fred
                 Morgenstern granting [1007-1] motion for entry of judgment
                 and preliminary order of forfeiture as to Fred Morgenstern
                 (3) (Signed by Judge William P. Dimitrouleas on 5/28/02)
                 [EOD Date: 5/29/02] CCAP※ (ss) [Entry date 05/29/02]

5/28/02   1011   ORDER as to Jacolyn Baruch  granting [1004-1] motion to
                 continue sentencing as to Jacolyn Baruch (18) reset
                 Sentencing for 8:30 8/15/02 for Jacolyn Baruch   before
                 Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                 Seitz on 5/24/02) [EOD Date: 5/29/02] CCAP※ (dg)
                 [Entry date 05/29/02]

5/28/02   1015   Minutes of Jury Trial Day 3 held on 5/28/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 4
                 5/29/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 05/31/02]

5/28/02   --     Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/29/02   1012   SEALED DOCUMENT (ss) [Entry date 05/29/02]

5/29/02   1013   SEALED DOCUMENT (ss) [Entry date 05/29/02]

5/29/02   1016   Minutes of Jury Trial Day 4 held on 5/29/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 5
                 5/30/02 at 9:30; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 05/31/02]

5/29/02   --     Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/30/02   1017   Minutes of Jury Trial Day 5 held on 5/30/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 05/31/02]

5/30/02   --     Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 05/31/02]

5/31/02   1018   Minutes of Jury Trial Day 6 held on 5/31/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 7
                 6/4/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 06/03/02]

5/31/02   --     Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 06/03/02]

5/31/02   1019   NOTICE of Hearing as to John Mamone :  reset Sentencing
                 for 8:15 6/25/02 for John Mamone   before Judge Patricia A.
                 Seitz (dg) [Entry date 06/03/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/31/02  1020    NOTICE of Hearing as to Joseph Russo : reset Supervised
                 Release Hearing for for 8:15 6/14/02 for Joseph Russo
                 before Judge Patricia A. Seitz (dg) [Entry date 06/03/02]

5/31/02  1021    NOTICE of Hearing as to Doreen Russo : reset Sentencing
                 for 8:15 6/21/02 for Doreen Russo  before Judge Patricia
                 A. Seitz (dg) [Entry date 06/03/02]

5/31/02  1022    MOTION by Jacolyn Baruch for downward departure (dg)
                 [Entry date 06/03/02]

6/3/02   1023    OBJECTION by John O'Sullivan to Presentence Investigation
                 Report (dg) [Entry date 06/04/02]

6/4/02   1024    NOTICE of Hearing as to John Mamone : reset Sentencing
                 for 8:15 6/25/02 for John Mamone  before Judge Patricia A.
                 Seitz (dg) [Entry date 06/05/02]

6/4/02   1025    Minutes of Jury Trial Day 7 held on 6/4/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 8
                 6/5/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 06/06/02]

6/4/02   --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 06/06/02]

6/5/02   1026    SEALED DOCUMENT (sp) [Entry date 06/06/02]

6/5/02   1027    SEALED DOCUMENT (sp) [Entry date 06/06/02]

6/5/02   1028    Minutes of Jury Trial Day 8 held on 6/5/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Day 9
                 6/6/02 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 06/07/02]

6/5/02   --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 06/07/02]

6/6/02   1029    NOTICE of Hearing as to John O'Sullivan : reset
                 Sentencing for 8:15 6/12/02 for John O'Sullivan  before
                 Judge Patricia A. Seitz (dg) [Entry date 06/07/02]

6/6/02   1030    NOTICE of Hearing as to David Bell : reset Sentencing for
                 8:30 8/19/02 for David Bell  before Judge Patricia A.
                 Seitz (dg) [Entry date 06/07/02]

6/6/02   1031    Minutes of Jury Trial Day 9 held on 6/6/02 before Judge
                 William P. Dimitrouleas as to Joseph Silvestri; Forfeiture
                 portion of trial 6/11/02 at 9:00; Court Reporter Name or
                 Tape #: Bob Ryckoff (ss) [Entry date 06/07/02]

6/6/02   --      Jury trial as to Joseph Silvestri held before Judge William
                 P. Dimitrouleas (ss) [Entry date 06/07/02]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

6/6/02    1036    Court's Jury instructions as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]                    *Vol. 2 cont'd*

6/6/02    1037    Exhibit and Witness List as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1038    Jury notes and Court's answers as to Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/6/02    1039    JURY VERDICT as to Joseph Silvestri Guilty: Joseph
                  Silvestri (5) count(s) 14ss, 16ss-45ss (ss)
                  [Entry date 06/12/02]

6/7/02    1032    NOTICE of filing character reference letters by John
                  O'Sullivan (dg) [Entry date 06/10/02]

6/7/02    1033    NOTICE of filing defendant's letter to the Court for
                  sentencing by John O'Sullivan (dg) [Entry date 06/10/02]

6/11/02   1034    MOTION by USA  as to Jeffrey Bass to Reduce Sentence
                  pursuant to U.S.S.G. 5K1.1 (ls) [Entry date 06/12/02]

6/11/02   1035    NOTICE of Hearing as to Peggy Preston :   Resetting
                  Sentencing for 8:30 7/31/02 for Peggy Preston    before
                  Judge Patricia A. Seitz (ls) [Entry date 06/12/02]

6/11/02   1040    Minutes of Jury Trial held on 6/11/02 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Sentencing 8/22/02;
                  Court Reporter Name or Tape #: Bob Ryckoff (ss)
                  [Entry date 06/12/02]

6/11/02   --      Jury trial as to Joseph Silvestri held before Judge William
                  P. Dimitrouleas (ss) [Entry date 06/12/02]

6/11/02   1041    WAIVER of Right to Trial by Jury for forfeiture by Joseph
                  Silvestri (ss) [Entry date 06/12/02]

6/11/02   1042    CONSENT to Forfeiture by Joseph Silvestri (ss)
                  [Entry date 06/12/02]

6/11/02   1043    NOTICE of Hearing as to Joseph Silvestri: Setting
                  Sentencing for 9:30 8/22/02 for Joseph Silvestri before
                  Judge William P. Dimitrouleas (ss) [Entry date 06/12/02]

6/11/02   1044    MOTION by USA as to Joseph Silvestri for judgment and
                  preliminary order of forfeiture (ss) [Entry date 06/12/02]

6/11/02   --      Sentencing  held  before Judge Patricia A. Seitz   Jeffrey
                  Bass (8) count(s) 2s (ls) [Entry date 06/17/02]

6/11/02   1056    SEALED DOCUMENT (sp) [Entry date 06/17/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

6/12/02   1045    JUDGMENT and PRELIMINARY ORDER OF FORFEITURE as to Joseph
                  Silvestri granting [1044-1] motion for judgment and
                  preliminary order of forfeiture as to Joseph Silvestri (5)
                  (Signed by Judge William P. Dimitrouleas on 6/12/02) [EOD
                  Date: 6/13/02] CCAP※ (ss) [Entry date 06/13/02]
                  *VOl. 2 cont'd*

6/12/02   1046    ORDER as to Joseph Silvestri denying ore tenus motion to
                  set bond (Signed by Judge William P. Dimitrouleas on
                  6/12/02) [EOD Date: 6/13/02] CCAP※ (ss)
                  [Entry date 06/13/02]

6/13/02   1047    MOTION by Mark Weiss to change residence address (ss)
                  [Entry date 06/14/02]

6/13/02   1048    ORDER as to Mark Weiss granting [1047-1] motion to change
                  residence address as to Mark Weiss (17) (Signed by Judge
                  William P. Dimitrouleas on 6/13/02) [EOD Date: 6/14/02]
                  CCAP※ (ss) [Entry date 06/14/02]

6/13/02   1049    Release of exhibits as to Joseph Silvestri Released to:
                  Diana L.W. Fernandez (ss) [Entry date 06/14/02]

6/13/02   1050    TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern
                  of Pleas of Guilty held 5/21/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 78 (ss)
                  [Entry date 06/14/02]   *SEE VOl 7 of USCA 03-12850-A*

6/13/02   1051    Minutes of sentencing held on 6/11/02  before Judge
                  Patricia A. Seitz as to Jeffrey Bass ;  Court Reporter Name
                  or Tape #: David Ehrlich (dg) [Entry date 06/14/02]

6/13/02   1052    NOTICE of Hearing as to Mark Carattini :  reset Sentencing
                  for 8:15 8/9/02 for Mark Carattini   before Judge Patricia
                  A. Seitz (dg) [Entry date 06/14/02]

6/13/02   1053    MOTION by USA  as to John O'Sullivan to Reduce Sentence (dg)
                  [Entry date 06/14/02]

6/14/02   1054    Minutes of Sentencing held on 6/12/02  before Judge
                  Patricia A. Seitz as to John O'Sullivan ;  Court Reporter
                  Name or Tape #: D. Erlich (ls) [Entry date 06/17/02]

6/14/02   1055    JUDGMENT as to  Jeffrey Bass (8) count(s) 2s.  Probation of
                  4 years, Assessment of $100.00, Fine of $10,000.0 , Jeffrey
                  Bass (8) count(s) 1s, 1 , 2 , 5s , 6 . Dismissed  ( Signed
                  by Judge Patricia A. Seitz on 6/13/02) [EOD Date: 6/17/02]
                  CCAP (ls) [Entry date 06/17/02]

6/14/02   --      Sentencing  held  before Judge Patricia A. Seitz  John
                  O'Sullivan (21) count(s) 1 (dg) [Entry date 06/18/02]

6/14/02   --      Sentencing  held  before Judge Patricia A. Seitz  Joseph
                  Russo (20) count(s) 1 (dg) [Entry date 06/19/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

6/17/02   1057   JUDGMENT as to  John O'Sullivan (21) count(s) 1.
                 Imprisoned for term of 11 months and 3 years of supervised
                 release; Assessment $100; Fine $1,000 , John O'Sullivan
                 (21) count(s) 4, 5 .  Dismissed  ( Signed by Judge Patricia
                 A. Seitz on 6/14/02) [EOD Date: 6/18/02]  CCAP (dg)
                 [Entry date 06/18/02]                      *Vol. 2 cont'd*

6/18/02   1058   NOTICE of Hearing as to John Mamone :  reset Sentencing
                 for 8:30 8/22/02 for John Mamone   before Judge Patricia A.
                 Seitz (dg) [Entry date 06/19/02]

6/18/02   1059   Minutes of sentencing held on 6/14/02  before Judge
                 Patricia A. Seitz as to Joseph Russo ;  Court Reporter Name
                 or Tape #: David Ehrlich (dg) [Entry date 06/19/02]

6/18/02   1060   JUDGMENT as to  Joseph Russo (20) count(s) 1.  Imprisoned
                 for term of 46 months and 3 years of supervised release;
                 Assessment $100; Fine $  Restitution $130,000.00 , Joseph
                 Russo (20) count(s) 4, 5 , 14 , 50 -53 .  Dismissed  (
                 Signed by Judge Patricia A. Seitz on 6/17/02) [EOD Date:
                 6/19/02]  CCAP (dg) [Entry date 06/19/02]

6/19/02   1061   TRANSCRIPT filed as to Jeffrey Bass  of sentence held
                 6/11/02  before Judge Patricia A. Seitz, J.   Volume #: I
                 Pages: 1-27 (ga) [Entry date 06/19/02]

6/21/02   1062   Minutes of sentencing held on 6/21/02  before Judge
                 Patricia A. Seitz as to Doreen Russo ;  Court Reporter Name
                 or Tape #: David Ehrlich; continued to 7/31/02 @ 8:15 (dg)
                 [Entry date 06/24/02]

6/21/02   --     Deadline updated as to Doreen Russo,  reset Sentencing for
                 8:15 7/31/02 for Doreen Russo before Judge Patricia A.
                 Seitz (dg) [Entry date 06/24/02]

6/27/02   1063   SEALED DOCUMENT (sp) [Entry date 07/01/02]

6/27/02   1064   SEALED DOCUMENT (sp) [Entry date 07/01/02]

7/2/02    1065   ORDER as to David Morgenstern denying without prejudice
                 petition for rule to show cause (Signed by Judge William P.
                 Dimitrouleas on 7/2/02) [EOD Date: 7/3/02] CCAP (ss)
                 [Entry date 07/03/02]

7/2/02    1066   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 proceedings held 5/22/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 16 (ss)
                 [Entry date 07/03/02]

7/2/02    1067   Judgment Returned Executed as to Joseph Spitaleri on
                 6/14/02 at FCI Miami, FL (dg) [Entry date 07/03/02]

7/2/02    1068   Judgment Returned Executed as to Joseph Spitaleri on
                 6/14/02 at FCI Miami, FL (dg) [Entry date 07/03/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

7/2/02    1069    Judgment Returned Executed as to Michael Buccinna on
                  5/24/02 at FCC Coleman-Low, FL (dg) [Entry date 07/03/02]

7/2/02    1070    Judgment Returned Executed as to Jeffrey Bass on 6/17/02 by
                  U.S. Marshals Service (dg) [Entry date 07/03/02]

7/2/02    1072    SEALED DOCUMENT (sp) [Entry date 07/08/02]

7/5/02    1071    JOINT MOTION by Fred Morgenstern for reinstatement of
                  bond (dg) [Entry date 07/08/02]

7/8/02    1073    JOINT MOTION by Fred Morgenstern for reinstatement of
                  bond (ss) [Entry date 07/09/02]

7/9/02    1074    ORDER as to Fred Morgenstern [1073-1] joint motion for
                  reinstatement of bond defer ruling for five days (Signed by
                  Judge William P. Dimitrouleas on 7/9/02) [EOD Date:
                  7/10/02] CCAP (ss) [Entry date 07/10/02]

7/11/02   1075    Consent to Transfer Jurisdiction (Rule 20) to District of
                  South Carolina (Greenville) as to Fred Morgenstern
                  Terminated motions: [1073-1] joint motion for reinstatement
                  of bond as to Fred Morgenstern (3), [1071-1] joint motion
                  for reinstatement of bond as to Fred Morgenstern (3),
                  [827-1] motion for advance authorization of investigative
                  funds under the CJA as to Fred Morgenstern (3), [705-1]
                  motion to extend time to file pretrial motions as to Fred
                  Morgenstern (3), [629-1] motion to Adopt Motion of Other
                  Defendant [609-1] motion to extend time to 10/22/01 to file
                  pretrial motions as to Fred Morgenstern (3), [516-1] motion
                  to seal superceding indictment and attached paperwork as to
                  Fred Morgenstern (3) Counts closed: Fred Morgenstern (3)
                  count(s) 1ss, 1s, 1, 5s, 6ss, 6, 14ss, 15ss, 16ss-45ss, 17,
                  18-45, 25s, 26s, 27s, 28s-52s, 46ss-47ss, 46-70, 48ss-49ss,
                  50ss-53ss, 53s-77s, 54ss-55ss, 78s-85s, 86s-93s (ss)
                  [Entry date 07/12/02]

