UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID MORGENSTERN,

      Defendant.

_____/

FILED by _____ D.C.

SEP - 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## <u>AMENDED ORDER OF FORFEITURE</u>

**THIS CAUSE** is before the Court upon the motion of the United States for entry of an amended order of forfeiture as to Defendant David Morgenstern ("Defendant") with respect to the real property located at 7534 Estrella Circle, Boca Raton, Florida (the "Property"), as more particularly as follows:

> Lot 94, ESTANCIA IV OF VIA VERDE, P.U.D., according to the Plat thereof, as recorded in Plat Book 35, Pages 69 and 70, of the Public Records of Palm Beach County, Florida.

This order amends the Judgment and Order of Forfeiture entered by this Court on May 7, 2003.

This Court has reviewed the motion, the plea agreement, the money judgment for $31,273,273.58, and the record in this cause, and this Court being otherwise fully advised, pursuant to Title 18, United States Code, Section 982(a)(1), Title 21, United States Code, Section 853 and Rule 32.2(b) and (e) of the Federal Rules of Criminal Procedure, find that the government has established the requisite nexus between the property and the offense to which the defendant pleaded guilty, namely, money laundering conspiracy in violation of Title 18, United States Code, Section



`1956(h), and that the Defendant had an interest in the property that is subject to forfeiture under Title 18, United States Code Section 982(a).

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.    All of the Defendant's rights, title and interest in the Property are forfeited to the United States.

2.    The United States Attorney General is authorized to seize the Property and to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

3.    Pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall provide, to the extent practicable, written notice to all third parties known to be asserting a legal interest in the above-described property and shall publish notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct.  Any person, other than the Defendant, asserting a legal interest in the subject property, shall within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate, pursuant to Title 21, United States Code, Section 853(n)(6) and Fed. R. Crim. P. 32.2 (b)), the validity of the alleged interest in the subject property and for an amendment of this Order of Forfeiture.  Any petition filed by a third party asserting an interest in the Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

4.    If no claims are filed within the petition period described in Title 21, United States

2

Code, Section 853(n)(2), or, if none, following the expiration of the period provided in Title 21,

United States Code, Section 853(n)(2), which is incorporated by Title 18, United States Code,

Section 982(b), for the filing of third party petitions, and upon the filing by the United States of a

Notice of Publication, the United States shall dispose of the Property.  In its discretion, disposition

of the Property and/or proceeds thereof,  may be made through the Court-appointed Receiver in the

matter of *United States v. Virgil Womack*, District of South Carolina, Anderson Division, Crim. No.

8:00-27

     5.    The Court shall retain jurisdiction to enforce this Order.

     6.    The Clerk of the Court shall forward four certified copies of this order to Assistant U.S.

Attorney Brian McCormick, U. S. Attorney's Office, Fort Lauderdale, Florida.

DONE and ORDERED at Fort Lauderdale, Florida this _____ day of _____ 2003.

 

                        HON.  WILLIAM  P.  DIMITROULEAS
                        UNITED STATES DISTRICT JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    Brian R. McComb, Esq.

3