UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MORGENSTERN,

    Defendant.
_____/



**PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION**

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180



# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
K. LUCAS, who on oath says that he or she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6309
NOTICE OF FORFEITURE UNITED STATES OF AMERICA
VS. DAVID MORGENSTERN

in the  U.S. DISTRICT     Court,
was published in said newspaper in the issues of

09/26/2003

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that he or
she has neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

_K. Lucas_

Sworn to and subscribed before me this
26  day of SEPTEMBER   , A.D. 2003

_Deborah Mullin_

(SEAL)

K. LUCAS personally known to me



Deborah Mullin
MY COMMISSION # DD160946 EXPIRES
October 27, 2006
BONDED THRU TROY FAIN INSURANCE, INC

---

**NOTICE OF FORFEITURE
FOR PUBLICATION**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO. 00-6309-CR-DIMITROULEAS UNITED STATES OF AMERICA, Plaintiff, vs. DAVID MORGENSTERN, Defendant. Notice is hereby given that on or about September 4, 2003, in the case of United States v. David Morgenstern, Case No. 00-6309-Cr-Dimitrouleas, the United States District Court for the Southern District of Florida entered a Amended Order of Forfeiture condemning and forfeiting the defendant's interest in the following property to the United States of America: Lot 34, ESTANCIA IV OF VIA VERDE, P.U.D., according to the Plat thereof, as recorded in Plat Book 35, Pages 69 and 70, of the Public Records of Palm Beach County, Florida. The foregoing Preliminary Order of Forfeiture having been entered on or about September 4, 2003, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must petition the District Court for the Southern District of Florida for a hearing to adjudicate the validity of his/her alleged interest in the property within thirty (30) days of the final publication of this notice pursuant to 21 U.S.C. § 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the United States District Court for the Southern District of Florida in the above-styled case at the following address: Clerk of Court 301 North Miami Avenue Room 150 Miami, Florida 33128-7788 Copies of the petition shall also be served upon the United States Attorney to the attention of: **WILLIAM H. BECKERLEG** Assistant United States Attorney U.S. Attorney's Office 500 East Broward Blvd. 8th Floor Ft. Lauderdale, Florida 33394 Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee. Respectfully submitted, **MARCOS DANIEL JIMENEZ** UNITED STATES ATTORNEY BY: **WILLIAM H. BECKERLEG** ASSISTANT UNITED STATES ATTORNEY FL. BAR #A5500074 500 East Broward Blvd, Suite 700 FT. LAUDERDALE, FL 33394 TEL. (954) 356-7314 FAX. (954) 356-7180
9/26                03-4-30/397910B