UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAVID MORGENSTERN,

    Defendant
_____/

FILED by ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE is before the Court upon the motion of the United States to enjoin Dorothy H. Wilkin, Clerk of Circuit Court of Palm Beach County, Florida, from proceeding with the tax sale of the real property located at 7534 Estrella Circle, Boca Raton, Florida, scheduled for February 25, 2004 (Tax Certificate No. 8778). This property was ordered forfeited by this Court on September 4, 2003 pursuant to Title 18, United States Code, Section 982 as property involved in money laundering violations, Title 18, United States Code, Section 1956(h), of which the Defendant was convicted.

Title 21, United States Code, Section 853(g) empowers the Court, upon entry of an order declaring property forfeited, to enter such appropriate restraining orders or injunctions or take any other action to protect the interest of the United States in the property ordered forfeited.



The Court has reviewed the motion and the record in this case, and being otherwise fully advised, pursuant to Title 21, United States Code, Section 853(g), it is hereby

ORDERED and ADJUDGED that Dorothy H. Wilkin, Clerk of Circuit Court of Palm Beach County, Florida is enjoined from proceeding with the tax sale of the real property located at 7534 Estrella Circle, Boca Raton, scheduled for February 25, 2004, until further Order of this Court.

DONE and ORDERED at Fort Lauderdale, Florida this 13 day of February, 2004.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: James Pavlock, Esq.

Dorothy H. Wilken
c/o Nancy Banner, Counsel
Clerk of the Circuit Court
Fax: 561-355-6727

Mark Kleinfeld, Esq.
Fax: 561-659-2335