UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff

v.

DAVID MORGENSTERN,
    Defendant
_____/

## FINAL ORDER OF FORFEITURE, DEFAULT JUDGMENT AND DECLARATION OF CLEAR TITLE

Upon motion of the United States for the entry of a Final Order of Forfeiture, Default Judgment and Declaration of Clear Title, pursuant to Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(c), upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

On September 4, 2003, this Court entered a preliminary Amended Order of Forfeiture (Dkt. #1449) condemning and forfeiting the interest of defendant David A. Morgenstern (the "Defendant") in the following property (the "Subject Property"), in which the defendant had an interest at the time of the acts giving rise to forfeiture, to the United States of America:

> Lot 94, ESTANCIA IV OF VIA VERDE, P.U.D., according to the Plat thereof, as recorded in Plat Book 35, Pages 69 and 70, of the Public Records of Palm Beach County, Florida.

(otherwise known as 7534 Estrella Circle, Boca Raton, Florida). The Court found that the Government had established that proceeds from the fraudulent activity both paid for the



mortgage on the home and a substantial part of the purchase price. (Dkt. #1439).

On September 26, 2003, notice of the entry of the Amended Order of Forfeiture was published in the Broward Daily Business Review, a newspaper of general circulation. The published notice stated the intent of the United States to forfeit all rights, title and interest in and to dispose of the property (the Subject Property) identified in the Amended Order of Forfeiture. The notice further advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property, and to set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformity with Title 21, United States Code, Section 853(n)(3), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice. The Proof of Publication of Notice of Forfeiture was filed with the Clerk of this Court on October 1, 2003 (DE #1458). The U.S. Marshals Service seized the property on January 27, 2004 and posted notice of the seizure on the property.

Pursuant to Title 21, United States Code, Section 853(n)(1), the United States effected written notice on the two potential claimants known to it at the time of the entry of the Amended Order; namely, Victoria Morgenstern (wife of the Defendant) and Commercial Capital Finance ("CCF"), a company operated by Gabriel MacEnroe. (The Court notes that Gabriel MacEnroe is a fugitive in the matter of <u>United States v. Gabriel MacEnroe</u>, District of South Carolina, Anderson Division.) In particular, the Government sent a copy of the Amended Order of Forfeiture to Victoria Morgenstern on September 12, 2003 to her home at 7534 Estrella Circle, Boca Raton, Florida. With respect to mortgagee CCF, on September 23, 2003 the Government

confirmed the current fax number for CCF by calling CCF's office in St. Gallen, Switzerland and by faxing a copy of the Amended Order of Forfeiture to CCF's fax on September 23, 2003. The time for filing of claims has expired, and no claims were filed by either Victoria Morgenstern or CCF.

On or about November 24, 2003, written notice of the entry of the Amended Order of Forfeiture was also provided to the following judgment creditors which have recorded judgments on the records of Palm Beach County, Florida:

A.  ELEGANTE LEASING, LTD.
    117 Atlantic Ave.
    Oceanside NY 11572

On November 20, 2003, notice was sent by Federal Express courier to this creditor, and was delivered on November 24, 2003. No claim was filed.

B.  MISHAN, SLOTO, GREENBERG
    AND HELLINGER
    200 S. Biscayne Blvd, Suite 2350
    Miami, FL 33131

On November 20, 2003, notice was sent by Federal Express courier to this creditor, and was delivered on November 24, 2003. No claim was filed.

C.  FLEMING COMPANIES, INC.
    3400 N.W. 74th Ave.
    Miami, FL 33122

On November 20, 2003, notice was sent by Federal Express courier to this creditor, and was delivered on November 24, 2003. No claim was filed.

D.  CORNUCOPIA NATURAL FOODS, INC./UNITED NATURAL FOODS, INC.
    260 Lake Road
    Dayville, CT 06241

On November 20, 2003, notice was sent by Federal Express courier to this creditor, and was delivered on November 24, 2003.  No claim was filed.

E.  TREE OF LIFE, INC.
    1720 Tree Blvd.
    Augustine, FL 32085;
    405 Golfway West Dr.
    St. Augustine, FL 32085

On November 20, 2003, notice was sent by Federal Express courier to this creditor at two known addresses, which were delivered on November 24, 2003.   No claim was filed.

