UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-06309-CR-DIMITROULEAS
                            02-60100-CR-DIMITROULEAS
    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court on Defendant's <u>pro se</u> August 12, 2004 letter requesting clarification [DE-28 in 02-60100-CR], and the Court having received a August 23, 2004 response from the Government, finds as follows:

1. The Court agrees with the Government that the Court does not have jurisdiction over this matter.

2. However, if the Court had jurisdiction, the Court would clarify the sentence and indicate that the Court only ordered 50% of earned wages be applied to financial obligations. Whether the Bureau of Prisons has authority to seize other monies on deposit in Defendant's account is not before this Court.

Wherefore, Defendant's Motion to Clarify is Dismissed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of August, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Morgenstern, #10453-074
c/o FCI Petersburg (Low)
PO Box 1000
Petersburg, VA 23804-1000

J. Brian McCormick, AUSA