UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DAVID MORGENSTERN,

   Defendant.
_____/

CASE NO. 00-6309-CR-DIMITROULEAS

FILED by _____ D.C.
DEC 09 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

**THIS CAUSE** is before the Court on Defendant's *pro se* November 30, 2004 Motion for Recusal [DE 1559], the Court defers ruling for five (5) days to await a response from the Government. The request for another judge to hear the Motion for Recusal is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9 day of December, 2004.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David Morgenstern, *Pro Se*
Reg. No. 10453-074
FCI Petersburg (Low)
P.O. Box 1000
Petersburg, VA 23804-1000

J. Brian McCormick, AUSA

