UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAVID MORGENSTERN,
    Defendant.
_____/

### GOVERNMENT'S RESPONSE TO MOVANT'S MOTION FOR RECUSAL

Comes now the United States and hereby files it Response to Defendant Morgenstern's Motion for Recusal.

The Defendant's motion is without merit and should be denied. The gist of Defendant's argument is that motions for collateral relief under the provisions of 28 U.S.C. § 2255 should not be adjudicated by the same Court which heard the original trial. (Defendant's Motion at p. 3). The defendant has proffered no other reason for recusal.

The defendant's position is definitively refuted by the very statute under which he seeks relief. Section 2255 provides that a "prisoner in custody under the sentence of a court established by Act of Congress...may move <u>the court which imposed the sentence</u> to vacate, set aside or correct the sentence." (emphasis supplied).

Thus, absent some specific proof of judicial impropriety or conflict of interest, the defendant's claim for § 2255 relief



should be adjudicated by this Court.

Moreover, the Defendant's Motion states that he has yet to even file his §2255 motion. A motion for judicial recusal from a motion that the defendant has not yet filed is procedural premature and could be denied as such.

Consequently, Defendant's Motion for Recusal is both substantivally and procedural erroneous and should be denied by the Court.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
J. BRIAN MCCROMICK
ASSISTANT UNITED STATES ATTORNEY
Court ID #
500 E. Broward Blvd.
Fort Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7230

By: _____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
Court ID #A5500209

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, this 15 day of December 2004, to: David Morgenstern, Reg.No. 10453-074. FCI Petersburg (Low) P.O. Box 1000, Petersburg, VA 23804-1000.

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY