UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

FILED by ___ D.C.
DEC 16 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on Defendant's pro se November 30, 2004 Motion for Recusal [DE-1559], and the Court having received a December 15, 2004 response from the Government, [DE-1562], the Motion for Recusal [DE-1559] is Denied. It is premature. Moreover, adverse rulings do not warrant disqualification. Byrne v. Nezhat, 261 F. 3d 1075, 1103 (11th Cir. 2001).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of December, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Morgenstern, Pro Se
Reg. No. 10453-074
FCI Petersburg (Low)
PO Box 1000
Petersburg, VA 23804-1000

J. Brian McCormick, AUSA