# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

*U.S. MARSHALS SERVICE — 2004 MAR 31 PM 3:16*

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 00-6309-CR-WPD |
| **DEFENDANT** DAVID MORGENSTERN | **TYPE OF PROCESS** FINAL ORDER OF FORFEITURE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
7534 Estrella Circle, Boca Raton, Florida

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Marshals Service

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William H. Beckerleg, Jr.
U.S. Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please dispose of the above referenced property located at 7534 Estrella Circle, Boca Raton, Florida pursuant to the attached Final order of Forfeiture Default Judgment and Declaration of Clear Title.

Asset I.D. # 01-FBI-005130

Signature of Attorney or other Originator requesting service on behalf of: William H. Beckerleg, Jr.
☒ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER** (954) 660-5728
**DATE** 3-30-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
District of Origin No. 4
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk: AA.
Date:

Date of Service: 10/29/04

**REMARKS:**
Property sold on 10/29/04 for $587,000.00.

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)