UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  05-60961-CIV-DIMITROULEAS
          05-60963-CIV-DIMITROULEAS
          (00-6309-CR-DIMITROULEAS)
          (02-60100-CR-DIMITROULEAS)

UNITED STATES OF AMERICA,

   Plaintiff.

   v.

DAVID MORGENSTERN,

   Defendant.
_____/

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO RESPOND

Comes now the United States of America and files this Motion for Additional Time to Respond, and in support thereof states as follows:

1. The undersigned was assigned this matter on July 14, 2005, and has no knowledge of the underlying facts.

2. The copy of the §2255 motion received by this office does not have the Memorandum that the Petition states is attached thereto, consequently, the details of the allegations are not currently available to the undersigned.

3. Strike Force Chief J. Brian McCormick, who was originally responsible for the case, is on sick leave recovering from major surgery and is not expected to return to the office until August 1, 2005.



4. It appears that Magistrate Judge White may be hearing a related or identical matter, and he has ordered that the Government file a response on September 5, 2005.

5. The Undersigned's current duties, which include responding to a series of motions in United States v. Burstyn, Case No. 04-60279-Cr-ZLOCH, make it impossible to immediately respond to this § 2255 motion.

6. In light of the above, the United States needs additional time to obtain all the relevant pleadings, determine the procedural posture of the case and file its response.

7. Given the fact that it seems that Magistrate Judge White has ordered a response on September 5, 2005, the United States requests that it be granted until September 5, 2005 to respond to any and all post convictions motions filed by Defendant David Morgenstern.

WHEREFORE, the United States requests that it be granted until September 5, 2005 to respond to the post conviction motions filed by defendant David Morgenstern.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: *[signature]*
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
COURT ID. NO. A5500209
500 E. BROWARD BLVD., SUITE 700
FT. LAUDERDALE, FL 33394
TEL. NO. (954) 356-7392
FAX NO. (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 20TH day of July, 2005, to:

David Morgenstern, Pro Se
Reg. No. 10453-074
FCI Petersburg (Low)
P.O. Box 1000
Petersburg, VA 23804-1000

_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY