UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID MORGENSTERN,

 Movant,

vs.

UNITED STATES OF AMERICA,

 Respondent.

_____/

CASE NO. 05-60961-CIV-DIMITROULEAS
     (00-6309-CR-DIMITROULEAS)
     (02-60100-CR-DIMITROULEAS)

FILED by _____ D.C.

JUL 21 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## OMNIBUS ORDER GRANTING GOVERNMENT'S MOTION FOR ADDITIONAL TIME, DEFERRING ON DEFENDANT'S MOTION TO EXTEND TIME; WITHDRAWING REFERENCE TO MAGISTRATE

THIS CAUSE is before the Court on the Motion of the United States for Additional Time to Respond to all Motions filed by David Morgenstern to vacate his sentence. [DE-9] and upon David Morgenstern's July 13, 2005 Motion to Extend Time [DE-8], and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the United States shall respond to the § 2255 motion filed by defendant David Morgenstern by September 5, 2005. The Court defers ruling for five (5) days to await a response from the Government to Morgenstern's Motion to Extend Time. The Reference to Magistrate [DE-3] is withdrawn.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of July, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Dittoe, Esquire

David Morgenstern, Pro Se, #10453-074
c/o FCI
PO Box 1000
Petersburg, VA 23804

Honorable Patrick A. White, US Magistrate Judge