UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID MORGENSTERN,   CASE NO. 05-60961-CIV-DIMITROULEAS
                     (00-6309-CR-DIMITROULEAS)
   Movant,           (02-60100-CR-DIMITROULEAS)

vs.

UNITED STATES OF AMERICA,

   Respondent.

FILED by _____ D.C.
SEP 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT'S MOTION TO FILE A SUPPLEMENT; GRANTING, IN PART, MOTION FOR EXTENSION OF TIME TO REPLY

THIS CAUSE is before the Court on David Morgenstern's September 12, 2005 Motion For Extension of Time to Reply and Motion to File Supplement, and the Court being fully advised, it is

ORDERED AND ADJUDGED that Morgenstern's Motion For Extension of Time to Reply is Granted, in part. Any reply shall be filed on or before October 3, 2005. Morgenstern's Motion to File a Supplement is Granted, as long as the Supplement relates back to his timely complaint. Any supplement shall be filed on or before October 3, 2005.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of September, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

1