UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID MORGENSTERN,               CASE NO. 05-60961-CIV-DIMITROULEAS
                                                  (00-6309-CR-DIMITROULEAS)
     Movant,                         (02-60100-CR-DIMITROULEAS)

vs.

UNITED STATES OF AMERICA,

     Respondent.

FILED by _____ D.C.

NOV - 3 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION; DENYING MOTION TO VACATE, ADOPTING FINAL JUDGMENT

THIS CAUSE is before the Court on David Morgenstern's October 20, 2005 Motion for Reconsideration [DE-23], and the Court being fully advised, it is

ORDERED AND ADJUDGED that Morgenstern's Motion For Reconsideration [DE-33] is Denied. The Court has again considered Morgenstern's Memorandum [DE-2][1]. The Court adopts its prior order entering Final Judgment and Denying the Motion to Vacate. [DE-22].

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of November, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

**Copies furnished to:**
Michael Dittoe, AUSA
David Morgenstern, #10453-074
c/o FCI
PO Box 1000
Petersburg, VA 23804

---

[1] Morgenstern has still not followed the jurat in 28 U.S.C. § 1746.

