UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 05-60963-CIV-DIMITROULEAS
                                                    (00-6309-CR-DIMITROULEAS)
    Plaintiff,                                    (92-60100-CR-DIMITROULEAS)

vs.

DAVID MORGENSTERN,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on a review of the docket and it appearing that the Government's July 20, 2005 Motion to Extend Time [DE-7] is now moot since the case is closed. Therefore, the Motion to Extend Time [DE-7] is Denied as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of December, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Morgenstern, Pro Se
Reg No. 10453-074
FCI Petersburg (Low)
PO Box 1000
Petersburg, VA 32804-1000

J. Brian McCormick, AUSA