IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )     Case No. 00-06309-CR-PAS
                                    )
DAVID A. MORGENSTERN,               )
                                    )
        Defendant.                  )
                                    )
                                    )

FILED by ___ D.C.
INTAKE
AUG -9 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW Defendant David A. Morgenstern (hereinafter, "Morgenstern"), appearing pro se, pursuant to Title 18 U.S.C. § 3006A(a), and seeks appointment of counsel.

SUGGESTIONS IN SUPPORT

1.   Morgenstern has been represented by Counsel appointed by the Criminal Justice Act since being named in the underlying indictment. Brian R. McComb was among the lawyers that represented Morgenstern.

2.   Morgenstern was notified by Attorney McComb on July 10, 2007 that Gabriel MacEnroe, a former criminal accomplice of Morgenstern, had been extradited from England. MacEnroe is now being held in the Palm Beach County Jail, awaiting trial in a South Carolina criminal action that also involved Morgenstern. Attorney McComb directed Morgenstern to contact Assistant United States Attorney Brian McCormick and the Assistant United States Attorneys in North Carolina and Virginia. MacEnroe's criminal activities spanned many jurisdictions. Morgenstern possesses incriminating information against MacEnroe that would

bolster the Government's case. Attorney McComb strongly believes that such would enable Morgenstern a sentence reduction under the Federal Rules of Criminal Procedure, Rule 35(b).

3. An attorney is necessary to coordinate Morgenstern's assistance to the prosecution. Morgenstern lacks the financial means to retain private counsel. Morgenstern believes that because he, inter alia, has "articulated ... grounds that warrant the exercise of discretion" under § 3006A, his situation is factually distinguished from <u>United States v. McKee</u>, 309 F. Supp. 2d 1358, 1360 (M.D. Ala. 2004).

Wherefore, and for the reasons set forth above, Defendant David A. Morgenstern asks the Court to grant this Motion for Appointment of Counsel.

Respectfully Submitted,

*[signature]*
David A. Morgenstern pro se
Registration Number 10453-074
LSCI Durham A
P.O. Box 999
Butner, North Carolina 27509

(2)

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury as written at Title 28 U.S.C. § 1746 that the foregoing, **MOTION FOR APPOINTMENT OF COUNSEL**, was placed in the designated "legal mailbox" at the Butner, North Carolina Federal Medical Center, LSCI first-class postage affixed, for placement in the United States Mail Service on this 3RD day of August, 2007. In the same fashion, a true and correct copy of the document was sent to:

Brian McCormick
Assistant United States Attorney  AND
500 E. Broward Boulevard
Fort Lauderdale, Florida 33394

DAVID STEPHENS
AUSA
P.O. BOX 978
GREENVILLE, SC
29601

David A. Morgenstern

(3)