UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DAVID A. MORGENSTERN,
_____/

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

This matter came before the Court on Defendant's *pro se* Motion for Appointment of Counsel. The Defendant is not entitled to counsel for the purpose set forth in his motion. Therefore, it is

ORDERED that the Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 14th day of August, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record/Pro Se Parties