7/11/02   (1077)  Consent to Transfer Jurisdiction (Rule 20) to District of
                  South Carolina (Greenville) as to David Morgenstern
                  Terminated motions: [956-1] motion for continuance of trial
                  date as to David Morgenstern (4), [852-1] motion to permit
                  defendant reside at home as to David Morgenstern (4),
                  [826-1] motion to continue trial date as to David
                  Morgenstern (4), [669-1] motion for Hearing on the issue of
                  the discovery in North Carolina as to David Morgenstern
                  (4), [624-1] motion to Adopt Motion of Other Defendant
                  [609-1] motion to extend time to 10/22/01 to file pretrial
                  motions as to David Morgenstern (4), [516-1] motion to seal
                  superceding indictment and attached paperwork as to David
                  Morgenstern (4), [296-1] motion for permission to travel to
                  South Carolina 1/8-9-01 as to David Morgenstern (4) Counts
                  closed: David Morgenstern (4) count(s) 1ss, 1s, 1, 14ss,
                  16ss-45ss, 17, 18-45, 25s, 28s-52s, 46-70, 53s-77s (ss)

Docket as of August 28, 2003 8:30 am                      Page 155

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                  CLOSED APPEAL

                    [Entry date 07/12/02]

7/12/02   1076    Transmittal Letter sent to District of South Carolina
                  (Greenville) in case as to Fred Morgenstern. Documents Sent:
                  Consent to Transfer, certified copies of Indictment,
                  Superseding Indictments (2), Bond Papers and Docket Sheet
                  (ss) [Entry date 07/12/02]                    *VOL. 2 cont'd*

7/12/02   (1078)  Transmittal Letter sent to District of South Carolina
                  (Greenville) in case as to David Morgenstern. Documents
                  Sent: Consent to Transfer, certified copies of Indictment,
                  Superseding Indictments (2), Bond Papers and Docket Sheet
                  (ss) [Entry date 07/12/02]

7/12/02   1079    MOTION by USA as to Fred Morgenstern for second
                  preliminary order of forfeiture (ss) [Entry date 07/15/02]

7/12/02   (1080)  POSITION with respect to sentencing factors by David
                  Morgenstern (ss) [Entry date 07/15/02]

7/12/02   1081    SECOND PRELIMINARY ORDER OF FORFEITURE as to Fred
                  Morgenstern granting [1079-1] motion for second preliminary
                  order of forfeiture as to Fred Morgenstern (3) (Signed by
                  Judge William P. Dimitrouleas 7/12/02) [EOD Date: 7/15/02]
                  CCAP※ (ss) [Entry date 07/15/02]

7/15/02   1082    RESPONSE by USA  as to Fred Morgenstern re [1073-1] joint
                  motion for reinstatement of bond (lh) [Entry date 07/16/02]

7/16/02   1083    ORDER as to Fred Morgenstern mooting [1073-1] joint motion
                  for reinstatement of bond (Signed by Judge William P.
                  Dimitrouleas on 7/16/02) [EOD Date: 7/17/02] CCAP※ (ss)
                  [Entry date 07/17/02]

7/16/02   1084    OBJECTION by Mark Carattini to Revised Presentence
                  Investigation Report (dg) [Entry date 07/17/02]

7/16/02   1085    MOTION by USA  as to John Mamone, David Bell to withdraw
                  [543-1] motion for Final Forfeiture Judgment by USA,
                  [543-2] motion for revocation and estreature by USA,
                  [542-1] motion for Forfeiture Judgment of appearance bonds
                  by USA, [542-2] motion for revocationa nd estreature by
                  USA (dg) [Entry date 07/17/02]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

*Vol. 2 cont'd*

7/18/02   1086      ORDER as to John Mamone, David Bell granting [1085-1]
                    motion to withdraw [543-1] motion for Final Forfeiture
                    Judgment by USA, [543-2] motion for revocation and
                    estreature by USA, [542-1] motion for Forfeiture Judgment
                    of appearance bonds by USA, [542-2] motion for revocationa
                    nd estreature by USA as to John Mamone (2), David Bell
                    (19) withdrawing [542-1] motion for Forfeiture Judgment of
                    appearance bonds as to David Bell (19), withdrawing [542-2]
                    motion for revocationa nd estreature as to David Bell (19),
                    withdrawing [543-1] motion for Final Forfeiture Judgment as
                    to John Mamone (2) ( Signed by Judge Patricia A. Seitz on
                    7/17/02) [EOD Date: 7/19/02] CCAP※ (rn)
                    [Entry date 07/19/02]

7/22/02   1087      MOTION by USA as to Mark Weiss for reduction of sentence (ss)
                    [Entry date 07/23/02]

7/22/02   1088      MOTION by Mark Weiss to file objections to the PSI out of
                    time (ss) [Entry date 07/23/02]

7/22/02   1089      OBJECTIONS by Mark Weiss to Presentence Investigation
                    Report (ss) [Entry date 07/23/02]

7/22/02   1090      ORDER as to Mark Weiss granting [1088-1] motion to file
                    objections to the PSI out of time as to Mark Weiss (17)
                    (Signed by Judge William P. Dimitrouleas on 7/22/02) [EOD
                    Date: 7/23/02] CCAP※ (ss) [Entry date 07/23/02]

7/22/02   1091      MOTION by John Mamone for  exoneration of Bond (tb)
                    [Entry date 07/23/02]

7/22/02   1092      NOTICE of Hearing as to Mark Weiss: Resetting Sentencing
                    for 1:30 7/25/02 for Mark Weiss before Judge William P.
                    Dimitrouleas (ss) [Entry date 07/24/02]

7/23/02   1093      SUPPLEMENT by Mark Weiss to: [1089-1] objections (ss)
                    [Entry date 07/24/02]

7/23/02   1094      MOTION by USA  as to Peggy Preston to Reduce Sentence (dg)
                    [Entry date 07/24/02]

7/23/02   1095      MOTION by Mark Carattini to continue sentencing (dg)
                    [Entry date 07/24/02]

7/23/02   1096      MOTION by Peggy Preston to continue sentencing (dg)
                    [Entry date 07/24/02]

7/24/02   1097      ORDER as to John Mamone  granting [1091-1] motion for
                    exoneration of Bond as to John Mamone (2) ( Signed by Judge
                    Patricia A. Seitz on 7/23/02) [EOD Date: 7/25/02] CCAP※ (dg)
                    [Entry date 07/25/02]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

7/25/02   1098    Minutes of Sentencing held on 7/25/02 before Judge William
                  P. Dimitrouleas as to Mark Weiss; Court Reporter Name or
                  Tape #: Bob Ryckoff (ss) [Entry date 07/26/02]
                                                                    Vol. 2 cont'd

7/25/02   --      Sentencing held before Judge William P. Dimitrouleas Mark
                  Weiss (17) count(s) 14ss (ss) [Entry date 07/26/02]

7/25/02   1099    JUDGMENT as to Mark Weiss (17) count(s) 14ss. Probation 60
                  months; Assessment $100.00; count(s) 1ss, 4ss, 5ss,
                  16ss-45ss. Dismissed; count(s) 1s, 4s, 25s, 28s-52s,
                  53s-77s. Dismissed; count(s) 1, 4, 5, 17, 18-45, 46-70.
                  Dismissed (Signed by Judge William P. Dimitrouleas on
                  7/25/02) [EOD Date: 7/26/02] CCAP (ss) [Entry date 07/26/02]

7/26/02   1100    ACKNOWLEDGMENT of receipt as to David Morgenstern of:
                  consent to transfer, certified copies of indictment and
                  docket sheet by: USDC (Greenville) South Carolina; Date:
                  7/19/02; Other Court Case # 8:02-cr-713 (ss)
                  [Entry date 07/29/02]

7/26/02   1101    ACKNOWLEDGMENT of receipt as to Fred Morgenstern of: consent
                  to transfer, certified copies of indictment and docket sheet
                  by: USDC (Greenville) South Carolina; Date: 7/19/02; Other
                  Court Case # 8:02-cr-714 (ss) [Entry date 07/29/02]

7/29/02   1102    Judgment Returned Executed as to Mark Weiss No further
                  action required by the U.S. Marshals Service (ss)
                  [Entry date 07/30/02]

7/31/02   1103    Certification regarding emergency matter by Joseph
                  Silvestri (ss) [Entry date 08/01/02]

7/31/02   1104    MOTION by Joseph Silvestri for extension of time to file
                  objections to pre-sentence investigation report (ss)
                  [Entry date 08/01/02]

7/31/02   1105    ORDER as to Peggy Preston  granting [1096-1] motion to
                  continue sentencing as to Peggy Preston (16)  reset
                  Sentencing for 8:15 8/12/02 for Peggy Preston  before
                  Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                  Seitz on 7/31/02) [EOD Date: 8/1/02] CCAP (dg)
                  [Entry date 08/01/02]

7/31/02   1106    ORDER as to Mark Carattini  granting [1095-1] motion to
                  continue sentencing as to Mark Carattini (11)  reset
                  Sentencing for 9:00 8/15/02 for Mark Carattini  before
                  Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                  Seitz on 7/31/02) [EOD Date: 8/1/02] CCAP (dg)
                  [Entry date 08/01/02]

7/31/02   1107    Minutes of sentencing held on 7/31/02  before Judge
                  Patricia A. Seitz as to Doreen Russo ;  Court Reporter Name
                  or Tape #: David Ehrlich (dg) [Entry date 08/01/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

7/31/02   --     Sentencing held before Judge Patricia A. Seitz  Doreen
                 Russo (22) count(s) 1s (dg) [Entry date 08/01/02]

                 *Vol. 2 cont'd*

7/31/02   1108   JUDGMENT as to Doreen Russo (22) count(s) 1s.  Placed on
                 probation for term of 3 years; Assessment $100; Fine
                 $10,000; Restitution $130,000 , Doreen Russo (22) count(s)
                 14, 50 -53 .  Dismissed ( Signed by Judge Patricia A.
                 Seitz on 7/31/02) [EOD Date: 8/1/02]  CCAP (dg)
                 [Entry date 08/01/02]

8/1/02    1109   Judgment Returned Executed as to John O'Sullivan on 7/9/02
                 at FDC/Miami (tb) [Entry date 08/02/02]

8/1/02    1110   ORDER as to Joseph Silvestri granting [1104-1] motion for
                 extension of time to file objections to pre-sentence
                 investigation report as to Joseph Silvestri (5) Defendant
                 has until 8/10/02 to file objections (Signed by Judge
                 William P. Dimitrouleas on 8/1/02) [EOD Date: 8/2/02] CCAP
                 (ss) [Entry date 08/02/02]

8/1/02    1111   UNOPPOSED MOTION by Jacolyn Baruch to continue sentencing
                 (tb) [Entry date 08/02/02]

8/2/02    1112   MOTION by David Bell to reset date of sentencing (ls)
                 [Entry date 08/05/02]

8/2/02    1113   Judgment Returned Executed as to Doreen Russo (ls)
                 [Entry date 08/05/02]

8/5/02    1114   MOTION by John Mamone to discharge bonds (dg)
                 [Entry date 08/06/02]

8/7/02    1115   ORDER as to David Bell  granting [1112-1] motion to reset
                 date of sentencing as to David Bell (19)  reset Sentencing
                 for 8:30 8/16/02 for David Bell  before Judge Patricia A.
                 Seitz ( Signed by Judge Patricia A. Seitz on 8/6/02) [EOD
                 Date: 8/8/02] CCAP (dg) [Entry date 08/08/02]

8/8/02    1116   MOTION by Joseph Silvestri for continuance of sentencing
                 date (ss) [Entry date 08/09/02]

8/8/02    1117   ORDER as to Joseph Silvestri granting [1116-1] motion for
                 continuance of sentencing date as to Joseph Silvestri (5)
                 Resetting Sentencing for 10:30 9/20/02 for Joseph Silvestri
                 before Judge William P. Dimitrouleas (Signed by Judge
                 William P. Dimitrouleas on 8/8/02) [EOD Date: 8/9/02] CCAP
                 (ss) [Entry date 08/09/02]

8/12/02   1118   Judgment Returned Executed as to Joseph Russo on 8/1/02 at
                 FPC Eglin AFB, FL (dg) [Entry date 08/13/02]

8/12/02   --     Sentencing held before Judge Patricia A. Seitz  Peggy
                 Preston (16) count(s) 1ss (dg) [Entry date 08/19/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL

8/13/02  1119    ORDER as to Jacolyn Baruch  denying [1111-1] motion to
                 continue sentencing as to Jacolyn Baruch (18) ( Signed by
                 Judge Patricia A. Seitz on 8/12/02) [EOD Date: 8/14/02]
                 CCAP (dg) [Entry date 08/14/02]     *10.2 cont'd*

8/15/02  1120    Minutes of sentencing held on 8/15/02  before Judge
                 Patricia A. Seitz as to Jacolyn Baruch; sentencing
                 continued to 9/16/02 @ 8:30 Court Reporter Name or Tape #:
                 P. Sanders (dg) [Entry date 08/16/02]

8/15/02  --      Deadline updated as to Jacolyn Baruch, Sentencing for 8:30
                 9/16/02 for Jacolyn Baruch before Judge Patricia A. Seitz
                 (dg) [Entry date 08/16/02]

8/15/02  1121    Minutes of sentencing held on 8/12/02  before Judge
                 Patricia A. Seitz as to Peggy Preston ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dg) [Entry date 08/16/02]

8/16/02  1122    Minutes of sentencing held on 8/16/02  before Judge
                 Patricia A. Seitz as to David Bell ;  Court Reporter Name
                 or Tape #: Patricia Sanders (dg) [Entry date 08/19/02]

8/16/02  1123    JUDGMENT as to  Peggy Preston (16) count(s) 1ss.  Placed on
                 probation for term of 4 years; Assessment $100 , Peggy
                 Preston (16) count(s) 5s, 6 , 17 , 18 -45 , 25s , 28s -52s
                 , 46 -70 , 53s-77s. Dismissed  ( Signed by Judge Patricia
                 A. Seitz on 8/15/02) [EOD Date: 8/19/02] CCAP (dg)
                 [Entry date 08/19/02]

8/16/02  1124    MOTION by USA  as to David Bell to Reduce Sentence (dg)
                 [Entry date 08/19/02]

8/16/02  --      Sentencing  held  before Judge Patricia A. Seitz  David
                 Bell (19) count(s) 1ss (dg) [Entry date 08/19/02]

8/16/02  1125    JUDGMENT as to  David Bell (19) count(s) 1ss.  Imprisoned
                 for term of 30 months and 3 years of supervised release;
                 Assessment $100 , David Bell (19) count(s) 1s, 1 , 4ss , 4s
                 , 5ss , 5 , 14ss , 25s , 54ss -55ss , 78s-85s , 86s-93s.
                 Dismissed ( Signed by Judge Patricia A. Seitz on 8/16/02)
                 [EOD Date: 8/19/02] CCAP (dg) [Entry date 08/19/02]

8/19/02  1126    MOTION by Jacolyn Baruch to continue sentencing (dg)
                 [Entry date 08/20/02]

8/19/02  --      Sentencing  held  before Judge Patricia A. Seitz  Mark
                 Carattini (11) count(s) 1ss (dg) [Entry date 08/23/02]

8/20/02  1127    Minutes of Sentencing held on 8/19/02  before Judge
                 Patricia A. Seitz as to Mark Carattini ;  Court Reporter
                 Name or Tape #: D. Erlich (ls) [Entry date 08/21/02]