F.  CAPITAL ONE BANK
    5335 Wisconsin Ave. Suite 360
    Washington, DC 20015-2054

On November 20, 2003, notice was sent by Federal Express courier to this creditor at the address identified in its "Final Judgment" filing as recorded in the records of the Clerk of Palm Beach County, Florida--namely 5335 Wisconsin Ave., Suite 360, Washington, DC.  The Federal Express package was returned undeliverable.  The U.S. Attorney's Office sent an additional copy of the notice by regular mail to Capital One, Attn: Customer Relations, P.O. Box 85015, Richmond VA 23285-5015.  No claim was filed.

On February 20, 2004, the Court entered an order restraining the tax sale (scheduled by the Palm Beach County Clerk of Courts for February 25, 2004), pursuant to Title 21, United States Code, Section 853(g), pending further order of the Court.  The government has agreed to pay all outstanding tax assessments, interest and costs associated with the scheduling of the tax sale, upon sale and closing of the Subject Property.

In February and March, 2004, the Government entered into stipulations with the Estancia West Homeowners Association, Inc. Estancia Sports and Leisure Association, Inc. and Via Verde Homeowners Association providing for the payment of all outstanding and accruing assessments (and certain costs) on the Subject Property.

All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any other party having any interest in the Subject Property ordered forfeited by the Amended Order of Forfeiture dated September 4, 2003.

Based on the above findings, and the Court being otherwise fully advised in the matter, it is hereby ORDERED, ADJUDGED and DECREED THAT:

1. Pursuant to Title 21, United States Code, Section 853, incorporated by Title 18, United States Code, Section 982, all right, title and interest in the following Subject Property of the Defendant is hereby condemned and vested in the United States of America:

> Lot 94, ESTANCIA IV OF VIA VERDE, P.U.D., according to the Plat thereof, as recorded in Plat Book 35, Pages 69 and 70, of the Public Records of Palm Beach County, Florida

(otherwise known as 7534 Estrella Circle, Boca Raton, Florida).

2. The United States has clear title to the forfeited real property and may warrant good title to any subsequent purchaser or transferee in accordance with Title 21, United States Code, Section 853(n)(7).

3. Upon notice of the entry of the Amended Order of Forfeiture and an opportunity to file a claim pursuant to Title 21, United States Code, Section 853(n), the following persons known to have

potential legal interests in the Subject Property and recorded judgment creditors of the Defendant have failed to file timely claims; accordingly, a default judgment is entered against the following entities and individual forfeiting all rights, title and interest they may have in the Subject Property: Victoria Morgenstern, CCF, Elegante Leasing, Ltd.; Mishan, Sloto, Greenberg and Hellinger; Fleming Companies, Inc.; Cornucopia Natural Foods, Inc.; Tree of Life, Inc.; Capital One Bank.

    4. That the respective stipulations between the United States and Estancia West Homeowners Association II and IV, Inc. Estancia Sports and Leisure Park Association, Inc. and Via Verde Homeowners Association, Inc., attached to the government's motion, are approved and are incorporated as part of this Order.

    5. After the Subject Property is sold, the United States shall pay the proceeds of such sale in the following priority:

    A.    First, payment to the United States of all costs associated with the seizure, maintenance, and sale of the Subject Property;

    B.    Second, payment of all outstanding taxes, interest and costs to the Palm Beach County Clerk of Courts upon sale of the Subject Property;

    C.    Third, payment of all remaining outstanding assessments owed to the Estancia West Homeowners Association, Inc., Estancia Sports and Leisure Park Association, Inc. and Via Verde Homeowners Association, Inc. pursuant to the respective stipulations submitted to the Court in the government's motion;

    D.    Fourth, any and all remaining proceeds of sale will be forfeited to the United States of America in accordance with federal law. In its discretion, the United States may transfer the remaining proceeds of sale to Beattie B. Ashmore, Esq., the court-appointed Receiver in the matter of <u>United States v. Virgil Womack,</u> District of South Carolina, for distribution to the fraud victims identified in that matter and in accordance with the outstanding restitution order in this case.

7. This Court shall retain jurisdiction of this case to enforce the terms of the Final Order of Forfeiture, if necessary.

DONE AND ORDERED this _____ day of March, 2004, at Fort Lauderdale, Florida.

_____
HON. WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
James R. Pavlock, USDOJ
AUSA William H. Beckerleg
U.S. Attorney's Office, Ft. Lauderdale
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
fax: 954-356-7230