8/22/02   1128   JUDGMENT as to Mark Carattini (11) count(s) 1ss.
                 Imprisoned for term of 15 months and 3 years of supervised
                 release; Assessment $100 , Mark Carattini (11) count(s) 1s,
                 1 , 2ss , 2s , 2 , 5s , 6ss , 6 , 48ss -49ss . Dismissed
                 ( Signed by Judge Patricia A. Seitz on 8/21/02) [EOD Date:
                 8/23/02] CCAP (dg) [Entry date 08/23/02]       *Vol. 2 cont'd*

8/22/02   1141   CJA 20 as to Mark Weiss : Appointment of Attorney Philip
                 Horowitz(Signed by Magistrate Barry S. Seltzer on 8/22/02
                 nunc pro tunc 10/26/00) (dg) [Entry date 09/11/02]

8/27/02   1129   MOTION by Mark Carattini to travel to Fairmont, GA from
                 8/30/03 thru 9/2/02 (dg) [Entry date 08/28/02]

8/29/02   1130   ORDER as to Mark Carattini granting [1129-1] motion to
                 travel to Fairmont, GA from 8/30/03 thru 9/2/02 as to Mark
                 Carattini (11) ( Signed by Judge Patricia A. Seitz on
                 8/28/02) [EOD Date: 8/30/02] CCAP (dg)
                 [Entry date 08/30/02]

8/29/02   1131   ORDER as to Jacolyn Baruch  granting [1126-1] motion to
                 continue sentencing as to Jacolyn Baruch (18)  reset
                 Sentencing for 8:30 9/23/02 for Jacolyn Baruch  before
                 Judge Patricia A. Seitz ( Signed by Judge Patricia A.
                 Seitz on 8/28/02) [EOD Date: 8/30/02] CCAP (dg)
                 [Entry date 08/30/02]

8/29/02   1132   Judgment Returned Executed as to Peggy Preston on 8/19/02
                 by U.S. Marshals Service (dg) [Entry date 08/30/02]

9/3/02    1133   TRANSCRIPT filed as to John O'Sullivan  of Sentence Hearing
                 held June 12, 2002  before Judge Patricia A. Seitz  Volume
                 #: I  Pages: 1-39 (hh) [Entry date 09/03/02]

9/4/02    1134   MOTION by Fred Morgenstern to discharge bond (dg)
                 [Entry date 09/05/02]

9/6/02    1135   OBJECTION by John Mamone to Presentence Investigation
                 Report (dg) [Entry date 09/09/02]

9/6/02    1135   MOTION by John Mamone for downward departure (dg)
                 [Entry date 09/09/02]

9/6/02    1136   APPENDIX in support of [1135-1] motion for downward
                 departure and [1135-1] objection to PSI by John Mamone (dg)
                 [Entry date 09/09/02]

9/6/02    1137   APPENDIX in support of comparative sentencing of
                 cooperating organized crime figures by John Mamone (dg)
                 [Entry date 09/09/02]

9/6/02    1138   OBJECTION by USA to Presentence Investigation Report and
                 Notice of seeking enhancement as to John Mamone (dg)
                 [Entry date 09/09/02] [Edit date 09/09/02]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL
```

9/9/02    1139    PETITION and ORDER for Action on Conditions of Probation as
                  to Jeffrey Bass   ( Signed by Judge Patricia A. Seitz on
                  9/6/02) [EOD Date: 9/10/02] (dg) [Entry date 09/10/02]

                                                          Vol. 2 cont'd

9/10/02   1140    MOTION by USA  as to John Mamone to Reduce Sentence (dg)
                  [Entry date 09/11/02]

9/10/02   --      Sentencing  held  before Judge Patricia A. Seitz  John
                  Mamone (2) count(s) 1ss (tb) [Entry date 09/17/02]

9/12/02   1144    Minutes of Sentencing held on 9/10/02  before Judge
                  Patricia A. Seitz as to John Mamone ;  Court Reporter Name
                  or Tape #: D. Erlich (ls) [Entry date 09/16/02]

9/13/02   1142    MOTION by Joseph Silvestri for continuance of the
                  sentencing date (ss) [Entry date 09/16/02]

9/13/02   1143    MOTION by David Bell to modify [1125-1] judgment order (ra)
                  [Entry date 09/16/02]

9/16/02   1145    ORDER as to Joseph Silvestri granting [1142-1] motion for
                  continuance of the sentencing date as to Joseph Silvestri
                  (5) Resetting Sentencing for 11:30 10/10/02 for Joseph
                  Silvestri before Judge William P. Dimitrouleas (Signed by
                  Judge William P. Dimitrouleas on 9/16/02) [EOD Date:
                  9/17/02] CCAP (ss) [Entry date 09/17/02]

9/16/02   1146    JUDGMENT as to  John Mamone (2) count(s) 1ss.  IMPRISONMENT
                  115 months as to counts one (97 months for underlying
                  offense and 18 months enhancement to be served
                  consecutively to the 97 months for a total of 115 months)3
                  years supervised as to Count 1, $100.00 total assessment,
                  $4,557,438.00 total restitution , John Mamone (2) count(s)
                  1s, 1 , 2ss , 2s , 2 , 3ss , 3s , 3 , 4ss , 4s , 4 , 5ss .
                  DISMISSED  ( Signed by Judge Patricia A. Seitz on 9/13/02)
                  [EOD Date: 9/17/02]  CCAP (tb) [Entry date 09/17/02]

9/20/02   1147    MOTION by USA  as to Jacolyn Baruch to Reduce Sentence (dg)
                  [Entry date 09/23/02]

9/23/02   --      Sentencing  held  before Judge Patricia A. Seitz  Jacolyn
                  Baruch (18) count(s) 2s (dg) [Entry date 09/26/02]

9/24/02   1148    Minutes of sentencing held on 9/23/02  before Judge
                  Patricia A. Seitz as to Jacolyn Baruch ;  Court Reporter
                  Name or Tape #: David Ehrlich (dg) [Entry date 09/25/02]

9/25/02   1149    JUDGMENT as to  Jacolyn Baruch (18) count(s) 2s.  Placed on
                  probation for term of 5 years; Assessment $100; Fine $2,000
                  , Jacolyn Baruch (18) count(s) 1s, 1 , 2 , 5s , 6 .
                  Dismissed  ( Signed by Judge Patricia A. Seitz on 9/24/02)
                  [EOD Date: 9/26/02] CCAP (dg) [Entry date 09/26/02]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

9/27/02   1150   ORDER as to David Bell granting [1143-1] motion to modify
                 [1125-1] judgment order as to David Bell (19); defendant
                 shall surrender before 2pm on 11/12/02 (Signed by Judge
                 Patricia A. Seitz on 9/25/02) [EOD Date: 9/30/02] CCAP✺ (dg)
                 [Entry date 09/30/02]

9/27/02   1151   Judgment Returned Executed as to Jacolyn Baruch on 9/25/02
                 by U.S. Marshals Service (dg) [Entry date 09/30/02]

9/30/02   1152   ORDER as to John Mamone discharging all bonds posted in
                 the case [see order for details] (Signed by Judge Patricia
                 A. Seitz on 9/30/02) [EOD Date: 10/1/02] CCAP✺ (dg)
                 [Entry date 10/01/02]

10/1/02   1153   TRANSCRIPT filed as to Jacolyn Baruch of sentencing held
                 9/23/02 before Judge Patricia A. Seitz, J. Volume #: I
                 Pages: 1-17 (ga) [Entry date 10/01/02]

10/3/02   1154   NOTICE of requirement that forfeiture be included in
                 judgment and sentence by USA as to Joseph Silvestri (ss)
                 [Entry date 10/04/02]

10/4/02   1155   JOINT MOTION by Joseph Silvestri for continuance of the
                 sentencing date (ss) [Entry date 10/07/02]

10/7/02   1156   ORDER as to Joseph Silvestri granting [1155-1] joint motion
                 for continuance of the sentencing date as to Joseph
                 Silvestri (5) Resetting Sentencing for 9:00 10/18/02 for
                 Joseph Silvestri before Judge William P. Dimitrouleas
                 (Signed by Judge William P. Dimitrouleas on 10/7/02) [EOD
                 Date: 10/8/02] CCAP✺ (ss) [Entry date 10/08/02]

10/9/02   1157   ORDER as to Fred Morgenstern denying [1134-1] motion to
                 discharge bond as to Fred Morgenstern (3) ( Signed by Judge
                 Patricia A. Seitz on 10/9/02) [EOD Date: 10/10/02] CCAP✺ (dg)
                 [Entry date 10/10/02]

10/9/02   1158   NOTICE of Unavailability by John Mamone for dates of:
                 12/8/02 thru 12/24/02 (dg) [Entry date 10/10/02]

10/11/02  1159   NOTICE of conflict by Joseph Silvestri (ss)
                 [Entry date 10/15/02]

10/15/02  1160   MOTION by Jacolyn Baruch to discharge bond (ct)
                 [Entry date 10/16/02]

10/15/02  1161   NOTICE of OBJECTIONS by Joseph Silvestri to Presentence
                 Investigation Report (ss) [Entry date 10/16/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                               CLOSED APPEAL

10/15/02 1162    ORDER as to Joseph Silvestri granting [1159-1] notice as a
                 motion to continue sentencing to Joseph Silvestri (5)
                 Resetting Sentencing for 9:00 11/1/02 for Joseph Silvestri
                 before Judge William P. Dimitrouleas (Signed by Judge
                 William P. Dimitrouleas on 10/15/02) [EOD Date: 10/16/02]
                 CCAP⊠ (ss) [Entry date 10/16/02]          *Vol. 2 Cont'd*

10/16/02 1163    UNOPPOSED MOTION by Joseph Silvestri to modify
                 pre-sentence investigation report (ct) [Entry date 10/17/02]

10/16/02 1164    ORDER as to Jacolyn Baruch  granting [1160-1] motion to
                 discharge bond  as to Jacolyn Baruch (18) ( Signed by Judge
                 Patricia A. Seitz on 10/16/02) [EOD Date: 10/18/02] CCAP⊠
                 (ct) [Entry date 10/18/02]

10/23/02 1165    RESPONSE by USA as to Joseph Silvestri in opposition to
                 [1161-1] objections (ss) [Entry date 10/24/02]

10/23/02 1166    ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY
                 PRESENTENCE INVESTIGATION REPORT as to Joseph Spitaleri.
                 See Order for details. (Motion not on file) ( Signed by
                 Judge Patricia A. Seitz on 10/21/02) [EOD Date: 10/24/02]
                 CCAP⊠ (ct) [Entry date 10/24/02]

10/24/02 1167    NOTICE OF APPEAL by John Mamone re: [1146-1] judgment order
                 EOD Date: 09/17/02; John Mamone (2) count(s) 1ss;  Filing
                 Fee: $ FEE NOT PAID Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (vl) [Entry date 10/25/02]

10/24/02 --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to John Mamone [1167-1] appeal (vl)
                 [Entry date 10/25/02]

10/24/02 1168    MOTION by John Mamone to extend time to file a Notice of
                 Appeal, and to proceed in forma pauperis on appeal (vl)
                 [Entry date 10/25/02]

10/24/02 1169    SEALED DOCUMENT (sp) [Entry date 10/28/02]

10/28/02 1170    NOTICE of Appearance for Joseph Silvestri by Attorney
                 Jeanne Baker (ss) [Entry date 10/29/02]

10/28/02 1171    MOTION by Joseph Silvestri to continue sentencing so that
                 new counsel may prepare representation, and NOTICE of
                 Motion for downward departure (ss) [Entry date 10/29/02]

10/28/02 1172    UNOPPOSED MOTION by Michael Buccinna to discharge $50,000
                 corporate surety bond (ct) [Entry date 10/29/02]

10/28/02 1176    SEALED DOCUMENT (sp) [Entry date 11/01/02]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

10/29/02 1173    ORDER as to Joseph Silvestri granting in part [1171-1]
                 motion to continue sentencing so that new counsel may
                 prepare representation as to Joseph Silvestri (5)
                 Resetting Sentencing for 10:15 11/14/02 for Joseph
                 Silvestri before Judge William P. Dimitrouleas (Signed by
                 Judge William P. Dimitrouleas on 10/29/02) [EOD Date:
                 10/30/02] CCAP☒ (ss) [Entry date 10/30/02]

10/30/02 1174    ORDER granting [1172-1] motion to discharge $50,000
                 corporate surety bond as to Michael Buccinna (7) ( Signed
                 by Judge Patricia A. Seitz on 10/30/02) [EOD Date:
                 10/31/02] CCAP☒ (ct) [Entry date 10/31/02]

10/31/02 1175    AMENDED ORDER as to Joseph Silvestri granting in part
                 [1171-1] motion to continue sentencing so that new counsel
                 may prepare representation Resetting Sentencing for 2:15
                 11/14/02 for Joseph Silvestri before Judge William P.
                 Dimitrouleas (Signed by Judge William P. Dimitrouleas on
                 10/31/02) [EOD Date: 11/1/02] (ss) [Entry date 11/01/02]

10/31/02 1177    MOTION by Joseph Silvestri for Richard A. Sharpstein to
                 withdraw as counsel (ss) [Entry date 11/01/02]

10/31/02 1178    SEALED DOCUMENT (sp) [Entry date 11/05/02]

10/31/02 1179    SEALED DOCUMENT (sp) [Entry date 11/05/02]

11/6/02  1181    Transcript Information Form for Transcript of: sentencing
                 held 9/10/02 filed re: [1167-1] appeal  by John Mamone (ga)
                 [Entry date 11/07/02]

11/6/02  1182    NOTICE of Appearance for Grace Mamone by Attorney William
                 James Cone Jr. (ct) [Entry date 11/07/02]

11/6/02  1186    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 proceedings held 6/4/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 5 (ss)
                 [Entry date 11/12/02]

11/6/02  1187    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 proceedings held 6/5/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 3 (ss)
                 [Entry date 11/12/02]

11/7/02  1180    TRANSCRIPT filed as to John Mamone  of sentencing held
                 9/10/02  before Judge Patricia A. Seitz, J.  Volume #: I
                 Pages: 1-68 re: [1167-1] appeal . (ga)
                 [Entry date 11/07/02]

11/7/02  1183    Transcript Information Form for Transcript of: sentence
                 held 9/10/02 filed re: [1167-1] appeal  by John Mamone (ga)
                 [Entry date 11/08/02]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

11/7/02   1184   DUPLICATE Transcript Information Form for Transcript of:
                 sentence held 9/10/02 filed re: [1167-1] appeal by John
                 Mamone (ga) [Entry date 11/08/02]   *Vol. 2 cont'd*

11/7/02   1185   MOTION by USA  as to Joseph Spitaleri to Reduce Sentence (ct)
                 [Entry date 11/08/02]

11/7/02   1197   SEALED DOCUMENT (sp) [Entry date 11/19/02]

11/8/02   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 10/29/02 as to John Mamone  Re: [1167-1]
                 appeal  USCA Number: 02-15942-A (vl) [Entry date 11/08/02]

11/12/02  1188   RESPONSE by USA as to Joseph Silvestri in opposition to
                 [1171-2] motion for downward departure (ss)
                 [Entry date 11/13/02]

11/12/02  1189   MOTION by Mark Weiss for permission to travel (ss)
                 [Entry date 11/13/02]

11/12/02  1190   MOTION by Joseph Silvestri for order for cardiology
                 examination, and concomitant continuance of sentencing (ss)
                 [Entry date 11/13/02]

11/13/02  1191   ORDER as to Mark Weiss granting [1189-1] motion for
                 permission to travel as to Mark Weiss (17) (Signed by Judge
                 William P. Dimitrouleas on 11/13/02) [EOD Date: 11/14/02]
                 CCAP※ (ss) [Entry date 11/14/02]

11/13/02  1192   ORDER as to Joseph Silvestri granting [1190-1] motion for
                 order for cardiology examination as to Joseph Silvestri
                 (5), granting [1190-2] motion for concomitant continuance
                 of sentencing as to Joseph Silvestri (5) Resetting
                 Sentencing for 10:30 12/6/02 for Joseph Silvestri before
                 Judge William P. Dimitrouleas (Signed by Judge William P.
                 Dimitrouleas on 11/13/02) [EOD Date: 11/14/02] CCAP※ (ss)
                 [Entry date 11/14/02]

11/13/02  1193   Minutes of Restitution Hearing held on 11/8/02  before
                 Judge Patricia A. Seitz as to David Bell ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 11/14/02]

11/13/02  --     Restitution Hearing as to David Bell held before Judge
                 Patricia A. Seitz (ct) [Entry date 11/14/02]

11/13/02  1194   Clerk's receipt. Number: 872173 in the amount of $ 105.00
                 for (NOA) by John Mamone (vl) [Entry date 11/14/02]

11/14/02  1195   ORDER as to Joseph Spitaleri Motion hearing  before Judge
                 Patricia A. Seitz set for 8:30 5/13/03 for Joseph Spitaleri
                 for [1185-1] motion to Reduce Sentence ( Signed by Judge
                 Patricia A. Seitz on 11/13/02) [EOD Date: 11/15/02] CCAP※
                 (ct) [Entry date 11/15/02]

```
Proceedings include all events.                              BLG
0:00cr6309-ALL USA v. Raffa, et al                    CLOSED APPEAL
```

11/15/02 1196    JUDGEMENT OF RESTITUTION as to David Bell. ORDERED that the
                 Defendant, David Bell, shall make restitution in the amount
                 of $475,000.00 as follows: $175,000.00 to the "North
                 Carolina Vicitms" (see attached list), and $300,000.00 to
                 the "Rubbo Victims" (see attached list). See Order for
                 additional details. ( Signed by Judge Patricia A. Seitz on
                 11/14/02) [EOD Date: 11/18/02] CCAP (ct)
                 [Entry date 11/18/02]

*Vol. 2 cont'd*

11/20/02 1198    NOTICE of defense counsel's time limitation due to medical
                 appointment by Joseph Silvestri (ss) [Entry date 11/21/02]

11/20/02 1198    REQUEST by Joseph Silvestri for modification of sentencing
                 schedule (ss) [Entry date 11/21/02]

11/20/02 1199    MOTION by USA as to John Mamone  concerning restitution
                 and proposed repayment schedule (ct) [Entry date 11/21/02]

11/21/02 1200    NOTICE as to Joseph Silvestri of disclosure of discussion
                 between defendant and his wife about harm coming to the
                 undersigned (Signed by Judge William P. Dimitrouleas on
                 11/21/02) [EOD Date: 11/22/02] CCAP (ss)
                 [Entry date 11/22/02]

11/21/02 1201    ORDER as to Joseph Silvestri granting [1198-1] motion for
                 modification of sentencing schedule as to Joseph Silvestri
                 (5) Resetting Sentencing for 1:30 12/13/02 for Joseph
                 Silvestri before Judge William P. Dimitrouleas (Signed by
                 Judge William P. Dimitrouleas on 11/21/02) [EOD Date:
                 11/22/02] CCAP (ss) [Entry date 11/22/02]

11/21/02 1202    MOTION by John Mamone to Correct sentence, or to compel
                 sepcific performance with plea agreement (ct)
                 [Entry date 11/22/02]

11/21/02 1203    EMERGENCY MOTION by John Mamone to continue restitution
                 hearing (ct) [Entry date 11/22/02]

11/21/02 1204    ORDER as to John Mamone  denying [1203-1] motion to
                 continue restitution hearing as to John Mamone (2) ( Signed
                 by Judge Patricia A. Seitz on 11/21/02) [EOD Date:
                 11/22/02] CCAP (ct) [Entry date 11/22/02]

11/21/02 1205    SUPPLEMENT by USA as to John Mamone  to: [1199-1] motion
                 concerning restitution (ct) [Entry date 11/22/02]

11/21/02 1205    RESPONSE by USA  as to John Mamone re [1203-1] motion to
                 continue restitution hearing (ct) [Entry date 11/22/02]

11/21/02 1206    RESPONSE by USA as to John Mamone  in opposition to
                 [1202-1] motion to Correct sentence, [1202-2] motion to
                 compel sepcific performance with plea agreement (ct)
                 [Entry date 11/22/02]


Docket as of August 28, 2003 8:30 am                    Page 167

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                           CLOSED APPEAL
```

11/25/02 1207    Minutes of Restitution Hearing held on 11/22/02  before
                 Judge Patricia A. Seitz as to John Mamone ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 11/26/02]

11/25/02  --     Restitution Hearing as to John Mamone held before Judge
                 Patricia A. Seitz (ct) [Entry date 11/26/02]

11/25/02 1208    SUPPLEMENT by USA as to Joseph Silvestri to: [1188-1]
                 opposition response (ss) [Entry date 11/26/02]

11/26/02  --     Attorney Charles Wender has requested to be removed from
                 fax back mailing list, attorney no longer representing dft
                 on case Giuseppe Bellitto (rbb) [Entry date 11/26/02]

11/26/02  --     Restitution Hearing as to John Mamone  held  before Judge
                 Patricia A. Seitz (ct) [Entry date 12/02/02]

11/27/02 1209    Minutes of continuation of Restitution Hearing held on
                 11/26/02 before Judge Patricia A. Seitz as to John Mamone ;
                 Court Reporter Name or Tape #: D. Ehrlich (ct)
                 [Entry date 12/02/02]

12/2/02  1210    JUDGMENT OF RESTITUTION granting [1199-1] motion concerning
                 restitution as to John Mamone (2). ORDERED that the
                 Defendant shall make resitution in the amount of
                 $4,302,899.71. See Order for details. ( Signed by Judge
                 Patricia A. Seitz on 12/2/02) [EOD Date: 12/3/02] CCAP (ct)
                 [Entry date 12/03/02] [Edit date 12/03/02]

12/5/02  1211    ORDER of limited remand from USCA (certified copy) re:
                 [1167-1] appeal is REMANDED to the district court for a
                 determination of excusable neglect or good cause. Upon
                 entry of its order making this determination, the district
                 court shall return the record, as supplemented, to this
                 court for consideration; by John Mamone USCA Order Date:
                 11/29/02 (vl) [Entry date 12/05/02]

12/5/02  1212    MOTION by John Mamone for David Rothman and Neil Schuster
                 to withdraw as attorney, declare the defendant indigent
                 and for appointment of counsel for the purpose of appeal (nc)
                 [Entry date 12/06/02]

12/9/02  1213    TRANSCRIPT filed as to John Mamone  of Restitution Hearing
                 held 11/22/02  before Judge Patricia A. Seitz  Volume #: I
                 Pages: 1-62 re: [1167-1] appeal . (hh)
                 [Entry date 12/10/02]

12/9/02  1214    TRANSCRIPT filed as to John Mamone  of Restitution Hearing
                 held 11/26/02  before Judge Patricia A. Seitz  Volume #: II
                 Pages: 1-187  re: [1167-1] appeal . (hh)
                 [Entry date 12/10/02]

12/11/02 1215    JOINT MOTION by USA, Joseph Silvestri to continue
                 sentencing (ss) [Entry date 12/12/02]

Proceedings include all events.                                           BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL


12/12/02 1216    MOTION by USA as to Joseph Silvestri to forfeit substitute
                 property, and second preliminary order of forfeiture (ss)
                 [Entry date 12/13/02]

12/12/02 1217    ORDER as to Joseph Silvestri granting [1215-1] joint motion
                 to continue sentencing as to Joseph Silvestri (5)
                 Resetting Sentencing for 10:30 2/7/03 for Joseph Silvestri
                 before Judge William P. Dimitrouleas (Signed by Judge
                 William P. Dimitrouleas on 12/12/02) [EOD Date: 12/13/02]
                 CCAP (ss) [Entry date 12/13/02]

12/12/02 1218    ORDER as to John Mamone [1212-1] motion for David Rothman
                 and Neil Schuster to withdraw as attorney referred  to
                 Magistrate Ted E. Bandstra, [1212-2] motion for appointment
                 of counsel for the purpose of appeal referred , granting
                 [1168-1] motion to extend time to file a Notice of Appeal,
                 denying [1168-2] motion to proceed in forma pauperis appeal
                 ( Signed by Judge Patricia A. Seitz on 12/11/02) [EOD Date:
                 12/13/02] CCAP (nc) [Entry date 12/13/02]

12/13/02 1219    SECOND PRELIMINARY ORDER OF FORFEITURE as to Joseph
                 Silvestri granting [1216-1] motion to forfeit substitute
                 property as to Joseph Silvestri (5), granting [1216-2]
                 motion second preliminary order of forfeiture as to Joseph
                 Silvestri (5) (Signed by Judge William P. Dimitrouleas on
                 12/13/02) [EOD Date: 12/16/02] CCAP (ss)
                 [Entry date 12/16/02]

12/16/02 1220    NOTICE of Hearing as to John Mamone : Motion hearing
                 before Magistrate Ted E. Bandstra set for 10:00 1/16/03 for
                 John Mamone for [1212-1] motion for David Rothman and Neil
                 Schuster to withdraw as attorney, set for 10:00 1/16/03 for
                 John Mamone for [1212-2] motion for appointment of counsel
                 for the purpose of appeal (ls) [Entry date 12/18/02]

12/23/02 1221    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/23/02 1222    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/27/02 1223    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/27/02 1224    SEALED DOCUMENT (mh) [Entry date 12/30/02]

12/30/02 1225    Proof of publication of notice of forfeiture for
                 publication as to Joseph Silvestri from the: Broward Daily
                 Business Review dated: 12/20/02 Response deadline is
                 1/20/03 (ss) [Entry date 12/31/02]

12/30/02 1226    TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 5/31/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 74 (ss)
                 [Entry date 12/31/02]


Docket as of August 28, 2003 8:30 am                    Page 169

Proceedings include all events.                                              BLG
0:00cr6309-ALL USA v. Raffa, et al                                    CLOSED APPEAL

12/30/02  1227    TRANSCRIPT filed as to Joseph Silvestri of Trial
                  Proceedings held 6/4/02 before Judge William P.
                  Dimitrouleas Volume #: I Pages: 1 through 70 (ss)
                  [Entry date 12/31/02]                *Vol. 2 cont'd*

1/2/03    1228    CONSOLIDATED NOTICE OF APPEAL by John Mamone re: [1210-1]
                  order, EOD, EOD Date: 12/3/02; [1146-1] judgment order EOD Date:
                  09/17/02; John Mamone (2) 1ss; Filing Fee: $ 105.00 Receipt
                  #: 872173 Copies to AUSA, USM, USPO and Counsel of Record.
                  (vl) [Entry date 01/03/03]

1/3/03    --      Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to John Mamone [1228-1] appeal (vl)
                  [Entry date 01/03/03]

1/3/03    1229    MOTION by Mark Weiss for permission to travel (ss)
                  [Entry date 01/06/03]

1/3/03    1230    Certification of Emergency by Mark Carattini issued on
                  1/3/03 (ct) [Entry date 01/06/03]

1/3/03    1237    SEALED DOCUMENT (sp) [Entry date 01/22/03]

1/6/03    1231    ORDER as to Mark Weiss [1229-1] motion for permission to
                  travel defer ruling for five days (Signed by Judge William
                  P. Dimitrouleas on 1/6/03) [EOD Date: 1/7/03] CCAP (ss)
                  [Entry date 01/07/03]

1/8/03    1232    RESPONSE by USA as to Mark Weiss re [1189-1] motion for
                  permission to travel (ss) [Entry date 01/09/03]

1/9/03    1233    ORDER as to Mark Weiss granting [1229-1] motion for
                  permission to travel as to Mark Weiss (17) (Signed by Judge
                  William P. Dimitrouleas on 1/9/03) [EOD Date: 1/10/03]
                  CCAP (ss) [Entry date 01/10/03]

1/10/03   1234    RELEASE OF LIS PENDENS by USA as to John Mamone, Fred
                  Morgenstern, David Morgenstern, Joseph Silvestri, Michael
                  Buccinna, David Bell, John O'Sullivan, Mark Weiss, Mark
                  Carattini, Anson Klinger, Frederick Scarola, Charles Clay,
                  Doreen Russo re: 7705 Andes Lane, Parkland, FL.  Grantees:
                  David E. Bell, Jr., and Stacey Bell (ct)
                  [Entry date 01/13/03]

1/14/03   1235    Report of property seized pursuant to second preliminary
                  order of forfeiture by USA as to Joseph Silvestri (ss)
                  [Entry date 01/15/03]

1/16/03   --      Motion hearing as to John Mamone re: [1212-1] motion for
                  David Rothman and Neil Schuster to withdraw as attorney
                  Motion hearing held before Magistrate Ted E. Bandstra (ct)
                  [Entry date 01/21/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

1/17/03   1236    Minutes of Motions to Withdraw as Counsel Hearing held on
                  1/16/03 before Magistrate Ted E. Bandstra as to John Mamone
                  ; Court Reporter Name or Tape #: 03E-1-Sealed and 3-1607 (ct)
                  [Entry date 01/21/03]

                                                    Vol.2 cont'd

1/21/03   1240    SEALED DOCUMENT (sp) [Entry date 01/24/03]

1/21/03   1241    SEALED DOCUMENT (sp) [Entry date 01/24/03]

1/22/03   1238    ORDER as to Fred Morgenstern, David Morgenstern Set status
                  conference for 9:45 1/31/03 for Fred Morgenstern, for David
                  Morgenstern before Judge William P. Dimitrouleas (Signed
                  by Judge William P. Dimitrouleas on 1/22/03) [EOD Date:
                  1/23/03] CCAP (ss) [Entry date 01/23/03]

1/22/03   1239    Transcript Information Form re:as to John Mamone [1167-1]
                  appeal  by John Mamone . No transcript requested. No
                  transcripts is required for appeal purposes. (vl)
                  [Entry date 01/23/03]

1/23/03   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 01/08/03 as to John Mamone  Re: [1228-1]
                  appeal  USCA Number: 03-10134-A (vl) [Entry date 01/23/03]

1/23/03   1242    TRANSCRIPT filed as to Michael Buccinna  of Sentencing
                  Hearing held 4/12/02  before Judge Patricia Seitz  Volume
                  #: I  Pages: 1-44 (nc) [Entry date 01/27/03]

1/24/03   1244    SEALED DOCUMENT with attachment and exhibits (sp)
                  [Entry date 01/29/03]

1/28/03   1243    ORDER OF REFERENCE referring Notice of Motions filed
                  January 31, 2003 and Amended Motion Under Seal filed
                  January 24, 2003 to Magistrate Ted E. Bandstra as to John
                  Mamone : ( Signed by Judge Patricia A. Seitz on 1/27/03)
                  [EOD Date: 1/29/03] CCAP (ct) [Entry date 01/29/03]

1/28/03   1245    ORDER as to John Mamone  granting [1212-1] motion for David
                  Rothman and Neil Schuster to withdraw as attorney
                  (Terminated: as to John Mamone (2), granting [1212-2]
                  motion for appointment of counsel for the purpose of appeal
                  as to John Mamone (2) (on 01/28/03) [EOD Date: 1/29/03]
                  CCAP (vl) [Entry date 01/29/03]

1/30/03   1246    JOINT MOTION by Fred Morgenstern, David Morgenstern for
                  appointment of respective new counsel for each (ss)
                  [Entry date 01/31/03]

1/30/03   1247    ORDER as to John Mamone for CJA attorney Michael Cohen to
                  be appointed counsel immediately ( Signed by Magistrate Ted
                  E. Bandstra on 01/29/03) [EOD Date: 1/31/03] CCAP (vl)
                  [Entry date 01/31/03]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

12/30/02  1227   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 6/4/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 70 (ss)
                 [Entry date 12/31/02]                    *Vol.3 contd*

1/2/03    1228   CONSOLIDATED NOTICE OF APPEAL by John Mamone re: [1210-1]
                 order, EOD Date: 12/3/02; [1146-1] judgment order EOD Date:
                 09/17/02; John Mamone (2) 1ss; Filing Fee: $ 105.00 Receipt
                 #: 872173 Copies to AUSA, USM, USPO and Counsel of Record.
                 (vl) [Entry date 01/03/03]

1/3/03    --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to John Mamone [1228-1] appeal (vl)
                 [Entry date 01/03/03]

1/3/03    1229   MOTION by Mark Weiss for permission to travel (ss)
                 [Entry date 01/06/03]

1/3/03    1230   Certification of Emergency by Mark Carattini issued on
                 1/3/03 (ct) [Entry date 01/06/03]

1/3/03    1237   SEALED DOCUMENT (sp) [Entry date 01/22/03]

1/6/03    1231   ORDER as to Mark Weiss [1229-1] motion for permission to
                 travel defer ruling for five days (Signed by Judge William
                 P. Dimitrouleas on 1/6/03) [EOD Date: 1/7/03] CCAP (ss)
                 [Entry date 01/07/03]

1/8/03    1232   RESPONSE by USA as to Mark Weiss re [1189-1] motion for
                 permission to travel (ss) [Entry date 01/09/03]

1/9/03    1233   ORDER as to Mark Weiss granting [1229-1] motion for
                 permission to travel as to Mark Weiss (17) (Signed by Judge
                 William P. Dimitrouleas on 1/9/03) [EOD Date: 1/10/03]
                 CCAP (ss) [Entry date 01/10/03]

1/10/03   1234   RELEASE OF LIS PENDENS by USA as to John Mamone, Fred
                 Morgenstern, David Morgenstern, Joseph Silvestri, Michael
                 Buccinna, David Bell, John O'Sullivan, Mark Weiss, Mark
                 Carattini, Anson Klinger, Frederick Scarola, Charles Clay,
                 Doreen Russo  re: 7705 Andes Lane, Parkland, FL.  Grantees:
                 David E. Bell, Jr., and Stacey Bell (ct)
                 [Entry date 01/13/03]

1/14/03   1235   Report of property seized pursuant to second preliminary
                 order of forfeiture by USA as to Joseph Silvestri (ss)
                 [Entry date 01/15/03]

1/16/03   --     Motion hearing as to John Mamone re: [1212-1] motion for
                 David Rothman and Neil Schuster to withdraw as attorney
                 Motion hearing held before Magistrate Ted E. Bandstra (ct)
                 [Entry date 01/21/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                                CLOSED APPEAL

1/17/03   1236   Minutes of Motions to Withdraw as Counsel Hearing held on
                 1/16/03 before Magistrate Ted E. Bandstra as to John Mamone
                 ; Court Reporter Name or Tape #: 03E-1-Sealed and 3-1607 (ct)
                 [Entry date 01/21/03]                        *Vol. 2 Cont'd*

1/21/03   1240   SEALED DOCUMENT (sp) [Entry date 01/24/03]

1/21/03   1241   SEALED DOCUMENT (sp) [Entry date 01/24/03]

1/22/03   1238   ORDER as to Fred Morgenstern, David Morgenstern Set status
                 conference for 9:45 1/31/03 for Fred Morgenstern, for David
                 Morgenstern before Judge William P. Dimitrouleas (Signed
                 by Judge William P. Dimitrouleas on 1/22/03) [EOD Date:
                 1/23/03] CCAP※ (ss) [Entry date 01/23/03]

1/22/03   1239   Transcript Information Form re:as to John Mamone [1167-1]
                 appeal  by John Mamone . No transcript requested. No
                 transcripts is required for appeal purposes. (vl)
                 [Entry date 01/23/03]

1/23/03   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 01/08/03 as to John Mamone  Re: [1228-1]
                 appeal  USCA Number: 03-10134-A (vl) [Entry date 01/23/03]

1/23/03   1242   TRANSCRIPT filed as to Michael Buccinna  of Sentencing
                 Hearing held 4/12/02  before Judge Patricia Seitz  Volume
                 #: I  Pages: 1-44 (nc) [Entry date 01/27/03]

1/24/03   1244   SEALED DOCUMENT with attachment and exhibits (sp)
                 [Entry date 01/29/03]

1/28/03   1243   ORDER OF REFERENCE referring Notice of Motions filed
                 January 31, 2003 and Amended Motion Under Seal filed
                 January 24, 2003 to Magistrate Ted E. Bandstra as to John
                 Mamone : ( Signed by Judge Patricia A. Seitz on 1/27/03)
                 [EOD Date: 1/29/03] CCAP (ct) [Entry date 01/29/03]

1/28/03   1245   ORDER as to John Mamone  granting [1212-1] motion for David
                 Rothman and Neil Schuster to withdraw as attorney
                 (Terminated: as to John Mamone (2), granting [1212-2]
                 motion for appointment of counsel for the purpose of appeal
                 as to John Mamone (2) (on 01/28/03) [EOD Date: 1/29/03]
                 CCAP※ (vl) [Entry date 01/29/03]

1/30/03   1246   JOINT MOTION by Fred Morgenstern, David Morgenstern for
                 appointment of respective new counsel for each (ss)
                 [Entry date 01/31/03]

1/30/03   1247   ORDER as to John Mamone for CJA attorney Michael Cohen to
                 be appointed counsel immediately ( Signed by Magistrate Ted
                 E. Bandstra on 01/29/03) [EOD Date: 1/31/03] CCAP※ (vl)
                 [Entry date 01/31/03]

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

1/30/03   --     Letter Request for updated docket sheet mailed 1/31/03 by
                 John Mamone as to John Mamone (vl) [Entry date 01/31/03]

1/30/03   1249   ORDER as to John Mamone pursuant to SEALED motion (DE 1240)
                 is DENIED with leave to refile through courtappointed
                 counsel if deemed appropriate at this time; ( Signed by
                 Magistrate Ted E. Bandstra on 01/30/03) [EOD Date: 1/31/03]
                 CCAP※ (vl) [Entry date 01/31/03]

1/31/03  (1248)  Minutes of Status Conference held on 1/31/03 before Judge
                 William P. Dimitrouleas as to Fred Morgenstern, David
                 Morgenstern; Status Conference 2/4/03 at 9:00; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 01/31/03]

1/31/03   --     Status conference as to Fred Morgenstern, David Morgenstern
                 held before Judge William P. Dimitrouleas (ss)
                 [Entry date 01/31/03]

1/31/03   1250   NOTICE of serving medical records by Joseph Silvestri (ss)
                 [Entry date 02/03/03]

1/31/03   1251   EXPANDED MOTION with Memorandum in Support by Joseph
                 Silvestri for downward departure (ss) [Entry date 02/03/03]

1/31/03   1252   NOTICE regarding anticipated length of sentencing
                 proceeding by Joseph Silvestri (ss) [Entry date 02/03/03]

1/31/03   1253   NOTICE of submission of letters for consideration at
                 sentencing by Joseph Silvestri (ss) [Entry date 02/03/03]

1/31/03   1265   SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1266   SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1267   SEALED DOCUMENT (sp) [Entry date 02/10/03]

1/31/03   1268   SEALED DOCUMENT (sp) [Entry date 02/10/03]

2/3/03    1254   MOTION by USA as to Fred Morgenstern to set conditions of
                 bond pending sentence (ss) [Entry date 02/04/03]

2/3/03   (1255)  MOTION by USA as to David Morgenstern to reinstate
                 conditions of bond pending sentence (ss)
                 [Entry date 02/04/03]

2/4/03   (1256)  Minutes of Continuation of Status Conference held on 2/4/03
                 before Judge William P. Dimitrouleas as to Fred
                 Morgenstern, David Morgenstern; Sentencing 4/18/03 at 8:45
                 (Fred) at 9:15 (David) Court Reporter Name or Tape #: Bob
                 Ryckoff (ss) [Entry date 02/05/03]

2/4/03    --     Status conference as to Fred Morgenstern, David Morgenstern
                 held before Judge William P. Dimitrouleas (ss)

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                         CLOSED APPEAL

                      [Entry date 02/05/03]

*VOL 2 cont'd*

2/4/03   1257    NOTICE of Hearing as to David Morgenstern: Setting
                 Sentencing for 9:15 4/18/03 for David Morgenstern before
                 Judge William P. Dimitrouleas (ss) [Entry date 02/05/03]

2/4/03   1258    NOTICE of Hearing as to Fred Morgenstern: Setting
                 Sentencing for 8:45 4/18/03 for Fred Morgenstern before
                 Judge William P. Dimitrouleas (ss) [Entry date 02/05/03]

2/4/03   1259    ORDER as to Fred Morgenstern, David Morgenstern granting
                 [1246-1] joint motion for appointment of respective new
                 counsel for each as to Fred Morgenstern (3), David
                 Morgenstern (4) Setting Sentencing for 8:45 4/18/03 for
                 Fred Morgenstern before Judge William P. Dimitrouleas,
                 Setting Sentencing for 9:15 4/18/03 for David Morgenstern
                 before Judge William P. Dimitrouleas; Any motions to
                 withdraw plea due by 3/14/03; Defers ruling until 2/14/03
                 on motion to set conditions of bond and motion to reinstate
                 conditions of bond (Signed by Judge William P. Dimitrouleas
                 on 2/4/03) [EOD Date: 2/5/03] CCAP☒ (ss)
                 [Entry date 02/05/03]

2/4/03   1269    SEALED DOCUMENT (sp) [Entry date 02/10/03]

2/5/03   1263    ORDER from USDC District of South Carolina (Greenville
                 Division) returning defendants to our District as to Fred
                 Morgenstern, David Morgenstern (ss) [Entry date 02/07/03]

2/5/03   1263    Return of Rule 20 as to Fred Morgenstern, David Morgenstern
                 for Failure to Plead (mg) [Entry date 04/23/03]

2/6/03   1260    CJA 20 as to Fred Morgenstern: Appointment of Attorney
                 William A. Clay (Signed by Judge William P. Dimitrouleas on
                 2/4/03) (ss) [Entry date 02/07/03]

2/6/03   1261    CJA 20 as to David Morgenstern: Appointment of Attorney
                 Brian R. McComb (Signed by Judge William P. Dimitrouleas on
                 2/4/03) (ss) [Entry date 02/07/03]

2/6/03   1262    RESPONSE by USA as to Joseph Silvestri in opposition to
                 [1251-1] expanded motion for downward departure (ss)
                 [Entry date 02/07/03]

2/7/03   1264    Minutes of Sentencing held on 2/7/03 before Judge William
                 P. Dimitrouleas as to Joseph Silvestri; Sentencing 2/20/03
                 at 10:00; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 02/10/03]

2/10/03  1271    MOTION by John Mamone for transcript of sealed hearing (vl)
                 [Entry date 02/12/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

2/11/03   1270   NOTICE of submission of signed exhibit E by Joseph
                 Silvestri to: [1251-1] expanded motion for downward
                 departure (ss) [Entry date 02/12/03] *Vol. 2 Cont'd*

2/11/03   1272   ORDER as to John Mamone  granting motion to unseal taype
                 #03-E3 of the hearing on January 16, 2003, and then tape
                 and hearing to be resealed and remain sealed [1271-1]
                 motion for transcript of sealed hearing as to John Mamone
                 (2) (on 02/11/03) [EOD Date: 2/12/03] CCAP* (vl)
                 [Entry date 02/12/03]

2/13/03   1273   RETURN OF SERVICE as to Joseph Silvestri executed on 2/4/03
                 Re: Second Preliminary Order of Forfeiture. (ss)
                 [Entry date 02/14/03]

2/13/03   (1274)  OBJECTION by David Morgenstern to [1255-1] motion to
                 reinstate conditions of bond pending sentencing (ss)
                 [Entry date 02/14/03]

2/13/03   1275   Proof of publication of notice of forfeiture for
                 publication as to Joseph Silvestri from the: Broward Daily
                 Business Review dated: 1/17/03 Response deadline is 2/17/03
                 (ss) [Entry date 02/14/03]

2/14/03   1276   RESPONSE by Fred Morgenstern in objection to [1254-1]
                 motion to set conditions of bond pending sentence (ss)
                 [Entry date 02/18/03]

2/14/03   1280   TRANSCRIPT INFORMATION FORM as to John Mamone  re: [1228-1]
                 appeal   received on 2/21/03 from Court Reporter. (Returned
                 to Court Reporter Coordinator) (vl) [Entry date 02/24/03]

2/18/03   (1277)  ORDER as to David Morgenstern denying [1255-1] motion to
                 reinstate conditions of bond pending sentence as to David
                 Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                 2/18/03) [EOD Date: 2/19/03] CCAP* (ss)
                 [Entry date 02/19/03]

2/18/03   1278   ORDER as to Fred Morgenstern denying [1254-1] motion to set
                 conditions of bond pending sentence as to Fred Morgenstern
                 (3) (Signed by Judge William P. Dimitrouleas on 2/18/03)
                 [EOD Date: 2/19/03] CCAP* (ss) [Entry date 02/19/03]

2/20/03   1279   Minutes of Sentencing held on 2/20/03 before Judge William
                 P. Dimitrouleas as to Joseph Silvestri; Sentencing 3/21/03
                 at 10:30; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 02/21/03]

2/25/03   1281   TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern,
                 Joseph Silvestri of Status Conference held 5/21/02 before
                 Judge William P. Dimitrouleas Volume #: I Pages: 1 through
                 10 (ss) [Entry date 02/26/03] *See Vol. 5 of USCA # 02-15043-A   03-10253-A*

Proceedings include all events.                                         BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

2/25/03   1282   TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern
                 of Status Conference held 1/31/03 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 23 (ss)
                 [Entry date 02/26/03]   *see Vol. 8 of USCA 03-12250-A*

2/25/03   1283   TRANSCRIPT filed as to Fred Morgenstern, David Morgenstern
                 of Status Conference held 2/4/03 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 10 (ss)
                 [Entry date 02/26/03]   *see Vol. 9 of USCA 03-12250-A*

2/26/03   1284   SEALED DOCUMENT (sp) [Entry date 03/03/03]   *Vol 2 cont'd*

2/26/03   1285   SEALED DOCUMENT (sp) [Entry date 03/03/03]

3/3/03    1286   SEALED DOCUMENT (mh) [Entry date 03/05/03]

3/6/03    1287   ORDER as to Fred Morgenstern denying Probation's request to
                 continue sentencing (Signed by Judge William P.
                 Dimitrouleas on 3/6/03) [EOD Date: 3/7/03] CCAP (ss)
                 [Entry date 03/07/03]

3/7/03    1288   JOINT STIPULATION by Fred Morgenstern for substitution of
                 Michael J. Rosen, Esq. as Counsel (ss) [Entry date 03/10/03]

3/7/03    1289   NOTICE of Appearance for Fred Morgenstern by Attorney
                 Michael James Rosen (ss) [Entry date 03/10/03]

3/10/03   1290   ORDER as to Fred Morgenstern granting [1288-1] joint
                 stipulation for substitution of Michael J. Rosen, Esq. as
                 Counsel (Terminated: attorney William Alexander Clay for
                 Fred Morgenstern) as to Fred Morgenstern (3) (Signed by
                 Judge William P. Dimitrouleas on 3/10/03) [EOD Date:
                 3/11/03] CCAP (ss) [Entry date 03/11/03]

3/10/03   1291   MOTION by USA as to Joseph Silvestri for final order of
                 forfeiture (ss) [Entry date 03/11/03]

3/11/03   1292   FINAL ORDER OF FORFEITURE as to Joseph Silvestri granting
                 [1291-1] motion for final order of forfeiture as to Joseph
                 Silvestri (5) (Signed by Judge William P. Dimitrouleas on
                 3/11/03) [EOD Date: 3/12/03] CCAP (ss)
                 [Entry date 03/12/03]

3/12/03   1293   MOTION by Fred Morgenstern for discharge of court
                 appointed attorney William Clay (ss) [Entry date 03/13/03]

3/12/03   1294   MOTION by Fred Morgenstern for additional time in which to
                 file a possible motion to withdraw the plead of guilty (ss)
                 [Entry date 03/13/03]

3/12/03   1295   UNOPPOSED MOTION by Fred Morgenstern to unseal all
                 pleadings pertaining to Fred Morgenstern (ss)
                 [Entry date 03/13/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL

3/12/03   1296    ORDER as to Joseph Spitaleri Motion hearing  before Judge
                  Patricia A. Seitz set for 3:00 3/27/03 for Joseph Silvestri
                  for [1185-1] motion to Reduce Sentence ( Signed by Judge
                  Patricia A. Seitz on 3/12/03) [EOD Date: 3/13/03] CCAP※ (ct)
                  [Entry date 03/13/03]                    *Vol.2 cont'd*

3/13/03   1297    ORDER as to Fred Morgenstern granting [1295-1] unopposed
                  motion to unseal all pleadings pertaining to Fred
                  Morgenstern as to Fred Morgenstern (3) (Signed by Judge
                  William P. Dimitrouleas on 3/13/03) [EOD Date: 3/14/03]
                  CCAP※ (ss) [Entry date 03/14/03]

3/13/03   1298    ORDER as to Fred Morgenstern granting [1293-1] motion for
                  discharge of court appointed attorney William Clay
                  (Terminated: attorney William Alexander Clay for Fred
                  Morgenstern as to Fred Morgenstern (3) (Signed by Judge
                  William P. Dimitrouleas on 3/13/03) [EOD Date: 3/14/03]
                  CCAP※ (ss) [Entry date 03/14/03]

3/13/03   1299    ORDER as to Fred Morgenstern granting [1294-1] motion for
                  additional time in which to file a possible motion to
                  withdraw the plead of guilty as to Fred Morgenstern (3)
                  [Defendant has until 3/21/03] (Signed by Judge William P.
                  Dimitrouleas on 3/13/03) [EOD Date: 3/14/03] CCAP※ (ss)
                  [Entry date 03/14/03]

3/14/03   1300    NOTICE of Unavailability by David Morgenstern for date of:
                  3/21/03 (ss) [Entry date 03/17/03]

3/14/03   1301    MOTION with Memorandum in Support by David Morgenstern to
                  Withdraw Plea of Guilty (ss) [Entry date 03/17/03]

3/14/03   1302    AFFIDAVIT by David Morgenstern in support of involuntary
                  pleas of guilty (ss) [Entry date 03/17/03]

3/18/03   1303    FILING of supplemental medical records of the defendant by
                  USA as to Joseph Silvestri (ss) [Entry date 03/19/03]

3/18/03   1305    Acknowledgement of Transcript Information Formas to John
                  Mamone re: [1228-1] appeal  by John Mamone, [1167-1] appeal
                  by John Mamone  Transcript of: Hearing on Motion to
                  Withdraw held 01/16/03 ;  Court Reporter name: Jerald M.
                  Meyers (vl) [Entry date 03/19/03]

3/18/03   1306    Transcript Information Form as to John Mamone for
                  Transcript of: Hearing on Motion to Withdraw held 01/16/03
                  filed re: [1228-1] appeal  by John Mamone, [1167-1] appeal
                  by John Mamone (vl) [Entry date 03/19/03]

3/18/03   1304    SEALED Transcript as to John Mamone (hh)
                  [Entry date 03/21/03]

3/20/03   1307    MOTION by Fred Morgenstern for reconsideration of [1259-3]
                  order (ss) [Entry date 03/20/03]

Docket as of August 28, 2003 8:30 am                      Page 176

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

3/20/03   1308    FILING of updated medical letter by Joseph Silvestri (ss)
                  [Entry date 03/20/03]                          *Vol 2 cont'd*

3/21/03   1309    Minutes of Sentencing held on 3/21/03 before Judge William
                  P. Dimitrouleas as to Joseph Silvestri; Sentencing reset to
                  3/25/03 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                  (ss) [Entry date 03/24/03]

3/21/03   1310    ORDER as to David Morgenstern denying [1301-1] motion to
                  Withdraw Plea of Guilty as to David Morgenstern (4) (Signed
                  by Judge William P. Dimitrouleas on 3/20/03) [EOD Date:
                  3/24/03] CCAP (ss) [Entry date 03/24/03]

3/21/03   1311    ORDER as to Fred Morgenstern granting [1307-1] motion for
                  reconsideration of [1259-3] order as to Fred Morgenstern
                  (3) Defendant has until sentencing to file his motion to
                  withdraw plea of guilty (Signed by Judge William P.
                  Dimitrouleas on 3/21/03) [EOD Date: 3/24/03] CCAP (ss)
                  [Entry date 03/24/03]

3/21/03   1312    MOTION by Michael Buccinna to vacate under 28 U.S.C. 2255
                  (Civil Action # 03-60486-CIV-PAS) (ea) [Entry date 03/24/03]

3/24/03   1313    MEMORANDUM by USA as to Joseph Silvestri in opposition to
                  ore tenus motion for recusal/disqualification (ss)
                  [Entry date 03/25/03]

3/24/03   1314    MEMORANDUM by Joseph Silvestri in support of ore tenus
                  motion for recusal (ss) [Entry date 03/25/03]

3/24/03   1315    FILING of letter from treating physician by Joseph
                  Silvestri (ss) [Entry date 03/25/03]

3/24/03   1316    MOTION with Memorandum in Support by USA as to Joseph
                  Silvestri to quash subpoena, for protective order from
                  compelling the testimony of this individual or the
                  production of the documents (ss) [Entry date 03/25/03]

3/24/03   1317    MOTION by USA  as to Mark Carattini to Reduce Sentence (ct)
                  [Entry date 03/25/03]

3/25/03   1318    ORDER as to Joseph Silvestri  set status conference for
                  10:00 4/4/03 for Joseph Silvestri  before Judge Patricia
                  A. Seitz ( Signed by Judge Patricia A. Seitz on 3/25/03)
                  [EOD Date: 3/26/03] CCAP (ct) [Entry date 03/26/03]

3/25/03   1319    ORDER as to Mark Carattini Motion hearing  before Judge
                  Patricia A. Seitz set for 9:00 4/1/03 for Mark Carattini
                  for [1317-1] motion to Reduce Sentence ( Signed by Judge
                  Patricia A. Seitz on 3/25/03) [EOD Date: 3/26/03] CCAP (ct)
                  [Entry date 03/26/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

3/25/03   1320   Minutes of Sentencing held on 3/25/03 before Judge William
                 P. Dimitrouleas as to Joseph Silvestri; Court Reporter Name
                 or Tape #: Bob Ryckoff (ss) [Entry date 03/26/03]
                 *VOl. 2 cont'd*

3/25/03   1321   ORDER as to Joseph Silvestri granting motion to recuse;
                 Transferring defendant's sentencing to Judge Patricia
                 Seitz (Signed by Judge William P. Dimitrouleas on 3/25/03)
                 [EOD Date: 3/26/03] CCAP (ss) [Entry date 03/26/03]

3/26/03   1322   MOTION by Fred Morgenstern to Travel (ss)
                 [Entry date 03/27/03]

3/27/03   (1323) MOTION by David Morgenstern for additional time to file
                 objections to presentence investigation (ss)
                 [Entry date 03/28/03]

3/27/03   1324   ORDER as to Fred Morgenstern granting [1322-1] motion to
                 travel as to Fred Morgenstern (3) (Signed by Judge William
                 P. Dimitrouleas on 3/27/03) [EOD Date: 3/28/03] CCAP (ss)
                 [Entry date 03/28/03]

3/27/03   --     Status conference as to Joseph Silvestri  held  before
                 Judge Patricia A. Seitz (ct) [Entry date 03/31/03]

3/28/03   1325   NOTICE of objections by Fred Morgenstern to Presentence
                 Investigation Report (ss) [Entry date 03/31/03]

3/28/03   1326   MOTION by Fred Morgenstern to redact from pre-sentence
                 investigation report (ss) [Entry date 03/31/03]

3/28/03   1327   Minutes of status conference held on 3/27/03  before Judge
                 Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 03/31/03]

3/28/03   1328   Minutes of motion hearing held on Ted 3/27/03  before Judge
                 Patricia A. Seitz as to Joseph Spitaleri ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 03/31/03]

3/28/03   --     Motion hearing  as to Joseph Spitaleri re: [1185-1] motion
                 to Reduce Sentence Motion hearing held   before Judge
                 Patricia A. Seitz (ct) [Entry date 03/31/03]

3/28/03   1329   ORDER ON MARCH 27, 2003 STATUS CONFERENCE as to Joseph
                 Silvestri  resetting Sentencing for 8:30 5/12/03 for
                 Joseph Silvestri before Judge Patricia A. Seitz. See Order
                 for full detials. ( Signed by Judge Patricia A. Seitz on
                 3/28/03) [EOD Date: 3/31/03] CCAP (ct)
                 [Entry date 03/31/03]

3/28/03   1330   ORDER as to Joseph Spitaleri granting [1185-1] motion to
                 Reduce Sentence to imprisonment for a term of FORTY THREE
                 (43) months as to Joseph Spitaleri (14) ( Signed by Judge
                 Patricia A. Seitz on 3/28/03) [EOD Date: 3/31/03] CCAP (ct)
                 [Entry date 03/31/03]

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

*Vol. 2 cont'd*

3/31/03  (1331)   ORDER as to David Morgenstern granting [1323-1] motion for
                  additional time to file objections to presentence
                  investigation as to David Morgenstern (4) [Objections due
                  4/4/03] (Signed by Judge William P. Dimitrouleas on
                  3/28/03) [EOD Date: 3/31/03] CCAP (ss)
                  [Entry date 03/31/03]

4/1/03   1332     ORDER as to Fred Morgenstern [1326-1] motion to redact from
                  pre-sentence investigation report defer ruling for five
                  days (Signed by Judge William P. Dimitrouleas on 4/1/03)
                  [EOD Date: 4/2/03] CCAP (ss) [Entry date 04/02/03]

4/1/03   --       Motion hearing as to Mark Carattini re: [1317-1] motion to
                  Reduce Sentence before Judge Patricia A. Seitz (ct)
                  [Entry date 04/07/03]

4/3/03   (1333)   MOTION with Memorandum in Support by David Morgenstern for
                  rehearing of motion to withdraw guilty plea, and REQUEST
                  for evidentiary hearing (ss) [Entry date 04/04/03]

4/3/03   (1334)   MOTION by David Morgenstern for travel permission (ss)
                  [Entry date 04/04/03]

4/3/03   (1335)   ORDER as to David Morgenstern denying [1333-1] motion for
                  rehearing of motion to withdraw guilty plea as to David
                  Morgenstern (4), denying [1333-2] motion for evidentiary
                  hearing as to David Morgenstern (4) (Signed by Judge
                  William P. Dimitrouleas on 4/3/03) [EOD Date: 4/4/03] CCAP
                  (ss) [Entry date 04/04/03]

4/4/03   (1336)   ORDER as to David Morgenstern denying [1334-1] motion for
                  travel permission as to David Morgenstern (4) (Signed by
                  Judge William P. Dimitrouleas on 4/4/03) [EOD Date: 4/7/03]
                  CCAP (ss) [Entry date 04/07/03]

4/4/03   1337     AMENDED JUDGMENT: Mark Carattini (11) count(s) 1ss.
                  Probation for a term of Four (4) years. Home Detention
                  Electric Monitoring for a period of 6 months. Total
                  assessment of $100.00 granting [1317-1] motion to Reduce
                  Sentence as to Mark Carattini (11) ( Signed by Judge
                  Patricia A. Seitz on 4/4/03) [EOD Date: 4/7/03]   CCAP (ct)
                  [Entry date 04/07/03]

4/4/03   1338     Minutes of Rule 35 hearing held on 4/1/03 before Judge
                  Patricia A. Seitz as to Mark Carattini ; Court Reporter
                  Name or Tape #: D. Ehrlrich (ct) [Entry date 04/07/03]

4/4/03   (1339)   OBJECTIONS by David Morgenstern to Presentence
                  Investigation Report (ss) [Entry date 04/07/03]

4/4/03   (1339)   POSITION with respect to sentencing factors by David
                  Morgenstern (ss) [Entry date 04/07/03]  *End Vol. 2*

---

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

4/4/03   1340   RESPONSE by USA as to Fred Morgenstern in opposition to
                [1326-1] motion to redact from pre-sentence investigation
                report (ss) [Entry date 04/07/03]      *vol.3 cont'd*

4/9/03   1341   ORDER as to Fred Morgenstern denying without prejudice
                [1326-1] motion to redact from pre-sentence investigation
                report as to Fred Morgenstern (3) (Signed by Judge William
                P. Dimitrouleas on 4/9/03) [EOD Date: 4/10/03] CCAP※ (ss)
                [Entry date 04/10/03]

4/10/03  1342   MOTION by David Morgenstern for reconsideration of travel
                permission (ss) [Entry date 04/11/03]

4/11/03  1343   ORDER as to David Morgenstern denying [1342-1] motion for
                reconsideration of travel permission as to David
                Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                4/11/03) [EOD Date: 4/14/03] CCAP※ (ss)
                [Entry date 04/14/03]

4/11/03  1344   RESPONSE by USA as to Fred Morgenstern to [1325-1]
                objection (ss) [Entry date 04/14/03]

4/14/03  1345   RESPONSE by USA as to David Morgenstern to [1339-1]
                objections, [1339-1] position with respect to sentencing
                factors, motion of downward departure and incorporated
                memorandum of law (ss) [Entry date 04/15/03]

4/15/03  1346   UNOPPOSED MOTION by Joseph Silvestri for appointment of
                counsel (ct) [Entry date 04/16/03]

4/15/03  1347   UNOPPOSED MOTION by Joseph Spitaleri to modify pre-sentence
                report (ct) [Entry date 04/16/03] [Edit date 05/27/03]

4/16/03  1348   Judgment Returned Executed as to Mark Carattini marked "No
                further action required by the US Marshals Service" (ct)
                [Entry date 04/17/03]

4/16/03  1349   MOTION by David Morgenstern for specific performance of
                terms of plea agreement (ss) [Entry date 04/17/03]

4/16/03  1350   MOTION by Fred Morgenstern for leave to file sentencing
                memorandum in excess of twenty (20) pages (ss)
                [Entry date 04/17/03]

4/16/03  1351   OMNIBUS SENTENCING MEMORANDUM and Memorandum of law by Fred
                Morgenstern (ss) [Entry date 04/17/03]

4/16/03  1352   ORDER granting [1347-1] motion to modify pre-sentence report
                as to Joseph Spitaleri (14) ( Signed by Judge Patricia A.
                Seitz on 4/16/03) [EOD Date: 4/17/03] CCAP※ (ct)
                [Entry date 04/17/03] [Edit date 05/27/03]

4/17/03  1353   MOTION with Memorandum in Support by Fred Morgenstern for
                recusal (ss) [Entry date 04/18/03]

```
Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                         CLOSED APPEAL
```

4/17/03   1354   ORDER as to Fred Morgenstern granting [1350-1] motion for
                 leave to file sentencing memorandum in excess of twenty
                 (20) pages as to Fred Morgenstern (3) (Signed by Judge
                 William P. Dimitrouleas on 4/17/03) [EOD Date: 4/18/03]
                 CCAP (ss) [Entry date 04/18/03]          *Vol. 3 Cont'd*

4/18/03   --     PLEA entered by Fred Morgenstern, David Morgenstern . Court
                 accepts plea. GUILTY: Fred Morgenstern (3) count(s) 14ss,
                 David Morgenstern (4) count(s) 14ss (mg)
                 [Entry date 04/23/03]

4/18/03   --     Sentencing held before Judge William P. Dimitrouleas David
                 Morgenstern (4) count(s) 14ss (ss) [Entry date 04/24/03]

4/18/03   --     Sentencing held before Judge William P. Dimitrouleas Fred
                 Morgenstern (3) count(s) 14ss (ss) [Entry date 04/24/03]

4/21/03   1355   Minutes of Sentencing held on 4/18/03 before Judge William
                 P. Dimitrouleas as to David Morgenstern; Court Reporter
                 Name or Tape #: Bob Ryckoff (ss) [Entry date 04/22/03]

4/21/03   1356   Minutes of Sentencing held on 4/18/03 before Judge William
                 P. Dimitrouleas as to Fred Morgenstern; Court Reporter Name
                 or Tape #: Bob Ryckoff (ss) [Entry date 04/22/03]

4/21/03   1357   Exhibit and Witness List as to Fred Morgenstern (ss)
                 [Entry date 04/22/03]

4/21/03   1358   ORDER as to David Morgenstern denying [1349-1] motion for
                 specific performance of terms of plea agreement as to David
                 Morgenstern (4) (Signed by Judge William P. Dimitrouleas on
                 4/18/03) [EOD Date: 4/22/03] CCAP (ss)
                 [Entry date 04/22/03]

4/21/03   1359   ORDER as to Fred Morgenstern denying [1353-1] motion for
                 recusal as to Fred Morgenstern (3) (Signed by Judge William
                 P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                 [Entry date 04/22/03]

4/21/03   1360   ORDER as to David Morgenstern denying motion for recusal
                 (Signed by Judge William P. Dimitrouleas on 4/21/03) [EOD
                 Date: 4/22/03] CCAP (ss) [Entry date 04/22/03]

4/21/03   1361   ORDER as to Fred Morgenstern deferring ruling for ten days
                 on motion for exoneration of bond (Signed by Judge William
                 P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                 [Entry date 04/22/03]

4/21/03   1362   ORDER OF REFERENCE referring Motion(s) ore tenus motion to
                 withdraw to Magistrate Judge Lurana S. Snow as to Fred
                 Morgenstern for a Tjoflat hearing (Signed by Judge William
                 P. Dimitrouleas on 4/21/03) [EOD Date: 4/22/03] CCAP (ss)
                 [Entry date 04/22/03]

```
Docket as of August 28, 2003 8:30 am                    Page 181
```

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                          CLOSED APPEAL

4/21/03   1363      MEMORANDUM by USA as to Joseph Silvestri in response to the
                    Court's Ore Tenus Order regarding the Defendant's sentencing
                    (ct) [Entry date 04/22/03] [Edit date 05/12/03]

                                                             *Vol.3 cont'd*

4/22/03   1363      JUDGMENT as to David Morgenstern (4) count(s) 14ss:
                    Imprisonment 120 months: sentence imposed in
                    02-60100-CR-WPD (60 months) to run consecutive to this
                    sentence, for a total of 180 months; Supervised Release 36
                    months to run concurrent to 36 months imposed in
                    02-60100-CR-WPD; Assessment $100.00; Restitution
                    $13,375,927.36 (Signed by Judge William P. Dimitrouleas on
                    4/22/03) [EOD Date: 4/24/03] CCAP (ss) [Entry date 04/24/03]

4/22/03   1364      JUDGMENT as to Fred Morgenstern (3) count(s) 14ss:
                    Imprisonment 61 months: sentence imposed in 02-60101-CR-WPD
                    (60 months) to run consecutive to this sentence, for a
                    total of 121 months; Supervised Release 36 months to run
                    concurrent to 36 months imposed in 02-60101-CR-WPD;
                    Assessment $100.00; Restitution $13,375,927.36 (Signed by
                    Judge William P. Dimitrouleas on 4/22/03) [EOD Date:
                    4/24/03] CCAP (ss) [Entry date 04/24/03]

4/24/03   1365      MOTION by David Morgenstern for exoneration of bond (ss)
                    [Entry date 04/25/03]

4/24/03   1367      OBJECTION by Joseph Silvestri  to Presentence Investigation
                    Report (ct) [Entry date 04/25/03]

4/24/03   1368      ORDER as to Joseph Silvestri denying [1346-1] motion for
                    appointment of counsel and referring to Magistrate Judge
                    Ted E. Bandstra to determine if Defendant qualifies to
                    proceed in forma pauperis for the cost of trial transcript
                    only. ( Signed by Judge Patricia A. Seitz on 4/23/03) [EOD
                    Date: 4/25/03] CCAP (ct) [Entry date 04/25/03]

4/25/03   1366      MEMORANDUM by Joseph Silvestri  in response to [1329-2]
                    order on March 27, 2003 status conference (ct)
                    [Entry date 04/25/03] [Edit date 05/27/03]

4/25/03   1369      NOTICE of Hearing as to Fred Morgenstern: Set Tjoflat
                    hearing on counsel's ore tenus motion to withdraw for 11:00
                    4/30/03 for Fred Morgenstern before Magistrate Judge Lurana
                    S. Snow (ss) [Entry date 04/28/03]

4/25/03   1370      ORDER as to David Morgenstern [1365-1] motion for
                    exoneration of bond defer ruling for five days (Signed by
                    Judge William P. Dimitrouleas on 4/25/03) [EOD Date:
                    4/28/03] CCAP (ss) [Entry date 04/28/03]

4/25/03   1371      Judgment Returned Executed as to David Bell on 4/1/03 at
                    FCI Miami (ct) [Entry date 04/28/03]

```
Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al        VOl.3 contd    CLOSED APPEAL
```

4/25/03  (1372)   NOTICE OF APPEAL by David Morgenstern re: [1360-1] order,
                  [1358-1] order, [1335-1] order, [1310-1] order  EOD Date:
                  4/22/03; David Morgenstern (4) count(s) 14ss;  Filing Fee:
                  $ NO FEE REQUIRED - CJA. Copies to USCA, AUSA, USM, USPO
                  and Counsel of Record. (gf) [Entry date 04/28/03]

4/28/03  1373     NOTICE OF APPEAL by Fred Morgenstern re: [1364-1] judgment
                  order  EOD Date: 4/24/03; Fred Morgenstern (3) count(s)
                  14ss;  Filing Fee: $ 105.00 Receipt #: 527859 Copies to
                  USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                  [Entry date 04/28/03]

4/28/03  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Fred Morgenstern, David
                  Morgenstern [1373-1] appeal, [1372-1] appeal (gf)
                  [Entry date 04/28/03]

4/28/03  1374     WRIT of Habeas Corpus ad Testificandum issued for Fred
                  Morgenstern for 4/30/03 in case as to Fred Morgenstern
                  (Signed by Magistrate Judge Lurana S. Snow on 4/03) [EOD
                  Date: 4/29/03] (ss) [Entry date 04/29/03]

4/28/03  1375     Transcript Information Form as to John Mamone for
                  Transcript of: restitution hearing held 11/26/02 filed re:
                  [1228-1] appeal  by John Mamone (ga) [Entry date 04/29/03]

4/30/03  1376     Minutes of Motion to withdraw held on 4/30/03 before
                  Magistrate Judge Lurana S. Snow as to Fred Morgenstern;
                  Court Reporter Name or Tape #: 03-029 @ 2565 (ss)
                  [Entry date 05/01/03]

4/30/03  --       Motion to withdraw hearing as to Fred Morgenstern held
                  before Magistrate Judge Lurana S. Snow (ss)
                  [Entry date 05/01/03]

4/30/03  1377     TRANSCRIPT filed as to Michael Buccinna  of change of plea
                  held 1/28/02  before Judge Patricia A. Seitez, J.  Volume
                  #: I  Pages: 1-45 (ga) [Entry date 05/01/03]

5/1/03   1378     ORDER as to Fred Morgenstern granting motion to withdraw
                  (Signed by Judge William P. Dimitrouleas on 5/1/03) [EOD
                  Date: 5/2/03] CCAP (ss) [Entry date 05/02/03]

5/2/03   1379     ORDER as to Fred Morgenstern appointing Marisa Mendez as
                  appeal counsel (Signed by Magistrate Judge Lurana S. Snow
                  on 5/2/03 nunc pro tunc 4/30/03) [EOD Date: 5/2/03] CCAP
                  (ss) [Entry date 05/02/03]

5/5/03   --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 5/5/03 as to Fred Morgenstern  Re: [1373-1]
                  appeal  USCA Number: 03-12250-A (dl) [Entry date 05/06/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                              CLOSED APPEAL

5/5/03     --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                   from USCA  on 5/5/03 as to David Morgenstern  Re: [1372-1]
                   appeal  USCA Number: 03-12251-A (dl) [Entry date 05/06/03]

5/5/03     --      Motion hearing  as to Joseph Silvestri re: [1380-1] motion
                   motion for authorization of CJA payments to expert
                   witnesses for testifying at sentencing   before Magistrate
                   Ted E. Bandstra (ct) [Entry date 05/07/03]

5/5/03     1389    Transcript Information Form for Transcript of: restitution
                   hearing held 11/26/02 filed see DE#1214 re: [1228-1] appeal
                   by John Mamone (ga) [Entry date 05/09/03]

5/6/03     1380    EX PARTE MOTION by Joseph Silvestri motion for
                   authorization of CJA payments to expert witnesses for
                   testifying at sentencing (ct) [Entry date 05/07/03]

5/6/03     1381    Minutes of motion hearing for transcripts held on 5/05/03
                   before Magistrate Ted E. Bandstra as to Joseph Silvestri ;
                   Court Reporter Name or Tape #: 03E-41-2285-2613 (ct)
                   [Entry date 05/07/03]

5/7/03     1382    JUDGMENT AND ORDER OF FORFEITURE as to David Morgenstern
                   (Signed by Judge William P. Dimitrouleas on 5/7/03) [EOD
                   Date: 5/8/03] CCAP※ (ss) [Entry date 05/08/03]

5/7/03     1383    JUDGMENT AND ORDER OF FORFEITURE as to Fred Morgenstern
                   (Signed by Judge William P. Dimitrouleas on 5/7/03) [EOD
                   Date: 5/8/03] CCAP※ (ss) [Entry date 05/08/03]

5/7/03     1385    RESPONSE by USA as to Joseph Silvestri  in opposition to
                   [1367-1] objection to the use of fraud facts in determining
                   the defendant's guideline and incorporated memorandum of
                   law (ct) [Entry date 05/08/03]

5/7/03     1384    MOTION by USA  as to Joseph Silvestri to extend time to
                   respond to objections to the use of fraud facts in
                   determining the defendant's guidelines until and including
                   May 8, 2003 (ct) [Entry date 05/12/03]
                   [Edit date 05/12/03]

5/8/03     1386    ORDER as to Joseph Silvestri  granting [1380-1] motion
                   motion for authorization of CJA payments to expert
                   witnesses for testifying at sentencing as to Joseph
                   Silvestri (5) ( Signed by Magistrate Ted E. Bandstra on
                   5/07/03) [EOD Date: 5/9/03] CCAP※ (ct) [Entry date 05/09/03]

5/8/03     1387    RESPONSE by USA as to Fred Morgenstern re motion for
                   exoneration of bond (ss) [Entry date 05/09/03]

5/8/03     1388    RESPONSE by USA as to David Morgenstern re [1365-1] motion
                   for exoneration of bond (ss) [Entry date 05/09/03]

Proceedings include all events.                                          BLG
0:00cr6309-ALL USA v. Raffa, et al                             CLOSED APPEAL

5/9/03   1390   PRELIMINARY FINDINGS AND SCHEDULING ORDER FOR SENTENCING as
                to Joseph Silvestri. See Order for detials. ( Signed by
                Judge Patricia A. Seitz on 5/09/03) [EOD Date: 5/12/03]
                CCAP✄ (ct) [Entry date 05/12/03]          *Vol. 3 Cont'd*

5/9/03   1391   ORDER as to Joseph Silvestri  granting [1384-1] motion to
                extend time to respond to objections to the use of fraud
                facts in determining the defendant's guidelines until and
                including May 8, 2003 as to Joseph Silvestri ·(5) ( Signed
                by Judge Patricia A. Seitz on 5/08/03) [EOD Date: 5/12/03]
                CCAP✄ (ct) [Entry date 05/12/03]

5/12/03  1392   ORDER as to David Morgenstern granting motion for
                exoneration of bond (Signed by Judge William P.
                Dimitrouleas on 5/12/03) [EOD Date: 5/13/03] CCAP✄ (ss)
                [Entry date 05/13/03]

5/12/03  1393   ORDER as to Fred Morgenstern granting motion for
                exoneration of bond (Signed by Judge William P.
                Dimitrouleas on 5/12/03) [EOD Date: 5/13/03] CCAP✄ (ss)
                [Entry date 05/13/03]

5/12/03  1394   TRANSCRIPT INFORMATION FORM as to David Morgenstern  re:
                [1372-1] appeal   received on 5/13/03 from Court Reporter.
                (Returned to Court Reporter Coordinator) (ga)
                [Entry date 05/13/03]

5/12/03  1395   Minutes of sentencing held on 5/12/03  before Judge
                Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                Name or Tape #: D. Ehrlich (ct) [Entry date 05/13/03]

5/13/03  1396   NOTICE of filing supplemental medical records by Joseph
                Silvestri (ct) [Entry date 05/14/03]

5/14/03  1397   TRANSCRIPT filed as to Joseph Silvestri of Trial
                Proceedings held 5/23/02 before Judge William P.
                Dimitrouleas Volume #: I Pages: 1 through 112 (ss)
                [Entry date 05/14/03]

5/14/03  1398   TRANSCRIPT filed as to Joseph Silvestri of Trial
                Proceedings held 5/28/02 before Judge William P.
                Dimitrouleas Volume #: I Pages: 1 through 258 (ss)
                [Entry date 05/14/03]

5/14/03  1399   TRANSCRIPT filed as to Joseph Silvestri of Trial
                Proceedings held 5/29/02 before Judge William P.
                Dimitrouleas Volume #: I Pages: 1 through 271 (ss)
                [Entry date 05/14/03]

5/14/03  1400   TRANSCRIPT filed as to Joseph Silvestri of Trial
                Proceedings held 5/30/02 before Judge William P.
                Dimitrouleas Volume #: I Pages: 1 through 224 (ss)
                [Entry date 05/14/03]

Docket as of August 28, 2003 8:30 am                      Page 185

Proceedings include all events.                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

5/14/03   1401   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 5/31/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 189 (ss)
                 [Entry date 05/14/03]                    *Vol. 3 cont'd*

5/14/03   1402   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 6/4/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 180 (ss)
                 [Entry date 05/14/03]

5/14/03   1403   TRANSCRIPT filed as to Joseph Silvestri of Trial
                 Proceedings held 6/5/02 before Judge William P.
                 Dimitrouleas Volume #: I Pages: 1 through 153 (ss)
                 [Entry date 05/14/03]

5/14/03   1404   Minutes of sentencing held on 5/13/03 before Judge Patricia
                 A. Seitz as to Joseph Silvestri ; Will continue on May 21,
                 2003 at 1:00. Court Reporter Name or Tape #: D. Ehrlich (ct)
                 [Entry date 05/15/03]

5/21/03   1405   ORDER as to Joseph Silvestri granting [1380-1] motion
                 motion for authorization of CJA payments to expert for
                 testifying at sentencing ( Signed by Judge Patricia A.
                 Seitz on 5/20/03 nunc pro tunc to May 14, 2003) [EOD Date:
                 5/22/03] CCAP✗ (ct) [Entry date 05/22/03]

5/21/03   --     Sentencing held before Judge Patricia A. Seitz  Joseph
                 Silvestri (5) count(s) 14ss, 16ss-45ss (ct)
                 [Entry date 05/27/03]

5/23/03   1406   Minutes of sentencing held on 5/21/03 before Judge
                 Patricia A. Seitz as to Joseph Silvestri ;  Court Reporter
                 Name or Tape #: D. Ehrlich (ct) [Entry date 05/27/03]

5/23/03   1407   JUDGMENT as to Joseph Silvestri (5) count(s) 14ss, 16ss
                 -45ss .  Imprisonment for a term of 122 Months as to Count
                 14, and 120 months as to each Counts 16 thru 45, to run
                 concurrently with each other. Supervised release for a term
                 of 2 years. Total assessment of $3,100.00. , Joseph
                 Silvestri (5) count(s) 1s, 1 , 17 , 18 -45 , 25s , 28s -52s
                 , 46 -70 .  Dismissed ( Signed by Judge Patricia A. Seitz
                 on 5/21/03) [EOD Date: 5/27/03]  CCAP (ct)
                 [Entry date 05/27/03]

5/27/03   1408   ORDER as to Joseph Silvestri appointing Jeanne Baker as CJA
                 Counsel ( Signed by Judge Patricia A. Seitz on 05/21/03)
                 [EOD Date: 5/28/03] CCAP✗ (vl) [Entry date 05/28/03]

5/27/03  (1410)  Acknowledgement of Transcript Information Form as to David
                 Morgenstern re: [1372-1] appeal  by David Morgenstern
                 Transcript of: Sentencing held 4/18/03. Transcript due on:
                 6/23/03 for David Morgenstern ;  Court Reporter name:
                 Robert Ryckoff (gf) [Entry date 06/02/03]

Proceedings include all events.                                                    BLG
0:00cr6309-ALL USA v. Raffa, et al                                      CLOSED APPEAL

5/28/03   1409    NOTICE OF APPEAL by Joseph Silvestri re: [1407-1] judgment
                  order   EOD Date: 5/27/03; Joseph Silvestri (5) count(s)
                  14ss, 16ss-45ss;  Filing Fee: $ (FEE NOT REQUIRED CJA)
                  Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc)
                  [Entry date 05/29/03]                        *VOL 3 CONT'd*

5/29/03   --      Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Joseph Silvestri [1409-1]
                  appeal (nc) [Entry date 05/29/03]

6/6/03    1411    NOTICE of Change of Address of party Michael Buccinna by
                  Michael Buccinna (ct) [Entry date 06/09/03]

6/6/03    1412    NOTICE OF RELEASE OF LIS PENDENS by USA as to John Mamone,
                  Grace Mamone re: 1960 Augusta Terrace, Coral Springs, FL.
                  Grantees: John & Grace Mamone (ct) [Entry date 06/09/03]

6/10/03   --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 06/02/03 as to Joseph Silvestri  Re: [1409-1]
                  appeal  USCA Number: 03-12820-A (vl) [Entry date 06/10/03]

6/11/03   1413    TRANSCRIPT INFORMATION FORM as to Joseph Silvestri  re:
                  [1409-1] appeal   received on 06/11/03 from Court Reporter.
                  (Returned to Court Reporter Coordinator) (vl)
                  [Entry date 06/12/03]

6/16/03   1414    Certificate of readiness transmitted to USCA as to John
                  Mamone  re: [1228-1] appeal  by John Mamone, [1167-1]
                  appeal  by John Mamone  USCA # 02-15942 & 03-10134-AA (vl)
                  [Entry date 06/16/03]

6/16/03   --      Transmitted record on appeal to U.S. Court of Appeals
                  (Atlanta Office) consisting of (3) Volumes of Pleadings
                  with Volume 3 being SEALED, (11) Volumes of Transcripts,
                  (1) Accordian Folder containing DE 659 & 1137 and (1)
                  Sealed Envelope containing 1 PSI as to John Mamone :
                  [1228-1] appeal, [1167-1] appeal (vl) [Entry date 06/16/03]

6/16/03   1415    MOTION by Fred Morgenstern for disbursement of bond (ss)
                  [Entry date 06/17/03]

6/16/03   1415    ORDER as to Fred Morgenstern granting [1415-1] motion for
                  disbursement of bond y as to Fred Morgenstern (3) (Signed
                  by Judge William P. Dimitrouleas on 6/16/03) [EOD Date:
                  6/17/03] CCAP (ss) [Entry date 06/17/03]

6/20/03   1416    Acknowledgement of Transcript Information Formas to Joseph
                  Silvestri re: [1409-1] appeal  by Joseph Silvestri
                  Transcript of: Trial & Sentencings held 5/21/02,5/12/03,
                  5/13/03 ; Court Reporter name: Robert Ryckoff (vl)
                  [Entry date 06/23/03]

```
Proceedings include all events.                              BLG
0:00cr6309-ALL USA v. Raffa, et al             CLOSED APPEAL
```

6/23/03   1417   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/21/03  before Judge Patricia A. Seitz, J.
                 Volume #: III  Pages: 1-151  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]                    *Vol. 3 Cont'd*

6/23/03   1418   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/12/03  before Judge Patricia A. Seitz, J.
                 Volume #: I  Pages: 1-142  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]

6/23/03   1419   TRANSCRIPT filed as to Joseph Silvestri  of Sentencing
                 Hearing held 05/13/03  before Judge Patricia A. Seitz, J.
                 Volume #: II  Pages: 1-242  re: [1409-1] appeal . (vl)
                 [Entry date 06/24/03]

6/23/03   1420   Transcript Information Form as to Joseph Silvestri for
                 Transcript of: Trial & Sentencing held
                 05/21/03,5/12/03,5/13/03 filed re: [1409-1] appeal  by
                 Joseph Silvestri (vl) [Entry date 06/24/03]

6/24/03   1421   Acknowledgement of Transcript Information Formas to Joseph
                 Silvestri re: [1409-1] appeal by Joseph Silvestri
                 Transcript of: Trial & Sentencing held 05/21/02, 5/12/03,
                 5/13/03 & 5/21/03 ; Court Reporter name: Robert Ryckoff (vl)
                 [Entry date 06/26/03]

7/17/03   1422   TRANSCRIPT filed as to Fred Morgenstern  of Sentencing held
                 4/18/03  before Judge William P. Dimitrouleas  Volume #: 1
                 Pages: 1-134  re: [1373-1] appeal . Appeal record due on
                 8/1/03 for Fred Morgenstern (gf) [Entry date 07/18/03]

7/17/03   1423   Transcript Information Form as to Fred Morgenstern for
                 Transcript of: Sentencing held 4/18/03 filed re: [1373-1]
                 appeal  by Fred Morgenstern (gf) [Entry date 07/18/03]

7/17/03   1424   TRANSCRIPT filed as to David Morgenstern  of Sentencing
                 held 4/18/03  before Judge William P. Dimitrouleas  Volume
                 #: 1 Pages: 1-81  re: [1372-1] appeal . Appeal record due
                 on 8/1/03 for David Morgenstern (gf) [Entry date 07/18/03]   *Vol. 5*

7/17/03  (1425)  Transcript Information Form as to David Morgenstern for
                 Transcript of: Sentencing held 4/18/03 filed re: [1372-1]
                 appeal  by David Morgenstern (gf) [Entry date 07/18/03]

7/24/03  (1426)  MOTION with Memorandum in Support by USA as to David
                 Morgenstern to amend [1382-1] order (ss)
                 [Entry date 07/25/03]

7/28/03    --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 07/18/03 as to John Mamone  Re: [1228-1]
                 appeal, [1167-1] appeal  USCA Number: 02-15942-A,
                 03-10134-AA (vl) [Entry date 07/28/03]

Proceedings include all events.                                        BLG
0:00cr6309-ALL USA v. Raffa, et al                            CLOSED APPEAL

7/28/03  (1427)  ORDER as to David Morgenstern [1426-1] motion to amend
                 [1382-1] order defer ruling for ten days (Signed by Judge
                 William P. Dimitrouleas on 7/28/03) [EOD Date: 7/29/03]
                 CCAP (ss) [Entry date 07/29/03]

7/31/03  (1428)  TRANSCRIPT INFORMATION FORM as to David Morgenstern re:
                 [1372-1] appeal received on 7/31/03 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 07/31/03]

7/31/03  1429    MOTION by John Mamone to stay restitution payments based
                 upon inability to pay (ct) [Entry date 08/01/03]

8/1/03   1430    Judgment Returned Executed as to Fred Morgenstern on 7/8/03
                 at Coleman, FL (dg) [Entry date 08/04/03]

8/5/03   (1431)  CJA 20 as to David Morgenstern: Appointment of Attorney
                 Brian R. McComb (Signed by Judge William P. Dimitrouleas on
                 8/5/03 nunc pro tunc 6/21/03) (ss) [Entry date 08/06/03]

8/6/03   (1432)  OJBECTION by David Morgenstern to [1426-1] motion to amend
                 [1382-1] order (ss) [Entry date 08/07/03]

8/7/03   1433    Certificate of readiness transmitted to USCA as to Joseph
                 Silvestri re: [1409-1] appeal USCA # 03-12820-A (hh)
                 [Entry date 08/07/03]

8/7/03   --      Transmitted record on appeal to U.S. Court of Appeals as to
                 Joseph Silvestri:(Miami Office) Consisting of (3) Volumes
                 of Pleadings, (17) Volumes of Transcripts, (1) Accordian
                 Folder and (1) PSI [1409-1] appeal (hh)
                 [Entry date 08/07/03]

8/7/03   (1434)  ORDER as to David Morgenstern [1426-1] motion to amend
                 [1382-1] order defers ruling for ten (10) days (Signed by
                 Judge William P. Dimitrouleas on 8/7/03) [EOD Date: 8/8/03]
                 CCAP (ss) [Entry date 08/08/03]

8/11/03  (1435)  Proof of publication of notice of forfeiture for
                 publication as to David Morgenstern from the: Broward Daily
                 Business Review dated: 7/30/03 Response deadline is 8/30/03
                 (ss) [Entry date 08/12/03]

8/12/03  --      Docket sheet mailed 8/15/03 per letter request by Brian
                 McComb as to Fred Morgenstern (vl) [Entry date 08/15/03]

8/14/03  (1436)  REPLY by USA as to David Morgenstern to objection to
                 [1426-1] motion to amend [1382-1] order (ss)
                 [Entry date 08/15/03]

8/14/03  1437    RESPONSE by USA as to John Mamone re [1429-1] motion to
                 stay restitution payments based upon inability to pay (ct)
                 [Entry date 08/15/03]

Docket as of August 28, 2003 8:30 am                    Page 189

Proceedings include all events.                                      BLG
0:00cr6309-ALL USA v. Raffa, et al                        CLOSED APPEAL

8/18/03  (1438)   Acknowledgement of Transcript Information Form as to David
                  Morgenstern re: [1372-1] appeal  by David Morgenstern
                  Transcript of: Pre-Trial Proceeding held 4/18/03 ;  Court
                  Reporter name: Robert Ryckoff (hh) [Entry date 08/18/03]

                                                          *Vol. 3 cont'd*

8/19/03   --      ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Certificate of
                  Readiness on 08/11/03;  U.S.C.A. # 03-12820-A (vl)
                  [Entry date 08/20/03]

8/21/03  (1439)   ORDER as to David Morgenstern  granting [1426-1] motion to
                  amend [1382-1] order as to David Morgenstern (4) ( Signed
                  by Judge William P. Dimitrouleas on 8/20/03) [EOD Date:
                  8/22/03] CCAP (jl) [Entry date 08/22/03]

                                                          *End Vol. 3*

Docket as of August 28, 2003 8:30 am                    Page 190

# U.S.D.C. CASE # <u>00-06309-CR</u>

# U.S.C.A. CASE # <u>03-12251-A</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**DAVID MORGENSTERN**